J. Kent Rutledge, #5-1392
Corinne E. Rutledge, #5-2480
Peter F. Howard, #7-5325
LATHROP & RUTLEDGE, P.C.
1920 Thomes Ave., Suite 500
P.O. Box 4068
Cheyenne, WY 82003-4068

Marc R. Brosseau
Chad M. Lieberman
Brosseau Bartlett Seserman, LLC
6455 South Yosemite Street, Suite 750
Greenwood Village, CO 80111

Colin P. Smith
Robert E. Tonn
Holland & Knight
131 South Dearborn Street, Suite 3000
Chicago, IL 60603

*Attorneys for Defendant Bridgestone Americas Tire Operations, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRIAN KEHLER, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 15-CV-127-J |
| ) | |
| BRIDGESTONE AMERICAS TIRE ) | |
| OPERATIONS, LLC; COMMERCIAL TIRE, ) | |
| INC. AND JOHN DOE CORPORATIONS 1-03, ) | |
| ) | |
| **Defendants.** ) | |

### BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT WITH ITS MOTION TO LIMIT EXPERT TESTIMONY OF DENNIS CARLSON

Defendant Bridgestone Americas Tires Operations, LLC ("BATO"), moves the Court pursuant to L.R. 7.1(b)(1)(C) to exceed the Courts' ten page limit by four pages with its Motion to Limit Expert Testimony of Dennis Carlson pursuant to F.R.E. 702 and *Daubert*, and in support thereof states as follows:

1. This is a product liability matter arising from the alleged failure of a Bridgestone tire on a Freightliner tractor being operated by Plaintiff Brian Kehler.

2. Plaintiff has offered Dennis Carlson as his tire expert in this case, and Carlson has rendered a host of different design and manufacturing defect opinions related to the failure of the subject Bridgestone tire.

3. In it's Motion to Limit Testimony of Dennis Carlson, BATO does not seek the wholesale exclusion of Carlson, but rather requests an order prohibiting Carlson from offering three separate and distinct opinions. Specifically, BATO will seek to exclude Carlson's opinions:

    a. Regarding alleged defects with the steel belt joints in the tire;

    b. Regarding claimed adhesion defects evidenced by "liner pattern" marks; and

    c. Regarding claimed deficiencies in BATO's speed restriction warnings.

Each of these three opinions, and Carlson's methodological deficiencies for each, must be addressed in detail.

4. Moreover, the weaknesses in the Carlson opinions at issue were acknowledged by Carlson at his deposition in this matter, and BATO intends to quote from that testimony, adding further length to its brief.

5. BATO states that it conferred with counsel for Plaintiff about this motion and Plaintiff's counsel does not object to BATO's request for four additional pages.

#47881864_v1

3

WHEREFORE, due to the complex and numerous legal issues that must be addressed, Defendant Bridgestone Americas Tire Operations, LLC respectfully requests the Court's approval to exceed the ten page limit for its Motion to Limit Expert Testimony of Dennis Carlson by <u>four</u> pages.

Dated this 2nd day of September, 2016.

                                      Defendant Bridgestone Americas Tire Operations, LLC

                                      By:  /s/ Robert E. Tonn_____
                                               Colin P. Smith
                                               Robert E. Tonn
                                               HOLLAND & KNIGHT, LLP
                                               131 S. Dearborn Street, 30th Floor
                                               Chicago, IL  60603
                                               colin.smith@hklaw.com
                                               robert.tonn@hklaw.com

#47881864\_v1

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served via CM/ECF on this 2nd day of September, 2016 upon the following parties:

Diana Rhodes
Traci Rivinus
The Rhodes Law Firm
2015 Warren Ave.
Cheyenne, WY 82001
Phone:  (307) 634-4444
Fax:  (307) 222-0280
Email: diana@drhodeslaw.com
traci@drhodeslaw.com

Richard Friedman
Sean Gamble
Friedman/Rubin
51 University Street, Suite 201
Seattle, WA  98101
Phone:  (206) 501-4446
Fax:  (206) 623-0794
Email: rfriedman@friedmanrubin.com
sgamble@friedmanrubin.com

*Attorneys for Plaintiff*

Monty Barnett
Grant Curry
White & Steele, P.C.
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO  80202
Phone:  (303) 296-2828
Fax:  (303) 296-3131
Email: mbarnett@wsteele.com
gcurry@wsteele.com

*Attorneys for Defendant Commercial Tire, Inc.*

/s/ Robert E. Tonn_____

#47881864_v1