**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **BRIAN KEHLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 15-CV-127-J** |
| ) | |
| **BRIDGESTONE AMERICAS TIRE** ) | |
| **OPERATIONS, LLC; COMMERCIAL TIRE,** ) | |
| **INC. AND JOHN DOE CORPORATIONS 103,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER GRANTING BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT WITH ITS MOTION TO LIMIT EXPERT TESTIMONY OF DENNIS CARLSON**

THIS MATTER coming to be heard on Defendant Bridgestone Americas Tire Operations, LLC's ("BATO") Motion for Leave to Exceed Page Limit With its Motion to Limit Expert Testimony of Dennis Carlson, the Court being duly advised on the premises, IT IS HEREBY ORDERED that Defendant BATO's Motion to Exceed the Page Limit With its Motion to Limit Testimony of Dennis Carlson is GRANTED, and BATO is given permission to file a brief containing 14 pages.

Dated this _____ day of _____, 2016.

_____
District Court Judge