UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRIAN KEHLER,<br><br>           Plaintiff,<br><br>v.<br><br>BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC; COMMERCIAL TIRE, INC. AND JOHN DOE CORPORATIONS 1-03,<br><br>           Defendants. | Civil Action No. 15-CV-127-J |

**ORDER GRANTING BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S MOTION TO LIMIT EXPERT TESTIMONY OF DENNIS CARLSON**

THIS MATTER coming to be heard on Defendant Bridgestone Americas Tire Operations, LLC's Motion to Limit Expert Testimony of Dennis Carlson, the Court being duly advised on the premises, IT IS HEREBY ORDERED that Defendant Bridgestone Americas Tire Operations, LLC's Motion to Limit Testimony of Dennis Carlson is GRANTED. Carlson will not be permitted at the trial of this matter to offer any opinions regarding (1) alleged defects with belt splices in the subject tire, (2) alleged adhesion defects in the subject tire as evidenced by liner pattern, and (3) alleged deficiencies with respect to BATO's speed restriction warnings. These opinions are unsupported by any valid methodology and therefore do not satisfy the reliability requirements of F.R.E. 702 and the *Daubert* case law.

      Dated this _____ day of _____, 2016.


                                              _____
                                              District Court Judge