UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| Alodie Gooden, as Wrongful Death Representative of Tanya Gooden and Cameron Gooden, | ) ) ) |
| | )Civil Action No. |
| Plaintiff, | )15-CV-45-S |
| vs. | ) |
| | ) |
| Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone/Firestone North American Tire, LLC; FedEx Ground Package System, Inc., and John Doe Corporations/Entities 1-3, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| & | ) |
| | ) |
| Gina Cubillos, as Wrongful Death Representative of the Estate of James Ednie, | ) )Civil Action No. )15-CV-50-S |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| Bridgestone Americas Tire Operations, LLC f/k/a Bridgestone/Firestone North American Tire, LLC; FedEx Ground Package System, Inc., and John Doe Corporations/Entities 1-3, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

DEPOSITION OF DENNIS RITCHIE

Phoenix, Arizona
March 9, 2016

BY:  KIM BATA, RMR/CSR
Certified Reporter 50233

```
1                    I N D E X

2   WITNESS:                                    PAGE

3   DENNIS RITCHIE

4   Examination by Mr. Lieberman              7, 348

5   Examination by Mr. Fitzgerald      302, 351, 368

6   Examination by Mr. Kline               341, 365

7

8                  E X H I B I T S

9   EXHIBIT
10  NUMBER            DESCRIPTION              PAGE

11  231   Notice of Deposition Duces Tecum        7

12  232   Dennis Ritchie's report                10

13  233   Testimony list                         84

14  234   Regulation 49 C.F.R. 390.11           124

15  235   Regulation Section, Part 395          128
          Hours of Service of Drivers
16
    236   Addendum 10                           134
17        Linehaul Contractor Operating
          Agreement
18        (Bates C&G-FXG-002397 through 002405)

19  237   Regulation 49 C.F.R. 396.3            144
          Inspection, repair, and maintenance
20
    238   Monthly Maintenance Record            148
21        (Bates C&G-FXG-000088)

22  239   Sapp Brothers Invoice 102152,         150
          with attachments
23        (Bates C&G-FXG-000283 through 00285
          and FleetNet Invoice 3044544C
24        (Bates C&G CLR 55)

25
```

E X H I B I T S (Continued)

| EXHIBIT NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| 240 | Regulation Section, Part 396 Inspection, Repair and Maintenance | 153 |
| 241 | Regulation 49 C.F.R. 383.111 Required Knowledge | 167 |
| 242 | Regulation 49 C.F.R. 392.71 Radar detectors; use and/or possession | 174 |
| 243 | Regulation 49 C.F.R. 376.2 Definitions | 180 |
| 244 | Regulation 49 C.F.R. 376.12 Written lease requirements | 181 |
| 245 | FedEx Ground Package System, Inc. Linehaul Contractor Operating Agreement (Bates C&G-FXG-001450 through 001450) | 184 |
| 246 | FMCSA Part 393 Parts and Accessories Necessary for Safe Operation | 206 |
| 247 | Warner Truck Center Invoice 462990 (Bates C&G-FXG-000093 through 000094) | 212 |
| 248 | Redbone Invoice 11575 (Bates C&G-FXG-000134) | 219 |
| 249 | Commercial Driver License Manual 2005 CDL Testing Model (July 2010) | 232 |
| 250 | Utah Commercial Driver License Handbook, 2013-2014 Edition | 235 |
| 251 | Driver's Log for Brian Kehler (Bates C&G-FXG-00065 through 000073) | 243 |
| 252 | Driver's Log for Steven Marks (Bates C&G-FXG-000054 through 00063) | 256 |

1                    E X H I B I T S (Continued)

2       EXHIBIT
        NUMBER                  DESCRIPTION                    PAGE
3
        253    Daily Log/Inspection Review                     259
4
        254    Indiana Registration Cab Card                   329
5             (Bates C&G-FXG-000150)

6       255    Document titled "Vehicle                        351
              Inspections"
7

8       256    PTDI Binder                                     352

9

10
                WITNESS INSTRUCTED NOT TO ANSWER
11
                       PAGE              LINE
12                     309               11

13

14

15
                        ATTORNEY REQUEST
16
        ATTORNEY          PAGE              LINE
17
        Mr. Fitzgerald    46               11
18

19

20

21
                        RECESSES TAKEN
22
             (Recessed from 9:58 a.m. to 10:03 a.m.)
23           (Recessed from 11:01 a.m. to 11:13 a.m.)
             (Recessed from 12:25 p.m. to 1:15 p.m.)
24

25

1              DEPOSITION OF DENNIS RITCHIE

2   was taken on March 9, 2016, commencing at

3   9:00 a.m., at the law offices of Lewis,

4   Brisbois, Bisgaard & Smith, 2929 North Central,

5   Suite 1700, Phoenix, Arizona, before Kim Bata,

6   Certified Court Reporter No. 50233 for the State

7   of Arizona.

8

9

10  COUNSEL APPEARING:

11      For the Plaintiff Gooden:

12          THE FITZGERALD LAW FIRM
            By:  MR. JAMES E. FITZGERALD
13          2108 Warren Avenue
            Cheyenne, Wyoming 82001
14          (307) 634)4000
            jim@fitzgeraldlaw.com
15

16      For the Plaintiff Cubillos:

17          KLINE McCORKLE & PILGER
            By:  STEPHEN H. KLINE
18          401 West 19th Street, Suite 306
            Cheyenne, Wyoming 82003
19          (307) 778-7056
            steve@kmplaw.net
20

21      For the Defendant Bridgestone:

22          BROSSEAU BARTLETT SESERMAN
            By:  CHAD M. LIEBERMAN
23          6455 South Yosemite Street, Suite 750
            Greenwood Village, Colorado 80111
24          (303) 515-2480
            clieberman@bs-legal.com
25

1    COUNSEL APPEARING: (Continued)

2            SUNDAHL, POWERS, KAPP & MARTIN
             By:  CRAIG PAUL KAPP
3            1725 Carey Avenue
             Cheyenne, Wyoming 82001
4            (307)632-6421
             pkapp@spkm.org

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        DENNIS RITCHIE,

a witness herein, having been first duly sworn

to speak the truth and nothing but the truth,

was examined and testified as follows:


                        EXAMINATION


BY MR. LIEBERMAN:

        Q.   Could you state your name for the

record, please.

        A.   Dennis Ritchie.

        Q.   Mr Ritchie, good morning.  We

inadvertently met this morning.  Once again, my

name is Chad Lieberman.  I'm an attorney for

Bridgestone.

            You understand you're under oath right

now, sir?

        A.   I do.

        Q.   You understand that's the same oath

you would take in court if you were testifying?

        A.   Yes, sir.

            MR. LIEBERMAN:  I'm going to mark as

Exhibit 231 the Notice of Deposition.

            (Deposition Exhibit No. 231 marked for

identification.)

```
 1  BY MR. LIEBERMAN:
 2       Q.  Mr Ritchie, have you seen this notice
 3  previously?
 4       A.  Yes, sir.
 5       Q.  Starting on the second page and going
 6  to the third page towards the bottom it asks you
 7  to bring certain files.
 8           Did you comply with the requirements
 9  of this notice?
10       A.  I have.
11       Q.  Can I see what it is that you brought
12  and the capacity that you brought it.
13       A.  I brought my Notice of Deposition.  I
14  have my resumé or CV.  I have a copy of my case
15  file on a thumb drive.  I have a couple
16  printouts that I've made of the FMCSR, some
17  regulations that we can maybe discuss later.
18       Q.  Great.
19       A.  I've got a daily log inspection review
20  I've completed in paper.  I don't think it's on
21  my thumb drive.  I think it's all paper.
22           The cases I've testified in during the
23  last at least four years.
24       Q.  Is that updated?  That list looks
25  longer than what I originally received.
```

09:01:41AM (line 5)
09:01:50AM (line 10)
09:02:06AM (line 15)
09:02:23AM (line 20)
09:02:40AM (line 25)

1            A.   It should be.  I may have added one

2    more.  I don't know.

3            Q.   Compare it just for a second here.

4    Yeah, there's a few added.

09:03:05AM  5            Can we keep this one right here for

6    me?

7            A.   Sure.

8            MR. FITZGERALD:  Can I have the thumb

9    drive, please?

09:03:12AM  10           MR. LIEBERMAN:  Yep.

11           THE WITNESS:  I have brought my case

12   file that I've completed in this case, and I

13   have a CD that came from Mr. Kapp's office that

14   is -- has files on it that I've also included on

09:03:27AM  15   my thumb drive.

16   BY MR. LIEBERMAN:

17           Q.   So the only thing that might not be on

18   the thumb drive is your analysis of the driver

19   logs; is that correct?

09:03:35AM  20           A.   Correct.

21           Q.   Okay.

22           A.   As well as a couple of printouts that

23   I had in my file that I've made previously of

24   the FMCSRs.  That may not be on there as well.

09:03:47AM  25           Q.   Is this your original file or is this

1    a copy that can stay with the court reporter?

2         A.   This is my original file.

3         Q.   Okay.  We may make some copies.  We'll

4    see.

09:04:02AM    5         MR. KAPP:  I've got at least one extra

6    copy of his report if you need it.

7         MR. LIEBERMAN:  I have it too.  Thanks

8    though.

9         In fact, why don't we just mark the

09:04:14AM   10    report as I received it as 232.

11         (Exhibit 232 marked for

12    identification.)

13    BY MR. LIEBERMAN:

14         Q.   Mr Ritchie, what I've marked as

09:04:36AM   15    Exhibit 232 is your report as we received it in

16    this case.  Your report also includes your CV,

17    your testimony list, and a number of exhibits

18    that you reference in the report itself.

19         Can you just peruse it and make sure

09:04:59AM   20    it's a true and correct copy?

21         A.   Yes.  Is all of that included in 232?

22         Q.   That's correct, sir.

23         A.   Kind of a bad copy, but I can read it.

24         Q.   Is it?  I'm sorry.  I printed it

09:05:31AM   25    directly off the court page.

1    A.   I don't see my testimony list in here,

2    I don't believe.

3        Q.   It was included on page -- the page

4    numbers are up top.  It is included on page 25.

09:05:52AM  5        MR. FITZGERALD:  Here's your thumb

6    drive.

7        THE WITNESS:  Thank you.

8        Okay.  I'm with you.

9    BY MR. LIEBERMAN:

09:05:59AM  10        Q.   So if I refer to a page number within

11    your report, I'm looking at that page number

12    that's stamped on top of the page from the

13    Court.  Okay?

14        A.   Yes.  It looks like it's complete.

09:06:12AM  15        Q.   Well, let's, if we can, turn to page

16    No. 21.  This is the start of your CV as it was

17    presented.

18        Has it been updated since you sent it

19    to us back on December 1, 2015?

09:06:40AM  20        A.   No.  There have been no additions.

21        Q.   Can you give me just a rundown of your

22    education history.

23        A.   Yes.  I attended Weber State

24    University in the early -- or late '70s,

09:06:56AM  25    obtained a bachelor of science degree as well

1    as -- in business administration as well as a

2    bachelor of science degree in police science.

3                I attended law school in Los Angeles,

4    California, for a period of time in the early

09:07:17AM  5    '80s.

6                I took a break from the police

7    department for six months, then went back to the

8    police department after I graduated from

9    polygraph school in the same city down there in

09:07:30AM  10   Los Angeles, went back to work for the PD.

11        Q.  Well, if I can interrupt you there.  I

12   don't mean to.

13              Did you ever finish law school?

14        A.  No.

09:07:38AM  15        Q.  Did you ever take the bar exam?

16        A.  I did not.

17        Q.  Okay.  So you were a police officer at

18   the time you were going to Weber State?

19        A.  I quit the police department to go to

09:07:47AM  20   law school.  Talked to the chief and he says, If

21   you don't like it, come on back.  And I didn't

22   like it.

23        Q.  I understand.

24        A.  Most attorneys do.

09:07:58AM  25        Q.  I'm sure you get that a lot.

1          Looks like you were a police officer
2   in Utah until about 1984?
3          A.   That's correct.
4          Q.   You had field training -- you were a
5   field training officer and an accident
6   investigator.
7              Did you take any accident
8   reconstruction courses?
9          A.   Only the course that they provided in
10  the Utah academy, basic reconstruction course.
11         Q.   It was reconstruction or was it
12  investigation?
13         A.   Well, they called it an accident
14  investigation reconstruction course back then,
15  but it's more of an investigation course, but it
16  did contain some basic elements of
17  reconstruction.
18         Q.   Which elements did it contain -- well,
19  strike that.  Let me ask this question.
20             In your opinion, if you have one,
21  what's the difference between accident
22  investigation and accident reconstruction?
23         A.   I don't think I could tell you that.
24         Q.   Okay.  So what components of these
25  courses -- and I realize this was a ways ago,

1    but what components of these courses would you

2    equate to accident reconstruction?

3          A.   We went through some of the basic

4    essentials of speeding, speed analysis using

09:09:11AM  5    templates, feet per second, those kind of

6    things.  Mostly to do with templates, activators

7    and how to figure speed, crash.

8          Q.   Do you remember what the calculations

9    were?

09:09:21AM  10          A.   No, I can't, no.

11          Q.   Do you remember what evidence you

12    would look for to make those calculations?

13          A.   You would look at yaw marks, skid

14    marks, various marks like that in a crash.

09:09:35AM  15          Q.   Do you have any training with respect

16    to identifying different types of tire marks on

17    the road?

18          A.   Different kind of?

19          Q.   Tire marks.

09:09:44AM  20          A.   Just generally.  I'd have to -- but

21    not very much.

22          Q.   Do you consider yourself an expert in

23    accident reconstruction?

24          A.   I do not.

09:09:52AM  25          Q.   Did you perform an accident

1  reconstruction in this case?

2        A.   I did not.

3        Q.   Did you take any courses while you

4  were at the police office in Ogden City, Utah,

09:10:05AM  5  or otherwise, on vehicle dynamics?

6        A.   No, sir.

7        Q.   Do you have an opinion as to the

8  difference between accident reconstruction and

9  vehicle dynamics?

09:10:14AM  10        A.   I do not.

11        Q.   Do you have an opinion as to what the

12  definition of vehicle dynamics would be?

13        A.   Only generally on how a vehicle works

14  at maybe various speeds.  That's about it.

09:10:27AM  15        Q.   Do you consider yourself an expert in

16  vehicle dynamics?

17        A.   I do not.

18        Q.   What about human factors; have you had

19  any human factors training?

09:10:37AM  20        A.   Not particularly, no.

21        Q.   You hedged a little bit on that

22  answer.

23             So what type of training do you think

24  you have with respect to human factors?

09:10:49AM  25        A.   I would say no formal training in

1  human factors.

2        Q.   Informal training would be what?

3        A.   Generally what would cause a person to

4  react to certain circumstances, for example,

09:11:09AM  5  possibly fatigue and those kinds of issues.

6        Q.   Trucking related?

7        A.   Yes.  It would only be trucking

8  related.

9        Q.   Have you taken any courses in these

09:11:18AM 10  types of issues?

11        A.   Issues with regard to human factors?

12        Q.   Yes, sir.

13        A.   I have not.

14        Q.   Do you consider yourself an expert in

09:11:27AM 15  human factors.

16        A.   I do not.

17        Q.   You were the president and owner of

18  Western States Polygraph for about seven years,

19  from 1980 to 1987?

09:11:46AM 20        A.   Correct.

21        Q.   What was the nature of that business?

22        A.   I conducted polygraph examinations,

23  both specific exams and also preemployment exams

24  for various companies.  Part-time job when I was

09:11:59AM 25  on the police department.

1            And after I was employed by Swift

2      Transportation, I conducted preemployment

3      polygraph exams until the Polygraph Protection

4      Act was passed.

09:12:12AM  5            Q.   I was gonna ask you about that.

6                 So for a period of time, at least

7      until '87, were you giving polygraph exams to

8      potential drivers for Swift?

9            A.   I was.   That's one reason they hired

09:12:23AM 10      me.

11           Q.   What type of topics did you talk

12      about?

13           A.   Well, generally -- and, again, these

14      would be preemployment polygraph exams.   They'd

09:12:30AM 15      have drivers complete their application.   I

16      would interview the driver -- and keep in mind

17      Swift was very small at that time -- and then

18      inform them I would conduct a polygraph

19      examination on information they told me, make

09:12:43AM 20      sure it's all accurate on your application, and

21      then I would conduct a preemployment exam.

22           Q.   Such as their experience in driving

23      tractor-trailers?

24           A.   Generally any major topic on the

09:12:55AM 25      application, their experience, whether or not

18

1    they've had any more -- or any accidents period,

2    citations, convictions.

3         Q.   Drug use?

4         A.   Drug use.  Number of years they've

09:13:10AM  5    spent driving.  Just -- I would generally go

6    through the application and formulate questions

7    based on that.

8              MR. KLINE:  Hey, Chad, this is Steve.

9    I'm having a little trouble hearing both of you

09:13:21AM  10    at times and especially Mr. Ritchie.  I just

11    wonder if I could ask you to speak up a little.

12              MR. LIEBERMAN:  Sure.  We'll try to

13    lean into the phone here, Steve.

14              MR. KLINE:  Okay.  Sorry about that.

09:13:33AM  15              MR. LIEBERMAN:  No. That's all right.

16    Let us know if you have any more problems.

17    BY MR. LIEBERMAN:

18         Q.   Then the act was passed that said you

19    can't take -- or you can't mandate polygraph

09:13:41AM  20    tests for employees, right?

21         A.   Correct.  You could only do specific

22    exams on certain individuals involved in law

23    enforcement.  They said they didn't work, but it

24    does work, only on certain people.

09:13:52AM  25         Q.   As I look at your resumé, it looks

 1   like you overlap a little bit between your

 2   ownership and operation of Western States

 3   Polygraph and your employment with Swift

 4   Transportation; is that true?

 5   09:14:05AM       A.   It would not be true.  When I was

 6   working for Swift, I was also a licensed

 7   polygraph examiner in the state of Arizona.  So

 8   I would only be doing polygraph exams on Swift

 9   drivers and not overlapping Western States.

10   09:14:25AM       Q.   Understood.

11              So you started at Swift Transportation

12   in 1984?

13              A.   Correct.

14              Q.   Then you were the director of

15   09:14:31AM   personnel from day one?

16              A.   Correct.

17              Q.   What was Swift Transportation's

18   business?

19              A.   Truck transportation, heavy-duty

20   09:14:41AM   trucks, commercial trucks.

21              Q.   Tractor-trailers?

22              A.   Tractor-trailers.

23              Q.   Did they pull doubles as well?

24              A.   They did pull doubles, yes.

25   09:14:47AM       Q.   Similar to the truck we're here to

```
 1   talk about eventually?

 2           A.   Correct.

 3           Q.   How many tractors did they have?

 4           A.   Did they have?

 5           Q.   Yeah.

 6           A.   In what year?

 7           Q.   Good question.

 8                When you first started in 1984, if you

 9   can recall.  I'm not looking for a specific

10   number, just a general idea of what they were

11   doing.

12           A.   We had about 150 trucks, mostly

13   owner-operators at the time.

14           Q.   When you say "owner-operators," Swift

15   was the owner-operator?

16           A.   No.  We had contract carriers working

17   for Swift Transportation, company trucks --

18   company-owned trucks versus contractor trucks.

19           Q.   Did Swift own the trailers?

20           A.   Swift owned the trailers.  That's

21   typically what happens in the industry.

22           Q.   So very similar to the setup we're

23   going to talk about today with FedEx and CLR,

24   correct?

25           A.   Correct.
```

1     Q.   What did Swift do -- strike that.

2          What was your job as director of

3     personnel?  Can you describe your job duties?

4     A.   I recruited and screened particular

09:15:51AM 5   driver applicants to become drivers, not only

6     the contractors but as well as company drivers.

7     Q.   Were the contractor drivers considered

8     employees of Swift?

9     A.   No, sir.  They were contractors, not

09:16:03AM 10  employees of Swift.

11    Q.   Under the regulations -- the Federal

12    Motor Carrier Regulations, would they be

13    considered employees of Swift?

14    A.   Under the Federal Motor Carrier

09:16:11AM 15  Regulations, they were labeled and considered

16    employees based on their definition.

17    Q.   Understood.

18         Your vetting process.  Can you

19    describe what that was like in 1984 for Swift?

09:16:22AM 20  A.   For all drivers?

21    Q.   No.  Let's limit it to, first, for the

22    contract drivers.

23    A.   '84.  They had to meet the basic

24    qualifications of the Federal Motor Carrier

09:16:38AM 25  Regulations that are in the regulations.  There

1   are about eight different topics that -- that

2   would be the minimum standards they would have

3   to have.

4              And then we have -- also had other

09:16:48AM   5   standards with regard to so many miles,

6   experience, no accidents, no more than an

7   accident maybe -- or a citation per year, no

8   more than one accident in the last three years.

9   Certain criteria like that.

09:17:04AM   10       Q.   In general, did you give driving tests

11   to these applicants?

12       A.   I did not give driving tests.  We had

13   a person that was an experienced -- usually a

14   local person doing evaluation.

09:17:21AM   15       Q.   On behalf of Swift?

16       A.   On behalf of Swift, yes, for both

17   company as well as contractor drivers.

18       Q.   And I misspoke.  When I said "you," I

19   meant Swift.

09:17:32AM   20              So Swift contracted with another party

21   to perform driver tests -- driving tests for

22   these applicants; is that true?

23       A.   That's true, and also contractors.  It

24   depended on who was there at the time.  It could

09:17:45AM   25   be another contractor.  It could be an employee

23

1   driver that would be performing tests on new

2   applicants ready to go into orientation, for

3   example.

4          Q.   Were there forms generated of these

09:17:58AM   5   tests?

6          A.   There was a form, yes.

7          Q.   Was it on Swift paper?

8          A.   It was on Swift paper, yes.

9          Q.   So this was a Swift test administered

09:18:07AM   10   for these contract drivers?

11          A.   Correct.

12          Q.   Besides the driving test, what else

13   was administered to these drivers?

14          A.   We would send them to obtain a

09:18:19AM   15   Department of Transportation physical, if they

16   didn't have one already.  If contractors had an

17   examination, we would accept that until it

18   expired or we would send them down for a new

19   physical if it was about to expire.

09:18:32AM   20          We would also have them take a DOT

21   drug and alcohol test required by the

22   preemployment under the regulations.

23          Q.   Do you remember how long the driving

24   test was, how long it would take on average?

09:18:45AM   25          A.   It would depend.  Until the examiner

1    was satisfied that the driver knew what he or

2    she was doing.

3         Q.   In your experience, what was the

4    shortest amount of time that you can recall an

09:18:57AM  5    examiner being satisfied?

6         A.   It could be a run around the yard,

7    hooking up a set of doubles, hooking up

8    converter gear, and doing an inspection.

9         Q.   So an hour?

09:19:12AM 10         A.   It depends.  I wouldn't -- I couldn't

11   tell you in every circumstance on how long it

12   would be.  Sometimes the drivers would get

13   together, the driver to be inspected and the

14   driver giving the test talked for a while.  They

09:19:27AM 15   would go out and do inspections and go through

16   the equipment and make sure he knew how to shift

17   gears.

18         But the examiner would also know the

19   experience level of driver after talking to him,

09:19:45AM 20   how many years he'd been driving, miles, those

21   kinds of things.

22         Q.   You then transitioned into director of

23   safety for Swift Transportation in 1985, held

24   that position for about five years to 1990; is

09:20:02AM 25   that correct?

 1        A.   That's correct.

 2        Q.   Can you describe your duties and

 3   responsibilities as director of safety?

 4        A.   Yes.  My responsibilities were to not

09:20:12AM  5   only oversee the driver recruiting function but

 6   also the driver compliance functions with regard

 7   to the regulations and also to adapt company

 8   policies and procedures for accident prevention,

 9   injury prevention, and claims prevention.  Three

09:20:32AM 10   different kinds of losses.

11        Q.   Your oversight included both contract

12   and noncontract drivers, correct?

13        A.   Correct.

14        Q.   And most of my questions are going to

09:20:42AM 15   be focused on the contract drivers, clearly, in

16   this case.  You understand that, right?

17        A.   I do.

18        Q.   So if I just say "drivers," I'm

19   referring to contract drivers.  Is that fair?

09:20:49AM 20            MR. KAPP:  Even -- Chad, even in the

21   context of talking about his experience with

22   Swift and its drivers?

23            MR. LIEBERMAN:  I'll do my best to

24   segregate the question, when needed.

09:21:01AM 25            But if you're confused on which

```
 1   drivers I'm talking about, just please tell me
 2   and I'll clarify.  Is that all right.
 3              THE WITNESS:  Or shall I assume it's
 4   always contract drivers unless you say
 5   otherwise?
 6              MR. LIEBERMAN:  I would prefer that if
 7   it's okay with your counsel as well.
 8              MR. KAPP:  Okay.  So if you ever say
 9   "driver," he's supposed to be thinking contract
10   driver?
11              MR. LIEBERMAN:  In the context of
12   going through his background at Swift right now.
13              MR. KAPP:  Okay.  All right.
14              THE WITNESS:  Okay.
15              MR. KAPP:  Off the record.
16              (An off-the-record discussion ensued.)
17   BY MR. LIEBERMAN:
18        Q.  So with respect to compliance under
19   the regulations as your duty as director of
20   safety, what is it that you and Swift did to
21   ensure that these contract drivers were
22   complying with the federal regs?
23        A.  Well, generally it starts off by the
24   contractor wanting to first come on board with
25   Swift and lease his truck on with Swift.  The
```

09:21:10AM (line 5)
09:21:19AM (line 10)
09:21:26AM (line 15)
09:21:54AM (line 20)
09:22:10AM (line 25)

contract drivers would go through generally the same responsibilities as an employee driver would as far as the screening. They would fill out a contractor application whereas an employee would fill out an employment application. Two different applications, generally the same information to keep those things separated.

So an application, it would be -- with compliance, it would involve background checks on the driver, history checks, drug screening, if needed; physical, if needed; things we've just talked about, and getting them in compliance with the employment driver qualification file and maintenance of that file. That's the compliance side of things, which would also include the road test.

If the driver's not going to be pulling doubles, which is another issue, all we may do is look at their history and accept their commercial driver's license.

Q. That all seems to me to be part of the application process. What I think I'm trying to focus this more on is what I would understand as compliance with the regulations to be, but let me ask it this way.

```
             1              Was there any monitoring of these

             2   contract drivers after they were employed?

             3              MR. KAPP:  Object to the form to the

             4   extent --

09:23:42AM   5   BY MR. LIEBERMAN:

             6         Q.  After they were hired?

             7              MR. KAPP:  Object to the form.

             8              Go ahead.

             9              THE WITNESS:  After they were leased

09:23:45AM  10   on?

            11   BY MR. LIEBERMAN:

            12         Q.  That's a better phrase.  Thank you.

            13              So after these drivers were leased on,

            14   did your duties as director of safety entail any

09:23:52AM  15   oversight of these drivers?

            16         A.  Yes.  Oversight under two different

            17   scenarios.  First of all, the driver to monitor

            18   any -- let me back up just a little bit.

            19         Q.  Sure.

09:24:04AM  20         A.  When the Federal Motor Carrier Safety

            21   Administration determines they want to deal with

            22   companies, motor carriers, drivers -- that's

            23   that whole employer/employee relationship

            24   thing -- they only want to deal with two

09:24:14AM  25   entities.
```

29

1          They classify them as employer and

2     employee so they don't have to dig -- drill down

3     through all these contractors.

4          And so if, for example, roadside

09:24:25AM   5     inspection.  A contractor stopped at a roadside

6     inspection and had problems there, a report's

7     completed.  That would come to Swift

8     Transportation, which is the primary carrier.

9          We would then take those reports and

09:24:37AM   10    go down to the contractor, whether it's an

11    owner-operator or whether it's an owner-operator

12    fleet, contractor fleet, 10, 15, 20 trucks, and

13    deal with it there.

14          So when you're talking about

09:24:48AM   15    monitoring, we would monitor, for example, when

16    their physical would be due.  We would tell them

17    they have to go get a new physical before you

18    continue driving.  If they had citations,

19    roadside inspections.

09:25:03AM   20          Back then -- and, actually, most of my

21    time with Swift, we'd have to deal with the bid

22    inspection in California where they would obtain

23    their motor vehicle records.

24          Well, we would take all that

09:25:14AM   25    information that was sent to Swift as the motor

30

1    carrier.  We would monitor the driver to make

2    sure he's not in excess of any problems with

3    Swift's general guidelines and rules as far as

4    driver's concerned.

09:25:26AM   5          The next step is equipment.  Typically

6    the owner-operator leases on the tractor.

7    Tractor's his tractor, his responsibility's from

8    top to bottom, taxes, fuel and all that.  And

9    they would pull our trailers with our cargo in

09:25:41AM  10    it, similar to FedEx.

11          So we would also have what we call a

12    truck file that we keep their monthly reports in

13    or we would have them complete monthly reports

14    and they would send us invoices of repairs so we

09:25:56AM  15    know they are doing maintenance on their truck

16    that is leased to Swift Transportation.  So that

17    is the monitoring process that, I guess, you

18    might be talking about.

19      Q.   Under the regulations, it's ultimately

09:26:11AM  20    Swift's responsibility to ensure the safe travel

21    of these vehicles, correct?

22          MR. KAPP:  Object to the form.

23          THE WITNESS:  Well, we provide the

24    trailers and we provide the cargo, but Swift as

09:26:22AM  25    the primary carrier to have that truck go from

1   Point A to Point B.

2   BY MR. LIEBERMAN:

3        Q.   So it's in Swift's interest to make

4   sure it goes safely from Point A to Point B;

09:26:30AM   5   isn't that correct?

6        A.   It's one of the jobs, yes.

7        Q.   Which is why Swift instituted policies

8   and procedures to monitor not only the drivers

9   but also the maintenance of the tractors, right?

09:26:39AM   10        A.   One of the purposes, yes.

11        Q.   What type of policies were in place

12   with respect to Swift's oversight of tractor

13   maintenance?

14        A.   Pretty much what I just told you.  We

09:26:54AM   15   would have the contractors submit or provide us

16   with monthly information on the repairs that

17   they would have done.  That information would go

18   in their truck file.

19             And with Swift Transportation, we

09:27:07AM   20   would have what we call a driver manager that

21   would have the truck file.  They would make sure

22   that those repairs or that information was being

23   submitted, number one, and, number two, placed

24   in the file so that there was some kind of

09:27:23AM   25   ongoing maintenance program required under the

1    regulations that the owner-operator or the

2    contractor is responsible to complete on their

3    truck that's leased to Swift.

4         Q.   The monthly maintenance reports that

09:27:38AM  5    Swift received, was there any auditing process

6    or checking process to ensure the accuracy of

7    those reports?

8         A.   No.   Only generally that the reports

9    were being submitted along with the receipts.

09:27:54AM  10   In other words, if a month went by or maybe,

11   let's say, even two months and the truck manager

12   says, Wait, Charlie hasn't submitted any

13   receipts.   I need to talk to him about that.   Is

14   he doing any repairs.

09:28:09AM  15        Because there may not be any repairs

16   in that truck file for a month or two.   Truck

17   could go for a couple months until the next B

18   service until he has enough miles on the truck.

19   But he would find out, you know, Charlie, are

09:28:22AM  20   you submitting your receipts?   Have you had your

21   truck in for repairs?   Get us the receipts in

22   and fill out any information you need on this

23   monthly truck report to make sure that you

24   are -- Swift feels good that you have some kind

09:28:35AM  25   of monitoring system of your truck.

1    Q.  Was the driver manager a Swift

2    employee?

3    A.  Driver manager would be a Swift

4    employee generally.

09:28:43AM  5    Q.  So the driver manager, a Swift

6    employee, was the one that was reviewing and

7    monitoring the maintenance reports that were

8    being submitted monthly by the contractors; is

9    that true?

09:28:53AM  10    MR. KAPP:  Object to the form as

11    worded.

12    Go ahead.

13    THE WITNESS:  Generally, yes.

14    BY MR. LIEBERMAN:

09:28:59AM  15    Q.  Who did the driver manager report to

16    within Swift?

17    A.  Well, the driver manager would report

18    to, like, a terminal manager.  Depends on the

19    size of the terminal.  It could be a fleet

09:29:14AM  20    manager who would then report to the terminal

21    manager, but generally the driver manager would

22    report to the terminal manager at that location.

23    Q.  At some point did that road lead to

24    your office as director of personnel -- or

09:29:26AM  25    director of safety, excuse me?

1          A.   Only if there were issues with regard

2     to the drivers and citations or something like

3     that to be reviewed.

4          Q.   So there was a hierarchy of reporting

09:29:38AM  5     is what I'm hearing; is that true?

6          A.   True.   You've got two general sides of

7     the transportation puzzle.   You've got safety

8     and you've got the operations side and depending

9     on what the issue or what the need was, it would

09:29:54AM 10     either go to one of those two entities for

11     determinations.

12          Q.   During your tenure as director of

13     safety, did you ever get any -- encounter any

14     issues with driver safety?

09:30:09AM 15          A.   Are you kidding?   Certainly.

16          Q.   Can you describe?

17          A.   That was my job.

18          Q.   So director of driver safety for Swift

19     Transportation, you were overseeing the safety

09:30:22AM 20     of the drivers underneath you?

21          MR. KAPP:   Object to the form.

22          THE WITNESS:   I was overseeing the

23     company's safety program, which included

24     elements of drivers who were in error or

09:30:36AM 25     committing violations or something like that.

BY MR. LIEBERMAN:

    Q.  As part of this program, did you provide safety training to these contract drivers?

    A.  Not really, no.  Contractors had to be experienced drivers, unlike the new employee drivers that were actual employees.  They required more training -- CDL training is what I'm talking about -- for them to get a CDL.  And then they would have to go out with a driver trainer.

        The contractors had to already be employed -- not employed, but experienced with so many miles, so much tenure, so many miles without collisions or accidents for them to even be leased on with the company.

    Q.  Once they were leased on, was there a program or a policy that was provided them regarding safety?

    A.  No specific policy.  We would provide contractors with any assistance they needed.  Similar to FedEx, we would have -- most of these trucking companies have driver rooms with posters.  They have information that's provided to the contract drivers.  If drivers needed --

1   whether it's a logbook or some issue or some

2   questions, he would talk to the dispatcher.

3           But primarily now, and during the last

4   five, ten years, we would tell them to contact

09:31:56AM   5   the FMCSA website that has updated safety

6   information about regulations, what's going on.

7   And I know that -- through depositions, that

8   FedEx has a website that they can be -- go to to

9   look up FedEx safety information.

09:32:14AM   10       Q.   After the contract driver was leased

11  on -- is that the correct term to use?

12       A.   Correct, leased on -- they would lease

13  their tractor on and they would have to be

14  qualified by Swift.

09:32:26AM   15       Q.   After that, did Swift do anything to

16  provide these drivers with any safety

17  information?

18           MR. KAPP:   Object to the form.   Asked

19  and answered.

09:32:35AM   20           THE WITNESS:   If they asked for

21  information, we would.   There may have been --

22  over the years we may have given them a safety

23  book or guideline, some of our safety guidelines

24  in a contractor book that we would give to --

09:32:53AM   25  generally the way it works, instead of giving

1   all of the drivers of a fleet, a contract to

2   fleet information, we would provide that to the

3   fleet manager, if you will, the fleet owner.  If

4   it was an owner-operator, we would give him the

09:33:08AM   5   contractor manual.

6            If it was a fleet owner, we would give

7   the fleet owner three manuals for his drivers,

8   tell them to read through that, understand our

9   policies.

09:33:18AM   10           So you not only have Swift general

11  policies about you can't have so many accidents

12  or citations in a particular period of time.

13  The key for an experienced driver, particularly

14  an accident-free driver, would be to have him

09:33:32AM   15  update himself on the FMCSRs, and that primarily

16  is done through websites.

17  BY MR. LIEBERMAN:

18           Q.   The manuals that you mentioned just

19  now, the -- what were they?  You mentioned a few

09:33:44AM   20  manuals.  Is there a fleet manual or --

21           A.   Well, it would be a contract- -- I'm

22  talking Swift Transportation.

23           Q.   Yes.

24           A.   It would be a contractor safety

09:33:52AM   25  manual.  For example, you know, how many

1   citations they can have or can't have if they

2   want to keep the trucks leased on with Swift.

3   The monthly maintenance processes and those

4   kinds of things.  That manual didn't go to the

09:34:09AM   5   employees.

6           Q.   It went to the contractors?

7           A.   Went to the contractors.

8           Q.   And this was a manual generated by

9   Swift, correct?

09:34:16AM   10          A.   It was, yes.

11          Q.   And the manual covered such things as

12   Swift's policies on routine maintenance; is that

13   true?

14          A.   No.  Not routine maintenance for their

09:34:27AM   15   trucks specifically.  They own their truck.

16   They're responsible for maintenance on their

17   truck, but it would inform them on submitting

18   their receipts and information to Swift.

19          Q.   Okay.

09:34:38AM   20          A.   So we understood they had an ongoing

21   maintenance program that was required by the

22   FMCSRs.

23          Q.   The FMCSRs require a maintenance

24   program, correct?

09:34:52AM   25          A.   Correct.

1           Q.   Do you remember what section it is?

2           A.   3 --

3           Q.   I know I'm testing your memory.

4    Sorry.

09:34:59AM  5           A.   It would be under three ninety --

6    Section 393.  I could look it up if you want.

7           Q.   Did Swift ensure that its contractors

8    had a maintenance program before leasing those

9    contractors?

09:35:16AM 10           A.   No.  We didn't know what was happening

11   with the truck, nor did we really care what

12   happened to that truck before, because when the

13   truck was leased on to Swift, we would do an

14   initial inspection.  That's where the start

09:35:31AM 15   occurred of the lease.

16           Q.   Right.

17           A.   And once that tractor was properly,

18   let's say, inspected, maintained, then the

19   maintenance from that time on would continue.

09:35:43AM 20                And, of course, there are some issues

21   where we wouldn't let them lease on a truck more

22   than five years old or something like that.  We

23   had -- we wanted to lease on newer trucks so we

24   didn't have to deal with a lot of breakdowns.

09:35:54AM 25           Q.   Did Swift require its contractors to

1    have a maintenance program?

2        A.   We required them to comply with the

3    regulations.  We just needed to monitor their

4    maintenance program or cause to be monitored.

09:36:07AM   5    That's how the regulations read.

6             And that's where they submit their

7    receipts.  But they're responsible for their --

8    as a motor carrier, actually, to maintain a

9    maintenance program on their truck.

09:36:17AM  10        Q.   In your experience, did these

11    contractors have written maintenance programs?

12        A.   Written by who?

13        Q.   I don't know.  That's what I'm asking.

14        A.   I don't think so.  They're there to

09:36:33AM  15    comply with the regulations.

16        Q.   Well, the regulations don't tell you

17    when you have to bring your truck in to get

18    maintained, correct?

19        A.   Well, yes.  If you're talking about

09:36:42AM  20    B services and particularly owners, for example,

21    they own the truck.  They know when to have a

22    B service, you know, based on so many miles.

23    And they're responsible to take the truck in for

24    their oil changes and inspections, tires, those

09:36:55AM  25    kinds of things.

1        Q.   Did Swift monitor whether or not the

2    contractors were performing B service on their

3    tractors?

4        A.   Only what they submitted on a monthly

09:37:03AM   5    basis to let us know that they were having

6    B services and other work done.  It wasn't

7    specifically B services.  We would expect shop

8    information to come in every couple months

9    obviously when a B service is ready, because we

09:37:18AM  10    know that they knew they had to get the oil

11    changed.

12        Q.   And if Swift didn't see it, what would

13    Swift do?

14        A.   We would talk to the owner-operator

09:37:26AM  15    and say, first of all, are you submitting your

16    receipts?  And generally he says, No, I forgot

17    and he would go out in the truck and get them or

18    something like that.

19             But it would kind of be between the

09:37:37AM  20    supervisor and the driver.  I mean, if he wasn't

21    taking care of his truck and the truck was

22    broken down -- for example, if the driver says,

23    My truck's out of service because of breakdowns

24    time and time again, then the manager would look

09:37:52AM  25    at his file and say, Well, Charlie, where's your

1   information?  You know, are you inspecting your

2   truck?  Are you getting it in for servicing?

3           And eventually if his truck is down,

4   we could just pull the lease.  He's got to go

09:38:07AM   5   somewhere else.

6           Q.   Did Swift ever do that?

7           A.   Oh, yeah.

8           Q.   So Swift was monitoring these

9   maintenance records pretty closely?

09:38:16AM   10           A.   Well, I don't know pretty close, but

11   we were getting information from the driver

12   himself.  And, again, it could be the driver.

13   If it's an owner-operator, if he's taken out of

14   service, then we pull the lease as well if he

09:38:29AM   15   can't drive.  So there's two issues there.

16           Q.   Swift's oversight was more than just

17   collecting the maintenance records and putting

18   it in a file, correct?

19           A.   Well, yes, it would be.  If the driver

09:38:44AM   20   was not submitting receipts for a period of a

21   couple months, we would check with the driver to

22   say where are your receipts.  If he wasn't

23   maintaining his vehicle, the general motor

24   carrier has the -- under the regulations to be

09:39:00AM   25   able to cause that that truck leased is being

1   maintained.

2          And if that threshold or if that

3   situation doesn't happen, then we've got to

4   terminate the lease because we have to know that

09:39:15AM  5   he's doing work on his truck.

6          Q.   Do you recall a scenario in which a

7   driver manager for Swift received a maintenance

8   record in which a maintenance item was suggested

9   but declined by the tractor owner?

09:39:31AM  10         MR. KAPP:   Object to the form.   Overly

11   broad.

12         THE WITNESS:   I'm sure that's probably

13   happened.   I wouldn't know of a situation.   I

14   know in this particular situation there's an

09:39:43AM  15   issue there, but it wasn't placed out of

16   service.   It could run based on the technicians.

17   BY MR. LIEBERMAN:

18         Q.   We're talking about the Redbone Diesel

19   invoice from November 5, 2014, in this case,

09:39:56AM  20   correct?

21         A.   Correct.

22         Q.   We can talk about that in this context

23   then.

24         That's an invoice in which a right

09:40:04AM  25   rear ABS valve was founding leaking.

```
 1                   Is that your recollection?
 2           A.   The ABS valve, correct.
 3           Q.   And it was not repaired?
 4           A.   It was not repaired, nor was it placed
 5   out of service.
 6           Q.   Is that something that the Swift
 7   driver managers would have been monitoring?
 8           A.   Not really.  If that came in, if they
 9   read that report, they would ask the driver,
10   what's the deal with your ABS right monitor.
11   But in this particular situation, I read it
12   wasn't placed out of service.
13                   In other words, if it was slightly
14   leaking, it could have been done at a different
15   time based on how I read the report.
16           Q.   Just to make the record clear, when
17   you say this situation, you're talking about
18   this case, right?
19           A.   This case, correct.
20           Q.   Thank you.
21                   MR. KAPP:  The ABS, Redbone.
22                   THE WITNESS:  This case, Redbone ABS.
23   BY MR. LIEBERMAN:
24           Q.   Now, are you aware in this case that
25   both drivers, Mr. Kehler and Mr. Marks, had no
```

09:40:12AM
09:40:24AM
09:40:36AM
09:40:42AM
09:40:50AM

1    knowledge of that Redbone Diesel maintenance

2    record --

3          A.   I am.

4          Q.   -- when asked?

09:40:57AM   5          A.   I am.

6          Q.   So in your scenario in which the Swift

7    driver manager would have approached Mr. Kehler

8    and said, Can you please explain this particular

9    issue, being the leaking ABS valve, and he would

09:41:13AM   10   have received a response that said, I know

11   nothing about it, what would the Swift driver

12   manager have done?

13               MR. KAPP:   Object to the form.

14               THE WITNESS:   I think a Swift manager

09:41:20AM   15   would have read the report like I did.  And in

16   that particular scenario, you had CLR utilizing

17   two or three different providers -- service

18   providers or technicians that are qualified

19   under the FMCSRs.  They have to be qualified to

09:41:40AM   20   be truck inspectors.

21               And I think there was communications

22   between the technician and Mr. Rodwick, I

23   believe, about that.  And the Driver Kehler also

24   indicated that the technician asked can he pick

09:41:57AM   25   the truck up, work on it and take it back to

1    FedEx.

2            Well, those two drivers were off duty.

3    Then they would generally leave a note on the

4    seat if it needed to be repaired.  There was no

09:42:10AM  5    note.

6    BY MR. LIEBERMAN:

7        Q.   That information you just recited, is

8    that your understanding of the deposition

9    testimony of Mr. Rodwick and Mr. Kehler?

09:42:23AM  10       A.   That's correct.

11           MR. FITZGERALD:  Please mark this part

12   of the deposition.

13           THE WITNESS:  That's how I understood

14   the transaction took place.

09:42:44AM  15   BY MR. LIEBERMAN:

16       Q.   Did Swift have a procedure in which

17   the driver manager would have to report issues

18   of maintenance or lack of maintenance to a

19   higher level in the hierarchy?

09:43:00AM  20       A.   Well, of course it depends on how --

21   some minor changes over the years.  You have to

22   remember, when I was with Swift I started off

23   with 150 trucks and then we went to 20,000

24   trucks.  So things do change --

09:43:13AM  25       Q.   Sure.

1        A.   -- over time as far as procedures.

2   But, generally, the driver manager would get

3   with the contractor driver and find out if he's

4   having his truck inspected or repaired.  And if

09:43:28AM   5   the driver says no, they have a discussion why

6   not or generally what happened is he wasn't

7   submitting his receipts.

8            Then he could say, Charlie, if you're

9   not maintaining your truck, I'm gonna have to

09:43:41AM   10   pull your lease.  You need to make sure -- so

11   there's various stages of how this maintenance

12   thing goes.

13        Q.   Sure.  And I guess in my hypothetical

14   what I'd ask is you have a situation in which

09:43:54AM   15   the maintenance record shows an unrepaired item.

16   Your driver manager goes up to Charlie, the

17   driver, and says, Charlie, what is this?  And

18   Charlie says I don't know.

19            What is your driver manager supposed

09:44:04AM   20   to do next?

21            MR. KAPP:  Object to the form.

22            THE WITNESS:  Well, as I said before,

23   he needs to look at the form first and ask

24   Charlie after looking at the form, says you

09:44:15AM   25   probably need to get this fixed down the road.

1     If he did submit the report, which the report

2     came in, read the report, and say you need to

3     get this fixed the next time you have it in the

4     shop, if it was not an out-of-service item.

09:44:28AM  5          And the technicians and the people at

6     Redbone, Warner and these other places, they're

7     the ones that are certified to know when it can

8     be placed out of service, when it can't.

9     BY MR. LIEBERMAN:

09:44:37AM  10          Q.   What you're saying with respect to the

11    Redbone Diesel record that we're talking about,

12    the November 5, 2014 record, you're saying

13    because Redbone Diesel didn't list it as an

14    out-of-service item, it is therefore not an

09:44:50AM  15    out-of-service item?

16          A.   They're the ones that can determine

17    whether it's out of service.  They should -- if

18    that particular item -- if that particular item

19    needed to be repaired before that truck was in

09:45:01AM  20    service -- and they know the guidelines -- they

21    should have left a note on the seat saying,

22    Charlie, you've got to get this fixed or instead

23    of leave a note, they would have called the

24    owner, probably, Chris, and said, Hey, Chris,

09:45:11AM  25    we've got to get this fixed.  Chris would have

1    said get it fixed.

2         Q.   Do you know if they called Chris?

3         A.   I don't know if they specifically

4    called Chris or not.  I know there was no note

09:45:22AM  5    on a seat like Mr. Kehler that generally happens

6    if something needs to be repaired.

7         Q.   Do you know if Redbone Diesel told --

8    strike that.

9         Do you know if Redbone Diesel -- I

09:45:36AM  10   believe you said the word "certified"?

11        A.   In order for a -- I'll say it mechanic

12   or technician, however you want to call him.

13        In order for them to do truck

14   inspections, annual inspections, for example,

09:45:50AM  15   they have to be certified -- trained and

16   certified under the federal regulations.  They

17   have to have a certification to do those

18   inspections, similar to a brake inspector.

19        A driver can't work on ABS brakes.

09:46:04AM  20   They're not trained and certified.  You know,

21   it's one of those deals.  So they have to rely

22   on the technician to say either this needs to be

23   fixed or needs to be fixed one of these days or

24   whatever.  They're the experts in that.

09:46:15AM  25        Q.   As the director of safety for Swift

50

1   Transportation, if you saw a record such as this

2   Redbone Diesel record we're talking about with a

3   leaking right rear ABS valve that went unfixed,

4   would you allow that truck onto the road to pull

09:46:28AM   5   Swift trailers?

6             MR. KAPP:  Object to the form.

7             THE WITNESS:  What I would do is I

8   would read the form and find out what the person

9   said, which I've read that, and talk to the

09:46:40AM   10   owner-operator.

11             If I was involved personally and fleet

12   manager was out of it, I would say you need to

13   get this fixed.  It appears it's not leaking bad

14   enough to be able to shut you down.  Get it

09:47:00AM   15   fixed next time you get it in the shop.

16             I'd have to look at all the

17   circumstances.  And then you say, Hey, if you're

18   off, take it back into Redbone and tell them to

19   fix it.

09:47:11AM   20   BY MR. LIEBERMAN:

21        Q.  So did Swift Transportation only care

22   about maintenance with respect to out-of-service

23   items?

24        A.  No.

09:47:18AM   25        Q.  I mean, the regulations require the

1    vehicles to be maintained in a condition which

2    doesn't lead to a breakdown, correct?

3          A.   Correct.

4          Q.   So isn't this one of those conditions

09:47:26AM  5    that could lead to a breakdown?

6          A.   It may lead to a breakdown.  The

7    technician's the one who knows whether or not

8    it's out of service or not.

9          Q.   Would the driver manager for Swift

09:47:36AM  10   contact a technician to talk about it?

11         A.   The driver may --

12              MR. KAPP:  Object to the form.  Calls

13   for speculation.

14              MR. LIEBERMAN:  If he knows.

09:47:45AM  15              MR. KAPP:  And foundation.

16              Go ahead.

17              THE WITNESS:  In this particular case,

18   a driver manager would get ahold of the owner

19   contractor.  If you were to switch over now to

09:47:54AM  20   FedEx, he would have called Chris --

21   BY MR. LIEBERMAN:

22         Q.   Rodwick?

23         A.   Rodwick, yeah.  Called Chris Rodwick

24   and said, Hey, I got this form in from you,

09:48:02AM  25   Kehler, whoever was submitting the forms, and I

1   see an ABS brake valve that is somewhat leaking.

2   They didn't put it out of service -- I forget

3   the exact wording on it -- are you aware of

4   that.

09:48:15AM  5        Q.   What if he says I don't know or says,

6   no, I'm not aware of it?

7             MR. KAPP:  Same objection.

8             THE WITNESS:  Then he would have to

9   talk to the driver, make sure you get this thing

09:48:24AM 10   fixed.

11   BY MR. LIEBERMAN:

12        Q.   Before the truck leaves the yard?

13        A.   Depends on -- depends on the part and

14   depends on this particular situation.

09:48:35AM 15        Q.   Understand.

16             In summary, Swift's driver manager

17   would have done something, correct?

18             MR. KAPP:  Same objection.

19   BY MR. LIEBERMAN:

09:48:44AM 20        Q.   They would have -- he or she would

21   have investigated this issue and using the best

22   judgment available would have proceeded forward?

23        A.   I don't know if the manager would have

24   investigated this issue.  The manager, being an

09:48:57AM 25   experienced truck driver himself, may have

1  looked at the report knowing that a certified

2  brake technician said this part is leaking and

3  he may have just talked to the driver to get it

4  fixed.

09:49:10AM  5          I don't know if he would have

6  conducted an investigation.  He wouldn't have

7  called Redbone.  That's not his job.  It's not

8  his truck.  It's Chris's truck.

9          Q.  Sure.  I understand you take issue

09:49:20AM  10  with my term "investigation" but whatever.

11          The driver manager would have looked

12  at the report, would have asked the driver and

13  potentially even called the owner-operator --

14  and in the case we're talking about,

09:49:31AM  15  Mr. Rodwick -- to get more information?

16          MR. KAPP:  Same objection.

17          THE WITNESS:  May have.

18  BY MR. LIEBERMAN:

19          Q.  With respect to your director of

09:49:39AM  20  safety position, was there any oversight over

21  the hours of service of the drivers?

22          A.  Absolutely, yes.

23          Q.  What was the policy or procedure that

24  Swift employed to oversee the hours of service?

09:49:52AM  25          A.  Of the contractor drivers?

1          Q.   Sure.

2          A.   Well, I mean, it depends on at what

3    point in time.  Back when, as we had all these

4    paper logs, and we would have the compliance

09:50:05AM   5    people go through logs and conduct audits, not

6    on every log, but on so many owner-operators.

7    And we had a process on which ones we may want

8    to have -- those that had previous violations.

9               In this particular case, we all know

09:50:18AM  10    that they were on e-logs, within a period of

11    time before the crash anyway, kind of back and

12    forth.  But that made it easy for FedEx to, on

13    the e-log system, just run reports and find out

14    if drivers are committing violations.

09:50:39AM  15               FedEx gave these guys plenty of time,

16    as they're a team, and they had plenty of time

17    off when they got back from trips.  So I've

18    looked at the logs.  There's no issues there.

19          Q.   Well, we can get to the logs later.

09:50:51AM  20               Do you know if FedEx audited the

21    e-logs like you described Swift did?

22          A.   I believe the e-log system that they

23    get -- I don't know.  The system goes in

24    electronically and I believe there's an

09:51:08AM  25    electronic method to audit at the same time.

1   Logs have been electronically audited for years.

2   So I think all he would have to do is generate

3   reports of violations or something.  Don't know.

4       Q.   Is a motor carrier required to review

09:51:23AM  5   the driver logs?

6       A.   No, sir.  They're just required to

7   maintain compliance with the regulations with

8   regard to the hours of service.

9       Q.   So why did Swift monitor them?

09:51:33AM  10      A.   So we could maintain compliance with

11  the hours of service.

12      Q.   Safety as well is one issue?

13      A.   Well, that's the purpose of the hours

14  of service is maintain compliance with regard to

09:51:45AM  15  safety so they don't get tired.

16      Q.   Did you monitor their vehicle

17  inspections as well?

18           MR. KAPP:  Object to the form.

19  BY MR. LIEBERMAN:

09:51:52AM  20      Q.   "You" being Swift.

21      A.   Yes.  And we've talked about that.  We

22  would get their receipts and make sure they had

23  a maintenance system in place where they were

24  working on their trucks.

09:52:06AM  25      Q.   The drivers are required to log their

1   driver vehicle inspection reports under the

2   regulations, correct?

3           A.   Those reports you're talking about?

4           Q.   Yeah, driver vehicle inspection

09:52:15AM  5   reports.

6           A.   Okay.  I thought we were back to the

7   other inspections.  Okay.

8           MR. KAPP:  And I did too.  So maybe

9   you could start over again.  I'm sorry.

09:52:29AM 10           MR. LIEBERMAN:  No, that's okay.  I'm

11  just segueing into this.

12  BY MR. LIEBERMAN:

13          Q.   We've talked about Swift's oversight

14  of hours of service.  We've talked about Swift's

09:52:35AM 15  oversight of maintenance of tractors.  What I'd

16  like to talk now is Swift's oversight over the

17  driver vehicle inspection reports.

18          A.   Well, if you're -- which I believe you

19  are.  You're referring to the end-of-the-day

09:52:47AM 20  reports, yes, we would monitor those.  Those

21  would be part of the hours of service.  In fact,

22  those reports are on their logs themselves.

23          And we can discuss this a little bit,

24  but, as you know, this was an ongoing team.

09:53:04AM 25  They were always running.  It's not like they

1  were slip seating a truck where somebody drove

2  the truck the next day, which is the purpose for

3  these reports that the FMCSRs require.

4      Q.  What I'd like to focus on is Swift's

09:53:19AM  5  oversight of the contract drivers' vehicle

6  inspection reports, not these particular drivers

7  yet.  We'll get into that.

8          So what I'm asking is what did Swift

9  do with respect to the contract drivers' vehicle

09:53:34AM  10  inspection reports?

11      A.  Make sure they were submitting their

12  reports on a daily basis through the compliance

13  process.  And if any of those reports were

14  signed off where they were defects, to make sure

09:53:46AM  15  that the driver, the contractor got their

16  equipment fixed before it was placed back in

17  service.

18      Q.  So, again, these weren't just put in

19  the files.  Somebody for Swift was looking at

09:53:57AM  20  these reports?

21      A.  Yes.  On not every single report, but

22  on a audit-type basis.  And, keep in mind, when

23  these reports are submitted and the truck's

24  going, we might not even get these reports in

09:54:13AM  25  for 13 days or so.

1          Q.   Because at the time they were paper

2     reports, not electronic?

3          A.   Correct.  And it could be up to 13

4     days after the actual truck ran.  So if one

09:54:24AM  5     report says I had to get a transmission fixed --

6     well, that's not a good example, because the

7     truck couldn't be dispatched.  But, you know,

8     something else had to get fixed, then we would

9     obviously say Charlie, it sounds like you got it

09:54:39AM 10     fixed, because you've been running for the last

11     two weeks.  I noticed on your log two weeks ago,

12     your inspection report, that you said you

13     couldn't run it.

14          So the fleet manager or driver manager

09:54:49AM 15     may double-check and these guys would call in

16     occasionally, you know, and send them

17     information as far as their dispatch and ask

18     them.

19          Q.   Was there regular communication

09:55:00AM 20     between Swift and the contract driver?

21          A.   The communications are primarily

22     through the AS400 system, just messages.  We

23     would require owner/operators to have the

24     operational electronic device in their truck.

09:55:16AM 25     We would say, Charlie, did you get that fixed?

1    I noticed the log audit says you had something

2    broken.

3               Telephones went out about 10 years

4    ago.  I mean, in our system anyway.

09:55:29AM  5          Q.   I understand.

6          A.   Thank goodness.

7          Q.   Was the monitoring of the contract

8    drivers different than Swift monitoring of the

9    noncontract drivers?

09:55:51AM  10         A.   Operationally, not much different.  We

11   had the same dispatch system, AS400 system, that

12   is the main system used to dispatch trucks.  So

13   everybody had their monitor in their truck,

14   computerized satellite tracking, blah, blah,

09:56:09AM  15   blah, and we would send them the same message.

16   You got to pick up a load here and deliver a

17   load there through the same system.

18         Q.   What about training?  Outside of the

19   initial onset in terms of hiring these folks and

09:56:24AM  20   getting them their CDL license, did Swift

21   provide any additional safety training to

22   noncontract drivers?

23         A.   I would say occasionally depending on

24   the -- let me back up a little bit.

09:56:41AM  25              If a company driver had a crash, for

1    example, we may give that driver some additional

2    training, post-crash training, yes.

3         Q.   Reactionary?

4         A.   Well, reactionary or prevent future

09:56:56AM   5    similar crashes, sure.

6         Q.   Was that provided to contract drivers

7    as well?

8         A.   It may have been provided if they --

9    it may have been provided.

09:57:05AM   10        Q.   Would that be specific to that driver

11   or was it to your drivers?

12        A.   Generally, training -- well, both.

13   For example, if we had -- and, again, this goes

14   over time 20 years.

09:57:20AM   15        Q.   I understand.

16        A.   So let's say, yeah, 10 years ago when

17   the company wasn't so large, we had -- we would

18   have some safety groups where drivers would be

19   at a terminal.  We may have a safety guy go over

09:57:35AM   20   there and do a half-hour meeting, for example.

21             In that meeting it would be voluntary

22   for anybody to attend.  And contractors could

23   voluntarily attend that general safety meeting.

24   Company drivers could attend.

09:57:48AM   25             However, the drivers who were involved

1   in a crash, it would be mandatory for him to

2   attend one of those training courses within a

3   30-day period of time, for example -- I think

4   60-day period of time.

09:58:04AM   5            MR. KAPP:  Are you at a good breaking

6   point?

7            MR. LIEBERMAN:  Yeah.  We can take a

8   break.

9            (Recessed from 9:58 a.m. to

10:03:40AM   10   10:03 a.m.)

11   BY MR. LIEBERMAN:

12        Q.  Moving up your resumé, sir -- your CV,

13   excuse me.  In 1990 you became the vice

14   president of safety for Swift Transportation, is

10:03:49AM   15   that correct?

16        A.  That's correct.

17        Q.  And how does that differ from director

18   of safety?

19        A.  I've always said not much difference.

10:04:00AM   20   I had a few more people working for me and it's

21   all in the number of trucks we had about then.

22   Like, we went from 84 to about 150.  In '90 we

23   probably had 2,500 trucks and so we just -- the

24   department grew.

10:04:23AM   25        Q.  What percentage of those approximate

1    2,500 were owner operated?

2         A.   Well, I say "we," and, pardon me,

3    because when you're with a company, it's we all

4    the time.  We have always been around 10 to 15

5    percent contractors of the fleet.  So, you know,

6    like, when I left in 2012 we had a good 5,000

7    contractors.

8         Q.   Why did Swift decide to use only 10 to

9    15 percent contractors?

10             MR. KAPP:  Object to the form.

11             THE WITNESS:  There wasn't a

12   particular number.  It's just always been that

13   way.  I think we could hire company drivers

14   easier than have -- either recruit or find

15   contractors that wanted to go to work for Swift.

16             It's just -- it wasn't a special

17   number.  We could have 50 percent, I think, if

18   we wanted.  It's just how it's always been.  I

19   don't know.

20   BY MR. LIEBERMAN:

21        Q.   You mentioned earlier that there was

22   GPS tracking units on your vehicles.  When I say

23   "your" I mean Swift.

24        A.   Correct.

25        Q.   Was that on the tractors or the

1  trailers?

2          A.  That was on the tractors.

3          Q.  Was anyone at Swift monitoring the GPS

4  movements?

10:05:53AM  5          A.  Certainly, yes.  It was part of the

6  whole system.  And that would generally come

7  down to the driver manager, so he knew where the

8  driver approximately was and if they're gonna be

9  picking up a load or delivering a load on time.

10:06:11AM  10          Q.  Would it also give speed?

11          A.  The monitoring would only give speed

12  if you took a Point A to Point B to find out how

13  many pings were between those locations.  It's

14  not like a GPS like we have on our cars that

10:06:31AM  15  pings every so often when there's messages and

16  those kinds of things.

17              So you would only use that to detect

18  speed during periods of time by lat and longs at

19  different locations.  That's possible.

10:06:50AM  20          Q.  To clarify, was Swift sending routes

21  across the country?

22          A.  Yes.

23          Q.  Just for my edification here.

24          A.  Yes.  We've got all the states in the

10:07:06AM  25  country.  We have some Canadian provinces as

```
 1  well as a Mexico operation.
 2        Q.   If a driver manager or someone else
 3  from Swift noticed that a vehicle was going 90
 4  miles per hour, would Swift do anything?
 5             MR. KAPP:  Object to the form.
 6             THE WITNESS:  We're talking
 7  contractors again?
 8  BY MR. LIEBERMAN:
 9        Q.   Sure.
10        A.   I think he would say you'd probably
11  need to slow it down if he was going 90.  I
12  would say so, yes.
13        Q.   Is there a difference in how that
14  driver manager would react if it was a
15  noncontract driver?
16             MR. KAPP:  Object to the form.
17             THE WITNESS:  Well, the noncontract
18  drivers or the company-employed drivers, their
19  trucks were governed at 65.  The contractor
20  trucks aren't mandatorily governed.  We just
21  tell them to run the speed limits.
22  BY MR. LIEBERMAN:
23        Q.   That's the policy at Swift?
24        A.   Yes.
25        Q.   For safety reasons?
```

1     A.   Safety and sometimes with the

2    contractor driver to let him know that his fuel

3    savings could be a little better if he drove

4    slower.

5     Q.   What did Swift do to monitor whether

6    the contractor drivers abided by that policy?

7     A.   I don't know.  He would just tell the

8    drivers to run the speed limits, don't get

9    citations.  Generally, the best way to monitor

10   that would be citations.

11     Q.   Again, that's reactionary, right?

12     A.   If that's the word you want to call

13   it, sure.  In other words, if the driver starts

14   picking up speed tickets, we need to say slow

15   down.  You must be running over speed.

16     Q.   But prior to getting a speeding

17   ticket, did Swift do anything to monitor the

18   speed of the contractor drivers?

19     A.   No, sir, not like the company trucks.

20   Company truck drivers had to have their trucks

21   governed at 65.

22     Q.   Why didn't Swift, if you know, require

23   the contractor trucks to be governed at 65?

24     A.   Because we don't own the trucks.

25   We're not in control of the trucks.  We just

 1    tell them to operate at the speed limit.  Don't

 2    get citations.

 3         Q.   As a condition of contracting, you

 4    could have required that, correct?  "You" being

 5    Swift.

 6              MR. KAPP:  Object to the form.

 7              THE WITNESS:  Well, as a condition of

 8    the contract, we would say you have to abide by

 9    the Federal Motor Carrier Regulations and state

10    laws, which runs the speed limit.  So as a

11    condition of the contract, that is there, but

12    yes.

13    BY MR. LIEBERMAN:

14         Q.   In 2004 it looks like you transitioned

15    from vice president of safety to corporate

16    safety advisor for Swift; is that correct?

17         A.   That's correct.

18         Q.   Can you explain to me the difference

19    between those two titles?

20         A.   Yes.  I officially retired in 2004

21    full time, and there's more to it with financial

22    benefits and those kinds of things.  And they

23    hired me back on to be corporate safety advisor,

24    but that was on a part-time basis.

25         Q.   What did that job entail?

1          A.   That job entailed mostly working with

2     the director of safety.  They did replace the VP

3     of safety at that point in time.  I could still

4     work with the same guy I worked with before I

10:10:27AM 5  retired.  And I was also assisting the claims

6     group in testimony, 30(b)(6) stuff, that I was

7     doing before I left.

8          Q.   You were serving as the face of the

9     company for those depositions?

10:10:42AM 10      A.   Yes, sir.

11         Q.   During that time were you testifying

12    only on behalf of Swift, this 2004 to 2012

13    that's listed in your CV?

14         A.   Well, yes, unless I had a couple other

10:10:59AM 15  cases.  In 2004 I started I-Trans Consulting

16    Services.  And I may have had a few cases that

17    overlapped during that period of time, which I

18    see here was a few.

19         Q.   We'll go through this list

10:11:14AM 20  momentarily.

21              Can you describe the business of

22    I-Trans Consulting Services?

23         A.   The business would be to take calls

24    from either plaintiff or defense counsel, and if

10:11:27AM 25  they needed me to evaluate a case to see if the

1   carriers, drivers were in compliance with the

2   regulations, to evaluate the case and let them

3   know.  And I would charge them a fee for that

4   service.

10:11:40AM  5   Q.  Do you consider yourself an expert in

6   that service?

7   A.  I do.

8   Q.  And can you describe for the record

9   what you consider yourself an expert in.

10:11:50AM 10   A.  I consider myself an expert in

11   primarily truck transportation and commercial

12   drivers' safety.  With regard to the

13   regulations, recruiting, training, corporate

14   security.  I handled the security aspect of

10:12:07AM 15   Swift.  That's generally it.

16   Q.  Why did you stop being the corporate

17   safety advisor for Swift in February of 2012?

18   A.  Because they had hired -- or promoted

19   the other guy that I was working with, the VP of

10:12:27AM 20   safety, and I was spending more time in Mexico

21   at my home and I wanted to spend more time down

22   there.  So I could work out of my home.

23   Q.  I understand.

24   And you've been doing the I-Trans

10:12:46AM 25   Consulting business through present day,

DENNIS RITCHIE - 03/09/2016                                69

```
 1  correct?
 2       A.   Correct.
 3       Q.   Have you ever had a CDL?
 4       A.   I have not.
 5       Q.   Have you ever driven a
 6  tractor-tractor?
 7       A.   I have.
 8       Q.   In what capacity?
 9       A.   When we were setting up the school in
10  Phoenix and a couple other locations, I was
11  involved in driving the truck in the yard,
12  inspections, general movements of the truck.
13       Q.   Is it fair to say your experience in
14  driving a tractor-trailer is limited to just a
15  yard?
16       A.   Correct.
17       Q.   You've never taken a CDL exam?
18       A.   No.
19       Q.   Never sat for one?
20       A.   No.  I didn't have time.
21       Q.   You said setting up a school.
22            What school were you setting up?
23       A.   Swift Transportation has what's called
24  a CDL school for new students, new people that
25  want to get in the business to train and obtain
```

1   a commercial driver's license and then go to

2   work for Swift.

3           With our growth over the years, we had

4   to somehow supplement the ability to get

10:14:02AM   5   additional drivers on board.  So we had internal

6   Swift schools as well as we had external schools

7   throughout the country.  And you know, probably,

8   that story where there's a lot of schools that

9   train drivers and then we would hire them on

10:14:14AM   10   with Swift.

11           Q.   Were these schools also educating

12   contract drivers?

13           A.   No, sir.

14           Q.   These were strictly for noncontract

10:14:23AM   15   driver employees?

16           A.   Correct.

17           Q.   Was it based off any sort of manual or

18   literature, the education provisions of the

19   school?

10:14:35AM   20           A.   Well, I would generally say that

21   Professional Truck Driver Institute manual would

22   be one.

23           Q.   And you've attached some of that to

24   your report, correct?

10:14:45AM   25           A.   I have.

1      Q.   Did you have any involvement in

2   drafting or writing the PTDI manual?

3      A.   I didn't have any involvement in

4   writing the thing, but I was on their board for

5   a period of time in the '90s when we developed

6   the training program as an industry advisor

7   basically.

8      Q.   Were you a teacher at a Swift school?

9      A.   No, sir.  I was vice president of

10   safety ever since 1990.

11      Q.   Have you ever given anyone a CDL exam?

12      A.   No, sir.

13      Q.   Have you ever given a training class

14   for someone to obtain their CDL?

15      A.   To obtain a CDL, no, other than

16   speaking to some of our groups in Phoenix before

17   they graduated about the importance of safety.

18   More of a management safety advisor before they

19   actually graduated, went to the State and got

20   their CDL.

21      Q.   Have you ever instructed a class full

22   of drivers on safety issues?

23      A.   Sure.

24      Q.   Please describe those.

25      A.   Primarily from '84 until I would say

1    around 1990 with the growth, and then I had

2    training instructors that would do most of that

3    for me.

4         Q.   Was this through the Swift school?

10:16:13AM  5    A.   No.  It would just be for drivers that

6    were working for Swift as company employees and

7    I would hold training courses or I would go out

8    to the drivers room and talk to drivers who

9    happened to be sitting there.

10:16:28AM  10        Q.   What topics were discussed?

11        A.   I would discuss topics that were of

12   interest during the period of time.  You'd have

13   two major issues, whether it's summer or winter

14   driving, primarily winter driving.  If winter's

10:16:44AM  15   starting to come on, we'd talk about safety

16   aspects of driving in the wintertime.

17             If we are having issues with cargo

18   issues, for example, I would talk about some of

19   our flatbed operations as far as proper tie-down

10:17:01AM  20   procedures and those kinds of things.  Freight

21   falling in trailers, those kinds of things.

22             Just whatever kind of happens to start

23   rising.  I would run reports to find out what

24   problems were becoming more frequent than other

10:17:19AM  25   times and we would go out and hit some of those

1    topics.

2             We would also have brochures we would

3    hand out to drivers.  We would put posters up

4    in -- there's a lot of vendors that have -- that

10:17:33AM  5    sell posters we would purchase to put on driver

6    room walls all throughout our terminals

7    throughout the country.  We had about 38

8    subterminals.

9             And the terminal people would put

10:17:43AM  10   those posters up and we would have stacks of,

11   like, a safety bulletin.  And I would make

12   safety bulletins that we would have there by the

13   dispatch where drivers -- anybody, company

14   drivers, contractors could pick up.

10:17:56AM  15        Q.   Sure.  What I'm hearing is kind of

16   three areas.  You have posters on the wall, you

17   have brochures handing out, and then you have

18   individuals like yourself that would also

19   give -- I don't know if lectures is the correct

10:18:08AM  20   word, but a presentation on various issues; is

21   that correct?

22        A.   It might be a short safety meeting,

23   15 minutes, half hour, because drivers are

24   coming and going.  That's the difficult thing.

10:18:18AM  25   If you've got two drivers that only work local

1  every day, you can talk to them for a few

2  minutes, but when you got drivers coming and

3  going, you've got to do a little bit more

4  efficient methods.

10:18:27AM  5       Q.   Got to make your point quick, right?

6       A.   Not make the point quick, but just

7  tell them where to get the best information.

8  And online training is the best, because a lot

9  of drivers have computers now and we tell them

10:18:41AM  10  to go into the FMCSR websites, hit safety, and

11  it goes through a lot of the latest general

12  topics of safety.

13       Q.   Why did Swift do this?

14       A.   Just to help promote safety, reduce

10:18:59AM  15  crashes, collisions, cargo claims, on-the-job

16  injuries.

17            Remember, there's three issues I talk

18  about.  It's not all just truck crashes.  It's,

19  you know, keep yourself from getting hurt,

10:19:12AM  20  prevent cargo claims from tying equipment down

21  or making sure it's packaged, along with

22  accidents.

23       Q.   Right.  So to keep the drivers from

24  getting hurt, keep the cargo from getting hurt

10:19:22AM  25  or to keep other motorists from getting hurt,

1   right?

2          A.   Or drivers.

3          Q.   That's what I mean.

4          A.   Commercial drivers.

10:19:29AM 5          Q.   Any other motorist on the road?

6          A.   Any other motorist or drivers.

7          Q.   Right.  Swift took steps to attempt to

8   educate their contract and noncontract drivers

9   on safety issues related to those three areas,

10:19:43AM 10  correct?

11              MR. KAPP:  Object to the form.

12              THE WITNESS:  Correct.  Similar to

13  what FedEx did, yes.

14  BY MR. LIEBERMAN:

10:19:46AM 15         Q.   We can talk about in a little bit what

16  FedEx did.  I'm focused on Swift at the moment.

17         A.   Okay.

18         Q.   Any of these brochures or meetings or

19  posters talk about tire maintenance?

10:19:59AM 20         A.   Well, you're talking a 20-year period

21  of time.

22         Q.   Sure.

23         A.   And not that I recall.  It's pretty

24  well-known, among particularly experienced

10:20:13AM 25  drivers, that tires -- you run tires about 110

1    pounds.  So that's not something new with regard

2    to air pressure.

3            Q.   What about size of tires?  Any of

4    these -- again, I'm talking about the meetings,

10:20:29AM  5    the brochures, or the posters.  Anything talk

6    about size of tires?

7            A.   Well, the size of tires, our shops --

8    we have shops throughout the country and they

9    monitor the size of tires that go on our company

10:20:42AM 10    trucks.  That's taken care of.

11            The contractors have their own trucks

12    and they need to worry about their own trucks

13    and sizes and purchase their own tires.

14            Q.   When a truck came back from a route to

10:20:56AM 15    whatever Swift hub it returned from, did Swift

16    do any inspection of the tractor-trailer?

17            A.   Yes.  When the company trucks came in

18    we would have -- some of the terminal locations

19    have mechanics on the fuel island that when

10:21:17AM 20    they're fueling the truck, then we would have a

21    mechanic check equipment, mirrors, and those

22    kinds of things on some of the terminals.

23            Q.   How many percentagewise do you think

24    had that service available?

10:21:31AM 25            A.   Oh, maybe three or four of the larger

1    terminals.  And, again, that would be the

2    company trucks.  Owner-operators are involved in

3    their own inspections.

4         Q.  Did Swift ever inspect owner-operator

10:21:46AM   5    tractors after the lease was entered into?

6         A.  If the owner-operators hired Swift

7    Transportation to do any work for them they

8    would.

9         Q.  What type of work could an

10:21:58AM  10    owner-operator hire Swift to do?

11         A.  The same maintenance they could hire

12    Warner or Redbone Tire or anybody else to work.

13    And we would bill them for the shop service.

14         Q.  Was that a commonly purchased service

10:22:10AM  15    by Swift's owner-operators?

16         A.  I don't know if it was common or not.

17    It happened probably frequently.  The

18    owner-operators are responsible to choose their

19    shop.

10:22:26AM  20         Q.  Can you give a percentage on -- well,

21    strike that.

22         My understanding, you had about 10 to

23    15 percent -- and I don't mean to misquote you.

24    Correct me if I'm wrong.

10:22:35AM  25         But Swift had about 10 to 15 percent

```
 1   of contractor tractor-trailers at any given
 2   time?
 3        A.   I would say around 5 to 8 percent.
 4   Maybe out of 20,000 trucks we would have maybe
 5   5,000 owner-operators or so.
 6        Q.   Let's take that estimate of 5,000
 7   owner-operator trucks.
 8             What percentage of those 5,000 would
 9   use Swift to be their maintenance provider?
10        A.   I have no idea.
11        Q.   More than 50 percent?
12             MR. KAPP:  Object to the form.
13             THE WITNESS:  I wouldn't know.  I
14   wouldn't know.  And it would depend if a driver
15   came in from back East and needed something done
16   quickly.  He could get with his manager and
17   schedule his truck to go in the Swift shop and
18   get it repaired by one of the qualified
19   mechanics.
20   BY MR. LIEBERMAN:
21        Q.   Did each hub have a Swift shop on
22   site?
23        A.   No.  The larger ones did.  I would say
24   maybe 50 percent, maybe less, would have some
25   kind of shop on site.  Out of 32 terminals,
```

1    maybe 10, 15, something like that.

2          Q.   Was a full-service mechanic shop at

3    each spot?

4          A.   It would be -- yes, I would classify

10:23:51AM  5    it as full service, yes, to take care of those

6    company trucks.

7          Q.   Well, you also said that the

8    contractors could use those services as well

9    should they choose to.

10:24:01AM 10          A.   Correct.  When I'm saying full

11   service, it would have to be full service

12   because they've got to work on our company

13   trucks too.

14          Q.   I'm with you.

10:24:08AM 15          A.   Sure.

16          Q.   Did Swift contract out any maintenance

17   work on their company trucks?

18          A.   Yes.  Primarily if they -- if there's

19   a roadside problem, like the FleetNet or

10:24:24AM 20   something that they would have -- send a vendor

21   out to work on the truck.

22              And I'm sure that there may be some

23   major maintenance completed on a truck.  Our

24   service bays are pretty much service.

10:24:37AM 25          Q.   I understand.

1          A.   If the transmission needs to be done,

2     yes, we would farm those kinds of things out,

3     body work and those kinds of things.

4          Q.   Did we adequately cover your

10:24:58AM  5     background with respect to your trucking

6     experience?

7          A.   Other than personal awards and

8     positions, pretty much, yes.

9          Q.   Did we adequately cover your

10:25:20AM 10     background with respect to your education?

11         A.   Education, yes.

12         Q.   Do you have any certificates -- strike

13     that.

14              I see you have them listed here on

10:25:33AM 15     page 23, right?

16         A.   Correct.

17         Q.   Have you ever experienced a tire

18     failure of any kind while driving a vehicle?

19         A.   I have not.

10:26:00AM 20         Q.   Have you ever been retained outside of

21     this case by any other lawyer that has made an

22     appearance in this case?  And I can give you a

23     list of law firms, if needed.

24         A.   No.  I believe I've looked at that

10:26:20AM 25     list -- well, maybe not.  But I've not been

```
 1    retained by anybody, that I'm aware of, in this
 2    case.
 3         Q.  So you've never been retained prior to
 4    this case by Mr. Kapp or his firm?
 5         A.  Mr. Kapp I have on a case.
 6         Q.  What was that case?
 7         A.  I knew you were gonna ask that.  It
 8    didn't go to a trial or deposition.  It was a
 9    truck case, maybe four or five years ago.
10    Something like that.
11              MR. KAPP:  Actually, it was 10 years
12    ago.
13              THE WITNESS:  10.  Could be.
14    BY MR. LIEBERMAN:
15         Q.  Was it a personal injury case?
16         A.  I can't remember that.  It had to do
17    with a truck, big truck.
18         Q.  Fair enough.
19              What about Holland & Knight; ever been
20    retained by Holland & Knight?
21         A.  No.  I'm familiar with the firm
22    because one of my good, old friends works for
23    Holland & Knight in Idaho, but other than that,
24    no.
25         Q.  Who's that?
```

1          A.   Steve Anderson.  We were born and

2     raised together pretty much.  I think he's still

3     with the firm.  I don't know.

4          Q.   What about Jim Fitzgerald's firm?

10:27:39AM  5          A.   No.  Never done anything with Jim.

6          Q.   What about Steve Kline?

7          A.   Steve Kline, doesn't ring a bell.

8          Q.   What about Loyd Smith or Murane &

9     Bostwick, outside of this case?

10:28:05AM 10          A.   No.

11          Q.   What about Kent Rutledge or Peter

12     Howard of Lathrop & Rutledge?

13          A.   That's not familiar, no.

14          Q.   Diana Rhodes?

10:28:18AM 15          A.   No.

16          Q.   Sean Gamble?

17          A.   No, sir.

18          Q.   Monty Barnett?

19          A.   No, sir.

10:28:27AM 20          Q.   Khale Lenhart?

21          A.   No, sir.

22          Q.   Tara Nethercott?

23          A.   No, sir.

24          MR. KAPP:  Let's go off the record

10:28:36AM 25     real quick.

1            (An off-the-record discussion ensued.)

2    BY MR. LIEBERMAN:

3        Q.  Ever been retained or provided

4    testimony for a tire manufacturer?

10:29:10AM   5        A.  No, sir.

6        Q.  Besides FedEx and Swift, any other

7    trucking companies that have retained you or

8    that you've provided testimony on their behalf?

9        A.  Yes, sir.

10:29:21AM   10       Q.  Which ones?

11           MR. KAPP:  Are you talking about --

12   you said provided testimony for.  So okay.

13           MR. LIEBERMAN:  Sure.  I can limit it

14   to that.

10:29:33AM   15           THE WITNESS:  Sure.  Thank you.

16           Werner Enterprises, Gainey

17   Transportation, USA Plates, Helwig & Son

18   Trucking, Kiswani Trucking, C.R. England,

19   Incorporated, Michels Corporation.

10:30:04AM   20           Now, when you say "provided testimony

21   for," I need to probably back up.

22   BY MR. LIEBERMAN:

23       Q.  Okay.

24       A.  Because that would -- shall I start

10:30:14AM   25   over?

1      Q.  No.  I was just curious in general.  I

2    don't need a detailed account of every trucking

3    company that you've worked with or consulted

4    for.  I was just trying to get a brush stroke of

10:30:27AM   5    your business practice.

6           So I think you've provided me at least

7    with what I was looking for at this point.

8      A.  Okay.  Thank you.  Some of these --

9    about half are plaintiff, half defense.  And so

10:30:36AM  10    provided testimony for, may be for the

11    plaintiff.

12           MR. LIEBERMAN:  Let's mark, if we can,

13    your updated testimony list as 233.

14           (Deposition Exhibit No. 233 marked for

10:31:15AM  15    identification.)

16    BY MR. LIEBERMAN:

17      Q.  Obviously, today's deposition's not

18    listed on here, but I count 17 entries on your

19    form.

10:31:25AM  20           Can you tell me of those entries which

21    one you were retained on behalf of the plaintiff

22    and which one you were retained on behalf of the

23    defendant.  And, if you can, write P next to the

24    ones you were retained by the plaintiff and D

10:31:37AM  25    next to the ones you were retained by the

```
 1   defendant.
 2          A.   On this form?
 3          Q.   If you can.   Thank you.
 4          A.   I might miss one or two, but I'll be
 5   very close.
 6          Q.   I understand.
 7               MR. KAPP:   Off the record.
 8               (An off-the-record discussion ensued.)
 9   BY MR. LIEBERMAN:
10          Q.   It looks like you've testified about
11   five times on behalf of a plaintiff; is that
12   correct?
13          A.   That would be correct, if that's what
14   I marked down.
15          Q.   This one kind of looks like either a D
16   or a P.
17          A.   It's a D.   I'm sorry.
18          Q.   That's okay.
19          A.   One, two, three, four, five, six.
20          Q.   Okay.   Six.   Thank you.
21               MR. FITZGERALD:   Just so we don't have
22   to come back to this, are these all the
23   testimonies, depositions and trial?
24               MR. LIEBERMAN:   That was gonna be my
25   next question.
```

10:31:46AM (line 5)
10:33:28AM (line 10)
10:33:37AM (line 15)
10:33:50AM (line 20)
10:34:03AM (line 25)

```
 1              MR. FITZGERALD:  Thank you.
 2    BY MR. LIEBERMAN:
 3         Q.   Is this your complete list of your
 4    trial and deposition testimony for the last four
 5    years?
 6         A.   It is.
 7         Q.   Have you published anything?
 8         A.   No, I haven't.
 9         Q.   If you can turn back to your report,
10    which we marked as 232.
11              Does this report accurately summarize
12    your opinions in this case?
13         A.   Does up until now, yes.
14         Q.   Are there additional opinions that you
15    have rendered since authoring this report?
16         A.   There are not.  I know there are some
17    depositions that are going to be happening in
18    the future.  So I may reserve my right to review
19    that information and make any supplemental
20    reports, if necessary.
21         Q.   Sure.  And I recognize that there's
22    been other documents disclosed since you
23    authored this report.
24              What I'm asking first is if any of
25    those new documents that you received have
```

10:34:11AM
10:34:47AM
10:34:59AM
10:35:15AM
10:35:25AM

1   altered or changed your opinions as they exist

2   in the current report?

3          A.   I don't believe so.

4          Q.   And as of right now, you don't have

10:35:37AM   5   plans to render a supplemental report.  You are

6   simply reserving your right should new

7   information arise?

8          A.   Correct.

9          Q.   Does this report also contain all the

10:35:48AM  10   bases for your opinions?

11          A.   It does not.  I have made a few other

12   copies that -- the regulations might be in my

13   report.  And I've also conducted a review of

14   both Kehler and Marks' logs with regard to

10:36:16AM  15   inspections.

16          Q.   And that would be the daily log

17   inspection review that we talked about at the

18   onset of this deposition that is not on the

19   flash drive, correct?

10:36:22AM  20          A.   Correct.

21          Q.   And, likewise, that information is at

22   least not detailed within the report that we're

23   about to look at?

24          A.   That is correct.

10:36:31AM  25          Q.   It looks like this report is dated

1    October 31, 2015; is that true?

2         A.    It's true.

3         Q.    On page 4 under Case Assignment, it

4    says you were retained on October 22, 2014; is

10:36:58AM  5    that true?

6         A.    That's true.

7         Q.    So you had nine days in which to

8    review the materials and draft this report?

9         A.    That's correct.   It was a quick

10:37:04AM  10   report, as I recall.

11        Q.    And originally you were retained by

12   Mr. Loyd Smith on behalf of FedEx; is that

13   correct?

14        A.    Yes, sir.

10:37:13AM  15        Q.    Starting on page 1 and going into

16   page 2, there's a bullet point list of documents

17   you've received and reviewed.

18             Is that the totality of the documents

19   you've received and reviewed up to the point of

10:37:26AM  20   drafting this report?

21        A.    Up to the time I drafted the report,

22   correct.

23        Q.    Is there anything in your file that

24   you obtained independently of the information or

10:37:35AM  25   documents you received from counsel?

1        A.   No, sir.  Other than making some

2    copies of the FMCSRs, no, sir.

3        Q.   You didn't go into Google and research

4    X, Y, Z and print those out, things like that,

10:37:56AM   5    right?

6        A.   No, sir.

7        Q.   And you have your Federal Motor

8    Carrier safety handbook with you today.

9        A.   That's correct.  As well as a PTDI,

10:38:05AM  10   Professional Truck Driver Training manual.

11       Q.   Is that the black binder?

12       A.   It is.

13       Q.   The FMCSRs that you have, is that a

14   2007 version?

10:38:16AM  15       A.   It is a 2007 version.  I haven't

16   updated that yet, but when I review the

17   regulations, I usually review online.  I

18   double-checked and the regulations that were

19   back then are the same regulations that we have

10:38:36AM  20   today.  So that's why I brought this book.

21       Q.   Looking on page 2, it's the first

22   paragraph, it talks about the items you've

23   relied upon and it looks like -- I'll just read

24   into the record.

10:38:51AM  25            I have also relied on the Federal

1    Motor Carrier Safety Regulations (FMCSRs), the

2    FMCSR interpretations, regulatory guidance,

3    Wyoming traffic rules and laws, Commercial

4    Driver's License, CDL manuals, including the

10:39:07AM  5    Utah CDL manual, the Professional Truck Driver

6    Institute, (PTDI) Tractor-Trailer Driver

7    Workbook, 3rd edition, and my knowledge and

8    experience in the truck transportation industry.

9         Did I read that correctly?

10:39:21AM  10       A.   You did.

11       Q.   Are those all the items you've relied

12    upon in rendering your opinions in this report?

13       A.   Yes.

14       Q.   Towards the bottom of this second

10:39:36AM  15    page, the last sentence -- and it's not

16    complete, but it says, "I have assisted with the

17    development of national truck transportation

18    industry standards as a former member of the

19    board of directors for the Professional Truck

10:39:48AM  20    Driver Institute of America."

21         Is that what we talked about earlier

22    in the deposition when you were a board member

23    for PTDIA?

24       A.   Correct, now currently PTDI.

10:39:58AM  25       Q.   Dropped a letter?

1              A.   Dropped the America, because they have

2    Canadian people involved now.

3              Q.   We move onto the Collision Synopsis.

4    My question is pointed.  In the middle of that

10:40:21AM  5    synopsis it says, Kehler traveling westbound on

6    I-80 blew a steer tire on the left front of his

7    tractor causing his truck and trailers to

8    abruptly cross left over into the center

9    divider.

10:40:32AM  10              Do you see the sentence I just read?

11              A.   I do.

12              Q.   Do you have an opinion as to whether

13    the tire blew out?

14              A.   Only based on Mr. Kehler's deposition

10:40:46AM  15    of what occurred.  And, again, the collision

16    synopsis comes -- no, that's my synopsis, I'm

17    sorry.  It's not from the police report.

18              Q.   I understand the synopsis as a whole

19    is kind of your general understanding of the

10:41:03AM  20    file materials you reviewed and you're just

21    trying to capture in a snapshot what occurred in

22    this crash, right?

23              A.   That is correct.

24              Q.   You don't have an opinion as to the

10:41:12AM  25    failure mode of the subject tire, do you?

DENNIS RITCHIE - 03/09/2016                              92

1          A.   I don't.

2          Q.   You don't have any --

3          A.   Based on deposition information.

4          Q.   You don't have any expertise in tire

10:41:21AM  5   failure, correct?

6          A.   Correct.

7          Q.   Or tire design?

8          A.   Correct.

9          Q.   Or tire manufacture?

10:41:25AM 10   A.   Correct.

11         Q.   This sentence also states that the

12   steer tire on the left front of the tractor

13   caused the truck and trailers to abruptly cross

14   left.

10:41:39AM 15         Do you have an opinion with respect to

16   the vehicle dynamics in this case?

17         A.   No.   I don't have an opinion.   The

18   synopsis is based on other experts and their

19   crash analysis.

10:41:53AM 20   Q.   So you are not opining that a tire

21   failure caused this crash, correct?

22         A.   Only what I've read based on

23   Mr. Kehler's deposition and other experts,

24   correct.

10:42:03AM 25   Q.   I understand that.

1              You don't have the opinion that a tire

2    failure caused this crash, correct?

3         A.   Correct.

4         Q.   Do you have an opinion as to the cause

10:42:19AM  5    of this crash?

6         A.   Only based on the deposition testimony

7    from Kehler and the others that a tire blew,

8    pulled him left.  That's all.

9         Q.   But, again, you're not opining what

10:42:34AM 10    the cause of the crash is; that's not your task

11   in this case?

12              MR. KAPP:  Object to the form.

13              THE WITNESS:  It's not my task in this

14   case, but only the fact that the reason the

10:42:42AM 15    truck pulled left is because the tire gave way

16   or blew or failed.

17   BY MR. LIEBERMAN:

18         Q.   This is what I'm trying to understand.

19   Are you offering an opinion as to the cause of

10:42:55AM 20    this crash and, if so, what is that opinion?

21              MR. KAPP:  Do you mean the mechanism

22   by which the truck left the road?

23   BY MR. LIEBERMAN:

24         Q.   Do you understand my question?

10:43:09AM 25              MR. KAPP:  Object to the form.

THE WITNESS:  Well, first of all, I'm just giving a synopsis here.  And what I'm saying is, no, I don't have an opinion as to why the tire blew or failed, but I do have an

10:43:22AM  opinion that that would be one reason why the truck would pull left.

If the tire went, failed, and then various linkage and parts in the left front of the truck steering would gouge the roadway and

10:43:38AM  that could pull the truck.

BY MR. LIEBERMAN:

Q.  What's the basis for your opinion that a blown steer tire would cause the vehicle to go left?

10:43:50AM  A.  Because if you don't have a tire on the left front, if that's gone, substantially gone, then you're down to metal and parts that may be gouging the roadway resulting in what Kehler testified about, he couldn't steer the

10:44:06AM  vehicle.

Q.  Was there any gouging in the westbound lanes?

A.  There may have been.  I'm not sure.

Q.  You didn't study this?

10:44:12AM  A.  I didn't study it.

1        Q.   Okay.  Have you ever read any

2    literature on vehicle dynamics on a steer axle

3    failure?

4        A.   No, I haven't.

10:44:20AM 5        Q.   Are you familiar with Don Tandy?

6        A.   I'm not.

7        Q.   Are you familiar with Rich Fay?

8        A.   I'm not.

9        Q.   Gray Beauchamp?

10:44:27AM 10        A.   Fay Engineering.  I'm familiar with

11    Fay Engineering.

12        Q.   You might know that name from this

13    case, right?

14        A.   Yes.

10:44:34AM 15        Q.   Besides this case, have you ever heard

16    of Fay Engineering?

17        A.   Yes.  During the last 20 years, I know

18    there's an engineering group called Fay

19    Engineering.

10:44:44AM 20        Q.   So, again, I understand you're

21    speculating to some degree here; is that true?

22        A.   Well, I'm speculating to the point

23    that when a -- if a truck loses a tire on the

24    left front, something's going to happen that

10:45:00AM 25    will pull the truck left, if the left steer tire

1    blows.

2         Q.   And that's based upon what?

3         A.   It's based upon my training and

4    experience in the past where when a tire blows,

10:45:17AM  5    whether it's right or left, it will pull the

6    truck.

7         Q.   Well you've never personally

8    experienced a tire disablement you told me,

9    correct?

10:45:23AM 10         A.   Correct.

11         Q.   And you've never had a CDL, so you've

12    never driven a tractor-trailer at highway

13    speeds, correct?

14         A.   Correct.

10:45:29AM 15         Q.   So what experience do you have that a

16    tire failure on a steer axle tire on a

17    tractor-trailer would cause the vehicle to move

18    left?

19         A.   Based on accident investigations that

10:45:41AM 20    I've conducted for Swift involving over 20,000

21    trucks where when tires failed, it would pull

22    the truck one way or another.

23         Q.   You investigated accidents for Swift?

24         A.   Yes, sir.

10:45:54AM 25         Q.   Okay.  Because I asked you before if

1    we covered your background with respect to your

2    experience and you said yes.  So now we've got

3    to go back into that.

4              Explain to me what your role was with

5    investigating accidents for Swift.

6         A.   Okay.  And it depends on what time

7    period of my employment.  When I first hired on

8    with Swift, I would generally go on most of the

9    truck crashes because we were primarily running

10   between Phoenix and Los Angeles and the Bay

11   area.  So I was close by to actually physically

12   investigate the truck crashes.

13             After that I would review about every

14   truck crash we've had based on police reports,

15   driver reports, photographs, and other materials

16   we would get in from the claims group to make --

17   to determine whether it's preventable or

18   nonpreventable.  So I would virtually look at

19   every report.

20             So based on those situations -- and

21   that's any kind of crash -- if a tire failed or

22   blew, whether it's right or left and the truck

23   pulled, that would be where I get my opinions

24   from.

25             Similar -- this case is similar to

1   some of those cases that I've investigated.

2        Q.   In terms of your investigation of

3   those other cases, did you inspect the actual

4   tractor?

5        A.   No.  I don't think I did.  We usually

6   had adjusters or shops inspect the tractor.

7        Q.   And you would rely on the adjuster's

8   report?

9        A.   Well, the adjuster's report,

10  photographs, as well as an inspection by

11  qualified mechanics.

12       Q.   A Swift mechanic?

13       A.   It could have been a Swift mechanic or

14  could have been another mechanic at a shop

15  generally where the truck is towed.

16       Q.   Did you inspect the scenes of these

17  crashes?

18       A.   Yes.

19       Q.   You would go physically out there and

20  inspect the scene?

21       A.   I would, early on.  Not when we

22  started having a large number of trucks.  But

23  back in the early '80s I would go to the scenes,

24  particularly if they were out west here.

25       Q.   Why did you stop?

1          A.   We just got too big and I had other

2     people do those kinds of things.

3          Q.   What would those people do when they

4     got to the scene?

10:47:58AM   5          A.   What happened is we changed from -- as

6     we grew with the company, we would primarily

7     hire independent adjusters that would go to the

8     scene or accident investigators that would go to

9     the scene.  I wouldn't go to the scene because

10:48:11AM   10    we could get them there faster.

11               And they would provide reports.  So

12    there was a lot of information, photographs,

13    reports, police reports that would come into

14    Swift Transportation and I would review those.

10:48:23AM   15         Q.   Did they take measurements?

16         A.   Oh, yes.

17         Q.   Just trying to get a sense of what it

18    is --

19         A.   Measurements are pretty well always

10:48:32AM   20    taken.  I've been investigating accidents since

21    I was on the police department.  And so just

22    through accident investigation, particularly

23    truck accidents, when a tire failed or a tire

24    fell off or something like that, then you would

10:48:46AM   25    have a lot of information that tells me what the

1   truck did, which is similar to what this truck

2   did in the FedEx case.

3           Q.  I need to unpack that a little bit

4   here.

10:49:01AM  5           Were you rendering opinions for Swift

6   as to the accident reconstruction aspect of

7   these crashes?

8           A.  No, sir.  No, sir.  I would just read

9   the reports when truck tires failed or when

10:49:13AM 10   truck tires fell off and looked at and

11   remembered the similarities on what happened to

12   the truck after the tire failed or fell off in

13   the event the lug nuts were run down.  And it

14   would generally pull right or left.

10:49:28AM 15           So as far as a reconstructionist, I am

16   not.  But I do know, through investigation of

17   accidents over the years, typically what happens

18   to a truck at road speeds similar to what has

19   happened with the FedEx truck with a tire that

10:49:43AM 20   came off or failed.

21           Q.  Being what?  What happens?

22           A.  It would pull left or right depending

23   on the tire that came off or failed.

24           Q.  Can you quantify the pull?

10:49:55AM 25           A.  Well, again, it depends on the

1    specifics of the crash.

2         Q.   I'm talking about this crash.

3    Straight ahead, 70 some miles per hour, left

4    front tire failure.  Can you quantify the pull,

10:50:08AM  5    in your opinion?

6         A.   Based on what the driver said, the

7    steering wheel went left and he couldn't move it

8    to the right, which is what most drivers --

9    which is what happens with many drivers that

10:50:18AM 10    have a tire that fell off or failed.

11        Q.   Is it your understanding of the

12   testimony of Mr. Kehler that he testified the

13   steering wheel went left?

14        A.   No.  That he couldn't steer to the

10:50:27AM 15   right.

16        Q.   He testified it was locked up,

17   correct?

18        A.   Locked up, yes, sir.

19        Q.   So it didn't go left.  There's no

10:50:34AM 20   evidence the steering wheel turned left,

21   correct?

22        A.   Well, I know the truck went left

23   because it went across the median.

24        Q.   That's not my question.

10:50:40AM 25        There's no evidence the steering wheel

```
 1   went left, correct?
 2              MR. KAPP:  Sorry?  Read that back,
 3   please.
 4              MR. LIEBERMAN:  I can repeat it.
 5   BY MR. LIEBERMAN:
 6         Q.  There's no evidence the steering wheel
 7   turned left, correct?
 8              MR. KAPP:  Object to the form.
 9              THE WITNESS:  I don't know.  I'd have
10   to go through his deposition again.  I do know
11   that it was locked up and I don't know when it
12   locked up or where, but the truck definitely
13   went left.
14   BY MR. LIEBERMAN:
15         Q.  And your opinion that the truck went
16   left is what exactly?
17         A.  Due to the left front tire failing,
18   coming off, exploding, whatever.
19         Q.  You don't know the failure method?
20         A.  I don't know the failure method,
21   but ...
22         Q.  Do you know where it failed?
23         A.  You mean on the roadway?  I don't know
24   where it failed.  All I know is that a tire came
25   off, exploded, and the left front of the truck
```

10:50:46AM (line 5)
10:50:52AM (line 10)
10:51:03AM (line 15)
10:51:15AM (line 20)
10:51:25AM (line 25)

1    went down -- obviously when you don't have a

2    tire -- and it pulled him left.  He couldn't

3    steer.

4              Q.   And can you quantify the pull to the

10:51:36AM  5    left in either degrees per g or some other

6    method?

7              A.   No.  I'm not a reconstructionist.

8              Q.   Do you know what degrees per g is?

9              A.   I don't.

10:51:45AM  10             Q.   Is it fair to say that your opinion

11    that the disabled tire pulled the tractor left

12    is based primarily on what was told in the

13    depositions?

14             A.   I would say primarily, yes.

10:51:58AM  15             Q.   And then secondarily based on what?

16             A.   I would just say primary -- well, I

17    would say secondarily based on my investigation

18    of crashes in the past where a tire fell off or

19    failed.

10:52:13AM  20             Q.   And how many --

21             A.   The trucks typically will react and

22    move in the same manner when you lose a tire.

23    You don't have the tire on the right or

24    left-hand side.

10:52:42AM  25             Q.   Under Involved Vehicles on the same

1    page of your report -- strike that.  Let me ask

2    a couple more questions about this.

3               What testing have you done with

4    respect to steer axle tire failures?

10:53:06AM  5        A.   I have not done any testing.

6         Q.   And what review of literature have you

7    done on steer axle tire failures on

8    tractor-trailers?

9         A.   I've not conducted any investigations

10:53:18AM  10   of literature on tire failures.

11        Q.   Your methodology in this case in

12   reaching the opinion we've been talking about is

13   a review of the deposition transcripts, correct?

14        A.   As well as my experience investigating

10:53:30AM  15   crashes in the past with similar situations

16   where a tire failed or fell off on either the

17   right- or left-hand side.

18        Q.   How many of these investigations have

19   you conducted in your career?

10:53:40AM  20        A.   With Swift?

21        Q.   In your entire career.

22        A.   Probably 15 or 20.

23        Q.   When's the last one that you

24   conducted?

10:53:56AM  25        A.   Probably before 2004, I would say.

DENNIS RITCHIE - 03/09/2016

105

1    Q.   Under Involved Vehicle section on

2 page 3 of your report, the last entry says,

3 "Owner," and you list FedEx Ground Package

4 Systems.

10:54:22AM    5         Is it your understanding that FedEx

6 owned the tractor in this case?

7    A.   No.   They're the owner of the

8 trailers.   There's a tractor owner, Chris

9 Rodwick, above under Vehicle 1.   And then your

10:54:32AM   10 trailer's owner would be FedEx Ground.

11    Q.   Thank you.

12         On the next page it says, "Cargo

13 21,485 pounds."

14         From where did you get that

10:54:46AM   15 information?

16    A.   I got that from the sum total of both

17 of the transportation bills.   There was about

18 9,000 pounds on each trailer.   I just added that

19 weight together.

10:55:00AM   20    Q.   Do you know how those pounds were

21 loaded onto each trailer?

22    A.   No, sir.   It was a box trailer, I

23 know, and, I guess, typical FedEx packages, they

24 might load them with pallets, they might not.

10:55:13AM   25 They might load them on the floor.   I don't

1  know.

2       Q.   Do you know how the weight was

3  distributed in each trailer?

4       A.   I don't.

10:55:19AM  5       Q.   Is that something Swift concerned

6  itself with, to your knowledge?

7       A.   On how loads were distributed --

8       Q.   Yes.

9       A.   -- or loaded?

10:55:27AM  10            Every company would be concerned about

11  how equipment's loaded or packages are loaded.

12  You have to have certain -- depends on the

13  weight.  You've only got 21,000 pounds on two

14  trailers.  So it's not an issue like you need to

10:55:44AM  15  not have enough weight to exceed your 80,000

16  GVWs.  So it's not like they had to stack the

17  trailers.

18       Q.   Should the heavier trailer be in front

19  or behind?

10:55:57AM  20       A.   Oh, the FedEx trailer, the heavier one

21  would be -- gosh, I forget now.  Not what

22  Mr. Marks said it should have been.  I think to

23  the rear.

24       Q.   What's your opinion on how it should

10:56:10AM  25  be loaded, if you have one?

1          A.   I don't have one right now.  I know

2    that there was some issues about what Marks

3    thought it would be, but FedEx said differently.

4    But I think heavier trailer to the rear.

10:56:32AM   5          But, one more thing, there wasn't much

6    difference in the weight of the trailers.

7          Q.   Under Case Assignment section on

8    page 4 it says:  Case assignment was received by

9    Attorney Loyd Smith on October 22, 2015, with an

10:56:48AM  10   understanding to examine evidence provided to

11   I-Trans Consulting Services and determine

12   whether the actions or inactions of Brian Kehler

13   and/or CLR Transportation and FedEx were in

14   compliance with the applicable federal and state

10:57:00AM  15   laws, rules, and transportation industry

16   standards of care.

17          Did I read that assignment correctly?

18          A.   You did.

19          Q.   Was that, in fact, the assignment you

10:57:07AM  20   received?

21          A.   It was based on our conversation with

22   Mr. Smith and what he wanted me to do.  I put it

23   together like I typically would in these kinds

24   of words.

10:57:20AM  25          In other words, he doesn't tell me in

1    those words what to do.  He just tells me what I

2    needed to do and that appeared to be what he was

3    asking me to do.

4         Q.   Is that, in fact, what you did?

5         A.   That's what I did.

6         Q.   On the next page, on page 5, you list

7    Applicable Federal Motor Carrier Safety

8    Regulations.  And there's a handful of ones

9    listed.

10             Are those the ones that you've relied

11   upon in rendering your opinions in this case?

12        A.   And I believe there are a few others,

13   as I read through additional depositions, that I

14   may have included.

15             Yes.  There's at least a couple more

16   that I've included as copies.  They're copies in

17   my file that I made and there may be more.  I've

18   got those marked in the FMCSRs on all the

19   regulations I relied on.

20        Q.   Terrific.

21        A.   In other words, that's not all the

22   regulations that I may have relied on.

23        Q.   I understand.

24             If we turn to page 8 we have Utah CDL

25   manuals.  I presume you used the Utah manuals

1  because Kehler and Marks were licensed in Utah;

2  is that true?

3        A.  That's typically what I do.  The

4  manual -- I use the manual that the drivers

10:58:47AM 5  involved would or may have studied before they

6  got their CDL -- or to get their CDL.

7        Q.  The FMCSRs are required regulations,

8  correct?  Meaning if you qualify as a motor

9  carrier or someone underneath that, you are

10:59:03AM 10  required to follow those regulations?

11        A.  Applicable regulations, yes.

12        Q.  Sure.

13             What about the Utah CDL manual; is it

14  the same type of requirement standard?

10:59:14AM 15        A.  No, sir.

16        Q.  How would you describe it in your

17  opinion?

18        A.  I was just gonna do that.

19             CDL manuals, whether it's Wyoming or

10:59:20AM 20  Utah, is a guide.  Those rules and -- not

21  regulations, but the information contained in

22  those manuals are guides for individuals

23  obtaining a commercial driver's license, whether

24  they're gonna be operating a 10,000 pound truck

10:59:37AM 25  or set of trouble trailers.

1           So it's overall guide of things to do

2     for them to get their CDL.  It's not a rule or

3     regulation.  Some may want to use it as that,

4     but it's not.

10:59:48AM  5           Q.  What about the PTDI trucking handbook

6     that you cite on page 8?  Is that more like the

7     manuals or more like the regulations in terms of

8     requirements?

9           A.  It's more like the manuals to help

11:00:04AM  10    drivers train to get a CDL.  It's put in a

11    little different format, but, again, it's

12    guidelines on what drivers need to know to pass

13    their test, both their skills and knowledge

14    tests.  So it's fairly similar.

11:00:23AM  15          Q.  Does the information contained in the

16    PTDI handbook reflect the transportation

17    industry standards of care?

18          A.  That's part of the standards of care

19    that I'm referring to, yes.

11:00:33AM  20          Q.  Okay.

21          A.  So you have manuals, you've got the

22    regulations, rules that -- applicable rules that

23    need to be followed, you've got the CDL manuals

24    that are guidelines.

11:00:42AM  25          PTDI is another standard -- or

industry standard that helps you know what the

regulations are.  And all of that information,

from the regulations to the state manuals to

everything else, is the standards of care, so to

11:00:59AM  speak, combination.

MR. KAPP:  Off the record.

(An off-the-record discussion ensued.)

(Recessed from 11:01 a.m. to

11:13 a.m.)

11:14:45AM  BY MR. LIEBERMAN:

Q.   Where we left off -- and I think we

can probably sum it up with a sentence that you

wrote, that "The FMCSRs contain minimum

requirements for motor carriers and its employee

11:15:43AM  drivers for compliance."

Is that your opinion?

A.   Generally, yes.

Q.   Then collectively the FMCSRs and the

industry practices, known as industry standards,

11:15:53AM  are there to help ensure highway safety,

correct?

A.   Correct.

Q.   Next page.  On page 9 we get into the

section entitled Opinions and Discussion.  And

11:16:06AM  this is the onset of your opinions in this case;

1    isn't that correct?

2          A.   Correct.

3          Q.   Your first opinion is that both CLR,

4    its employee drivers Kehler and Marks and FedEx

11:16:22AM  5    were defined by the FMCSRs as for-hire motor

6    carriers as they operated in interstate commerce

7    and were required to comply with all applicable

8    federal and state rules and regulations.  Each

9    motor carrier had duties and responsibilities to

11:16:37AM  10    comply with applicable regulations.

11          Did I read that correctly?

12          A.   You did.

13          Q.   Is that currently your opinion?

14          A.   It is.

11:16:44AM  15          MR. FITZGERALD:  I'm sorry.  Where was

16    that?  What page was that?

17          MR. LIEBERMAN:  That was page 9.

18          MR. FITZGERALD:  Thank you.

19    BY MR. LIEBERMAN:

11:16:59AM  20          Q.   I just want to talk about the specific

21    FMCSRs that you are referencing here.

22          Are you familiar with FMCSR 390.5?

23          A.   I am.

24          Q.   That is the definition section for the

11:17:16AM  25    regulations; is that correct?

1          A.   It is.

2          Q.   The regulations define an employee as

3     including an independent contractor; isn't that

4     correct?

11:17:25AM 5          A.   That is correct.

6          Q.   So in the context of the regulations,

7     FedEx is the employer of CLR and its drivers; is

8     that true?

9               MR. KAPP:  Object to the form.

11:17:37AM 10               THE WITNESS:  Yes.  They are

11     designated as an employer based on two

12     definitions of whether they're an employer or an

13     employee.  So that's correct.

14     BY MR. LIEBERMAN:

11:17:45AM 15          Q.   And the regulations designate Kehler

16     and Marks as employees of FedEx?

17               MR. KAPP:  Same objection.

18     BY MR. LIEBERMAN:

19          Q.   Under the regulations.

11:17:54AM 20          A.   Under the regulations.

21               MR. FITZGERALD:  Under the

22     regulations, the answer is?

23               THE WITNESS:  Yes.

24               MR. LIEBERMAN:  Thank you, Jim.

11:18:07AM 25               MR. KAPP:  Was that a separate -- if

1   that was a separate question from Jim, then I

2   have to object to it.

3                MR. FITZGERALD:  The record was

4   unclear.

5                MR. KAPP:  Okay.  Well, I object to

6   the form of Jim's question too.

7   BY MR. LIEBERMAN:

8        Q.  Under the regulations, Kehler and

9   Marks are designated as employees of FedEx;

10  isn't that correct?

11               MR. KAPP:  Same objection.

12               THE WITNESS:  Under the definition of

13  employee under the Federal Motor Carrier Safety

14  Regulations, yes.

15  BY MR. LIEBERMAN:

16       Q.  In the same section you talk about

17  FedEx's safety rating, is that a fair phrase?

18  I'm looking at the last paragraph of Section 1.

19       A.  It would be safety rating as well as

20  other information that's contained in the FMCSR

21  website.

22       Q.  And I see you write, A review of

23  FedEx's data 24 months before October 26, 2015,

24  indicates FedEx violation and reportable crash

25  frequency rates were well below or more

1   favorable than the national averages.

2            Did I read that right?

3        A.   You did.

4        Q.   Why did you include that in your

11:19:25AM   5   report?

6        A.   Because I always do an overview of the

7   website, FMCSR website, to show whether or

8   not -- or prove whether or not a motor carrier

9   is a safe operating motor carrier based on

11:19:41AM  10   information that's going to the FMCSA, such as

11   roadside inspections and crashes and any audits

12   that may have happened with regard to their

13   safety rating.

14       Q.   What factors go into a safety rating?

11:19:57AM  15       A.   There are multiple factors that go

16   into a rating based on the company's safety

17   history, 383 -- or Part 383 Information, with

18   regard to roadside inspections, crashes, if

19   they -- do they have a safety -- not a

11:20:19AM  20   measurement system, but do they have a safety

21   operating system in place -- developed and in

22   place and is it working.

23            So there are many factors that go into

24   what the FMCSA uses to determine whether or not

11:20:31AM  25   they're satisfactory or not.

1      Q.   What other factors?  What are the

2  factors?  Can you enumerate them?

3      A.   Sure.  Try to summarize this a little

4  bit.

11:21:04AM  5      Q.   Well, you're looking at the regulation

6  handbook.

7           What specific reg are you looking at?

8      A.   Part 385.

9      Q.   Point anything or just 385?

11:21:12AM 10      A.   Appendix A to Part 395 (sic), but I

11  can basically go through the headings if you

12  want, what contributes to a safe rating.  That

13  would be determining if the carrier has basic

14  safety management controls.  Number two, vehicle

11:21:29AM 15  factor to see if they're maintaining their

16  vehicles properly.  Things to do with trucks,

17  vehicles.

18           And, again, this is information coming

19  from -- to them from roadside inspections.  The

11:21:42AM 20  accident factor has to do with how many

21  accidents they've had in the past 24 months.

22  That's both reportable and nonreportable -- or

23  both preventable and nonpreventable.

24           Actually, that -- those two things

11:22:07AM 25  combined, the management process and vehicle

factors and accident factor goes into a

combination.  That's how they determine whether

or not they're rated satisfactory condition or

nonconditional.

Q.  With respect to FedEx, what safety

management controls were considered?

A.  Well, what would have been considered

in their review, whenever that review

happened -- I'd have to go to the report -- they

would have reviewed whether or not they have too

many crashes, for example, whether their basics

are in place.  That's vehicle factors, physical

factors.  And I can show you in the report what

those are.

And vehicle factor, do they run

vehicles that are not breaking down, being

maintained properly, and how many crashes they

have.  That's what -- would have been the same

various factors that I -- that any motor carrier

would have been under to determine their safety

rating.

Q.  The safety rating is thus determined

by the annual inspection reports and the number

of crashes in a given year?  I mean, is that

essentially what you're telling me?

1          A.   No.   The FMCSR cites that they all

2     deal with the past 24 months.

3          Q.   So for the past two years.

4          So outside of the annual inspections

11:23:34AM  5     and just a logging of your two-year accident

6     rate, what else gets considered into this safety

7     rating?

8          A.   Whether or not roadside inspections

9     are coming up with regard to vehicle hours of

11:23:51AM 10     service.   When they evaluate drivers, whether or

11     not they are physically qualified.   Everything

12     that would happen on a roadside inspection.

13          In other words, if there are

14     violations of the roadside inspections, that

11:24:05AM 15     information would go to the primary carrier.

16     You've got two carriers.   You've got FedEx and

17     you have CLR.   That would go to FedEx for them

18     to get with CLR, if it involves their employees,

19     to get things corrected.

11:24:17AM 20          Q.   In between the roadside inspections,

21     there's no data that gets accumulated or

22     tabulated in terms of calculating this rating,

23     correct?

24          A.   No.   You will have any accidents, any

11:24:29AM 25     DOT reportable accidents.   That would be data

1   submitted by the states that would go into the

2   database, so to speak.

3           And then when they come out -- or,

4   actually, violations of drivers out of service

11:24:43AM  5   and primarily roadside inspections and accident

6   criteria.  That would probably be close, yes.

7       Q.  Data from drivers daily vehicle

8   inspection reports is not included in this

9   rating, correct?

11:24:57AM  10      A.  No, it would be.  Hours of service

11  they -- well, no, just hours of service, I

12  believe.

13      Q.  In what way is hours of service

14  considered?

11:25:08AM  15      A.  Well, if they are stopped at a

16  roadside inspection and if they're not

17  completing their logbooks or over hours,

18  including their vehicle inspections, they could

19  be cited.  That citation then goes into the

11:25:23AM  20  database and sent to the primary motor carrier

21  to get it taken care of.

22          So it would be included as a violation

23  if they're not completing their daily vehicle

24  inspection reports.

11:25:32AM  25      Q.  Are the inspection reports audited or

1  reviewed in any capacity during the roadside

2  inspection?

3        A.   They would be -- yes.  Most roadside

4  inspections are coupled with the driver's daily

11:25:51AM  5  logs.  And they would look to see if they are

6  completing their inspections.  And I imagine if

7  an inspector saw that there was an

8  out-of-service issue with the truck, then he

9  would investigate further to see if it got

11:26:08AM  10  repaired before it continued moving.

11        Q.   The investigator doesn't independently

12  look at a specific vehicle inspection from six

13  months ago, though, correct?  He just looks to

14  see if the data's there.

11:26:22AM  15        A.   Well, they would go back the past

16  seven days, if they were auditing a driver's

17  hours of service.  But keep in mind that most of

18  these roadside inspections, if they're going

19  through -- or doing investigation of this

11:26:36AM  20  criteria, they will do an investigation of the

21  vehicle itself as well.

22        Q.   And all of that gets considered into

23  the safety rating that you're talking about

24  here?

11:26:45AM  25        A.   Yes, the data is collected.  For

121

1    example, if they do a vehicle inspection and

2    there are various violations, let's say there's

3    a violation of hours of service, there's a

4    violation for cargo not being tied down

11:26:59AM  5    properly, if there's a violation for a brake

6    malfunction, that would be written up on a

7    violation on a roadside inspection.

8             That inspection then goes into the

9    database under the primary motor carrier, the

11:27:13AM  10   carrier that has the numbers on the door, and

11   that accumulates.  And if too many of those

12   accumulate, then that sends up a red flag or

13   signal for them to possibly conduct an audit.

14        Q.   How many contractors does FedEx lease?

11:27:36AM  15        A.   Lease?

16        Q.   Yes.

17        A.   I don't know.  I don't know.

18        Q.   Do you know if it's more or less than

19   the 5 to 8 percent Swift used to?

11:27:45AM  20        A.   I don't know.

21             MR. KAPP:  Object to the form.

22             If you know.

23             THE WITNESS:  I don't know.

24   BY MR. LIEBERMAN:

11:27:51AM  25        Q.   Do you know?

1           A.   I have a sense it's more, but that's

2      all.

3           Q.   Do you know how many trucks CLR owns?

4           A.   To my knowledge, it was a couple, as I

11:28:05AM   5      recall.

6           Q.   Is it fair to characterize a couple of

7      trucks in the scheme of FedEx owner-operator

8      trucks as fairly miniscule?

9           A.   Two out of thousands of trucks maybe,

11:28:18AM   10     yes.

11          Q.   So the safety rating that you're

12     listing in your opinions and discussions is an

13     accumulation of all the tractors that FedEx

14     either owns or leases and it operates, correct?

11:28:33AM   15          A.   That's correct.

16          Q.   So it's not independently verifiable

17     to say this safety rating relates to CLR, for

18     example, correct?

19          A.   No.  That is absolutely correct.  We

11:28:42AM   20     don't even know if CLR trucks are involved in

21     any of the data, but I would always run that to

22     show, first of all, whether or not they've got a

23     satisfactory rating.  And, number two, how they

24     compare with other companies in the industry

11:28:57AM   25     with regard to hours of service, vehicle

1    inspections, and other information.

2        Q.   But the data provides you nothing with

3    respect to what CLR was doing or not doing,

4    correct?

11:29:10AM    5        A.   Well, it may or may not.   I don't know

6    what's in the database.

7        Q.   You didn't check it in this case?

8        A.   No.   I didn't run all hundreds of

9    reports or however many there were.   That's

11:29:19AM   10   correct.

11            It gives you an overall aspect of how

12   safe the company is compared to other motor

13   carriers in the industry.

14       Q.   In your first section, Opinion 1, you

11:29:53AM   15   talk about how each motor carrier had duties and

16   responsibilities to comply with applicable

17   regulations, correct?

18       A.   Correct.

19       Q.   I want to talk about what some of

11:30:01AM   20   those regulations may be.

21            Are you familiar with Regulation

22   390.11?

23       A.   Generally.   Should I go to them?

24            MR. LIEBERMAN:   No, let's mark it.   I

11:30:19AM   25   have copies.

1          (Deposition Exhibit No. 234 marked for

2     identification.)

3     BY MR. LIEBERMAN:

4          Q.   Sir, what I've marked as Exhibit 234

11:30:52AM  5     is Regulation 390.11.

6               Are you familiar with this regulation?

7          A.   I am.

8          Q.   I can tell you that -- as you may be

9     familiar -- I went on the appropriate website

11:31:06AM 10     and printed out the regulations that were in

11     effect as of the time of the crash.

12               Have you ever done that before?

13          A.   Well, no, but I've gotten close.

14     That's great.

11:31:20AM 15          Q.   Thank you.

16          A.   But these have been in place for many,

17     years, but that's a good way to do it.

18          Q.   Sure.

19               Some of them have changed from time to

11:31:28AM 20     time.  Generally speaking, I think the ones

21     we're gonna talk about have been fairly, if not

22     entirely, consistent over the years.

23          A.   Correct.

24          Q.   390.11 states, "Whenever in Part 325

11:31:40AM 25     of Subchapter A or in this subchapter a duty is

prescribed for a driver or a prohibition is

imposed upon the driver, it shall be the duty of

the motor carrier to require observance of such

duties or prohibition.  If the motor carrier is

11:31:51AM  5   a driver, the driver shall likewise be bound."

        Did I read that correctly?

        A.   You did.

        Q.   What is your understanding of what

that means?

11:31:56AM  10          MR. KAPP:  Object to the form.

        THE WITNESS:  What this tells me is

that if you're a motor carrier, whether you

transport commodities, intrastate or interstate,

you are bound to follow the same regulations

11:32:12AM  15  that your drivers are.  This includes not only

CLR, but also FedEx.

BY MR. LIEBERMAN:

        Q.   So if the regulations talk about

safety, training, and maintenance, it is FedEx's

11:32:24AM  20  responsibility to ensure that CLR and its

drivers follow those regulations, correct?

        MR. KAPP:  Object to the form.

        THE WITNESS:  It's the responsibility

of both motor carriers, FedEx as well as CLR, to

11:32:36AM  25  ensure their drivers are in compliance with the

1  regulations.  And they have to follow those same

2  rules.

3           So you've got two motor carriers in

4  this case, CLR as well as FedEx.

11:33:08AM  5           MR. KAPP:  Off the record.

6           (An off-the-record discussion ensued.)

7  BY MR. LIEBERMAN:

8      Q.  Is FedEx responsible for compliance

9  under the FMCSRs by CLR?

11:33:50AM  10          MR. KAPP:  Object to the form.

11          THE WITNESS:  Well, possibly to answer

12  your question.  Both carriers are responsible,

13  CLR as well as FedEx.  FedEx, being the primary

14  carrier, will audit logs, but CLR is responsible

11:34:04AM  15  to make sure their drivers are submitting logs

16  as well as in compliance with the regulations.

17  BY MR. LIEBERMAN:

18      Q.  My question is a bit more pointed than

19  that.

11:34:11AM  20          Is FedEx responsible for CLR's

21  compliance under the regulations?

22          MR. KAPP:  Same objection.

23          THE WITNESS:  The best way to answer

24  that is FedEx is, under the regulations,

11:34:31AM  25  responsible to make sure that CLR is in

1    compliance with the regulations.

2    BY MR. LIEBERMAN:

3         Q.  Can that responsibility be

4    transferred?

11:34:45AM   5         MR. KAPP:  Same objection.

6    BY MR. LIEBERMAN:

7         Q.  Can FedEx transfer the responsibility

8    that it has over CLR and the drivers to any

9    other entity?

11:34:52AM   10         MR. KAPP:  Same objection.

11         THE WITNESS:  Not under another motor

12    carrier.  You've only got two motor carriers

13    involved in this and they can't transfer it to

14    Jim's Trucking somewhere, that's correct.

11:35:37AM   15    BY MR. LIEBERMAN:

16         Q.  Are motor carriers liable for the

17    actions of their employees even though the

18    carrier contends that it did not require or

19    permit violations to occur?

11:35:47AM   20         MR. KAPP:  Object to the form.

21         THE WITNESS:  Let's go through that

22    question one more time.

23    BY MR. LIEBERMAN:

24         Q.  Are carriers liable for the actions of

11:35:56AM   25    their employees even though the carrier contends

1  that it did not require or permit the violations

2  to occur?

3              MR. KAPP:  Object to the form.

4              THE WITNESS:  I think that's maybe a

11:36:08AM  5  legal terminology.  It's possible.  I don't

6  recall reading that in any of the regulations.

7              (Deposition Exhibit No. 235 marked for

8  identification.)

9  BY MR. LIEBERMAN:

11:36:32AM  10      Q.  What I've marked as Exhibit 235 is a

11  printout from the Federal Motor Carrier Safety

12  Administration website.  It is the comments and

13  guidelines that you reference in your own report

14  for the regulations.

11:36:47AM  15              Are you familiar with this?

16      A.  I am.

17      Q.  I'd like you to turn on the second

18  page to Question 8.  You can review the whole

19  document.  I don't want to stop you from doing

11:36:58AM  20  that, but my question is going to be pointed at

21  Question 8.

22      A.  Okay.  Question 8.

23      Q.  Question 8 on page 2 of this document.

24  I'll read the question.

11:37:10AM  25              Question 8:  "Are carriers liable for

1   the actions of their employees even though the

2   carrier contends that it did not require or

3   permit the violations to occur?"

4          Can you read into the record what the

11:37:20AM   5   guidance says, please.

6          MR. KAPP:  Okay.  And I need to object

7   to the form of the question.

8          Also, this witness isn't being offered

9   to offer legal conclusions.  Counsel is aware of

11:37:36AM  10   the stipulation that FedEx offered last month

11   regarding CLR.

12          It appears that FedEx is just gonna

13   have to file it with the Court because

14   plaintiffs don't seem to be willing to accept

11:37:55AM  15   it, but it's irrelevant to the case given the

16   stipulation.

17          MR. FITZGERALD:  Well, I move to

18   strike all that.

19          MR. LIEBERMAN:  Move to strike that as

11:38:06AM  20   well.  Objection noted.

21   BY MR. LIEBERMAN:

22       Q.  Sir, can you read into the record the

23   guidance response to Question 8 I read, please.

24       A.  "Yes" --

11:38:15AM  25          MR. KAPP:  Same objections.

| | |
|---|---|
| 1 | THE WITNESS:  "Carriers are liable for |
| 2 | the actions of their employees.  Neither intent |
| 3 | to commit, nor actual knowledge of a violation |
| 4 | is a necessary element of that liability. |
| 11:38:26AM  5 | Carrier's permit violations of the hours of |
| 6 | service regulations by their employees if they |
| 7 | fail to have in place management systems that |
| 8 | effectively prevent such violations." |
| 9 | BY MR. LIEBERMAN: |
| 11:38:41AM  10 | Q.  Did you understand what you just read? |
| 11 | A.  I did. |
| 12 | Q.  Does this effectively incentivize a |
| 13 | motor carrier such as FedEx to have in place |
| 14 | management systems to oversee CLR? |
| 11:38:50AM  15 | MR. KAPP:  Same objections. |
| 16 | THE WITNESS:  Yes.  And that's just |
| 17 | what we were talking about a few minutes ago |
| 18 | with regard to FedEx FMCSR guidelines.  Their |
| 19 | management system is effective.  They've got a |
| 11:39:04AM  20 | satisfactory rating.  So they do have a safety |
| 21 | management system in place per the FMCSA. |
| 22 | BY MR. LIEBERMAN: |
| 23 | Q.  What safety management program are you |
| 24 | referring to with respect to FedEx? |
| 11:39:14AM  25 | A.  The safety management system we |

1    discussed in 385 a few minutes ago in the

2    regulations where a company has to have

3    management controls to monitor and guide drivers

4    under their authority to cause that they have

11:39:33AM    5    maintenance completed, they cause that they have

6    hours-of-service audits, that they're in

7    compliance with the hours of service, and they

8    prevent crashes.  That's the purpose of

9    reviewing motor carrier by the FMCSA.

11:39:50AM    10         Q.  I understand the purpose.  My question

11    was more pointed than that.

12              What did FedEx have with respect to a

13    management system?

14              MR. KAPP:  Same objections.

11:40:02AM    15    BY MR. LIEBERMAN:

16         Q.  I'm not asking for generally speaking.

17    I'm asking for specifically.

18              What did FedEx have as a management

19    system to ensure CLR complied with the

11:40:11AM    20    regulations?

21              MR. KAPP:  Same objections.

22              THE WITNESS:  Let me go to the FMCS

23    website.  I can explain that a little better to

24    you.

11:40:18AM    25    BY MR. LIEBERMAN:

1       Q.   How can the FMCS website explain to me

2  what FedEx had by way of a management system?

3       A.   Because we can look through their

4  history as far as their safety measurement

11:40:31AM  5  system to find out how they rate with other

6  companies.

7       Q.   I'm not interested in their safety at

8  all.

9           I'm asking if you know -- perhaps you

11:40:35AM  10  don't -- specifically what safety management

11  system did FedEx have to ensure CLR's compliance

12  with the regulations?

13          MR. KAPP:  Same objections.

14          THE WITNESS:  I specifically don't

11:40:44AM  15  know, except when they provide contractors with

16  their rules and regulations you can tell they've

17  got safety management systems in place with

18  regard to employment, citations that they have,

19  you can't have accidents.

11:40:57AM  20          And there's a list of those topics, I

21  think, in Addendum 10 of the agreement.  That is

22  kind of the guts of their safety management

23  system on things that a driver can or can't do.

24  That's probably the best way I can explain that

11:41:13AM  25  to you.

BY MR. LIEBERMAN:

    Q.   So your understanding, the safety management system to ensure compliance with the regulations by FedEx is encapsulated within Addendum 10 of the lease contract?

    A.   No.  I'm saying that's part of it.

    Q.   Well, what's the other parts?

    A.   The other part is a system in place that shows, okay, when we hire a driver, for example -- here's part of the management system -- you have to obviously comply with the regulations on the first eight or so requirements, but those are minimum standards we've talked about earlier.

        What do you have in place in addition to that to hire?  What do you have in addition to drug and alcohol testing?  What do you have in addition to accidents, for example?  How many accidents can a driver not have during a period of time.  That is all part of the safety management system.

        MR. KAPP:  And I failed to get my objection out before the witness started to answer but, again, object to the form.

        Keep going.

1              THE WITNESS:  I'm kind of done with

2     that part.

3     BY MR. LIEBERMAN:

4          Q.  Well, let's look at Addendum 10.

11:42:20AM  5          (Deposition Exhibit No. 236 marked for

6     identification.)

7          Q.  What I've marked as Exhibit 236 is

8     Addendum 10, as you reference, which is part of

9     the FedEx safety management system as you

11:42:45AM 10    describe it.

11              Can you show me where in Addendum 10

12    you were referring?

13              MR. KAPP:  Object to the form.

14              THE WITNESS:  Sure.  Let's just start

11:42:53AM 15    off here.  I guess the entire portion, Driver

16    Qualification Criteria.

17    BY MR. LIEBERMAN:

18          Q.  Okay.

19          A.  They have a criteria before they can

11:43:06AM 20    put a driver on as either a company driver or a

21    contract driver.

22          Q.  Okay.

23          A.  New Driver Qualification Criteria:

24    What causing the accident means.  What is an

11:43:25AM 25    accident.  How many accidents the driver can

1    have.

2              Current Driver Qualification Criteria:

3    Controlled substance and alcohol offenses,

4    unsafe driving offenses.

11:43:37AM  5              They have this in the agreement for

6    contractors to say here's what our safety

7    procedures are.  That is part of their safety

8    management criteria.

9              What are unsafe driving offenses.

11:43:55AM 10              Compliance with regulatory authority

11   or contract.  They're telling CLR, their

12   drivers, they've got to comply with the DOT

13   regulations that are applicable.

14              They've got an unauthorized passenger

11:44:17AM 15   program in place, which many companies do.

16   That's in addition to.

17              Background qualification criteria,

18   training responsibilities, safety

19   responsibilities.

11:44:34AM 20              This is a pretty good overview of a

21   safety management process that FedEx would have.

22        Q.   Would you expect to see an actual

23   safety manual?

24              MR. KAPP:  Object.  You're saying for

11:44:48AM 25   contract drivers?

```
 1              MR. LIEBERMAN:  Sure.
 2              MR. KAPP:  And it's my understanding
 3    FedEx Ground, that's what it is is contract
 4    drivers, but, in any case, object to the form,
 5    foundation, calls for speculation.
 6              THE WITNESS:  There is a safety manual
 7    that they provide.
 8    BY MR. LIEBERMAN:
 9        Q.  FedEx provides safety manuals to
10    contract drivers?
11        A.  Yes.
12        Q.  You've seen this?
13        A.  Yes.  I reviewed that the other day.
14        Q.  What year is that dated?
15        A.  I've got it in my report.  I don't
16    know what year it's dated.  It's a small manual
17    that goes over various aspects, primarily
18    operational things.  I forgot what the name of
19    it's called.
20        Q.  Do you know if it was provided to
21    Kehler or Marks?
22        A.  I don't know.
23        Q.  Do you know if it was provided to CLR?
24        A.  I don't know if it was.
25        Q.  Going back to Addendum 10.  What does
```

Time stamps: 11:44:58AM (line 5), 11:45:08AM (line 10), 11:45:19AM (line 15), 11:45:29AM (line 20), 11:45:41AM (line 25)

1  FedEx do to ensure that CLR follows its

2  contractual language outlined in Addendum 10?

3            MR. KAPP:  Object to the form.

4            THE WITNESS:  Well, I don't know if

11:46:02AM  5  you can ensure anything, first of all.  The

6  regulations don't require FedEx or motor

7  carriers to ensure the regulations that have

8  them to cause to make sure they're in compliance

9  with the regulations.

11:46:20AM 10  BY MR. LIEBERMAN:

11       Q.  Perhaps we're just talking semantics

12  but, again, 290.11 says if there's a duty

13  prescribed for a driver or a prohibition is

14  imposed upon a driver, it shall be the duty of

11:46:28AM 15  the motor carrier to require observance.

16       A.  Correct.

17            MR. KAPP:  Same objection.

18  BY MR. LIEBERMAN:

19       Q.  So that's where I'm pulling my

11:46:34AM 20  language from from the regulations.

21       A.  Okay.  That is both --

22            MR. KAPP:  Same objection.

23            Hold on.  You guys need to breathe a

24  little bit before you question and before you

11:46:42AM 25  answer.

1           MR. FITZGERALD:  I think the witness

2    was just interrupted by counsel.

3           MR. LIEBERMAN:  I agree.

4           MR. KAPP:  Yeah.  And that will --

11:46:49AM   5    yeah.  If I can't -- if the witness doesn't give

6    me enough time to make my objection, that's

7    gonna happen a lot.  That's why I was making

8    that suggestion.

9           THE WITNESS:  FedEx -- both FedEx and

11:47:02AM  10    CLR are responsible as motor carriers to

11    comply -- have their employees comply with the

12    regulations.  They both have a duty.

13    BY MR. LIEBERMAN:

14        Q.  All right.  And the employees in this

11:47:09AM  15    case for both FedEx and CLR under the

16    regulations are Kehler and Marks?

17           MR. KAPP:  Object to the form.

18           THE WITNESS:  Well, the term

19    "employees" under the regulations -- because

11:47:18AM  20    FedEx has their number on the door, they're

21    classified as employees.  But we all know

22    they're not employees based on employee/employer

23    relationship.

24           That's why CLR, as a motor carrier,

11:47:30AM  25    still has an obligation to make sure their

1    employees comply with the regulations as well.

2    BY MR. LIEBERMAN:

3         Q.   You testified earlier -- and it's in

4    your report -- that the regulations are

11:47:37AM  5    requirements, correct?

6         A.   Correct.

7         Q.   So it doesn't matter what a party may

8    contract with outside of the regulations,

9    correct?

11:47:43AM  10        MR. KAPP:   Object to the form.

11             THE WITNESS:   Well, it does in the

12   sense that the FMCSRs on Part 371, I believe,

13   has certain agreements they can put together

14   with the contractor.   There are certain

11:47:56AM  15   requirements they've got to follow.

16   BY MR. LIEBERMAN:

17        Q.   And that's in an additional section in

18   your report.   What I'm talking about is FedEx

19   cannot contract with CLR to absolve its

11:48:06AM  20   responsibilities under the regulations, correct?

21             MR. KAPP:   Object to the form.

22             THE WITNESS:   Correct.

23   BY MR. LIEBERMAN:

24        Q.   And so my question -- again, with that

11:48:13AM  25   in mind -- is what does FedEx do to ensure that

1    CLR follows the items in Addendum 10 to the

2    contract, if you know?

3              MR. KAPP:  Same objection.  It's been

4    asked and answered.

11:48:26AM  5              THE WITNESS:  We can go through this

6    again.  First of all -- and probably the best

7    way to do it is go through the driver

8    qualification criteria.

9              They screen their -- they screen the

11:48:35AM  10   contractor drivers.  They make sure they're in

11   compliance with the driver file that's required.

12   They make sure they're set up to monitor any

13   roadside inspections; accidents, if they have

14   those issues; see if their physical's going to

11:48:53AM  15   expire.  They ask for their logs, okay, to do

16   periodic audits or however they audit their

17   logs.

18              And that is the safety management

19   process they have in place.  That is the

11:49:05AM  20   process.

21   BY MR. LIEBERMAN:

22        Q.  Does FedEx audit the driver logs?

23        A.  I don't know.  I think they do.  I

24   recall that some -- a clerk at the terminals

11:49:14AM  25   will do some kind of audit of the logs.  And,

1   again, that goes back to their e-log system

2   where they can probably just run reports.

3        If the e-logs says there's violations,

4   then they get with the contractor and they make

11:49:27AM  5   sure that the contractor solves the problem or

6   if he doesn't, he doesn't have the driver or

7   eventually the truck is pulled from the lease.

8      Q.   Do you know if FedEx does any of the

9   items you just described?

11:49:38AM 10       MR. KAPP:  Object to the form.

11   BY MR. LIEBERMAN:

12      Q.   And, if so, where are you getting that

13   information?

14       MR. KAPP:  Object to the form.

11:49:41AM 15       THE WITNESS:  I saw that in the driver

16   file.  The driver files are good files, and it

17   appears they followed their guidelines in the

18   addendum, based on looking at Kehler and Marks'

19   driver files.

11:49:56AM 20   BY MR. LIEBERMAN:

21      Q.   So your opinion that FedEx ensures

22   that CLR follows the items in Addendum 10 is

23   based strictly on looking at the driver files

24   for Kehler and Marks?

11:50:05AM 25      A.   No, sir.

```
 1              MR. KAPP:  Object to form.
 2    BY MR. LIEBERMAN:
 3         Q.   What else is it based upon?
 4         A.   In addition, they know they're under
 5    e-logs.  There's been testimony that they audit
 6    logs and they look at the logs.
 7         Q.   Who testified to that?
 8         A.   I believe that was the Salt Lake
 9    terminal manager where they go through -- they
10    go through logs, as well as they have a truck
11    file maintenance.  That's how they monitor their
12    contractors.
13         Q.   Do you know if they audit the truck
14    file to ensure that proper maintenance is being
15    completed?
16         A.   Well, I don't know what you mean by
17    audit.
18         Q.   Look at it.  Anything more than just
19    putting it in a file.
20              MR. KAPP:  Now you're starting to
21    argue with this witness.
22              MR. LIEBERMAN:  He asked me.
23              MR. KAPP:  Object to the form.
24              THE WITNESS:  I don't know.
25    Somebody's got to pass through a document before
```

11:50:10AM
11:50:26AM
11:50:40AM
11:50:48AM
11:50:55AM

1   they can put it in the file and look at it, I

2   would imagine.

3   BY MR. LIEBERMAN:

4        Q.   I understand what you imagine, and I

11:51:02AM  5   don't mean to interrupt you and I am not

6   attempting to be argumentative.  What I want to

7   get today is what you know and what you have an

8   opinion on.

9            And so I want to know if you know if

11:51:11AM  10  FedEx does anything to audit the driver files?

11           MR. KAPP:  Asked and answered.  Object

12  to the form.

13           THE WITNESS:  The driver files.

14  BY MR. LIEBERMAN:

11:51:19AM  15       Q.   Sure.  One, the driver files?

16           MR. FITZGERALD:  I think you mean the

17  driver qualification file.

18           MR. LIEBERMAN:  Thank you.

19  BY MR. LIEBERMAN:

11:51:26AM  20       Q.   The driver qualification file.

21       A.   I don't know.  Based on looking at the

22  file, it appears to be in order.

23       Q.   Do you know if FedEx does anything to

24  review the monthly maintenance reports?

11:51:38AM  25       A.   I don't know other than based on

1    testimony they have truck files and they have

2    monthly reports that the contractor is to be

3    completed -- or is to complete, and they submit

4    their maintenance receipts.

5         Q.   Does FedEx have a similar structure in

6    oversight that Swift does such as a driver

7    manager?

8         A.   I don't know if they do.  I don't know

9    their structure like I know Swift's structure.

10        Q.   Is that something you'd like to know?

11             MR. KAPP:  Object to the form.

12   BY MR. LIEBERMAN:

13        Q.   Would it be helpful in rendering your

14   opinions in this case?

15        A.   It may.

16        Q.   Back to the requirements under the

17   regulations.

18             Are you familiar with Regulation

19   396.3?

20        A.   I'm sure I probably am.  Let's take a

21   look at it.

22             (Deposition Exhibit No. 237 marked for

23   identification.)

24   BY MR. LIEBERMAN:

25        Q.   I'm going to read into the record

1    directly from 396.3(a).

2          General.  Every motor carrier in

3    intermodal equipment provider must

4    systematically inspect, repair, and maintain or

11:53:30AM  5    cause to be systematically inspected, repaired,

6    and maintained, all motor vehicles and

7    intermodal equipment subject to its control.

8          Did I read that correctly?

9          A.   You did.

11:53:39AM 10          Q.   Under this provision, it is FedEx's

11    responsibility to ensure that the tractor at

12    issue is systematically inspected, repaired, and

13    maintained, true?

14          A.   Systematically inspected, repaired and

11:53:56AM 15    maintained.  Caused to be systematically

16    repaired, that's correct.

17          Q.   What did FedEx do to satisfy this

18    regulation?

19          A.   They set up in their maintenance

11:54:06AM 20    procedures -- and probably their safety

21    procedures -- a process where the contractors

22    complete a monthly form of the repairs done on

23    their owned tractor equipment and submit the

24    receipts -- the repair receipts that would be in

11:54:26AM 25    their truck file.

1      Q.   Other than collecting those monthly

2  maintenance reports and putting them in a file,

3  what did FedEx do?

4      A.   I'm not sure, other than cause to be

11:54:39AM  5  systematically inspected, repaired, and

6  maintained.

7      Q.   How did FedEx do it?

8           MR. KAPP:   Object to the form.   It's

9  been asked and answered.

11:54:54AM 10           THE WITNESS:   They required the

11  contractor to complete their monthly inspection

12  form and submit all of the repairs for that

13  period or that month to FedEx company.

14  BY MR. LIEBERMAN:

11:55:12AM 15      Q.   I understand what they required.   What

16  I'm asking is how did FedEx ensure compliance

17  with 396.3?

18           MR. KAPP:   Same objection.   It's been

19  asked and answered.

11:55:21AM 20           THE WITNESS:   Well, again, as far as

21  396.3, the general rule says that they must

22  cause or be systematically inspected.   They may

23  cause to have that done.

24           Cause means you fill out a form.   The

11:55:35AM 25  cause means you submit your receipts.   And

1    contractor, you're the one doing the work on the

2    equipment.  That's how they caused that to be

3    done.

4    BY MR. LIEBERMAN:

11:55:49AM  5         Q.  More specifically -- correct me if I'm

6    wrong -- what you're stating is that FedEx

7    caused compliance by contracting with CLR?

8         A.  No.  They caused their equipment to be

9    systematically repaired -- inspected, repaired,

11:56:10AM 10   and maintained by having a file on the truck or

11   trucks and have them submit their repairs that

12   were being done during the month as well as the

13   receipts of repairs from dealerships or

14   whatever.

11:56:25AM 15        Q.  Did FedEx ever look at those monthly

16   maintenance records?

17              MR. KAPP:  Object to the form.  This

18   question has been asked about six times now.

19              Asked and answered.  Object to the

11:56:35AM 20   form.

21              THE WITNESS:  I don't know who looked

22   at the forms.  I don't know.

23   BY MR. LIEBERMAN:

24        Q.  So they could be inaccurate?

11:56:41AM 25              MR. KAPP:  Object to the form.

1              THE WITNESS:  What could be

2    inaccurate?

3    BY MR. LIEBERMAN:

4         Q.  The records.

11:56:49AM  5              MR. KAPP:  Same objection.

6              THE WITNESS:  Well, if they submitted

7    a receipt or an invoice, for example, of repairs

8    done at a qualified shop with payment included

9    with the details of repairs, I guess someone

11:57:06AM  10   could have made all that up, but it's highly

11   unlikely.

12              MR. KAPP:  Counsel, for the record,

13   this whole discussion is irrelevant.  Neither of

14   your experts in this case have found fault with

11:57:21AM  15   compliance with the reporting requirements.

16   This is a totally irrelevant discussion.

17              MR. FITZGERALD:  We crossed those

18   experts with your people.  So it's entirely

19   appropriate to go into this topic.

11:57:36AM  20              MR. LIEBERMAN:  Let's mark this as the

21   next exhibit.

22              (Deposition Exhibit No. 238 marked for

23   identification.)

24   BY MR. LIEBERMAN:

11:58:00AM  25         Q.  Sir, what I've marked as Exhibit 238

1    is a monthly maintenance record.

2              Have you seen this document before?

3         A.   Yes.  This is the FedEx sheet, monthly

4    maintenance record we've been discussing for

11:58:11AM  5    quite some time.

6         Q.   Sure.  This was submitted by CLR

7    Transportation on October 15, 2014.

8              Do you see that?

9         A.   That's correct.

11:58:18AM 10         Q.   And it references a maintenance record

11    for the month and year of September of 2014.

12              Do you see that?

13         A.   Yes.

14         Q.   Just under those box sections there's

11:58:31AM 15    a question.  "Were any repairs, inspections, or

16    preventative maintenance performed on this

17    vehicle?"

18              And the box checked says?

19         A.   Says no.

11:58:39AM 20              MR. LIEBERMAN:  Okay.  Let's mark as

21    Exhibit 239.

22              (Deposition Exhibit No. 239 marked for

23    identification.)

24    BY MR. LIEBERMAN:

11:59:02AM 25         Q.   According to the monthly maintenance

150

1    records submitted and signed by Chris Rodrick on

2    behalf of CLR, there was no monthly maintenance

3    performed in the month of September on

4    Vehicle 125417; is that correct?

11:59:15AM    5         A.   That's how it's marked.

6         Q.   What I've marked as Exhibit 239 -- and

7    you can peruse them.  It's a collection of

8    record that was disclosed by FedEx and CLR for

9    service and maintenance performed on

11:59:31AM   10   Unit No. 125417 for the month of September of

11   2014.

12         Do you see that?

13         A.   Correct.

14         Q.   So needless to say, the monthly

11:59:39AM   15   maintenance record marked as Exhibit 238 is

16   wrong, right?

17         MR. KAPP:   Object to the form.

18         THE WITNESS:   It's marked as no,

19   incorrect.

11:59:47AM   20   BY MR. LIEBERMAN:

21         Q.   Right.  It's incorrectly marked?

22         A.   Correct.

23         Q.   Right.  And so we have evidence in

24   this case of CLR reporting no maintenance being

11:59:57AM   25   reported while maintenance was, in fact,

1   performed in the month of September, correct?

2           MR. KAPP:  And that's a bad thing?

3   I'm sorry.  Strike that.

4           Object to the form.

5           THE WITNESS:  The form is marked no,

6   but they did submit their monthly maintenance

7   records as required by FedEx.

8   BY MR. LIEBERMAN:

9       Q.  How do you know they submitted their

10  monthly maintenance records?

11      A.  Because I'm looking at them.

12      Q.  Well, I handed you a copy of them, but

13  how do you know they were actually submitted to

14  FedEx?

15          MR. KAPP:  Object to the form.

16          THE WITNESS:  I guess I don't know

17  that.

18  BY MR. LIEBERMAN:

19      Q.  Speculating?

20          MR. KAPP:  Object to the form.

21          THE WITNESS:  I do know it was done on

22  9/10 of '14.

23  BY MR. LIEBERMAN:

24      Q.  That's one record in the collection.

25      A.  Correct.

1        Q.   Does Swift monitor the accuracy of

2   these monthly maintenance records?

3             MR. KAPP:  Object to form.

4             THE WITNESS:  I don't know if we have

12:00:47PM  5   monthly maintenance records like that.  I don't

6   know how they're set up.

7   BY MR. LIEBERMAN:

8        Q.   During your tenure you don't know how

9   the monthly maintenance records are set up with

12:00:58PM 10   Swift --

11        A.   It appears --

12        Q.   -- for 30 years.

13        A.   I wish.

14             It appears that the monthly

12:01:04PM 15   maintenance record that we talked about in

16   Exhibit 238 has a box checked that's a

17   computerized yes or no.  It's not a handwritten

18   situation.

19             So I don't know how that got there.

12:01:22PM 20   They got the records before they marked that.  I

21   don't know.  It's a computerized issue.

22        Q.   Do you know if FedEx did anything to

23   review this particular monthly maintenance

24   record as it was received?

12:01:37PM 25             MR. KAPP:  Object to the form.

1              THE WITNESS:  Are you referring to

2     which one?

3     BY MR. LIEBERMAN:

4          Q.  238, sir.

12:01:50PM   5          A.  Oh, I don't know.  All I know is it's

6     part of their monthly reporting record.

7          Q.  Do you know how FedEx actually

8     maintains those records?

9              MR. KAPP:  Object to the form.

12:02:09PM   10             THE WITNESS:  Only from, I believe,

11    the terminal manager in Salt Lake's deposition.

12    They have a truck file, as I recall him

13    testifying about.

14    BY MR. LIEBERMAN:

12:02:37PM   15         Q.  Is a motor carrier solely responsible

16    for ensuring that the vehicle is under its

17    control and in safe operating condition?

18             MR. KAPP:  Object to the form.

19             THE WITNESS:  They could be.  Sounds

12:02:49PM   20    about right, which is both motor carriers in

21    this case.

22             (Deposition Exhibit No. 240 marked for

23    identification.)

24    BY MR. LIEBERMAN:

12:03:17PM   25         Q.  Sir, what I've marked as Exhibit 240,

1  again, is the Federal Motor Carrier Safety

2  Administration guideline, which you comment on

3  in your report to Part 396.  I want to direct

4  your attention to Question 3.  For the record,

12:03:29PM  5  I'm going to read in the question and you can

6  read in the guidance.

7         Question 3:  "Who has the

8  responsibility of inspecting and maintaining

9  leased vehicles and their maintenance records?"

12:03:39PM  10         The guidance says?

11     A.   This is guidance.  "The motor carrier

12  must either inspect, repair, maintain, and keep

13  suitable records for all vehicles subject to its

14  control for 30 consecutive days or more or cause

12:03:52PM  15  another party to perform such activities."

16     Q.   You stopped short of finishing it.

17     A.   "The motor carrier is solely

18  responsible for ensuring that the vehicles under

19  its control are in safe operating condition and

12:04:06PM  20  that defects have been corrected."

21     Q.   And that would apply to both FedEx and

22  CLR in this case, correct?

23     A.   Correct.

24     Q.   What did FedEx do to ensure that the

12:04:15PM  25  vehicles under its control, such as the subject

1    tractor, were in safe operating condition?

2          A.   Well, based on Question 1 of the

3    regulations, they set up a systematic means of a

4    regular or scheduled program to keep vehicles in

12:04:30PM  5    safe operating condition.

6               That's back to the systematic process

7    of setting up a method to make sure that these

8    vehicles are being repaired.

9          Q.   And where can I find that systematic

12:04:43PM  10   program?

11         A.   Well, I don't know if there's a

12   systematic program.  The program just says that

13   a systematic inspection, repair, and maintenance

14   program needs to be developed.  And it appears

12:04:53PM  15   to me that one was developed by FedEx by

16   requiring each of the contractors to submit

17   documents and maintenance reports and invoices,

18   receipts, whatever, to be put in their truck

19   file -- reviewed and put in their truck file on

12:05:15PM  20   a regular basis.

21         Q.   Outside of maintaining that file, do

22   you know of any other program that FedEx

23   instituted to ensure the safe operating

24   condition of the subject tractor?

12:05:29PM  25         A.   I know of no other program.  That's a

1    program that's typically used in the industry

2    for contractors' vehicles.

3              Q.   Well, that's not the program Swift

4    used?

12:05:37PM  5         A.   Generally is.

6              Q.   Well, Swift had driver managers that

7    oversaw the maintenance.  We went over that for

8    hours at the beginning of this deposition.

9              A.   I don't know what FedEx has to review

12:05:47PM 10    that.  It could be a manager, it could be a

11    safety guy, it could be a compliance person.

12              Q.   You don't know?

13              A.   I don't know.

14              MR. FITZGERALD:  Would you please read

12:06:11PM 15    me the last answer.

16              (The record was read by the reporter

17    as follows:

18                   "I don't know what FedEx

19                   has to review that.  It could

12:05:48PM 20                   be a manager, it could be a

21                   safety guy, it could be a

22                   compliance person.")

23    BY MR. LIEBERMAN:

24              Q.   What did CLR do, if anything, to

12:07:06PM 25    ensure that the tractor was properly maintained?

1          A.   It's my opinion -- again, based on

2     reviewing depositions and information -- that

3     they had Kehler as the lead driver on this

4     truck, probably the lead driver designated by

12:07:27PM   5     FedEx.

6               Chris, to my knowledge, never refused

7     to have his equipment repaired.  Kehler would --

8     seemed like the person to take the equipment in.

9     I don't know if Chris contacted shops to have it

12:07:49PM   10     taken in or how that worked.

11               I don't know the transaction there,

12     but I do know that we had about three shops,

13     Sapp Brothers, Warner, and I forget that other

14     one, that they used on a regular basis in Salt

12:08:07PM   15     Lake to repair their equipment.  In fact, the

16     mechanics even went to the FedEx site to pick

17     the truck up to take it to the shop and bring it

18     back.

19               And I had -- from my perspective, that

12:08:23PM   20     is their maintenance group.  They had two or

21     three different qualified shops repair their

22     trucks, even pick them up at the yard.

23          Q.   Did CLR have any written policies or

24     procedures on maintenance?

12:08:34PM   25          A.   I've seen none, no.

```
             1              Q.   Should they?

             2              MR. KAPP:  Object to the form.

             3              THE WITNESS:  I don't know.  It was --

             4    they've only got a couple trucks.  I don't know

12:08:44PM   5    if they should, but they had a lead driver with

             6    20-plus years experience on the truck.

             7    BY MR. LIEBERMAN:

             8              Q.   What is the number of trucks that you

             9    would expect a trucking company to have

12:08:54PM  10    whereupon they should have a written policy with

            11    respect to maintenance?

            12              MR. KAPP:  Object to the form.

            13              THE WITNESS:  With respect to

            14    maintenance?

12:09:01PM  15    BY MR. LIEBERMAN:

            16              Q.   Yeah.

            17              A.   First of all, I think there should be

            18    written policies if -- like, for example, Swift

            19    had their own shops to tell drivers when to take

12:09:12PM  20    trucks in or how they would communicate with

            21    getting their trucks repaired.

            22              In this particular case, you don't

            23    have a company-owned shop or group.  They use

            24    outside vendors.  So generally what happens with

12:09:25PM  25    contractors when they need something fixed or
```

1    repaired or generally a B service, which many

2    things are checked to be repaired, they'll take

3    it into one of the shops.

4         Q.  I understand.

12:09:35PM 5         What I'm saying is at what point in

6    the growth of a company would you expect a

7    trucking company to have policies -- written

8    policies and procedures regarding maintenance of

9    their trucks?

12:09:46PM 10             MR. KAPP:  Object to the form.

11             THE WITNESS:  I don't know.  5, 10, 15

12    trucks.  I don't know.  I can't remember that

13    far back.  We set one up with 150 trucks, so

14    maybe that's the number.  I'm not sure.

12:10:01PM 15         The idea is when you have your own

16    shops, that's when you really need written

17    information on informing drivers how they

18    interact with those shops -- company-owned shops

19    to get their trucks fixed, particularly

12:10:15PM 20    employees that they don't own the truck.  It's

21    not their truck.  It's the company's truck.

22             So how do they interact with this to

23    get their company's truck done.  Contractors

24    trucks are owned, operated by the contractor.

12:10:31PM 25    FedEx doesn't get it repaired.  They don't pay

1   for fuel.  They have those repairs done by the

2   contractor.

3   BY MR. LIEBERMAN:

4        Q.  FedEx is hands off in that regard,

12:10:40PM  5   correct?

6        A.  In that regard, yes, not only by

7   contract, but that's how it works.  But they

8   have to, based on what we talked about, have a

9   systematic method of making sure that that

12:10:51PM  10   company or owner-operator is having their trucks

11   maintained on a systematic basis, a regular

12   basis.  They've got that in place.

13        Q.  You say FedEx has that in place and

14   that's by virtue of the maintenance monthly

12:11:06PM  15   reports that we were just talking about, right?

16        A.  Correct.

17        Q.  That's the basis for that opinion?

18        A.  That's the basis for that opinion.

19        Q.  What about CLR's policies; how does

12:11:16PM  20   Kehler know when to get the truck maintained?

21        A.  Well, let me start off by saying he's

22   got 20 to 25 years experience operating trucks.

23   Most drivers know when a B service needs to

24   happen based on the miles that he's looking at

12:11:34PM  25   on that truck on a weekly, daily basis.

1　　　　　He knows when they do their

2　inspections that if something doesn't look

3　right, he needs to take it into a shop.

4　　　　　It's just road experience with these

5　guys and time in some cases, knowing that they

6　have to have the truck oil changed.

7　　　　　Q.　In your opinion, is it an industry

8　standard that contractors rely upon the

9　experience of their drivers to maintain the

10　vehicle?

11　　　　　MR. KAPP:　Form.

12　　　　　THE WITNESS:　Depends on how the

13　organization's set up.　If it's an

14　owner-operator, absolutely.　In fact, the

15　owner-operator doesn't even have to fill out

16　daily inspection reports, because he owns the

17　truck, he knows the truck, works on the truck,

18　and has the truck maintained.

19　　　　　In this case with a couple trucks and

20　with their team, it's similar to an

21　owner-operator situation where you've got Kehler

22　as the lead driver, most experienced.　The other

23　driver, Marks, has 15 years' experience.　They

24　take care of the truck and they tell Mr. Rodwick

25　what needs to be done and he says get it done.

BY MR. LIEBERMAN:

    Q.   Is that industry standard in the sense
that neither FedEx nor CLR has a detailed
maintenance schedule and they rely exclusively
on the experience of two drivers?

        MR. KAPP:   Object to the form as
compound, but go ahead.

BY MR. LIEBERMAN:

    Q.   If you don't understand, I can
rephrase.

    A.   I kind of understand that.   And
generally, yes.

        However, an owner-operator would know,
based on the -- probably the manual of the truck
manufacturer that every so many miles -- like
you and I have a car -- you get your oil
changed.

        So that would be the standard I guess
for an owner-operator to have his oil changed.
That would be one standard.

    Q.   Did Swift operate in that regard?

    A.   With regard to an owner-operator
taking care of his truck?

    Q.   Well, with regard to -- let me strike
that.   Let me ask it this way.

1      Did Swift have written policies and

2  procedures regarding regular maintenance?

3      MR. KAPP:  Of what, contractor trucks

4  or company-owned trucks?

5      MR. LIEBERMAN:  Both.

6      MR. KAPP:  Both?  Well, break it down.

7      THE WITNESS:  No, sir.  We did have

8  for company-owned trucks, and we talked about

9  that before where the driver doesn't own the

10  truck, doesn't maintain the truck.  He just

11  drives the truck.

12      And so we have procedures, times that

13  he has to get his B service in and when he takes

14  the truck in and if this happens, who to call.

15      With owner-operators they run the

16  truck.  That's their truck.  They can take it to

17  a Swift shop and have it repaired or they can

18  take it to Sapp Brothers and get it repaired.

19  That's their business.  That's what their

20  business is.

21  BY MR. LIEBERMAN:

22      Q.  How many employees -- non-driver

23  employees does CLR have?

24      A.  I thought there was just two or three

25  potential drivers and the owner.

1          Q.   The owner being Chris Rodwick?

2          A.   Yeah, Chris Rodwick.

3          Q.   Chris Rodwick effectively runs CLR,

4    correct?

12:15:06PM  5          A.   I believe so.

6          Q.   What is Chris Rodwick's experience in

7    maintaining tractor-trailers?

8          A.   His experience is very little, very,

9    very little.

12:15:16PM 10          Q.   Right.

11          A.   I suspect that's why he hired a guy

12    with 25 years to run his truck.

13          Q.   He never met Kehler.

14          A.   I understand that.  Yeah, they've

12:15:24PM 15    talked, and I don't think he's ever met him.

16          Q.   Okay.  The vetting process was done

17    exclusively by FedEx, correct?

18          A.   Yes.  He sent them in to get -- well,

19    that is correct.  Kehler has worked for

12:15:38PM 20    contractors for FedEx on a previous occasion or

21    so.  So he was experienced with FedEx.

22              And I think he just relied on Kehler

23    almost being like an owner-operator situation

24    where he takes care of the truck.

12:15:52PM 25          Q.   Rodwick was in California, right?

165

1          A.   I think so.

2          Q.   And the truck is based out of Salt

3    Lake, Utah, right?

4          A.   Purchased and based out of Salt Lake,

12:16:04PM  5    I believe.

6          Q.   And Kehler and Marks reside in Utah,

7    right?

8          A.   That's correct.

9          Q.   And at least as far as the record

12:16:10PM 10    reflects, Rodwick has never met either Kehler or

11    Marks?

12          A.   I believe that's correct.

13          Q.   Rodwick has never had a CDL?

14          A.   I think that's true.

12:16:24PM 15          Q.   Rodwick has never maintained a

16    tractor?

17          A.   True.

18          Q.   Rodwick has never driven a tractor?

19          A.   True.

12:16:31PM 20          Q.   Are you aware that Marks called

21    Rodwick a ghost?

22          A.   Called him a what?

23          Q.   A ghost.

24               MR. KAPP:  Object to the form.

12:16:41PM 25               THE WITNESS:  Possible.

```
 1   BY MR. LIEBERMAN:
 2        Q.  CLR has no employee policies that
 3   we're aware of --
 4             MR. KAPP:  Object to the form.
 5   BY MR. LIEBERMAN:
 6        Q.  -- is that true?
 7        A.  I'm not aware of any.
 8        Q.  Are you aware of any requirements by
 9   the CLR drivers to contact CLR at any point
10   during their travels?
11        A.  No, not when you've only got one
12   owner.  They're the operators of that truck.
13        Q.  Is this setup of an absentee owner
14   common in the industry?
15             MR. KAPP:  Object to the form.
16             THE WITNESS:  I have not seen this
17   before.  Generally, an owner of a truck is
18   somewhat involved, in most cases that I've
19   known.
20   BY MR. LIEBERMAN:
21        Q.  Regulations require the drivers to
22   have specific knowledge, correct, on various
23   topics; is that true?
24        A.  General skills and knowledge, that's
25   correct.
```

12:16:49PM
12:17:01PM
12:17:18PM
12:17:58PM
12:18:06PM

1           (Deposition Exhibit No. 241 marked for

2    identification.)

3    BY MR. LIEBERMAN:

4           Q.   Sir, I've marked as Exhibit 241

12:18:30PM  5    Regulation 383.111.

6                Are you familiar with this regulation?

7           A.   I am.

8           Q.   I'm looking specifically at A, it

9    says, All commercial motor vehicle operators

12:18:40PM  10   must have knowledge of the following 20 general

11   areas, correct?

12          A.   Correct.

13          Q.   Under (1)(ii) it says, "Procedures for

14   safe vehicle operations."

12:18:49PM  15               Is that true?  Am I reading that

16   correctly?

17          A.   Correct.

18          Q.   Under (1) 5 or (v) it says, "The

19   effects of alcohol and drug use upon safe

12:19:02PM  20   commercial motor vehicle operations."

21               Is that correct?

22          A.   Correct.

23          Q.   If you turn to the third page -- I'm

24   losing track of the roman numerals, but under 9

12:19:16PM  25   it says, "Speed management.  The importance of

                1   understanding the effects of speed, including:

                2   (i) speed and stopping distance."

                3           Is that correct?  It's towards the

                4   top.

12:19:32PM      5           MR. KAPP:  What page are you on?

                6           MR. LIEBERMAN:  Page 3.

                7           MR. KAPP:  We were on the wrong page.

                8           THE WITNESS:  Okay.  Did you say speed

                9   management, 9?

12:19:45PM     10   BY MR. LIEBERMAN:

               11       Q.  Uh-huh.

               12       A.  That's correct.

               13       Q.  If we turn to page 4, No. 13 talks

               14   about hazard perceptions.

12:19:55PM     15       A.  Yes.

               16       Q.  No. 14 talks about emergency

               17   maneuvers?

               18       A.  Yes.

               19       Q.  And under emergency maneuvers, Roman

12:20:03PM     20   numeral 5, (v), says, "Blowouts," correct?

               21       A.  Correct.

               22       Q.  Under these regulations, it is FedEx's

               23   and CLR's responsibility to ensure that Kehler

               24   and Marks have knowledge of these areas,

12:20:16PM     25   correct?

1           MR. KAPP:  Object to the form.

2           THE WITNESS:  That's correct.  And

3    keep in mind that they had this basic knowledge

4    from the day they got their CDL.  They're

12:20:25PM   5    required to have that same knowledge way back in

6    time and then they grow depending on experience.

7    BY MR. LIEBERMAN:

8           Q.  So what did CLR do to ensure that

9    Kehler and Marks had knowledge of these issues

12:20:38PM   10   we just enumerated?

11          A.  Well, I don't know what CLR did, but I

12   know that the contractors prior to CLR would

13   have looked at their driver's license.  Having a

14   CDL, particularly including doubles, tells them

12:20:57PM   15   they have passed tests do that, as well as FedEx

16   has seen their CDL.

17          And there's also an equipment

18   examination by FedEx at some point in time with

19   Kehler on a couple different occasions, I'm not

12:21:10PM   20   sure, with regard to their knowledge about

21   hooking up doubles.

22          Q.  Short of looking at a CDL license, do

23   you know if CLR did anything else to confirm

24   that Kehler and Marks had knowledge of these

12:21:38PM   25   general areas under 383.111?

1          MR. KAPP:  Object to the form.  Asked

2   and answered.

3          THE WITNESS:  Well, I guess how I

4   should respond to that is they either talked to

12:21:51PM  5   them and knew somehow they had 15 to 25 years

6   experience as a CLR driver with the idea that

7   they would have had to have a CDL.

8          And, secondly, that they asked to have

9   FedEx verify their qualifications by setting up

12:22:11PM  10   the driver qualifications file, and that

11   happened.

12          So that's the best way I can answer

13   that question.

14   BY MR. LIEBERMAN:

12:22:18PM  15      Q.   Do you know if Chris Rodwick or anyone

16   else at CLR ever talked to Kehler about these

17   issues before FedEx hired him?

18      A.   I don't know that.

19      Q.   Same question as to Marks.

12:22:29PM  20      A.   I don't know that.  I don't know if he

21   talked to him.  I know he may have known that

22   they worked for the other contractors previous

23   to that and were qualified, but I don't know

24   specifically if he talked to them.

12:22:41PM  25      Q.   Have you ever seen any employee files

1  from CLR for Kehler or Marks?

2      A.  I have not.  Those have not been

3  provided.

4      Q.  Do you know if they exist?

12:22:50PM  5      A.  I don't know if they do or not.

6      Q.  Is it fair to say that CLR relied upon

7  FedEx to vet these drivers?

8          MR. KAPP:  Object to form.

9          THE WITNESS:  I think they probably

12:23:00PM 10  did, because FedEx is in the business to check

11  contractors and they've got a routine system set

12  up.  And that goes back to the safety management

13  program we've just had a big discussion about.

14  BY MR. LIEBERMAN:

12:23:14PM 15      Q.  What specifically did FedEx do to

16  ensure that Kehler and Marks had general

17  knowledge regarding blowouts under 383.111?

18          MR. KAPP:  Object to the form.  It's

19  been asked and answered.

12:23:27PM 20          MR. LIEBERMAN:  It's been answered in

21  generalities.

22  BY MR. LIEBERMAN:

23      Q.  I want to know if you know

24  specifically what FedEx did to ensure that

12:23:34PM 25  Kehler and Marks had that required knowledge

1  under the regulations.

2          MR. KAPP:  Other than hiring a driver

3  that had a CDL and had been tested?

4          MR. LIEBERMAN:  Move to strike.  This

12:23:42PM 5  is not your deposition.  I'm asking the witness.

6          THE WITNESS:  Again, other than

7  qualifying them, knowing about their experience,

8  I don't know of any specific discussions FedEx

9  had with either of those two drivers with regard

12:23:56PM 10  to blowouts.

11          That's just part of the rules where

12  when they get a CDL, they're tested on what to

13  do when they have blowouts to get their CDL.

14  BY MR. LIEBERMAN:

12:24:08PM 15      Q.  Surely FedEx would want to know if the

16  driver who's hauling their trailers down the

17  road with the FedEx label on the side have

18  knowledge of what to do in the event of a tire

19  disablement, correct?

12:24:18PM 20          MR. KAPP:  Object to the form.

21          THE WITNESS:  I would expect them to

22  know that after 20 years of safe driving and

23  having experience, blowouts and everything else,

24  they would probably know that.

12:24:29PM 25  BY MR. LIEBERMAN:

173

1              Q.   So would you expect them to inquire

2     upon the drivers that would be hauling these

3     trailers if they actually have knowledge on what

4     to do in the event of a tire disablement at

12:24:38PM  5     highway speeds?

6                   MR. KAPP:   Object to the form.

7                   THE WITNESS:   I don't know if I would

8     expect them to ask the drivers if they have that

9     knowledge, but it's reasonable for them to

12:24:45PM 10     believe they had that knowledge based on their

11     experience, their tenure, their CDL license, and

12     all of the other regulations that they have to

13     have complied with without having a crash.

14                   MR. KAPP:   When did you say we were

12:25:19PM 15     eating lunch?

16                   MR. LIEBERMAN:   Right now.

17                   (Recessed from 12:25 p.m. to 1:15

18     p.m.)

19     BY MR. LIEBERMAN:

01:12:52PM 20              Q.   Mr. Ritchie, do the federal

21     regulations comment at all on radar detectors?

22              A.   I was gonna look that up.  I can't

23     recall.  It may.

24                   MR. LIEBERMAN:   Let's mark this as

01:13:08PM 25     242.

1          (Deposition Exhibit No. 242 marked for

2     identification.)

3     BY MR. LIEBERMAN:

4          Q.  Sir, what I've marked as Exhibit 242

01:13:25PM   5     is Regulation 392.71 regarding radar detectors.

6     It reads, (a), "No driver shall use a radar

7     detector in a commercial motor vehicle or

8     operate a commercial motor vehicle that is

9     equipped with or contains any radar detector."

01:13:38PM  10          Did I read that correctly?

11          A.  You did.

12          Q.  Do you know if this particular FedEx

13     tractor that we're talking about had a radar

14     detector in it?

01:13:45PM  15          MR. KAPP:  Object to the form.

16          THE WITNESS:  As I recall, there was a

17     radar detector somewhere in the truck owned by

18     Mr. Marks, I believe.

19     BY MR. LIEBERMAN:

01:13:58PM  20          Q.  What is your understanding, if any, as

21     to what a radar detector is used for?

22          A.  It's used to pick up radar signals

23     from, I would say, law enforcement doing road

24     speed checks.

01:14:09PM  25          Q.  To avoid getting a speeding ticket?

1          A.   Generally, yes.

2               MR. KAPP:  Object to the form.

3     BY MR. LIEBERMAN:

4          Q.   If a radar detector was in the subject

01:14:16PM  5     tractor, that would be a violation of the

6     regulations, would it not?

7          A.   Under this section, that would be.

8          Q.   And that would be a violation that

9     would be attributable to both CLR and FedEx,

01:14:27PM 10     correct?

11               MR. KAPP:  Object to the form.

12               THE WITNESS:  Well, technically, yes.

13     Again, the equipment's CLR's equipment, but they

14     shouldn't have a radar detector in the

01:14:39PM 15     equipment.

16     BY MR. LIEBERMAN:

17          Q.   But ultimately, yes.  It would be a

18     violation for both FedEx and CLR in this

19     scenario?

01:14:45PM 20               MR. KAPP:  Same objection.

21               THE WITNESS:  To have radar detectors

22     in the trucks, it would be, yes.

23     BY MR. LIEBERMAN:

24          Q.   Do you know if FedEx or CLR did

01:14:55PM 25     anything to prohibit the use of radar detectors

1    in the tractors?

2            A.   Generally, they would inform the

3    contractor drivers that they've got to follow

4    the regulations and this is one of the

01:15:11PM  5    regulations, not to have a radar detector.

6            Q.   Again, you said generally.  I'm

7    looking specifically.

8                 Do you know if FedEx or CLR instructed

9    its drivers to not use a radar detector?

01:15:24PM 10            MR. KAPP:  Same objection.

11            THE WITNESS:  Specifically, no.

12   They're big boys.  They should know that.

13   BY MR. LIEBERMAN:

14            Q.   Is it commonly known that a commercial

01:15:33PM 15   vehicle should not have a radar detector in it?

16            A.   Oh, yes.

17            Q.   But the experience and training that

18   you're aware of for Kehler and Marks, would you

19   expect them to know that a radar detector was

01:15:49PM 20   prohibited?

21            MR. KAPP:  Object to the form.

22            THE WITNESS:  I would expect that,

23   yes.

24   BY MR. LIEBERMAN:

01:16:16PM 25            Q.   Do you know if morphine is a

DENNIS RITCHIE - 03/09/2016                                177

1    Schedule 1 or Schedule 2 drug?

2         A.   Morphine?

3         Q.   Yes, sir.

4         A.   I'm not sure what schedule drug it is,

01:16:27PM 5    and I don't know how that relates to quantities

6    or something like that.  It could be a Schedule

7    1 if it's morphine, morphine, but I'm not sure.

8    I thought it was a different kind of morphine,

9    not like OxyContin or something like that.

01:16:45PM 10        Q.   You're speaking specifically to

11   Mr. Marks' morphine?

12        A.   Correct.

13        Q.   So you're aware that he was ingesting

14   morphine while driving this vehicle?

01:16:53PM 15        MR. KAPP:  Object to the form.

16        THE WITNESS:  I believe so.

17   BY MR. LIEBERMAN:

18        Q.   Is he required under the regulations

19   to inform FedEx or CLR that he is, in fact,

01:17:04PM 20   taking morphine while operating the tractor?

21        A.   No, he's not, but he's required to

22   pass a Federal Motor Carrier Safety physical,

23   DOT physical.  And I believe he informed the

24   physician who reviewed his use of taking that

01:17:20PM 25   drug over quite a number of year period and he

1    qualified him and allowed him to drive for a

2    period of two years on his physical.

3           Q.   Where are you getting that

4    information?

01:17:33PM 5           A.   From the DOT physical that I believe

6    is in his file.

7           Q.   Do you believe that information

8    contains anything related to morphine use?

9           A.   I thought I saw that he declared that

01:17:46PM 10   he was taking some kind of medication for back

11   pain.  I think that was on the physical.

12          Q.   Do you know if a physician

13   specifically advised Mr. Marks that ingesting

14   morphine while driving would not adversely

01:18:13PM 15   affect his ability to safely operate the

16   vehicle?

17          A.   Will not adversely affect it?

18          Q.   Do you know if a physician told him

19   that?

01:18:19PM 20          A.   That sounds familiar.  I'm not sure.

21   I recall that it had to do with his DOT physical

22   that was scheduled and that he took and that the

23   medical examiner cleared him of any problems

24   driving a commercial motor vehicle.

01:18:38PM 25          Q.   Would you defer to those records to

1   the extent that they cover this issue?

2          A.   I think I would.

3          Q.   If you could bring your report back

4   up.  If you could turn to page 10.  This section

01:19:22PM 5   is in regards to your opinions with respect to

6   the lease operating agreement; is that correct?

7          A.   It is.

8          Q.   Have you reviewed the lease operating

9   agreement?

01:19:30PM 10          A.   I have.

11          Q.   Can I just call it the operating

12   agreement?

13          A.   That's fine.  That's what I would call

14   it.

01:19:36PM 15          Q.   Okay.  Good.

16               Have you reviewed all the addendums as

17   well?

18          A.   I have gone through the report, but I

19   have focused on Addendum 10 mostly that relates

01:19:45PM 20   to the safety guidelines that FedEx requires

21   drivers to comply with.

22          Q.   I just want to get some terminology

23   down.  In the context of the operating

24   agreement, FedEx is the lessor, correct?

01:20:03PM 25          A.   Correct.

1          Q.   And CLR -- I have that backwards,

2     don't I?

3          A.   CLR would be the lessee.

4          Q.   Thank you.

01:20:12PM  5          So FedEx is the lessor and CLR is the

6     lessee?

7          A.   Lessee, lessee.

8          Q.   Softy, hardy.  I understand.

9               No.  We have that backwards.  Let's

01:20:30PM 10     just mark this.  It will be easier.

11               MR. KAPP:  Now you have me confused.

12               (Deposition Exhibit No. 243 marked for

13     identification.)

14     BY MR. LIEBERMAN:

01:20:51PM 15          Q.   Sir, what I've marked as Exhibit 243

16     is Federal Regulation 376.2.

17               Are you familiar with this particular

18     one?

19          A.   Yes.

01:21:02PM 20          Q.   If we look down -- this is the

21     definitions for lease contracts.  If we look

22     down to Definition F, "Lessor.  In a lease, the

23     party granting the use of equipment with or

24     without driver, to another."

01:21:16PM 25               Did I read that correctly?

1          A.   You did.  That would be CLR.

2          Q.   That would be -- so CLR is the lessor?

3          A.   Correct.

4          Q.   Section G says, "Lessee.  In a lease,

01:21:24PM  5    the party acquiring the use of equipment with or

6    without driver, from another."

7               That would be FedEx, correct?

8          A.   Correct.

9          Q.   Are you familiar with the regulations

01:21:44PM 10    regarding lease agreements?

11         A.   Generally, yes.

12         Q.   Are you specifically familiar with

13    376.12?

14         A.   If you show it to me, I'll let you

01:21:56PM 15    know.

16               MR. LIEBERMAN:  Okay.  We'll mark it.

17               (Deposition Exhibit No. 244 marked for

18    identification.)

19    BY MR. LIEBERMAN:

01:22:22PM 20         Q.   Sir, what I've marked as Exhibit 244

21    is Regulation 376.12.  You can look over it.

22               Have you seen it before?

23         A.   I have seen this before.

24         Q.   This provision requires certain --

01:22:30PM 25    strike that.

1           This regulation requires certain

2    provisions to be in any lease contract; isn't

3    that correct?

4           A.   That's correct.

01:22:43PM   5           Q.   And if we look at (c)(1) the

6    regulation requires that "The lease shall

7    provide that the authorized carrier lessee shall

8    have exclusive possession, control and use of

9    the equipment for the duration of the lease.

01:22:55PM  10    The lease shall further provide that the

11    authorized carrier lessee shall assume complete

12    responsibility for the operation of the

13    equipment for the duration of the lease."

14           Did I read that correctly?

01:23:05PM  15           A.   You did.

16           Q.   Does that section apply to FedEx?

17           A.   It would.

18           Q.   And do you know if the lease agreement

19    satisfies Section (c)(1)?

01:23:12PM  20           MR. KAPP:   Object to the form.

21           THE WITNESS:   The lease agreement

22    entered in by FedEx to CLR?

23    BY MR. LIEBERMAN:

24           Q.   Yes.

01:23:21PM  25           A.   Yes, I believe it did.

1          Q.   So FedEx shall assume complete

2     responsibility for the operation of the

3     equipment during the duration of the lease?

4               MR. KAPP:  Object to the form.

01:23:30PM   5     BY MR. LIEBERMAN:

6          Q.   Is that true?

7          A.   Duration of the lease.  However, I do

8     recall another portion of the agreement

9     indicated that if the contractor wanted -- I

01:23:42PM  10     think it's this case, wanted to use that truck

11     for some other purpose, they would have to

12     remove the decals from the door.  I believe that

13     was in the agreement as well.

14          Q.   To your knowledge, did CLR ever do

01:23:53PM  15     that?

16          A.   To my knowledge, no.

17          Q.   Can the contents or the terms of an

18     operating agreement absolve FedEx's

19     responsibilities under the regulations?

01:24:10PM  20               MR. KAPP:  Object to the form.

21               THE WITNESS:  No.  They would still be

22     considered the authorized motor carrier with the

23     lease or the agreement between two motor

24     carriers.

01:24:23PM  25     BY MR. LIEBERMAN:

1      Q.   So regardless of what the operating

2   agreement says, FedEx still assumes complete

3   responsibility for the operation of the

4   equipment for the duration of the lease,

01:24:31PM  5   correct?

6            MR. KAPP:   Form.

7            THE WITNESS:   For the duration of the

8   lease and also with regard to any applicable

9   regulations.

01:25:12PM 10   BY MR. LIEBERMAN:

11      Q.   Let's turn to Section 1.13 of the

12   operating agreement.   And that's gonna be on

13   Bates labeled page C&G-FXG-001459.

14      A.   Have you already given that one to me?

01:25:31PM 15            MR. LIEBERMAN:   I did not mark the

16   contract yet.

17            (Deposition Exhibit No. 245 marked for

18   identification.)

19   BY MR. LIEBERMAN:

01:25:45PM 20      Q.   My apologies, Mr Ritchie.   Exhibit 245

21   is the operating agreement, is that correct,

22   between CLR and FedEx?

23      A.   Appears to be it, yes.

24      Q.   If you could turn to the Bates label

01:26:39PM 25   page 1459.   I'm going to direct your attention

1  on page 1459 to Section 1.13.

2            Do you see that there on the bottom?

3       A.   Yes.

4       Q.   Contractor -- which of course in this

5  context refers to CLR, correct?

6       A.   Correct.

7       Q.   It says, "Contractor shall have the

8  obligation to assure that all persons who

9  operate the equipment are fully trained and

10 capable of meeting the customer service

11 standards and safety obligations set forth in

12 this agreement."

13           Did I read that correctly?

14      A.   You did.

15      Q.   What did CLR do to ensure that Kehler

16 and Marks were fully trained?

17      A.   I think we talked about this a little

18 bit earlier where if we have the two trucks and

19 Chris sent those two drivers in to be qualified

20 by FedEx, they would have known they were

21 qualified by having a CDL under Section 383,

22 generally knowledge and skills.

23      Q.   So just having a CDL means you're

24 fully trained?

25      A.   No, sir.  The next thing is he or at

1    least FedEx knew, based on taking information on

2    the contractor application, that they had

3    multiple years of commercial driving experience,

4    on-road experience that I believe at that time

01:28:03PM  5    was accident free.  That helps with the

6    experience.

7              So those two things combined would

8    have told not only FedEx, but also Chris, that

9    they were qualified drivers.

01:28:17PM  10        Q.   FedEx did the vetting and provided

11   information -- at least some information to CLR,

12   correct?

13             MR. KAPP:  Form.

14             THE WITNESS:  I don't know what

01:28:28PM  15   information they provided.  What they did is

16   they qualified those two drivers based on the

17   regulations, because they're a motor carrier --

18   primary motor carrier.  So they may have told

19   him.  I'm sure they did if they said they're

01:28:42PM  20   gonna lease your trucks.

21   BY MR. LIEBERMAN:

22        Q.   But you don't know?

23        A.   I would only assume that because they

24   leased the trucks.

01:28:50PM  25        Q.   You don't know what, if any,

1  conversations or information was exchanged

2  between CLR and FedEx regarding the adequacy of

3  the training that Kehler and Marks had received?

4         A.   Specifically, no.

01:29:05PM  5         Q.   Is it fair to say that CLR relied

6  entirely on FedEx to make that determination?

7              MR. KAPP:  Object to the form.

8              THE WITNESS:  Well, I don't think so

9  entirely.  CLR would have been the motor carrier

01:29:18PM  10  that would have asked them to operate their

11  equipment and for FedEx to be -- to qualify the

12  two.

13              So it would have started off with CLR

14  referring the two drivers to be qualified to

01:29:31PM  15  operate his one or two trucks.

16  BY MR. LIEBERMAN:

17         Q.   CLR provided the two drivers' names to

18  FedEx and FedEx vetted those drivers.  Is that

19  your understanding?

01:29:39PM  20         A.   Basically, correct.

21         Q.   Outside of providing those names, did

22  CLR do any other independent vetting of these

23  drivers to ensure that they were fully trained?

24         A.   I don't know.  I don't know if they

01:29:53PM  25  did or didn't.

1        Q.   Do you have Addendum 10 handy?

2        A.   I do.

3        Q.   Addendum 10 has been marked as

4   Exhibit 236, correct?

01:30:52PM  5        A.   Correct.

6        Q.   What I'd like to point your attention

7   to is Term 5.9 of Addendum 10.  It's actually on

8   the last page of this exhibit, top of the page.

9            5.9 reads:  Contractor Safety and

01:31:13PM  10   Compliance Program.  To ensure compliance with

11   applicable safety- and compliance-related

12   obligations, including the Federal Motor Carrier

13   Safety Regulations, contractor warrants and

14   represents that it maintains and administers a

01:31:26PM  15   safety and compliance program to ensure that

16   personnel assigned by contractor to provide

17   services under the agreement are continuously

18   qualified and trained with respect to safe

19   operation of CMVs in accordance with applicable

01:31:41PM  20   state, federal, and municipal laws, rules, and

21   regulations and contractor's obligations under

22   the agreement.

23            Did I read that correctly?

24        A.   You did.

01:31:47PM  25        Q.   What do you know, if anything, that

1   CLR did -- well, strike that.

2            Did CLR have and maintain a safety and

3   compliance program?

4            MR. KAPP:  Object to the form.

01:31:58PM  5            THE WITNESS:  I don't know if they did

6   or didn't.  I have not read or had any evidence

7   about their safety compliance program.

8   BY MR. LIEBERMAN:

9       Q.   Do you know if FedEx did anything to

01:32:08PM 10   ensure that CLR had one of those programs?

11            MR. KAPP:  Same objection.

12            THE WITNESS:  No, I'm not.

13   BY MR. LIEBERMAN:

14       Q.   Let's go to the next paragraph.  Same

01:32:24PM 15   section.  "Subject to legal and regulatory

16   requirements, contractor is responsible for

17   development, implementation, and performance of

18   its safety and compliance program and for

19   discretion in personnel-related matters in

01:32:36PM 20   connection with its program, including but not

21   limited to hiring, discipline, termination,

22   supervision, compensation, and scheduling."

23            Did I read that correctly?

24       A.   Yes, you did.

01:32:45PM 25       Q.   And is it fair to say that you have

```
 1  no -- strike that.
 2              Do you know what CLR did?
 3              MR. KAPP:  Same objection.
 4  BY MR. LIEBERMAN:
 5       Q.  To perform a safety compliance
 6  program, if such program existed?
 7              MR. KAPP:  Same.
 8              THE WITNESS:  I don't know that.
 9  BY MR. LIEBERMAN:
10       Q.  The last sentence reads, "Upon request
11  by FedEx Ground, contractor agrees to
12  demonstrate the existence of its safety and
13  compliance program, and contractor agrees that
14  an unreasonable failure to do so constitutes a
15  material breach of the agreement."
16              Did I read that correctly?
17       A.  Yes, you did.
18       Q.  Do you know if FedEx ever asked CLR
19  for its safety and compliance program?
20              MR. KAPP:  Same.
21              THE WITNESS:  I don't know.  I've not
22  read anything that indicates that.
23  BY MR. LIEBERMAN:
24       Q.  Let's go back to your report, if we
25  can.
```

01:33:00PM (line 5)
01:33:07PM (line 10)
01:33:18PM (line 15)
01:33:26PM (line 20)
01:33:56PM (line 25)

1           If you can turn to page 12 of your

2   report.  That is a section entitled CLR Vehicle

3   Inspections, correct?

4           A.  Correct.

01:34:27PM   5           Q.  And I have a general question to

6   start.

7           On a tractor hauling two trailers, how

8   long should a pretrip inspection last for it to

9   be thorough?

01:34:38PM  10           A.  Hauling two trailers?

11           Q.  Yeah, just the tractor-trailer in this

12   case.

13           MR. KAPP:  Form.

14           THE WITNESS:  I would say anywhere

01:34:46PM  15   between 15 minutes to a half hour.

16   BY MR. LIEBERMAN:

17           Q.  Why would it take that long?

18           A.  Because there are four pieces of

19   equipment to be looked at.

01:35:00PM  20           Q.  Could you adequately perform an

21   inspection in one minute?

22           MR. KAPP:  Object to the form.

23           THE WITNESS:  Pretrip inspection,

24   probably not.

01:35:09PM  25   BY MR. LIEBERMAN:

1          Q.   Two minutes?

2               MR. KAPP:   Same.

3               THE WITNESS:   It would need to be

4     longer than that.

01:35:16PM  5  BY MR. LIEBERMAN:

6          Q.   And that longer is that 15 to 25 you

7     just talked about?

8          A.   15 to 25, and, again, this is a first

9     pretrip inspection of the equipment, first

01:35:25PM 10  inspection.

11         Q.   What do you mean by first inspection?

12         A.   Well, when a driver does a vehicle

13    inspection, hooks up to new trailers, new

14    equipment, new converter gear, they'll do a full

01:35:35PM 15  pretrip inspection.

16              Inspections along the trip, until that

17    equipment is removed and new equipment put on,

18    they will be doing in-trip inspections.

19         Q.   The drivers need to do a pretrip

01:35:47PM 20  inspection at the start of each shift, correct?

21         A.   At the start of each shift if they're

22    a sole driver, yes.   This is not a slip seat

23    situation.   So they do a pretrip inspection, but

24    when you have a team, they're consistently doing

01:36:01PM 25  in-trip inspections.   The vehicle's always

DENNIS RITCHIE - 03/09/2016                          193

```
 1   moving.
 2        Q.   If the vehicle leaves Salt Lake City
 3   and Kehler's driving, how long should his
 4   pretrip inspection have lasted, his first drive?
 5        A.   The first --
 6             MR. KAPP:  Same objection.
 7             THE WITNESS:  The initial inspection
 8   that we were talking about --
 9   BY MR. LIEBERMAN:
10        Q.   You're calling it an initial
11   inspection.  I'm just calling in a pretrip
12   inspection.
13        A.   15 to 30 minutes.
14        Q.   His shift ends and at some point Marks
15   takes over driving.
16             What is Marks' responsibility with
17   respect to inspecting the tractor-trailers?
18        A.   To do a pretrip inspection.
19        Q.   And how long should his inspection
20   last?
21        A.   It would be --
22             MR. KAPP:  Same.
23             THE WITNESS:  -- somewhat of an
24   in-trip inspection.  15 minutes.
25   BY MR. LIEBERMAN:
```

01:36:18PM   5
01:36:22PM  10
01:36:29PM  15
01:36:39PM  20
01:36:44PM  25

1       Q.   Are there any other inspections these

2 drivers have to do, exclusive of an annual

3 inspection or a roadside inspection.  I'm just

4 talking about any other inspections they're

01:36:56PM  5 required to do?

6       A.   There are a few different kinds of

7 inspections.  There's a pretrip inspection,

8 post-trip inspection at the end, and there's an

9 in-trip inspection.  And, of course, then they

01:37:09PM 10 have to fill out any documents if they have, you

11 know, major problems.  So there's basically

12 three inspections.

13       Q.   How long should a post inspection last

14 on a tractor-trailer such as the one in this

01:37:19PM 15 case?

16       MR. KAPP:  Same.

17       THE WITNESS:  About the same as a

18 pretrip inspection.

19 BY MR. LIEBERMAN:

01:37:23PM 20       Q.   Is that opinion based on -- well, what

21 is that opinion based on?

22       A.   It's based on my opinion of what it

23 takes to do an inspection on three vehicles,

24 four vehicles.

01:37:33PM 25       Q.   Your experience?

DENNIS RITCHIE - 03/09/2016                           195

1          A.   My experience, sure.  Knowledge and

2     experience over the last 25, 30 years.

3          Q.   Does a pretrip inspection involve

4     checking tire pressures?

01:37:46PM  5          A.   It does.

6          Q.   How is someone supposed to inspect the

7     tire pressures of a tractor-trailer?  And let's

8     focus on the steer tires.

9          A.   There's multiple methods to do that.

01:37:58PM 10     You can look at a steer tire.  You can check it

11     with a tire gauge.  And, obviously, there's

12     visual and feel of a steer tire, more than just

13     tire pressure.

14          Q.   Can you determine a tire pressure by

01:38:13PM 15     just looking at it?

16          A.   Not accurately, no.  But you can tell

17     if there's a bulge or if the tire looks

18     different than other tires.  You can generally

19     get an idea on whether or not the tire's okay or

01:38:27PM 20     not.

21          Q.   Can you determine a tire's pressure by

22     thumping it?

23          A.   Generally, yes, you can.

24          Q.   Accurately?

01:38:36PM 25          A.   Not like with a gauge.

DENNIS RITCHIE - 03/09/2016                    196

1    Q.   What's the error rate on a thumper?

2    A.   What's the what?

3    Q.   What's the error rate on a thumper?

4    A.   It depends on how the other tires

01:38:48PM   5    sound when you're thumping tires.

6         Q.   But if all the tires are, say,

7    underinflated by 20 pounds, they're all gonna

8    sound the same, correct?

9    A.   Correct.

01:38:54PM   10        Q.   And so what you're really only doing

11   is comparing how they sound to another tire

12   without knowing what the pressures actually are;

13   isn't that true?

14   A.   That's true.

01:39:01PM   15        MR. KAPP:   Object to the form.

16   BY MR. LIEBERMAN:

17        Q.   The only way to actually determine

18   what a tire pressure is is to use a tire gauge,

19   correct?

01:39:07PM   20   A.   Correct.

21        Q.   In pretrip inspections, should drivers

22   such as Kehler and Marks be using tire gauges on

23   the steer tires?

24        MR. KAPP:   Form.

01:39:17PM   25        THE WITNESS:   They do and they should

1  whenever they feel like they need to.  They

2  don't do it on every pretrip inspection.

3  BY MR. LIEBERMAN:

4         Q.  I understand they don't.  I know they

01:39:26PM  5  don't.

6              What I'm asking is is it your opinion

7  that a commercial driver should be using a tire

8  gauge to check the air pressures of the steer

9  tires during a pretrip inspection?

01:39:38PM  10             MR. KAPP:  Same.

11             THE WITNESS:  Not on every inspection,

12  no.

13  BY MR. LIEBERMAN:

14         Q.  How many?

01:39:42PM  15         A.  Probably about as many as we would in

16  our cars.  Once a week.  Mr. Marks said every

17  couple days he checks it.  Just depends on when

18  they want to check it.

19         Q.  In your opinion, that's acceptable

01:39:56PM  20  behavior by commercial drivers?

21         A.  Yes.

22         Q.  What is that based on?

23         A.  It's based on my knowledge and

24  experience over the years of how drivers do

01:40:03PM  25  things.

1          Q.   The PTDI manual that you attached to

2     your report recommends the use of a tire gauge

3     to check tire pressures, does it not?

4          A.   It does on the pretrip inspection.

01:40:14PM  5     And that's the same inspection for when drivers

6     are taking that CDL.  They recommend checking

7     the tire pressure when they're taking their CDL.

8          Q.   The model commercial drivers license

9     manual also tells you the only acceptable way to

01:40:27PM 10     check tire pressure is to use a tire pressure

11     gauge, correct?

12          A.   True.

13          Q.   The Utah commercial driver's license

14     handbook says the only acceptable way to check a

01:40:36PM 15     tire pressure is to use a pressure gauge,

16     correct?

17          A.   Correct.

18          Q.   Like we just said, the manual that you

19     attached to your report says that you use a tire

01:40:44PM 20     gauge to check the pressures, correct?

21          A.   That's true.

22          Q.   So what is the basis for your opinion

23     that Kehler and Marks don't have to use a tire

24     pressure gauge to check the steer tire pressures

01:40:54PM 25     on the steer axle in a pretrip inspection?

1           A.   Based on industry standards and use,

2     that all drivers don't check tire pressure on

3     their steer tires every time they go out on a

4     trip.

01:41:08PM  5           Q.   Does that make it okay?

6           A.   Sure.  Particularly when your truck

7     and tractor's been in the shop two weeks or two

8     months before, just a couple days before where

9     they check the pressure.  Just like when we take

01:41:20PM 10     our vehicles in, they check the pressure.

11           Q.   Well, tires can lose pressure in

12     operation in a matter of hours, correct?

13           A.   If there's a flat.

14           Q.   If there's no flat, there's no change

01:41:31PM 15     in tire pressure during operation?

16           A.   A tire might lose pressures, maybe a

17     couple pounds a month, if you don't do anything

18     to it.

19           Q.   Is that your opinion?

01:41:39PM 20           A.   Yeah.

21           Q.   To a reasonable degree of certainty?

22           A.   That's my opinion based on my

23     knowledge and experience.

24           Q.   Do you have any experience in testing

01:41:47PM 25     inflation pressures on tires over time?

```
 1          A.   I don't.

 2          Q.   Any other basis for that opinion?

 3          A.   No.

 4          Q.   Have you ever filled a tractor tire

 5   with air?

 6          A.   I have.

 7          Q.   In what capacity?

 8          A.   When we were setting up our training

 9   school at Swift in Phoenix quite some number of

10   years ago.

11          Q.   Is this a one-time event?

12          A.   One or two times, sure.

13          Q.   So outside -- and I just want to be

14   clear on this.  Outside of the manuals we

15   discussed, do you have any other -- strike that.

16               Is it your opinion that the fact that

17   truck drivers don't use a tire gauge is an

18   acceptable method to check tires in operation?

19               MR. KAPP:  Object to the form.

20               THE WITNESS:  No, sir.

21   BY MR. LIEBERMAN:

22          Q.   So what is your opinion?

23          A.   We were talking earlier about every

24   pretrip inspection.  It's not required or needed

25   if you look and inspect your steer tires or any
```

1    other tires.  They don't check tire pressure in

2    22 tires every time they do an inspection.

3         Q.   I'm not focused on 22 tires.  I'm

4    focused on two tires.

01:43:06PM  5         The steer axle tires are the most

6    important tires on the truck, correct?

7         A.   They are very important, correct.

8         Q.   You called them critical, correct?

9         A.   Correct.

01:43:12PM 10         Q.   So wouldn't it be important to ensure

11   that your steer tires are properly inflated?

12         A.   True.

13         Q.   And the only way to determine if your

14   steer tires are properly inflated is to use a

01:43:23PM 15   gauge, correct?

16              MR. KAPP:  Form.

17              THE WITNESS:  Using a gauge is a

18   method to check them, but other things are taken

19   into account when you have your truck in the

01:43:31PM 20   shop to have tires repaired, balanced, and aired

21   up.  That doesn't mean you need to check the

22   tire pressure the very next day on a pretrip

23   inspection.

24   BY MR. LIEBERMAN:

01:43:42PM 25         Q.   Before the subject crash on November

1    8, 2014, when was the last time that the tire

2    pressures for the steer axle tires were checked

3    in a shop?

4         A.   I believe it was a couple days before.

01:43:52PM   5    It may have been Sapp Brothers.  They were

6    balanced -- the tires were balanced.  To balance

7    a tire, you have to have the proper air pressure

8    in the tires.

9         Q.   And to what air pressure were the

01:44:04PM  10    tires filled on that day that you're recalling?

11         A.   Would have been based on the industry

12    standards of, approximately cold, about 110

13    pounds.

14         Q.   Are you aware that Marks and Kehler

01:44:12PM  15    testified they regularly filled their tires

16    underneath 110 pounds?

17         A.   Correct.  That's because the industry

18    standards tell drivers that they get their tires

19    when they're up and rolling to 110 pounds when

01:44:25PM  20    they're hot, and the difference can be at

21    roughly 10 to 15 pounds with weight on it, based

22    on the regulations.

23         Q.   Industry standard is 110 psi cold,

24    correct?

01:44:36PM  25         A.   Correct.

1    Q.   So why would it be acceptable for a

2  driver to fill underneath 110 psi cold?

3    A.   Because when you start running and you

4  heat the tires up, the tires will start running

01:44:50PM  5  at 110 pounds based on the load on the tires and

6  based on the same information that the other

7  experts have talked about based on load, load

8  weight.

9    Q.   Running tires is running hot, right?

01:45:03PM 10    A.   Running tires will heat them up,

11  correct.

12    Q.   So the industry standard is not 110

13  psi hot.  The industry standard is 110 psi cold,

14  correct?

01:45:14PM 15    A.   That's --

16         MR. KAPP:  Form.

17         THE WITNESS:  That's what the data

18  plate says.  Drivers typically, when they're

19  cold, will put about 100 to 105 pounds knowing

01:45:25PM 20  that when they start running the maximum or the

21  ultimate pressure in a tire would be about 110

22  pounds pressure from wear.

23  BY MR. LIEBERMAN:

24    Q.   How do you know that?

01:45:35PM 25    A.   I know that because the regulations

1   inform drivers about that.

2        Q.   The regulations inform drivers about

3   underfilling tires because they're gonna be run

4   hot?  Where?

01:45:59PM  5        A.   FMCSR 393.75.

6        Q.   What does that say?

7        A.   Says if a tire -- the inflation

8   pressure of the tire has been increased by heat

9   because of the recent operation of the vehicle,

01:46:17PM  10  the cold inflation pressure shall be estimated

11  by subtracting inflation buildup pressure factor

12  known from Table 1.

13        Table 1 provides you with information

14  running at, I think, 41 to 55 miles per hour

01:46:39PM  15  without a load or load weight on it, the minimum

16  inflation pressure doesn't build up very much,

17  but at roughly 4,000 pounds -- in other words,

18  if you've got 22 tires with 80,000 pounds on it,

19  you're looking at around 3,600 pounds per

01:46:54PM  20  tire -- the pressure increases between 10 and 15

21  pounds.  Drivers know that.

22        In fact, there was a recent study

23  involving a histogram I think that Bridgestone

24  made.  This shows tires typically air them up at

01:47:12PM  25  103, 104, 105 pounds knowing that tire will be

1  heated up to 110 pounds running pressure.

2        Q.   You're looking at the guidelines to

3  Regulation 393.75, correct?

4        A.   Correct.

01:47:26PM  5        Q.   First of all, we're going to have to

6  mark that.

7        A.   Okay.

8        Q.   I understand this may be your only

9  copy?

01:47:33PM  10        A.   Well, I've got a whole book full of

11  them.

12             MR. LIEBERMAN:  Well, let's mark it

13  first and then I'll ask some more questions.

14             MR. KAPP:  Let me see it real quick.

01:47:56PM  15  This whole thing, is that what you want?

16             What's this thing that's attached to

17  it?

18             THE WITNESS:  That's just a blowup of

19  that other -- that's fine.  It's just so I can

01:48:03PM  20  read it better.

21             MR. FITZGERALD:  Go ahead and put it

22  in there then so we can read it better.

23             (Deposition Exhibit No. 246 marked for

24  identification.)

01:48:32PM  25  BY MR. LIEBERMAN:

1          Q.   I want to go over your interpretation

2    of what this is saying.

3                First of all, it says, (1) "No motor

4    vehicle shall be operated on a tire which has a

01:48:56PM   5    cold inflation pressure less than that specified

6    for the load being carried," correct?

7          A.   Correct.

8          Q.   So under that provision, the tires

9    should be filled to 110 psi industry standard,

01:49:08PM  10    right?

11                MR. KAPP:   Object to the form.

12    Misstates his testimony regarding load.

13                THE WITNESS:   It depends on the load

14    rating that goes into the next chapter with

01:49:17PM  15    regard to the driver's ability to estimate the

16    heat of the pressure by filling the tire less

17    than that.

18                It may be subtracted from the, for

19    example, recommended pressure of 110 pounds and

01:49:31PM  20    that's when -- that's where when you run a tire

21    hot, it will run up to the 110 pounds.

22    BY MR. LIEBERMAN:

23          Q.   The next section says -- and you said

24    chapter.   Did you mean next section?

01:49:43PM  25          A.   The next -- yeah.

1      Q.   Okay.  I just wanted to be clear we're

2  talking about one area.

3           The next section says, "If the

4  inflation pressure of the tire has been

01:49:49PM  5  increased by heat because of the recent

6  operation of the vehicle, the cold inflation

7  pressure shall be estimated by subtracting the

8  inflation buildup factor shown in Table 1."

9           Meaning that if the tire's being

01:50:02PM 10  filled with air just after it was operated, you

11  should adjust the tire pressures accordingly to

12  Table 1, correct?

13      A.   Well, I don't take it that way.  I

14  look at this as if you're starting off cold and

01:50:14PM 15  you have 105 pounds of pressure in your tires,

16  knowing that the optimum pressure is 110 --

17  which is what drivers do -- you would inflate

18  the tire less than that to make up for the

19  buildup of pressure due to heat.

01:50:31PM 20      Q.   If Kehler showed up at the FedEx yard

21  in Salt Lake City ready to start the first shift

22  of the week, truck has been sitting there, to

23  what pressure should the steer axle tires have

24  been inflated?

01:50:44PM 25      A.   He says --

1          MR. KAPP:  Object to the form.

2          THE WITNESS:  He says 105 pounds.

3    BY MR. LIEBERMAN:

4          Q.  I'm asking your opinion.

01:50:49PM  5          A.  He would inflate that tire to where he

6    started running it would be up to 110 pounds.

7          Q.  So the answer is 110 pounds it should

8    be inflated to, correct?

9          MR. KAPP:  Object to the form.

01:50:58PM 10          THE WITNESS:  Cold it would be 105

11   pounds -- or 100 to 105 pounds, if he's got

12   80,000 pounds on it to where that tire will run

13   at 110 pounds.

14   BY MR. LIEBERMAN:

01:51:09PM 15          Q.  But the vehicle hasn't been recently

16   operated, so the tires aren't hot.  So why

17   should he subtract any pressure from the tire

18   when he's checking it?

19          MR. KAPP:  Same objection.

01:51:17PM 20          THE WITNESS:  Because he knows when he

21   starts running that the pressure will climb up

22   to 110 pounds, which is the industry amount of

23   pressure.

24   BY MR. LIEBERMAN:

01:51:27PM 25          Q.  So this says if the inflation pressure

209

1    of the tire has been increased by heat because

2    of the recent operation of the vehicle, then you

3    should adjust accordingly to the table.

4              I'm saying there is no recent

01:51:37PM  5    operation.  The truck's been sitting there

6    overnight.  So why should he deduct any pounds

7    per square inch from these tires?

8              MR. KAPP:  Object to the form.

9              THE WITNESS:  Because he'll know when

01:51:47PM 10    he -- if he set it at 110 pounds, for example,

11    it's gonna be 120 or 120-plus pounds.  He knows

12    that it runs optimal at 110 pounds, so he's

13    gonna put roughly 105 pounds in it.

14    BY MR. LIEBERMAN:

01:51:59PM 15         Q.  That's your understanding of what the

16    manufacturer's recommendation of 110 pounds cold

17    means, it means you adjust it?

18              MR. KAPP:  Object to the form.

19              THE WITNESS:  You estimate it.

01:52:07PM 20              MR. KAPP:  Misstates the

21    manufacturer's testimony.

22              THE WITNESS:  That's what the drivers

23    said.  That's what the regulations say, you can

24    estimate it.

01:52:16PM 25    BY MR. LIEBERMAN:

DENNIS RITCHIE - 03/09/2016                                210

1          Q.   Well, again, this isn't a regulation.

2   This is a comment to a regulation.  We were

3   talking about your interpretation of that

4   comment, correct?

01:52:23PM  5          A.   I'm talking about my interpretation of

6   this, correct.

7          Q.   Does the PTDI manual discuss adjusting

8   inflation pressures for potential heat?

9          A.   No, only the regulations.

01:52:36PM  10         Q.   Any of the other manuals we've

11  discussed?

12         A.   No.   Just the federal regulations.

13              But based on my knowledge and

14  experience of drivers and based on the study

01:52:52PM  15  done by Bridgestone, drivers will typically run

16  their tires lower than 110 pounds to run at 110

17  pounds.

18         Q.   So if drivers typically run their tire

19  pressures underneath the recommended 110 pounds,

01:53:07PM  20  does that make it okay?

21              MR. KAPP:   Object to the form.

22              THE WITNESS:   They just know that when

23  they -- when the tires heat up, it will run at

24  110, which is the optimum pressure to run tires.

01:53:18PM  25  That's kind of an industry standard, 110 pounds.

BY MR. LIEBERMAN:

Q.   Do you know whether or not tire manufacturers build in heat compliance into their pressure ratings?

01:53:26PM  A.   I don't know, but I would hope they would be up to standard so the tire wouldn't blow up if it was less than 110 pounds.

Q.   But you have no idea, correct?

A.   I have no idea.

01:53:51PM  Q.   Do you know what the vehicle placard on the subject tractor recommended the psi cold for the steer axle tires?

Q.   I saw a photograph that said -- the decal said or plate said 110 pounds cold

01:54:16PM  pressure, I believe.

Q.   What about the sidewall of the actual tire; do you know what it said?

A.   I don't remember seeing a picture of that.  I think there's some discussion about 110

01:54:29PM  pounds maximum pressure.

Q.   Are drivers supposed to consult with the placard before filling their tires with air?

A.   Not typically, no.  I mean, the placard's in the door, but that's what the

01:54:43PM  initial tire recommendation is.  They also know

1  that if you're supposed to put 110 pounds

2  maximum pressure based on the sidewall of tire

3  and the tire heats up, it can be less than that.

4  So it runs at 110 pounds pressure.

01:54:58PM  5       Q.  Again, your understanding of 110 pound

6  recommended pressure is running pressure, not

7  110 pounds cold as it says?

8       A.  Running pressure.  When the tire heats

9  up.

01:55:29PM  10       (Deposition Exhibit No. 247 marked for

11  identification.)

12  BY MR. LIEBERMAN:

13       Q.  Sir, what I've marked as Exhibit 247

14  is a Warner Truck Service Center record.  For

01:55:52PM  15  the record it is C&G-FXG-000093.  It is Invoice

16  No. 462990.  That's at the top middle of the

17  page.  Kind of to the right in the column

18  section it has an invoice date of June 2, 2014.

19       Are you following along with me thus

01:56:15PM  20  far?

21       A.  Yes.

22       Q.  Slightly above and to the left of the

23  invoice date, you'll see Unit No. 125417, which

24  is the subject tractor in this case, correct?

01:56:19PM  25       A.  Yes.

1          Q.   Turn to the next page.  There is a

2     narrative section for what was performed on this

3     vehicle.  In the middle of the narrative section

4     it says, "Checked tires, steer tires at 90 psi."

01:56:41PM   5          Do you see that?

6          A.   I do.

7          Q.   That's well below what the steer tires

8     should have been set at; isn't that correct?

9               MR. KAPP:  Object to the form.  You're

01:56:51PM  10     calling for speculation.  Foundation, what this

11     document says and what it means.  He didn't

12     write it.

13     BY MR. LIEBERMAN:

14          Q.   It's well below the recommended

01:57:03PM  15     pressures for the steer tires, correct?

16               MR. KAPP:  Same objection.

17               THE WITNESS:  That is below the

18     recommend pressure, correct.  And at the same

19     time, when it left the shop, it would have been

01:57:17PM  20     placed at the recommended pressure.

21     BY MR. LIEBERMAN:

22          Q.   What do you mean by that?

23          A.   Well, when a truck goes into the shop,

24     and particularly they're checking tires, they

01:57:27PM  25     don't leave it on something that they would

1    believe would be below pressure unless they

2    thought it should have been at 90 to 95 psi.

3         Q.   Have you ever worked at Warner Truck

4    Center?

01:57:39PM    5         A.   No, I haven't.

6         Q.   Outside of this document that you have

7    in front of you, do you have any idea what else

8    Warner Truck Center may or may not have done to

9    the tires?

01:57:46PM   10         A.   Not specifically, no.  Other than

11   checking the tire pressure and doing work

12   performed on the truck that they paid for.

13        Q.   Why doesn't a driver want to operate

14   this tractor with underinflated steer axle

01:58:07PM   15   tires?

16             MR. KAPP:  Object to the form.

17             THE WITNESS:  What was that question

18   again?  Why doesn't he want to?

19   BY MR. LIEBERMAN:

01:58:13PM   20        Q.   Why does he not want to.  Let me ask

21   it a better way.  Thank you.

22             Why would a driver want his steer axle

23   tires properly inflated?

24             MR. KAPP:  Same.

01:58:23PM   25   BY MR. LIEBERMAN:

1          Q.  Do you have an opinion on that?

2          A.  Below what the maximum pressure is

3    because it will gain pressure heat with a load

4    on it up to recommended pressure.

01:58:34PM  5          Q.  I'm not asking that.  I'm asking why

6    would a driver want to assure that the proper

7    pressure exists in his steer axle tires?  Do you

8    have an opinion as to why a driver would want

9    that?

01:58:49PM 10          A.  So that it wouldn't eventually run

11   flat sometime down the road or go substantially

12   below the recommended pressure.

13          Q.  Do you have any knowledge as to

14   whether or not underinflation can lead to a tire

01:59:02PM 15   failure?

16              MR. KAPP:  Object to the form;

17   foundation.

18              MR. LIEBERMAN:  I'm asking if he has

19   any knowledge.

01:59:08PM 20              THE WITNESS:  Direct knowledge, no.

21   BY MR. LIEBERMAN:

22          Q.  Indirect?

23          A.   Indirect knowledge, it could cause

24   wear on the tire.  Actually, it could cause

01:59:18PM 25   greater or faster wear on the tire, which is why

 1   drivers want to run them at 110 pounds.

 2            MR. KAPP:   And I listened to you and

 3   held off on my objection, but that's why I've

 4   been objecting to do you know questions.

01:59:33PM  5            So object to the form of the earlier

 6   question.

 7   BY MR. LIEBERMAN:

 8        Q.   Is it a safety issue?

 9            MR. KAPP:   Same.

01:59:43PM  10            THE WITNESS:   Depends on the results,

11   I guess.   If a tire runs flat, it can be a

12   safety issue.

13   BY MR. LIEBERMAN:

14        Q.   Well, you are the director of safety

01:59:52PM  15   or holding numerous safety titles for a number

16   of years for Swift Transportation.

17            Was tire inflation on steer tires

18   important to you and Swift?

19            MR. KAPP:   Same.

02:00:02PM  20            THE WITNESS:   It was important,

21   particularly to the shop, where they said you

22   run them at 110 pounds hot.

23   BY MR. LIEBERMAN:

24        Q.   That was Swift's position?

02:00:12PM  25        A.   Yes.

1      Q.   And did you ensure that Swift drivers

2  followed that 110 psi hot, as you call it?

3      A.   Well, I didn't ensure that, but that

4  was the recommendation and training from the

02:00:26PM   5  shop is the best wear you can get on a tire --

6  since Swift pays for the tire -- is if you run

7  them at 110 pounds.  You don't run them over

8  that.  That's why it says 110 pounds max on the

9  side of the tire.

02:00:42PM  10      Q.   Explain that further to me.  What do

11  you mean by that?

12      A.   Well, we talked a little bit earlier

13  about the pounds of pressure you put in a tire,

14  and it says 110 pounds max.  And drivers would

02:00:52PM  15  know that heat causes additional buildup of tire

16  pressure in a tire.

17           That's why they put 105 pounds or less

18  than 110 pounds to run it at optimal pressure at

19  110 pounds, as shown by all the other drivers

02:01:08PM  20  that were stopped in the tests that Bridgestone

21  did.

22      Q.   What tests are you speaking of?

23      A.   I saw a test or some kind of

24  evaluation of many, many trucks.  And I saw a

02:01:28PM  25  histogram on an inspection when they inspected

1    truck tires and pressures.  The histogram shows

2    that the vast majority of drivers had their

3    tires set at around 103, 104, 105 pounds.

4         Q.   Which is below the recommended 110

02:01:47PM   5    psi, correct?

6              MR. KAPP:  Object to form.

7              THE WITNESS:  Maximum psi, that's

8    correct.

9    BY MR. LIEBERMAN:

02:01:55PM   10        Q.   So is it your opinion that because all

11   these drivers are doing this, then the industry

12   standard is to fill your tires underneath the

13   maximum 110 psi?  Do I understand that

14   correctly?

02:02:08PM   15             MR. KAPP:  Same.

16             THE WITNESS:  Generally, yes.  That is

17   the -- what drivers understand when they're

18   running their tires to get the maximum wear out

19   of their tires is to fill them up less than 110

02:02:19PM   20   pounds because with 80,000 pounds of weight on

21   your truck, including your cargo, will build

22   that pressure up to approximately 110 pounds.

23   BY MR. LIEBERMAN:

24        Q.   And the only place that I can find

02:02:29PM   25   that, in your opinion, is Exhibit 246, the

1  guidelines to 393.75?

2      A.  Correct.

3      Q.  That doesn't exist in any manual that

4  you've ever seen?

02:02:48PM  5      A.  Not that I can recall seeing.  I rely

6  on the regulations to inform drivers of how

7  tires work.

8      Q.  When was the last time, if you know,

9  that the pressure of the steer axle tires on the

02:03:13PM  10  subject tractor was checked with a gauge before

11  the November 8th crash?

12      A.  All I can tell you is when the truck

13  was last at the shop, which was a couple days

14  before the crash occurred.  And I believe Sapp

02:03:29PM  15  Brothers or ...

16          (Deposition Exhibit No. 248 marked for

17  identification.)

18          MR. LIEBERMAN:  For the record,

19  Exhibit 248 is a Redbone Diesel invoice, Invoice

02:03:56PM  20  No. 11575 from November 5, 2014.  It is Bates

21  labeled C&G-FXG-000134.

22  BY MR. LIEBERMAN:

23      Q.  Is this the record you were

24  referencing, Mr Ritchie?

02:04:09PM  25      A.  Yes, Redbone Diesel.

1        Q.   And this has to do with Unit 125417.

2             Do you see that there?

3        A.   Yes.

4        Q.   That's our subject unit?

02:04:18PM  5   A.   Yes.

6        Q.   And there's an entry in the

7   description that says, Adjust brakes and tire

8   pressures.

9             Do you see that?

02:04:24PM  10  A.   Correct.

11       Q.   It doesn't tell us what it was

12  adjusted to, right?

13       A.   That doesn't have a number on it, no.

14       Q.   Do you know if Marks or Kehler put a

02:04:33PM  15  gauge to the steer tires in between this record

16  and the crash?

17       A.   I believe Marks said he checked or

18  gauged the tire a couple days before the crash.

19  I don't know if it's before this or after this.

02:04:47PM  20       Q.   Well, Marks testified that he did not

21  check the tire pressures between this Redbone

22  Diesel record and the crash.

23            MR. KAPP:  Object to the form.

24            THE WITNESS:  Okay.

02:04:56PM  25  BY MR. LIEBERMAN:

1        Q.  With that in mind, the vehicle would

2   have been sitting overnight at FedEx's yard and

3   thus been ready to leave.  So it would be part

4   of the initial or first pretrip inspection that

02:05:10PM  5   you talked about earlier.  Okay?

6        A.  Okay.

7        Q.  Would you expect Kehler or Marks,

8   whoever initiated that first vehicle inspection

9   following this invoice, to inspect the tractor

02:05:21PM  10  tires with the pressure gauge?

11            MR. KAPP:  Form.

12            THE WITNESS:  Actually, not

13  necessarily, no.  They just came out of the

14  shop.  They paid to have the shop -- the brakes

02:05:29PM  15  and tire pressures checked.

16  BY MR. LIEBERMAN:

17       Q.  Without knowing what the pressures

18  were put to, that's acceptable for Marks and

19  Kehler to get on the road without checking them?

02:05:37PM  20       A.  If they did an inspection -- at least

21  a visual inspection, that would be okay.

22       Q.  And what is that opinion based upon?

23       A.  I guess based upon expectations that

24  if your truck just came out of the shop from

02:05:51PM  25  checking tires, the tires should be okay to go.

1        Q.  How long did the average trip take

2   from Salt Lake to Connecticut for this

3   particular tractor?

4        A.  I would have to refer to their logs.

02:06:18PM  5   They ran team pretty much day and night to get

6   there.  Two, three days.  Something like that.

7        Q.  During those two to three days, how

8   often should the tire pressures be checked of

9   the steer axle tires?

02:06:30PM 10        MR. FITZGERALD:  With a gauge?

11        MR. LIEBERMAN:  With a gauge.  Thank

12   you.

13        MR. KAPP:  During the run?

14        THE WITNESS:  During the run.

02:06:39PM 15   Whenever the drivers felt they -- it was

16   necessary to check them.

17   BY MR. LIEBERMAN:

18        Q.  So, in your opinion, there's no

19   industry standard of how often somebody should

02:06:46PM 20   check a tire pressure with a tire gauge but for

21   the independent judgment of that driver?

22        A.  Correct and being with the truck and

23   running the truck the entire time.  Because

24   during that time they were doing in-trip

02:07:02PM 25   inspections.  Doesn't mean to check the -- gauge

1  the tires the entire trip.

2       Q.  Can I find anywhere in the manuals or

3  the regulations that tell me the frequency of

4  checking the steer tire pressures with a tire

02:07:38PM  5  gauge is dependent upon the driver's subjective

6  opinion?

7       A.  Not in those words, no.

8       Q.  What do they say?

9       A.  Well, 390 -- FMCSR 392.9 en route

02:08:08PM 10  inspections, which they're constantly inspecting

11  the vehicles and almost twice when they're

12  changing drivers back and forth.  They're both

13  inspecting the vehicles together.  We can talk

14  about that in a minute.

02:08:22PM 15          So if one driver has 15 minutes on

16  Line 4 and the other one has 10 minutes, you've

17  got almost a half-hour inspection where both are

18  checking the truck.

19          En route inspections on 392.9 says,

02:08:37PM 20  according to this ruling, a driver may not

21  operate a commercial motor vehicle unless the

22  commercial motor vehicle's cargo is properly

23  distributed and adequately secured, checking his

24  load.

02:08:47PM 25          Commercial motor vehicle tailgate,

DENNIS RITCHIE - 03/09/2016                                224

1    tailboard, doors, tarpaulins, spare tire and

2    other equipment used in its operation and the

3    means of fastening the commercial motor

4    vehicle's cargo are secured.

02:08:59PM 5         The commercial motor vehicle's cargo

6    or any other object does not obscure the

7    driver's view ahead or to the right.

8         In other words, in-trip inspections

9    are basically checking the truck, the cargo,

02:09:11PM 10   making sure it's tied down and free from

11   falling.  That's the in-truck -- en route

12   inspection I was talking about.

13        Q.  Before every shift a driver has to

14   perform a pretrip inspection, correct?

02:09:28PM 15        A.  Correct.

16        Q.  How does that differ from an in-trip

17   inspection that you're talking about right now?

18        A.  An in-trip inspection is basically a

19   walk-around.  We call them walk-arounds.  Check

02:09:38PM 20   your cargo.

21        Q.  Like when you stop for food or stop

22   for a shower?

23        A.  Stop for a shower, stop for food, stop

24   for fuel.

02:09:45PM 25        And these two drivers were

1    continuously -- in fact, they were checking,

2    doing inspections twice as much as the sole

3    drivers, we probably know, because they were

4    trading off.  And both these drivers were doing

02:09:58PM  5    the same inspections at the same time, putting

6    in Line 4 time.

7         Q.   I've got to break that up.

8              First of all, these in-trip

9    inspections, these walk-arounds, what evidence

02:10:09PM  10   do you have that Kehler and Marks performed any

11   of that?

12        A.   Because they indicated them on their

13   logs.

14        Q.   Well, their logs are logging pretrip

02:10:19PM  15   inspections?

16        A.   No.  They're also logging en route

17   inspections.

18        Q.   That's your opinion?

19        A.   Yes.

02:10:25PM  20        Q.   Are you familiar with the e-log

21   system?

22        A.   I am.

23        Q.   The system FedEx uses?

24        A.   Correct.

02:10:30PM  25        Q.   What's it called?

1        A.   It's the e-log system.  In other

2   words, what they do is they hit a macro when

3   they do their inspections and then hit another

4   macro when they've completed their inspections.

02:10:41PM  5        Q.   I understand how it works.

6             I'm asking you what it's called.

7        A.   I can't recall the name.  It's EF

8   something.  I forget.

9        Q.   Have you ever used one of these

02:10:51PM 10   systems?

11        A.   I haven't used this.  I've used -- I'm

12   very familiar with the Qualcomm e-log system.

13        Q.   How are you very familiar with the

14   Qualcomm system?

02:11:00PM 15        A.   Because that's the system that Swift

16   uses.

17        Q.   You realize Qualcomm's not the system

18   FedEx uses, right?

19        A.   Correct.  It's a similar related e-log

02:11:08PM 20   system.

21        Q.   You know that even though you don't

22   know what system FedEx uses?

23             MR. KAPP:  He didn't say he didn't

24   know what system it was.

02:11:16PM 25             THE WITNESS:  I didn't know the name.

1    It's four letters.  EF something system.  It's

2    an e-log system.  Electronic logs are basically

3    the same where they electronically keep drivers'

4    hours of service.

02:11:26PM  5    BY MR. LIEBERMAN:

6        Q.  And it's your opinion the e-log system

7    is monitoring not only pretrip inspections but

8    other inspections as well?

9        A.  Correct.

02:11:33PM  10       Q.  Well, we'll get to those logs

11   momentarily.

12           You were trying to direct me -- at

13   least this inquiry started with anywhere in the

14   manual you're looking at, which is the PTDI

02:11:42PM  15   manual, where it says that a driver only has to

16   use a tire gauge when he feels he needs to on

17   steer tire axles.

18           MR. KAPP:  Object to form.

19           THE WITNESS:  Well, it's subject to

02:11:53PM  20   the driver's experience in when he needs to

21   check the tires.  These guys have 20-plus years

22   experience.  They don't check the pressure in

23   their tires every time they stop, four times a

24   day.  Tire would be flat before they got to the

02:12:07PM  25   other end of the trip if they just checked tires

1    and let air out of the tires.

2    BY MR. LIEBERMAN:

3        Q.   Checking a tire can lead to --

4    checking the air pressure of a tire with a tire

02:12:16PM  5    gauge, in your opinion, can lead to a flat tire?

6        A.   I was being a little facetious.   It

7    lets air out of the tires.

8        Q.   How much air?

9        A.   I don't know.   Depends on how good

02:12:27PM  10    your gauge is.

11        Q.   Do you know what gauges, if any, Marks

12    and Kehler had in the truck?

13        A.   I don't.   Only that they gauge their

14    tires.

02:12:36PM  15        Q.   I'm looking at what you attached to

16    your report, specifically on page 38.   It's a

17    chapter out of the PTDI manual, Chapter 2.

18        A.   Page 38?

19        Q.   Yes, sir.   Which is covering

02:13:01PM  20    inspections.

21        A.   Okay.

22        Q.   Under Tire Inspection it reads,

23    Whether you have driven for 20 -- or strike

24    that.

02:13:05PM  25             Whether you have driven for 2 or 20

1    years, you already know that it is dangerous to

2    drive with bad tires.  During your inspection --

3    and then a few bullet points down it says, If

4    tire is low or flat, or any of the above, get it

02:13:18PM  5    repaired.

6              A few bullet points down it says,

7    Check inflation pressure with tire gauge,

8    especially during CDL test.

9              Do you see that?

02:13:28PM  10        A.   Correct.

11        Q.   I don't see any other entry on here

12    regarding the use or nonuse of a tire pressure

13    gauge.

14              Do you see that?

02:13:35PM  15        A.   Yes.  This is covering -- again,

16    similar to the CDL manuals -- the inspection

17    tests that a driver would take to get a CDL

18    test.

19        Q.   So you --

02:13:47PM  20        A.   And they check during that test to

21    make sure you use the pressure gauge so you know

22    how to check tire pressure.

23        Q.   Well, this entry says, "Check

24    inflation pressure with tire gauge especially

02:13:57PM  25    during CDL test."

1          A.   Correct.

2          Q.   Is it your opinion that this entry is

3     only applicable to the CDL test?

4          A.   No, sir.  What I'm saying is that you

02:14:07PM  5     don't need to check your tire pressure every

6     time you do a pretrip -- in-truck or pretrip

7     inspection on a day-to-day basis particularly

8     after the truck just came out of the shop two

9     days before.

02:14:18PM 10          Q.   What is the acronym ICD?

11          A.   Where are you -- oh, right here?  It's

12     inflation, condition, and depth.

13          Q.   Right.  And I'm going to read this

14     into the record.  It says, When checking your

02:14:33PM 15     tires, remember the acronym ICD, inflation,

16     condition, and depth.

17               Aren't those the three things the

18     driver should be checking during these pretrip

19     inspections?

02:14:40PM 20          A.   It would be.

21          Q.   All right.  And the only way to check

22     the inflation of a tire to determine its

23     pressure is with a tire gauge, correct?

24               MR. KAPP:  Object to the form.  It's

02:14:47PM 25     been asked and answered.

                    THE WITNESS:  As well as to look at

the tire to see if it's low, flat, or bloating

out the side.

BY MR. LIEBERMAN:

02:14:55PM    Q.  But the only way to determine if it

has 100 pounds or 100 pounds of pressure is with

a tire gauge, right, sir?

        A.  That is correct.

            MR. KAPP:  Object to form.

02:15:00PM  BY MR. LIEBERMAN:

        Q.  And that's what the driver should be

using, correct?

        A.  That's what the driver can use to

check a tire pressure as well as looking at the

02:15:06PM  tire.

        Q.  Does anywhere in this PTDI manual say

what you just said, in the sense you don't have

to use a tire gauge, you can just look at it?

        A.  It says listen for air leaks and look

02:15:16PM  for bulges, could mean blowout.  In other words,

look for bulges in tires.  That's looking at the

tire.

        Q.  Right.  It doesn't  say you may do

that  instead of using a tire gauge, correct?

02:15:28PM      MR. KAPP:  Object to the form,

 1    argumentative.

 2              THE WITNESS:  That's correct.  It

 3    doesn't say instead of.

 4    BY MR. LIEBERMAN:

02:15:34PM  5         Q.  It's just one of the bullet points

 6    listed that this manual recommends during a tire

 7    inspection, correct?

 8         A.  Correct.

 9              MR. KAPP:  Same.

02:15:47PM 10              (Deposition Exhibit No. 249 marked for

11    identification.)

12    BY MR. LIEBERMAN:

13         Q.  Sir, what I've marked as Exhibit 249

14    is part of the Model Commercial Driver License

02:16:35PM 15    Manual that was in existence at the time of the

16    crash.

17              Are you familiar with this at all?

18         A.  Yes.  The model manual is kind of

19    an -- it's an overall manual, not necessarily by

02:16:49PM 20    states, but states have some guidelines in it

21    other than this, but it's a general CDL manual,

22    state CDL manual.

23         Q.  States use it to model their own

24    manuals off of, correct?

02:17:02PM 25         A.  They can, yes.  They make changes,

1    true.

2         Q.   I have attached two sections.   In the

3    table of contents, which is the second page,

4    Section 9 deals with hazardous materials,

02:17:13PM   5    correct?

6         A.   Correct.

7         Q.   And if we turn to the next page, I've

8    highlighted Section 9.6.9, at least on my copy,

9    upper left-hand, last sentence of the first

02:17:25PM   10    paragraph, "The only acceptable way to check

11    tire pressure is to use tire pressure gauge."

12              MR. KAPP:   You're reading from the

13    hazardous materials section of this document; is

14    that correct?

02:17:39PM   15              MR. LIEBERMAN:   That's literally what

16    I just said.

17              THE WITNESS:   That's what it says when

18    you're hauling hazardous materials.

19    BY MR. LIEBERMAN:

02:17:47PM   20         Q.   Okay.   Well, turn back to the table of

21    contents, Section 11 covers what?

22         A.   Pretrip vehicle inspection.

23         Q.   Pretrip vehicle inspection, Chapter

24    11.   Turn to the last page of this document

02:18:04PM   25    under 11.2.4 - Wheels.   Under that you see Rims.

1    Under that you see Tires.  And the third dash of

2    the tires it says, "Tire inflation:  Check for

3    proper inflation by using a tire gauge."

4         Do you see that?

02:18:20PM  5    A.   Correct.

6         Q.   Now, that applies to pretrip

7    inspections, correct?

8         A.   That's correct.

9         MR. KAPP:  Form.

02:18:24PM  10   BY MR. LIEBERMAN:

11        Q.   So at least the model commercial

12   drivers manual recommends the use of a tire

13   gauge to check tire pressures during every

14   pretrip inspection, correct?

02:18:33PM  15   A.   It's a guide- --

16        MR. KAPP:  Form.

17        THE WITNESS:  It's a guideline,

18   correct.

19   BY MR. LIEBERMAN:

02:18:38PM  20   Q.   You mentioned that some states adopt

21   some, some states change some.  So let's take a

22   look at Utah's.

23        (Deposition Exhibit No. 250 marked for

24   identification.)

02:19:03PM  25   BY MR. LIEBERMAN:

1    Q.  For convenience purposes, I'll jump to

2  the point with this.  Exhibit 250 is Utah's

3  Commercial Driver License Handbook that was in

4  existence at the time of the crash.  And we look

02:19:15PM  5  exactly at the section 11.2.4 under the pretrip

6  inspection and it says, "Tire inflation:  Check

7  for proper inspection by using a tire gauge."

8          Did I read that correctly?

9    A.  Correct.

02:19:25PM  10    Q.  So the PTDI manual, the model manual,

11  and Utah's manual recommend the use of a tire

12  gauge for checking tire pressures during pretrip

13  inspections, correct?

14    A.  That's a general guideline, yes.

02:19:37PM  15    Q.  And your opinion is that the drivers

16  don't have to follow those three guidelines?

17    A.  No, sir.  My opinion is that's a

18  general guideline.  They don't need to check

19  tire pressure every time they complete an

02:19:48PM  20  inspection.

21    Q.  Do you have any idea when either

22  driver, Kehler or Marks, checked the tire

23  pressures of the steer tires on the subject

24  tractor at any point in time?

02:19:59PM  25          MR. KAPP:  Asked and answered.  Form.

1           THE WITNESS:  Other than testimony a

2     couple days before the crash by Mr. Marks, as I

3     recall.

4     BY MR. LIEBERMAN:

02:20:05PM  5        Q.  Well, at one point he testified that

6     he checked the tire pressures with a gauge a few

7     days before the crash and another point he

8     testified that he did not.

9           Is there a reason that you considered

02:20:14PM  10    part of his testimony but not the other part?

11           MR. KAPP:  Form.

12           THE WITNESS:  No, sir.  All I remember

13    is he checked it a couple few days before.

14    BY MR. LIEBERMAN:

02:20:28PM  15       Q.  And to what pressures were the tires

16    filled when Mr. Marks allegedly checked them a

17    few days before the crash?

18        A.  I don't know.  He said he just checked

19    the tires.  Probably checked them to where when

02:20:39PM  20    they got up to road speed, they'd be the max 110

21    pounds.

22        Q.  But you have no idea?

23        A.  I have no idea.  I wasn't there with

24    him when he checked the pressure.

02:20:47PM  25       Q.  Are you familiar with speed ratings of

1  tires?

2          A.  What was that again?

3          Q.  Are you familiar with speed ratings of

4  tires?

5          A.  Not very much, no.

6          Q.  Do you have any opinion about speed

7  ratings of tires in this case?

8          A.  What I would understand generally

9  about speed rating is that tires can spin at a

10  certain rate before they fall apart, blow up

11  maybe.  I don't know.  That's all I know.

12          Q.  Are you just speculating right now?

13          A.  I'm speculating.

14          Q.  So you're not gonna offer any opinions

15  about the speed rating of these tires in this

16  case, are you?

17          A.  I will not, no.

18          Q.  Should the steer axle tires be of the

19  same size on a tractor such as the one we're

20  talking about today?

21          MR. KAPP:  Form.

22          THE WITNESS:  Same size?

23  BY MR. LIEBERMAN:

24          Q.  Yes, sir.

25          A.  Generally, yes, they should be the

 1  same size.

 2        Q.  Were you aware that the steer tires on

 3  the subject tractor were not the same size?

 4           MR. KAPP:  Object to the form.

 5           THE WITNESS:  I was.  I think one was

 6  175.  The other one was 195.  Both were 22-5's.

 7  Same rating, but different sizes.

 8  BY MR. LIEBERMAN:

 9        Q.  Why would a driver want the same size

10  tires on his steer axle?

11           MR. KAPP:  Object to form.

12  BY MR. LIEBERMAN:

13        Q.  If you know.

14        A.  I would only speculate to have them

15  wear evenly and wear properly.  Put the

16  Continental tire on because of the spare and a

17  few days later the crash happened.  So there's

18  not much of a wear issue that's gonna happen.

19        Q.  Is that your opinion?  I mean, are you

20  offering opinions about the wear of the tires?

21        A.  No.

22        Q.  Okay.

23        A.  I'm just trying to be reasonable where

24  it's not like it had hundreds of thousands of

25  miles on it.

1          Q.   Well, the Continental did.

2          A.   Maybe about 50,000.

3          Q.   Sure.  But you're not gonna be opining

4    as to what the wear on the Continental tire may

02:22:45PM  5    mean, are you?

6          A.   I'm not.

7          Q.   Have you examined the Continental

8    tire?

9          A.   I have not.

02:22:49PM 10          Q.   Are you aware other experts in this

11   case have commented on the wear of the

12   Continental tire?

13          A.   Only what I've read.

14          Q.   Do you have any opinions of your own

02:22:59PM 15   in that respect?

16          A.   I don't.

17          Q.   Do you know when the subject

18   Bridgestone tires were placed on the steer axle

19   of the subject tractor?

02:23:26PM 20          A.   The new Bridgestone tires, about -- a

21   little over two months before the crash, as I

22   recall.

23          Q.   Do you know how many miles were put on

24   at least the left front steer tire before the

02:23:36PM 25   crash?

1          A.   I don't recall reading that or knowing

2     that.

3          Q.   I ask because on a page 13 of your

4     report you state that the new Bridgestone tires

02:23:45PM  5     were placed on the tractor steer axle on August

6     26, 2014, approximately three months before the

7     blowout.  Their condition should have been

8     excellent or at least above average.

9               And I'm trying to get a sense of the

02:23:56PM 10     basis for that opinion.

11          A.   The basis for that opinion would be

12     that steer tires -- you can run a hundred plus

13     thousand miles on a steer tire, and if it only

14     had -- if it was a brand-new tire and it

02:24:11PM 15     was only -- had been in operation for a couple

16     months, two months and ten days or so, it would

17     have been below the average wear of a tire.

18          Q.   But you don't know how many miles were

19     put on the subject tire, do you?

02:24:24PM 20          A.   I don't, but it would be below the

21     average miles as far as the wear of a tire would

22     be.

23          Q.   What's the basis for your opinion that

24     you can operate steer tires above 100,000

02:24:35PM 25     miles -- or that they last above 100,000 miles?

1          A.   Just basically what I've known in the

2     industry about the time it takes to change a

3     tire out, about 100,000 miles.

4          Q.   Can you be any more specific about the

02:24:48PM  5     basis for that opinion?

6          A.   No.  That's just what I've learned and

7     heard during the last 25 years.

8          Q.   Did you ever oversee maintenance

9     operations at Swift?

02:24:59PM 10          A.   I did not.

11          Q.   You were limited to safety, right?

12          A.   Correct.

13          Q.   Was there ever a policy while you were

14     at Swift about a mileage cap for steer axle

02:25:10PM 15     tires?

16          A.   I don't know.  The shop may have had

17     one, but I don't recall reading that.  They just

18     have to look at the tire.  When it's gauged down

19     to, I think, 2/32 it's time to change the tire

02:25:21PM 20     out.  That would be around 100,000-plus miles.

21          Q.   And, of course, wear on the tire is

22     gonna be influenced not just by the mileage put

23     on a tire, but the alignment of the tire itself,

24     correct?

02:25:34PM 25          A.   That would affect it, yes.

DENNIS RITCHIE - 03/09/2016                                242

1          Q.   Okay.  The driving conditions that

2     occur?

3          A.   That would have something to do with

4     it, yes.

02:25:41PM 5          Q.   The road surfaces?

6          A.   Correct.

7          Q.   Any potential impacts with curbs or

8     other objects?

9          A.   That would affect the life of the tire

02:25:49PM 10   if it's damaged, yes.

11          Q.   How the driver operates the vehicle?

12          A.   Correct.

13          Q.   Do you know what the condition of the

14     Bridgestone tires -- or the subject Bridgestone

02:26:04PM 15   tire was at the time of the crash?

16          A.   I don't.  Condition as far as overall

17     condition?

18          Q.   Yes.

19          A.   I don't know.

02:26:13PM 20          Q.   Have you ever examined the tire?

21          A.   I did not.

22          Q.   Have you ever seen it?

23          A.   I've never seen it.

24          MR. KAPP:  Are we at a good point for

02:26:34PM 25   a break?

```
 1              THE WITNESS:  I can keep going.
 2   Depends on you guys.
 3              MR. KAPP:  Actually, I take that back,
 4   because it is 2:26 and if I'm gonna get out of
 5   here probably should keep going.
 6              (Deposition Exhibit No. 251 marked for
 7   identification.)
 8   BY MR. LIEBERMAN:
 9       Q.  Sir, what I've marked as Exhibit 251
10   is a small collection of the Driver's Logs for
11   Brian Kehler that run from October 30, 2014,
12   through the day of the crash, November 8, 2014.
13              Have you reviewed these previously?
14       A.  I have.
15       Q.  I have some pointed questions with
16   respect to each page if we can go through it.
17       A.  Okay.
18       Q.  First of all, what does PTI stand for?
19       A.  Pretrip inspection.
20       Q.  And the first page, I see that Brian
21   Kehler went on duty at 2:04 a.m.  He initiated a
22   pretrip inspection at 2:05 a.m., and the
23   inspection was completed by 2:09.
24              Do you see that?
25       A.  I do.
```

02:26:48PM  5
02:27:37PM 10
02:27:50PM 15
02:28:01PM 20
02:28:16PM 25

1      Q.   That's four minutes for a pretrip

2  inspection, correct?

3      A.   Correct.  That's four minutes between

4  he hit -- between the time he hit his pretrip

02:28:25PM  5  inspection and when he signed off that he'd

6  completed his pretrip inspection.

7      Q.   Are you saying that Mr. Kehler may

8  have doctored his logs?

9      A.   No.  It has nothing to do with --

02:28:37PM  10  well, no.  Sometimes drivers will sometimes be a

11  little lazy when they hit their -- the button to

12  start logging and then end it quickly, but we

13  can keep going.

14      Q.   Do you have any evidence that Kehler

02:28:54PM  15  was lazy in logging his information?

16      A.   I don't.

17      Q.   Aren't the drivers expected to

18  honestly log the information into their system?

19      A.   That's correct.  They're supposed to

02:29:02PM  20  honestly log their data.

21      Q.   So if we take this record as an honest

22  record, we have a pretrip that lasts four

23  minutes, which is roughly a fourth of the

24  recommended time that you stated was required to

02:29:12PM  25  do it, correct?

 1          A.   Correct, on this log, yes.

 2          Q.   That would not be a sufficient

 3   inspection, correct?

 4          A.   It may not be, unless the other driver

02:29:22PM   5   was assisting him in the same inspection.

 6          Q.   What if that driver was in the sleeper

 7   berth at that time?

 8          A.   Then he wouldn't be assisting in the

 9   inspection.

02:29:49PM  10          Q.   That's right.

11          And is it common for tandem drivers to

12   be assisting each other in pretrip inspections?

13          A.   All the time, all the time.  In other

14   words, you have two drivers, particularly as a

02:30:00PM  15   team, they're both gonna be driving that vehicle

16   during that next two to three, sometimes four

17   days.

18          And so both drivers will help out on

19   doing the inspections on all the trailers and

02:30:11PM  20   the equipment, tires, and everything.  That's

21   common.

22          Q.   What evidence do you have, if any,

23   that Marks and Kehler were jointly performing

24   these pretrip inspections?

02:30:20PM  25          A.   Well, I've gone through both logs,

1   both sets of logs, and I can show you where they

2   were doing pretrip inspections at the same time.

3        Q.  Well, let's go through mine first.

4            So you're saying your logbook is gonna

02:30:35PM  5   have or your index is gonna have examples of

6   what I just asked?

7        A.  Correct.

8        Q.  Okay.  Let's go through mine first,

9   then we'll jump into yours.

02:30:40PM  10       A.  Okay.

11       Q.  Let's turn to the next page.  This is

12  Brian Kehler's Driver's Log from October 31,

13  2014.  If we look at the remarks, it looks like

14  he went on duty at 1:16 a.m., he started a

02:30:58PM  15  pretrip inspection in Ottawa, Illinois, at 1:17

16  and completed that inspection of four units by

17  1:18.

18           That's a one-minute inspection,

19  correct?

02:31:08PM  20       A.  Correct.

21       Q.  So unless -- that's an incomplete

22  inspection, correct?

23       A.  Based on -- yes, that would be

24  incomplete, four minutes for a pretrip

02:31:19PM  25  inspection.

1          Q.   Unless we have a correlating 14-minute

2     plus inspection at the same time by Mr. Marks,

3     in your opinion, correct?

4          A.   Correct.

02:31:28PM    5          Q.   Let's go to the next one.  Brian

6     Kehler, this is the driver log from November 1,

7     2014.  I see he went on duty at 11:42 a.m.  He

8     started a pretrip inspection in North Salt Lake

9     at 11:43, and he completed that inspection of

02:31:49PM   10     four units one minute later.

11               Do you see that as well?

12          A.   That's what he said, yes.

13          Q.   And, again, that would be an

14     insufficient inspection, correct?

02:31:59PM   15          A.   If that's all the time the inspection

16     took, that would be correct.

17          Q.   Let's turn the page to November 2,

18     2014.  He goes on duty at 11:25 a.m.  He does a

19     PTI, a pretrip -- or initially it's a PTI in Elm

02:32:22PM   20     Creek, Nebraska, at 11:26 and completes that

21     inspection of four units two minutes later.

22               That, likewise, would be an incomplete

23     inspection, correct?

24          A.   If that's all the time he spent on the

02:32:31PM   25     correction of -- on the inspection, it would be.

1        Q.   And if we look further down in this

2   record, it's in military time, 22:50, we have

3   drop and fuel and PTI in North Salt Lake.   And

4   zero minutes later, he's off duty.

02:32:50PM   5        Would that be a zero-minute PTI?

6        A.   That would be Mr. Kehler hitting the

7   macro button at the same time he finished his

8   inspection and went off duty.

9        Q.   Was FedEx monitoring these Driver's

02:33:02PM  10   Logs in any capacity?

11        A.   No, not at the time they're doing it.

12        Q.   Do they ever audit them?

13        MR. KAPP:   Form, asked and answered.

14        THE WITNESS:   Not at the time they're

02:33:10PM  15   doing the logs.   They don't even have this

16   information until some time after the log has

17   been done.

18   BY MR. LIEBERMAN:

19        Q.   How do you know it's not an immediate

02:33:16PM  20   uplink?

21        A.   Oh, it could be an immediate uplink,

22   but they don't audit every log, every immediate

23   uplink.

24        Q.   When does FedEx audit?

02:33:25PM  25        A.   I don't know.

1       Q.   You don't know if they do, correct?

2       A.   I've heard by testimony from the

3  terminal manager they do audit logs.  They get

4  log reports, e-log reports.

02:33:37PM  5       Q.   Does CLR audit these logs?

6       A.   I don't know.

7       Q.   If these logs were audited and FedEx

8  saw that inspections were being allegedly

9  completed in a minute or two, what should FedEx,

02:33:47PM 10  if anything, have done?

11            MR. KAPP:  Object to the form.

12            THE WITNESS:  Well, generally what I

13  would tell a driver to do is, say, when you

14  start your pretrip inspection, you hit your

02:33:56PM 15  macro button and then when you're done with your

16  inspection.  You hit your macro button when

17  you're completed, not at the same time when

18  you're done with your inspection.

19  BY MR. LIEBERMAN:

02:34:05PM 20       Q.   So you believe that these one-minute

21  and two-minute entries are a result of an

22  improper input by the driver?

23       A.   They could be.  If he does an

24  inspection, it couldn't be done -- even a

02:34:16PM 25  walk-around couldn't be done in two minutes.  He

1    could barely get out of the truck in two

2    minutes.  That's why --

3           Q.   I've met him.  I know.

4           A.   That's why it could be an error when

5    he's hitting the keys when he gets done with his

6    inspection and marks them.

7                He could also be assisting Mr. Marks,

8    since this is Mr. Kehler's log, in the

9    inspection when Mr. Marks is spending more time

10   on his inspection, that we'll look at in a

11   minute.

12          Q.   Right.

13               Did you read any testimony that

14   supports your statement?

15          A.   I didn't read any testimony, no.  I

16   just know basically how the e-log system works.

17   It's like hitting a key on a computer.

18          Q.   So if Mr. Marks testified that he

19   never assisted Mr. Kehler in these pretrip

20   inspections, would that change your opinion at

21   all?

22          A.   I guess if he says he never assisted

23   Mr. Marks (sic), I would have to believe him.  I

24   don't know.  It doesn't show that on his logs --

25   or both their logs.

1          Q.    Okay.    Turn the page, November 4,

2     they're off duty.    There's no records.    This is

3     where I get a little confused.

4                Looking at page November 5, 2014.    It

02:35:43PM   5     appears that he did a hook and PTI in North Salt

6     Lake starting at 13:28.    He inspected upwards of

7     seven units by 14:01.

8                So that is approximately a 30-minute

9     inspection -- pretrip inspection for upwards of

02:36:08PM  10     seven different units.

11          A.    To my point, he's sitting in the truck

12     and he's typing all of his equipment in that

13     he's just inspected.

14          Q.    You don't know if he was doing that,

02:36:17PM  15     correct?

16          A.    I know based on e-log systems and

17     drivers, that's exactly what he did, but I don't

18     know for certain.

19          Q.    You're speculating as to how these

02:36:27PM  20     entries were put in, because you understand that

21     an inspection of that caliber couldn't have

22     possibly been completed in 30 minutes

23     effectively, correct?

24          A.    Correct.    And that what drivers will

02:36:37PM  25     do is they'll complete their inspections and get

 1    in and type the trailers in that they've just

 2    inspected.

 3         Q.   So there's two competing theories,

 4    right?  One is that Mr. Kehler is, in fact,

 5    performing one-minute and four-minute

 6    inspections and he's not doing a thorough job.

 7    That's one theory, right?

 8         A.   Or he's --

 9         Q.   Hold on.  Right?

10         A.   Right.

11              MR. KAPP:  Hey --

12    BY MR. LIEBERMAN:

13         Q.   And, two, your theory that Mr. Kehler

14    is somehow incorrectly logging the information

15    into the e-log system?

16         A.   Correct.  And that's based on the fact

17    that you have one, two, three, four, five

18    trailers inspected within a -- less than a

19    minute.

20         Q.   Right.

21         A.   Which tells me that's about the time

22    it would take to type one trailer number in.

23         Q.   It can also tell you he didn't do it,

24    correct?

25              MR. KAPP:  Object to the form.

02:36:48PM   5
02:36:55PM  10
02:37:04PM  15
02:37:15PM  20
02:37:23PM  25

1              THE WITNESS:  I guess.  I don't know.

2    BY MR. LIEBERMAN:

3         Q.   Because you don't know what he did or

4    did not do, correct?

02:37:32PM  5         A.   I don't know what he did, but that's

6    how drivers would do inspections.

7         Q.   But you don't know how Mr. Marks and

8    Mr. Kehler did the inspections, correct?

9              MR. KAPP:  Object to the form.  Asked

02:37:39PM 10    and answered over and over and over again.

11             THE WITNESS:  That's correct.  I

12   wasn't there.  I didn't see them do the

13   inspection.  That would be absolutely correct.

14   BY MR. LIEBERMAN:

02:37:56PM 15         Q.   Turn the page.  The Driver's Log from

16   November 6, 2014, for Brian Kehler, we have an

17   on duty at 10:58 a.m. -- I'm sorry.  Strike

18   that.

19             An on duty at 10:57.  Initiates a PTI

02:38:11PM 20   in Ottawa at 10:58 and completes it at 11:05.

21   That's a seven-minute inspection for a tractor,

22   a dolly, and two trailers, correct?

23         A.   That's what the time is, yes.

24         Q.   And, again, if that's accurate, that

02:38:23PM 25   would be an insufficient and incomplete

1  inspection?

2          MR. KAPP:  Same.

3          THE WITNESS:  It could be.  It could

4  be.  Seven minutes, you could do a walk-around

02:38:30PM  5  in eight minutes.  I'd have to look at

6  Mr. Marks' --

7  BY MR. LIEBERMAN:

8          Q.  Well, this is a pretrip inspection.

9  This isn't one of your in-service walk-arounds.

02:38:35PM  10  It's a PTI.

11          A.  The macros on the e-logs only have

12  pretrip inspections.  They don't have in-trip

13  inspection keys.  Everything's a PTI.

14          Q.  How do you know that?

02:38:48PM  15          A.  That's typically how the e-logs work,

16  pretrip inspection.  They don't have a key that

17  says walk-around.  They don't have a key that

18  says in-trip inspection.

19          Q.  Do you analyze FedEx's e-log system?

02:39:01PM  20          A.  I didn't analyze them, no.  I just

21  typically --

22          Q.  You can't even recall the name of it?

23          MR. KAPP:  Will you let him finish,

24  Chad?  You are cutting him off and you're

02:39:08PM  25  getting argumentative.

1          THE WITNESS:  Well, I can learn what
2     the e-log system is, but they're all generally
3     the same.  They have a keyboard, you input your
4     time, whatever you're on, line 1, line 2,
02:39:20PM  5     line 3, and that's just how it works.  And it
6     records the time you hit the key on one end and
7     you hit the key on the other end.
8     BY MR. LIEBERMAN:
9          Q.  Turn the page to November 8, 2014.
02:39:32PM  10     This is the day of the crash.  It's Brian
11     Kehler's Driver's Log.
12          A.  You're on 7, November 7?
13          Q.  I went to November 8.
14               This is the day of the crash.  He goes
02:39:47PM  15     on duty at 11:12 a.m.  He starts a PTI North
16     Platte, Nebraska at 11:12 a.m., and he completes
17     his inspection at 11:13.
18               So that is a one-minute pretrip
19     inspection, correct?
02:39:58PM  20          A.  Correct.
21          Q.  And that would be insufficient, if
22     accurate, correct?
23          A.  If accurate, that wouldn't be enough
24     to even walk around the truck.
02:40:05PM  25          Q.  And this is the only inspection Brian

1    Kehler performed on the date of the crash before

2    the crash occurred, correct?

3         A.   That Brian Kehler performed, correct.

4              (Deposition Exhibit No. 252 marked for

02:40:52PM   5    identification.)

6    BY MR. LIEBERMAN:

7         Q.   Sir, what I've marked as 252 are

8    Steven Marks' Driver's Logs over the same period

9    of time, October 30th to the day of the crash,

02:41:02PM   10    November 8.

11              Suffice to say, if there are

12    one-minute PTIs noted in here and, in fact, the

13    records are accurate, those would be

14    insufficient as well, correct?

02:41:18PM   15         A.   Based on the time that they punched

16    in, that would be correct.

17         Q.   And let's turn your attention to

18    streamline this to -- let's go to the last page.

19         A.   Last page of Marks?

02:41:46PM   20         Q.   Yes, please.

21              This is a Driver's Log for Steven

22    Marks on November 8, 2014, the day of the crash.

23    If you look at his log, he went on duty at

24    12:27 a.m., and he completed an inspection two

02:42:09PM   25    minutes later.

1         If that's accurate, that's an

2   insufficient and incomplete inspection; isn't

3   that correct?

4         A.   You're looking at which one?

02:42:26PM  5         Q.   The first entry at midnight is sleeper

6   berth.

7         A.   Correct.

8         Q.   The next entry is on duty at 27, being

9   12:27 a.m.

02:42:34PM 10         A.   Correct.

11         Q.   And then the next entry is 12:29 that

12   has an inspection completed entered.

13         A.   Correct.

14         Q.   So he completed some inspection in two

02:42:45PM 15   minutes?

16         A.   Correct.

17         Q.   And if that was a pretrip

18   inspection -- because, again, he is starting his

19   shift going from the sleeper berth to on duty --

02:42:53PM 20   that would be an insufficient pretrip

21   inspection?

22         MR. KAPP:  Form.

23         THE WITNESS:  Based on the time he

24   punched in, that would not be sufficient time

02:43:06PM 25   for an inspection, unless he was assisted by

1   Mr. Kehler.

2   BY MR. LIEBERMAN:

3        Q.   At 6:54 he skipped an inspection.

4             Have you ever seen that before?

02:43:16PM  5        A.   I have on e-log systems.  What they'll

6   do is they'll tell you when you start off, you

7   forgot to do an inspection.  It electronically

8   tells you that.

9        Q.   So Mr. Marks forgot to do an

02:43:27PM  10  inspection and skipped it?

11       A.   He didn't -- that doesn't say he

12  forgot to do the inspection.  It says he didn't

13  hit the macro key to say he did an inspection.

14  He just started moving without hitting the macro

02:43:38PM  15  key.

16       Q.   Your understanding is the computer

17  systems allows you to do that, to go on duty and

18  operate the vehicle without confirming that

19  you've completed a pretrip inspection?

02:43:49PM  20       A.   No.  Based on the inspection, it says

21  you skipped the inspection.  That doesn't mean

22  he didn't do an inspection.  He forgot to hit

23  the macro key before he started out.

24       Q.   How do you know he forgot to hit the

02:44:01PM  25  macro key?

1    A.   Because it says he skipped the

2  inspection.

3           Q.   He could have skipped it too, right?

4           A.   He could have skipped it, yes.  He may

02:44:07PM  5  not have done one.

6           Q.   That's all the questions I have on

7  those two.  You have something that you brought

8  with you that could help explain some of your

9  opinions with respect to the Driver's Logs,

02:44:24PM 10  correct?

11           A.   Correct.

12           MR. LIEBERMAN:  First of all, let's

13  mark it before I forget to do that.

14           (Deposition Exhibit No. 253 marked for

02:45:04PM 15  identification.)

16  BY MR. LIEBERMAN:

17           Q.   What's been marked as Exhibit 253 is

18  the Daily Log slash Inspection Review that you

19  prepared.

02:45:12PM 20           When did you prepare this?

21           A.   I prepared that, I think, about a week

22  ago after I started reviewing further

23  depositions that were sent to me.  It would have

24  been sometime after March 3, around March 3.

02:45:30PM 25           Q.   And it appears you have a tabulation

on the first two pages, that we can go through

in a second, and then a collection of Driver's

Logs, both some of the handwritten and the

electronic logs.

02:45:42PM   Is that a fair recap of what this

packet is?

A.   Correct.

Q.   Are these all the Driver's Logs that

you have?

02:45:47PM   A.   I think they might be all of the

e-logs that I had.

Q.   I will give this back to you, sir.

And if we can together, can you explain to me

what it is you're trying to tell me with this

02:46:01PM   two-page document?

A.   Sure.   What I've done is I was

initially sent logs for two days on both drivers

to show what their handwritten log pattern was,

and because, again, hitting macros improperly or

02:46:20PM   not at the right time could affect your logging.

And I'm going back to 9/6 and 9/7 on

both Kehler and Marks.

Q.   Okay.

A.   And it shows that when they're doing

02:46:37PM   their handwritten logs, when they're changing

1   over from sleeper berth or changing drivers,

2   they will typically do 15 minutes or more on an

3   inspection on their handwritten log.

4           And on these two particular days, on

02:46:53PM   5   the 6th and on the 7th, on the 6th two of the

6   inspections were done by both drivers.  On the

7   7th four of the inspections were done by two

8   drivers.

9           MR. FITZGERALD:  I'm sorry --

02:47:08PM   10           THE WITNESS:  Four of the inspections.

11           MR. FITZGERALD:  7th of what?

12           MR. LIEBERMAN:  He was asking for a

13   date.

14           THE WITNESS:  9/6 and 9/7.  I'm sorry.

02:47:15PM   15           And these are handwritten logs that I

16   happen to have been sent from Loyd or something.

17   And I have those on the tally sheet.

18           The next logs include both drivers

19   starting from 10/8 that go through the date of

02:47:34PM   20   the crash, on 10/8 of -- 11/8, I'm sorry.  So

21   one month.  One month worth of logs.

22           And to kind of make this simple, I've

23   highlighted the inspections that we -- some of

24   those we just went through in yellow on each of

02:47:58PM   25   the logs.

1        And then what I've done is I've taken

2  and highlighted orange the inspections that they

3  completed together.  So yellow is each

4  individual driver's inspection on logs we just

02:48:15PM  5  happen to have gone through.  And then I have

6  the times that both of them complete an

7  inspection at the same period with their times

8  involved.

9        I don't know if we should stop there

02:48:28PM  10  or go through my tally here or go through each

11  sheet log.  How do you want to do it?

12  BY MR. LIEBERMAN:

13        Q.  Let's go through your tally.

14        A.  Okay.  The tally shows on the first

02:48:47PM  15  day, 9/6, three inspections were completed.

16  What I've done is I've done the date, the driver

17  who did the inspecting, the total number of

18  inspections that each of those drivers

19  completed, a total for both drivers and then any

02:49:05PM  20  duplicates that were done by drivers at the same

21  period of time.

22        And as I went through all these

23  inspections -- by the way, I didn't use days off

24  duty, because those would not be added in

02:49:21PM  25  figures.  And what I try to do is get a number

1  of inspections -- the average number of

2  inspections that these drivers did during their

3  team trips, and it's no coincidence that it came

4  out to be four inspections a day.  Typically a

02:49:37PM  5  sole driver would be doing two inspections per

6  day.

7            But the duplicates came out to be --

8  of all the inspections, about half of the

9  inspections were being done together.  And that

02:49:52PM  10  would be the orange markings that I would have

11  on the logs.  So you have to kind of break them

12  up.

13       Q.  Yeah, I see.

14       A.  And I've done that based on my

02:50:20PM  15  understanding and knowledge that drivers -- team

16  drivers will do inspections at the same time.

17       Q.  Let me ask you a question about this

18  methodology here, because I'm looking at

19  Kehler's log from October 9 and Marks' log from

02:50:48PM  20  October 9.  I'm just taking the one right in the

21  middle that you have highlighted in orange.  And

22  that looks to be right around 12:30.  I know

23  you're looking at it upside down.

24       A.  Correct.

02:51:01PM  25       Q.  Now, if I look to the 12:30 Driver's

1    Log for each of these men, on the Kehler log I

2    see a 12:32 entry for a PTI and I see an 11:56

3    fuel/PTI entry for Marks.

4           Am I following along with what you did

02:51:25PM  5    correctly right now?

6        A.   Correct.

7        Q.   And so you're saying that these were

8    then done together?

9        A.   Let's see.  Noon -- let me look here.

02:51:47PM 10    It's about a half hour apart.  So you have two

11    drivers up and they're both doing inspections

12    around the same time, within 15 minutes apart.

13           So we have one inspection here for

14    15 minutes and we have another inspection for

02:52:03PM 15    15 minutes during the same stop.

16        Q.   Okay.  Those are --

17        A.   So we have -- they can be doing

18    inspections at the same time or one could be

19    doing an inspection when the other one does his

02:52:14PM 20    inspection.

21        Q.   Doesn't each driver have to complete

22    his own full pretrip inspection?

23        A.   You can have two drivers inspect a

24    truck together.  In other words, technically,

02:52:28PM 25    yes.  Technically, yes.  Or you can have two

1    people walking the truck at the same time.  It

2    depends on their system.

3            They're both gonna be -- one just came

4    off the truck and another one's going on the

02:52:40PM  5    truck.  They're running team.

6        Q.  You testified earlier that a proper

7    pretrip inspection takes between 15 and 25

8    minutes.  Am I understanding your testimony

9    correctly -- strike that.

02:52:52PM 10           Is it your opinion that that

11   15 minutes could be an accumulation by two

12   different people?

13       A.  Well, yeah.  Sometimes they'll do

14   that, but you have two drivers doing a pretrip

02:53:05PM 15   inspection of about 15 minutes.

16       Q.  In that example we're talking about?

17       A.  Yes, in this example.

18       Q.  Right.  In other words, you know that

19   there's pretrip inspections of a minute to two

02:53:14PM 20   minutes listed in the records, right?

21       A.  Yes.  I think there are some, but

22   we've gone through some that have been

23   eliminated because they're doing inspections at

24   the same time.  And it depends on when they hit

02:53:29PM 25   the macro key, after the inspection or before

1   the inspection.

2           Q.   Okay.   I guess my question, again, is:

3   Is it appropriate for a pretrip inspection to be

4   jointly completed by two people?

02:53:41PM  5           A.   I think so, yes.

6           Q.   What is that based upon?   What's that

7   opinion based upon?

8           A.   Based upon what drivers typically do.

9   One driver will fill out the log, as he did

02:53:51PM  10   here, and work 15 minutes.   The other one will

11   do another 15 minutes.   You've got a half hour's

12   worth of inspection going on at the same stop.

13           Q.   Do you have any evidence that one

14   driver such as Marks was filling out the driver

02:54:08PM  15   vehicle inspection report for Kehler at any

16   point?

17           A.   No.   He wasn't filling out an

18   inspection report.   They were completing an

19   inspection.   They didn't fill out a report or

02:54:20PM  20   there was no -- there may not have been no

21   violations to report -- not violations, but

22   mechanical defects to report on a report.

23               They're both doing in-trip

24   inspections, running at the same time.   One's

02:54:33PM  25   coming off the truck, getting out of the

1    sleeper, doing his inspection.  The other one's

2    doing his inspection at the same time.

3         Q.   Do you have any evidence that they've

4    ever communicated with respect to this process?

02:54:46PM  5         A.   You mean communicated while they're

6    doing inspections?

7         Q.   Sure.

8         A.   Well, I don't imagine they would just

9    be out at the truck as a team walking around not

02:54:56PM 10    communicating with each other, just inspecting

11    trucks.

12         Q.   We keep going back to this that you

13    don't imagine.  And I need to know if you have

14    any specific information that they were, in

02:55:06PM 15    fact, doing tandem inspections on this vehicle.

16         A.   Obviously not.  I was not there on

17    these particular days when they were both doing

18    inspections on the same day.  I wasn't there.

19         Q.   Sure.

02:55:17PM 20         The basis for your opinion that these

21    joint inspections were occurring was simply a

22    look at the records themselves, correct?

23         A.   Correct.  When they were driving,

24    coming out of the sleeper berth.  That's what a

02:55:29PM 25    team does.

1      Q.   I understand that's what you believe a

2  team does, but you have absolutely no idea if

3  that was, in fact, being done by Mr. Kehler and

4  Mr. Marks with this tractor, do you?

02:55:39PM  5      A.   Well, they just so happened to be

6  coming out of the sleeper berth and going into

7  the driving at the same time day after day when

8  they completed inspections.  I do know that.

9      Q.   Look at these two real quick.

02:57:00PM  10  October 30 -- maybe that's my problem.

11      If Kehler's starting his shift and his

12  pretrip inspection is identified as two minutes,

13  but Marks' post-trip inspection is identified as

14  13 minutes, would that be, in your opinion, an

02:57:50PM  15  appropriate pretrip inspection for Mr. Kehler?

16      A.   Pretrip inspection or just an

17  inspection --

18      Q.   Pretrip inspection.

19      A.   -- during trip inspection?

02:57:59PM  20      Q.   Pretrip inspection.

21      A.   Depends on which one's doing the

22  pretrip and post-trip.  Post-trip inspection he

23  might cut that short knowing the other driver's

24  inspecting the vehicle at the same time.

02:58:13PM  25      Q.   So one driver can rely upon the other

1    driver's inspection as part of his inspection

2    for the upcoming leg?

3          A.   It's done on his log.  It's

4    probably -- probably can't do that on a log, but

02:58:30PM   5    that's how a team works.

6          Q.   Is that proper under the regulations?

7          A.   Probably not, but, keep in mind, we've

8    got four inspections per day by these drivers

9    and only -- there would typically be one pretrip

02:58:49PM  10    and one post-trip.

11          Q.   But a driver has to perform his own

12    pretrip inspection on a vehicle and confirm to

13    himself that the vehicle is in proper working

14    order to begin the leg, correct?

02:59:01PM  15          A.   Technically, yes.

16          Q.   Under the regulations?

17          A.   Under the regulations.  And the

18    regulations are talking about individual

19    drivers.  They don't address team situations

02:59:10PM  20    that much.

21          Q.   Why would it change?

22          A.   Because you've got two drivers and

23    four eyes on the same truck at the same time

24    instead of one driver.  They're both looking at

02:59:23PM  25    tires at the same time.  They're both looking at

1   the instruments.  They're both looking at the

2   trucks and trailers and the dollies at the same

3   time.

4        Q.  Well, they should be, right?  And it's

02:59:32PM   5   not necessarily the same time, right?

6             So, first, they should be looking at

7   those things, right?

8             MR. KAPP:  Object to the form.

9             THE WITNESS:  Right.

02:59:37PM  10   BY MR. LIEBERMAN:

11        Q.  And, secondly, they're not necessarily

12   doing that at the same time, correct?

13        A.  They are in many of these cases.

14   Sometimes they're not.  I've only highlighted

02:59:49PM  15   those in orange where they're doing those

16   inspections at the same time.

17        Q.  Can one driver start a leg without

18   doing a pretrip inspection because the other

19   driver did a 35-minute post-trip inspection?

03:00:01PM  20        A.  No.  I think where things are getting

21   kind of wrapped up here is you're thinking a

22   solo driver doing a pretrip inspection running

23   pretrip and post-trip from a running team.  And

24   these drivers are doing in-trip inspections all

03:00:15PM  25   day as they go.  The truck's moving.  It's not

1  parked.  It's an in-trip inspection.  The trip

2  is starting from East Coast to West Coast or

3  vice versa and the macro's only a pretrip macro.

4          The point I'm trying to make is that

03:00:36PM  5  you don't have one driver only looking at

6  something for two minutes possibly.  You've got

7  two drivers looking at the same vehicles, the

8  same tires, the same equipment at the same time,

9  in many of these cases.

03:00:47PM  10      Q.  And I guess my question is what does

11  that matter if the regulations require a driver

12  to perform a pretrip inspection?

13          MR. KAPP:  Object to the form.

14  BY MR. LIEBERMAN:

03:00:55PM  15      Q.  Where in the regulations can a driver

16  rely on the inspection of another?

17          MR. KAPP:  Same objections.

18          THE WITNESS:  Because these drivers

19  are running team.

03:01:03PM  20  BY MR. LIEBERMAN:

21      Q.  I understand what you're saying.

22          I'm asking where in the regulations

23  does it allow -- or the manuals, whatever you

24  have in front of you.

03:01:10PM  25          Can you point me to any authority that

1   says one driver can rely upon the inspection of

2   another?

3              MR. KAPP:  Same objection.

4              THE WITNESS:  I can't.  I can't.

03:01:19PM  5   That's just how it works.

6   BY MR. LIEBERMAN:

7        Q.  Based on your experience?

8        A.  Based on my experience and based how

9   teams run.

03:01:32PM  10             MR. LIEBERMAN:  Can we go off record

11   for a second.

12             (Recessed from 3:01 p.m. to 3:08 p.m.)

13   BY MR. LIEBERMAN:

14        Q.  Sir, let's go back to your report that

03:09:20PM  15   I marked.  It's Exhibit 232.  Let's go to page

16   14 of your report, please.

17             As you testified earlier, you did not

18   reconstruct this accident, correct?

19        A.  Correct.

03:09:49PM  20        Q.  You are not an expert in accident

21   reconstruction, correct?

22        A.  That is correct.

23        Q.  And you are not an expert in the

24   vehicle dynamics, correct?

03:09:55PM  25        A.  Correct.

1        Q.   My questions are along those lines.

2   In the second sentence of italicized

3   Section 4 -- and I'm going to do this in parts.

4            It says, "When Kehler's left front

03:10:09PM   5   steer tire failed at highway speeds pulling the

6   tractor suddenly to the left."

7            Did I read that correctly?

8        A.   Yes, you did.

9        Q.   Do you have an opinion that the left

03:10:18PM  10   front steer tire failure at highway speed pulled

11   the tractor suddenly to the left?

12       A.   Only based on what I've read and as we

13   discussed earlier.

14       Q.   That's what I'm going to get at here.

03:10:28PM  15            Are you opining on the movements of

16   the tractor or the causes of the movements or

17   are you deferring to other experts in this case?

18       A.   I'm deferring to other experts and

19   depositions of Mr. Kehler.

03:10:41PM  20       Q.   I understand.

21            But you don't have your own opinion as

22   to the dynamics of this crash, do you?

23       A.   Correct, I don't.

24       Q.   You then go on to say, "In all

03:10:51PM  25   probability, the trailers, primarily the rear

1    trailer, would have whipped to the right and

2    were either unstable or in the process of

3    rolling over, compounding Kehler's ability to

4    control his vehicle and stay on the roadway."

03:11:02PM    5         Did I read that correctly?

6         A.   You did.

7         Q.   Is that your independent opinion or

8    are you deferring to others?

9         A.   That is my independent opinion based

03:11:09PM   10   on reviewing crashes over the last 25 years with

11   Swift drivers and pulling doubles.

12        Q.   Is it based upon any information in

13   this case that you reviewed?

14        A.   Basically some information by other

03:11:28PM   15   experts in this case.

16        Q.   Who?

17        A.   I forget which one.

18             But my opinion here is just based on

19   the fact that when a vehicle -- only on the fact

03:11:41PM   20   when a vehicle moves quickly left pulling a set

21   of doubles, you have a whipping motion of the

22   last trailer that could cause that trailer to

23   roll over.

24        Q.   Can you define what quickly left means

03:11:53PM   25   to you in this context?

1          A.   Suddenly.   Maybe the word "suddenly."

2          Q.   Can you quantify the yaw angle for me?

3          A.   No, I can't.

4          Q.   Have you attempted to quantify the yaw

03:12:08PM  5   angle in this case?

6          A.   I have not.

7          MR. KAPP:   He's not being offered as a

8   reconstructionist and he's not -- he's told you

9   that several times.

03:12:15PM 10          MR. LIEBERMAN:   Well, it's in his

11  report.

12  BY MR. LIEBERMAN:

13         Q.   Are you withdrawing your opinion in

14  the second part of paragraph 4 that we just read

03:12:24PM 15  then?

16         MR. KAPP:   I don't think those -- that

17  wording and that observation requires an expert

18  opinion.

19         THE WITNESS:   What I'm saying is

03:12:37PM 20  sudden moves, including turning, stopping, or

21  swerving of the tractor pulling double trailers

22  creates a whipping effect.   I know that happens

23  based on accidents I've reviewed.   Sudden

24  movement including whipping.

03:12:51PM 25  BY MR. LIEBERMAN:

1          Q.   Do you know if sudden movement

2     occurred in this case?

3          A.   I don't know for sure.

4          Q.   And you've never experienced a sudden

03:12:56PM   5     movement in a tractor-trailer because you've

6     never driven one, correct?

7          A.   Right.

8          Q.   Have you conducted any studies, tests,

9     or exams, other than those investigations, to

03:13:05PM  10     determine the vehicle dynamics of a

11     tractor-trailer during sudden movements?

12          A.   No, I haven't.

13          Q.   With respect to these specific

14     opinions regarding the movements of the

03:13:14PM  15     tractors, are you going to defer to Dr. Ogden on

16     that?

17               Do you know who Dr. Ogden is?

18          A.   I do.

19          Q.   Have you read his report?

03:13:21PM  20          A.   I have read his report.

21          Q.   Are you gonna refer to reconstruction

22     and dynamics opinions of Dr. Ogden?

23          A.   I don't think I'm gonna refer to

24     anything that Dr. Ogden has.

03:13:30PM  25          Q.   Why not?

1          A.   Including dynamics.

2               MR. KAPP:  Are you saying refer or

3     defer?

4               MR. LIEBERMAN:  Defer.

03:13:35PM  5          MR. KAPP:  I thought you said refer.

6               MR. LIEBERMAN:  If I said refer, I'm

7     sorry.

8               THE WITNESS:  I thought you said

9     refer.

03:13:40PM  10  BY MR. LIEBERMAN:

11         Q.   I'm talking defer.

12              Are you gonna defer to Dr. Ogden with

13    respect to accident reconstruction and vehicle

14    dynamics?

03:13:46PM  15         A.   I would have to go through all the

16    experts' reports again.  I know what happens

17    when a driver pulling a set of doubles moves

18    quickly to the left, what happens to the

19    trailer.  That's my only comment and I can defer

03:14:01PM  20   to whoever believes that same action happens.

21         Q.   Your opinion that the tractor in this

22    case moved quickly to the left is based upon

23    Mr. Kehler's testimony?

24         A.   No.  Based on the -- based on the

03:14:18PM  25   report by the police department, or the law

1    enforcement officers, where the truck moved left

2    and crossed the median.

3         Q.   I'm talking about a quick or sudden to

4    the left, as you write.

03:14:31PM  5         Where did you get that information, a

6    sudden move to the left?

7         A.   Well, if the driver was operating

8    approximately 75 miles per hour and there's an

9    event and the truck starts moving left, that's

03:14:42PM 10    enough for the trailers to start whipping.

11    Doesn't take much for a second trailer on a set

12    of doubles to start whipping.

13         Q.   Can you quantify the movement to the

14    left of this vehicle following the tire

03:14:54PM 15    disablement?

16         A.   Quantify?

17         Q.   Yes, sir.

18         A.   No.  I can't quantify that.  I'm not a

19    reconstructionist.

03:15:01PM 20         Q.   Have you studied the tire marks in

21    this case?

22         A.   I have not.

23         Q.   Do you have any expertise in

24    identifying tire marks?

03:15:06PM 25         A.   Just generally, but I have not done

1  that in this case.

2       Q.  Are you offering any opinions with

3  respect to the tire marks in this case?

4       A.  No.

03:15:11PM  5       Q.  Are you offering any opinions with

6  respect to the controllability of the vehicle in

7  this case?

8       A.  Not expert opinions, no.

9       Q.  So you have no opinion as to whether

03:15:24PM  10  or not this vehicle should have been

11  controllable during the tire event?

12       A.  Correct.

13       Q.  Do you have any opinions regarding any

14  steering inputs by Mr. Kehler at any point

03:15:46PM  15  during the crash sequence?

16       A.  No.  Only what I read in his

17  deposition.

18       Q.  So you're just reciting what he

19  repeated?

03:15:53PM  20       A.  Correct.

21       Q.  You have no independent opinion on

22  whether or not he actually performed those

23  steering inputs?

24       A.  Correct.

03:15:58PM  25       Q.  And you have no opinion as to whether

1  or not he should or should not have performed

2  those steering inputs?

3        A.  Correct.

4        Q.  Do you have any opinion with respect

03:16:04PM  5  to any braking inputs by Mr. Kehler during the

6  accident sequence?

7        A.  No.  Only that I don't recall looking

8  at the DDEC report, that I'm very familiar with

9  as far as the system, that there was any hard

03:16:17PM  10  braking event that occurred.

11        Q.  I want to narrow that down if I can.

12            Your opinion related to whether or not

13  there was any hard braking in this case is based

14  upon your review of the DDEC data, correct?

03:16:32PM  15        A.  Correct.

16        Q.  It's not based upon anything else?

17        A.  Correct.

18        Q.  We'll get back to that.

19            Are you going to have any opinion in

03:16:40PM  20  any regard related to Dr. Ogden's theory about

21  the steer knuckle failure?

22        A.  No, sir.

23        Q.  Have you analyzed that?

24        A.  I have not.

03:16:48PM  25        Q.  Do you have any opinion with respect

1    to whether or not this accident was preventable

2    or nonpreventable?

3         A.   No.  I don't think I have enough

4    information to make that determination.

03:16:59PM  5         Q.   What more information would you need?

6         A.   I think I would need more information

7    with regard to the total investigation of the

8    thing including accident reconstructionists and

9    movements and those kind of things.

03:17:16PM  10        MR. KAPP:  He's not being offered --

11   strike that.

12   BY MR. LIEBERMAN:

13        Q.   Let's talk about the DDEC reports.

14             You're familiar, you said, with DDEC

03:17:28PM  15   reports?

16        A.   Yes.  I've been trained to extract and

17   review DDEC reports.

18        Q.   What type of training?

19        A.   I went to Detroit Diesel to get

03:17:38PM  20   trained.

21        Q.   And in this case I think you've at

22   least narrowed in on the hard brake report?

23        A.   Correct.  I reviewed the entire

24   report, including hard to last hard brakes, over

03:17:48PM  25   three last hard brakes.  And none of those hard

1    brakes correlated or related to this particular

2    crash.

3           Q.   Do you have any knowledge as to how

4    hard brake events are recorded within the ECM

03:18:00PM    5    system?

6           A.   I do.

7           Q.   How?  How are they recorded?

8           A.   Any hard braking completed that --

9    where the vehicle slows at a rate of 9 miles per

03:18:08PM   10    hour per second.

11           Q.   Okay.  That's the trigger for the

12    system to start recording a hard brake event, in

13    your opinion?

14           A.   That's correct.  On a Detroit it is, 9

03:18:17PM   15    miles per hour per second.

16           Q.   Was that the same trigger in this case

17    for this particular ECM?

18           A.   Yes.  The DDEC or the system in this

19    particular truck had a DDEC IV, I believe.

03:18:31PM   20    DDEC IV and DDEC V is the same trigger.

21           Q.   And I was going to ask you what model.

22    Did you say you think it was a DDEC Model IV?

23           A.   DDEC IV, I believe -- 4 or 5.  Both 4

24    and 5 have the same deceleration rate of 9 miles

03:18:43PM   25    per hour per second.

1       Q.   Can that be altered?

2       A.   No, I don't believe so.

3       Q.   What does the ECM measure to determine

4  if the vehicle has slowed 9 miles per hour in a

03:18:57PM  5  second?

6       A.   When the brake is applied and the

7  vehicle decelerates at a rate of 9 miles per

8  hour per second through the transmission, I

9  believe.

03:19:06PM 10       Q.   Is it your opinion that you need

11  service brake application to trigger a hard

12  brake report?

13       A.   Based on my training, I think you do

14  need that.

03:19:15PM 15       Q.   Do you have any information regarding

16  the terms volatile and nonvolatile data?

17       A.   I don't have that.  I don't know that.

18       Q.   What about an eloquent shutdown; does

19  that mean anything to you?

03:19:27PM 20       A.   Doesn't mean anything to me.

21       Q.   Do you know how the data's actually

22  stored within the ECM for a hard brake event?

23       A.   I don't.

24       Q.   Can the storage be interrupted by a

03:19:38PM 25  power interruption?

1          A.   It could be, I believe so.

2          Q.   Are you aware of whether or not

3     there's a power interruption in this case?

4          A.   I believe there was a power

03:19:46PM   5     interruption at the time of the crash.

6          Q.   Are you aware there's also a fire

7     following the time of the crash?

8          A.   I believe there was, yes.

9          Q.   Are you aware that part of the ECM was

03:19:55PM  10     actually melted?

11          A.   I do.

12          Q.   Could that account for the missing

13     hard brake report if one, in fact, was

14     triggered?

03:20:02PM  15          A.   It could account for one, yes.

16          Q.   Anything else about the DDEC reports

17     that you're relying upon for your opinions?

18          A.   Not that I can think of.

19          Q.   Did you review any of the CPC data --

03:20:15PM  20     well, strike that.

21          Do you know what a CPC is?

22          A.   I don't.

23          Q.   Okay.  So I'm assuming you didn't

24     review any of the data?

03:20:22PM  25          A.   Correct.

1          Q.   Do you know what an MCM is?

2          A.   I don't.

3          Q.   Do you know what Meritor is?

4          A.   I don't.

03:20:31PM  5          Q.   Did you review any of the Garmin GPS

6     data?

7          A.   I did not.

8          Q.   So you're not relying upon the Garmin

9     data in this case for any of your opinions?

03:20:40PM 10          A.   Correct.

11          Q.   Are you aware the Garmin data shows

12     that this vehicle was operated for periods of

13     time in excess of 75 miles per hour?

14               MR. KAPP:  Object to the form.

03:20:49PM 15               THE WITNESS:  I don't remember even

16     looking at that information, no.

17     BY MR. LIEBERMAN:

18          Q.   Should drivers always obey the speed

19     limits?

03:20:55PM 20          A.   No.  Drivers don't always obey the

21     speed limits.

22          Q.   Should they?

23               MR. KAPP:  Form.

24               THE WITNESS:  Oh, should they.

03:20:59PM 25               They should follow the rules of speed

1   limits, correct.

2   BY MR. LIEBERMAN:

3         Q.   Are you aware that the top speed

4   recorded in the DDEC reports for this particular

03:21:07PM  5   tractor was 91 miles per hour?

6         A.   I remember --

7              MR. KAPP:   Form.

8              THE WITNESS:   -- that.  I don't know

9   what it was set at, but I do remember that

03:21:12PM 10   that -- there was a speed that reached as high

11   as 91 miles per hour.

12   BY MR. LIEBERMAN:

13         Q.   Are you gonna be offering any opinions

14   about whether or not driver conduct -- or the

03:21:21PM 15   drivers were conducting themselves improperly

16   with respect to speed?

17         A.   I don't believe so.

18         Q.   Do you have any opinion as to whether

19   the Garmin data is accurate or inaccurate?

03:21:48PM 20         A.   I have no idea whether it's accurate

21   or inaccurate.

22         Q.   Do you have any opinion as to whether

23   the DDEC report are accurate or inaccurate?

24         A.   All I know is that there was -- out of

03:21:58PM 25   the hard brakes that were shown on the DDEC

```
 1    report, there was no hard brake involving this
 2    event.
 3            Q.   I understand that.
 4            What I'm asking is do you have any
 5    opinion as to whether or not DDEC reports are
 6    accurate or inaccurate?
 7            A.   No.
 8            Q.   Do you believe them to be accurate?
 9            A.   I don't know whether they're accurate
10    or inaccurate.  All I know is what I remember
11    reading on the report with regard to hard brake.
12            Q.   I see you still have the report in
13    front of you.  Thank you.  Let's turn to
14    page 15.
15            Let me ask it this way to try to
16    streamline this.  Is anything in paragraph 5
17    that's italicized an opinion of yours or are you
18    just reciting information from others?
19            MR. KAPP:  You mean is this an opinion
20    that he plans to testify to?
21    BY MR. LIEBERMAN:
22            Q.   There are multiple sentences in this
23    italicized paragraph and I -- from what I've
24    heard today, you are offering no opinions on
25    accident reconstruction, vehicle dynamics,
```

1   handling, or the proper or improper response by

2   Mr. Kehler to this tire event.

3           My understanding of paragraph 5 kind

4   of overlaps with those topics.  So I'm trying to

03:23:55PM  5   understand, are you offering opinions in those

6   areas or are you just reciting this information?

7           MR. KAPP:  They're in his report.

8           THE WITNESS:  No.  I can tell you that

9   I do know at a posted speed limit of 75 miles

03:24:08PM  10  per hour, a vehicle will travel 100 feet per

11  second.  I do know that.

12  BY MR. LIEBERMAN:

13      Q.  Okay.  That's a math equation, right?

14      A.  A math equation.  And the attending

03:24:17PM  15  driver about one and a half seconds to perceive

16  and react to an emergency situation.  I do know

17  that.

18           And I know that based on CDL

19  information, the books.  That's general training

03:24:28PM  20  for drivers.  That's contained in the CDL

21  manual.

22      Q.  Can I stop you at that point --

23      A.  Sure.

24      Q.  -- before we go further in this

03:24:34PM  25  paragraph?  Thank you.

1                First of all, is it your opinion that

2      it takes a driver 1.5 seconds to perceive and

3      react to an emergency situation?

4           A.    That is the -- that's the average

03:24:47PM  5      reaction time for an attentive driver.

6           Q.    What is that based upon?

7           A.    Just the average based on speed in the

8      CDL manuals.

9           Q.    Is that referenced in the Utah manual?

03:25:00PM 10           A.    Both Wyoming and the Utah CDL manual.

11           Q.    It says 1.5 seconds in the Utah

12      manual?

13           A.    Yes.

14           Q.    Can you tell me -- do you have it with

03:25:08PM 15      you?

16           A.    I don't.

17           Q.    Do you remember what section, because

18      it's not cited in your report?

19           A.    It's under speed.  Actually, I-Trans

03:25:20PM 20      Utah CDL Manual 6.0 -- well, let's see.

21           Q.    That's a different site.

22           A.    That might be different.

23           Q.    But what you're telling me is I can

24      look under speed in the Utah CDL manual and find

03:25:33PM 25      the date that the manual itself provides that an

1    attentive driver takes about 1.5 seconds to

2    perceive and react to an emergency situation?

3          A.   Correct.   It's under -- I forget which

4    section, Section 2 -- it might be 6 under speed.

03:25:51PM    5          Q.   Any other basis or bases for that

6    opinion?

7          A.   Not in this case with regard to

8    investigating the case or doing any

9    reconstruction.

03:26:01PM   10          Q.   Do you have any background in human

11    factors?

12          A.   No, I don't.

13          Q.   Have you ever studied it?

14          A.   No, I haven't.

03:26:06PM   15          Q.   Have you ever studied

16    perception-reaction time?

17          A.   Only based on -- no.   Only based on

18    what generally is discussed with regard to speed

19    in a driver's perception-reaction to an

03:26:19PM   20    emergency situation.

21          Q.   Where is this generally discussed?

22          A.   It's in the CDL manual.

23          Q.   Outside of this manual that you're

24    referring me to, is it discussed anywhere else

03:26:31PM   25    to your knowledge?

1          A.   Not that I know of.  It could be in

2    the PTDI manual, but it would pretty much mirror

3    what the CDL would have.

4          Q.   Are you familiar with any

03:26:40PM   5    authoritative literature or studies on the

6    subject?

7          A.   I'm not.

8          Q.   Does Dewer & Olson ring a bell to you?

9          A.   No, it doesn't.

03:26:44PM  10          Q.   Have you ever read a book called Human

11   Factors & Behavior?

12          A.   I have not.

13          Q.   Have you ever taken any courses in

14   human factors?

03:26:53PM  15          A.   I have not.

16          Q.   You also state that Kehler's vehicle

17   would have traveled about 170 feet after the

18   blowout.

19               First of all, is the blowout an

03:27:09PM  20   expected or unexpected event, in your opinion,

21   if you have one?

22          A.   An unexpected event?

23          Q.   Is it an expected or unexpected event,

24   in your opinion, if you have one?

03:27:20PM  25          A.   In this case I don't know if I have

1    one, but a blowout -- based on those terms, I'm

2    not quite sure.

3              Q.   So you have no opinion in that regard?

4              A.   No opinion.  And with regard to the

03:27:34PM  5    170 feet, that is a mathematical equation based

6    on 1.5 seconds at 75 miles per hour based on

7    feet per second.

8              Q.   Going back a second step.  You don't

9    know if this was, in fact, a blowout, correct;

03:27:51PM 10    you're just repeating that from someone else?

11              I can ask that question better, trust

12    me.

13              A.   Go ahead.

14              Q.   Do you know the failure mode of the

03:28:00PM 15    tire?

16              A.   Only based on what the driver Kehler

17    said it was, and that's why I've got explosion

18    blowout.

19              Q.   Do you know where that occurred on the

03:28:11PM 20    road?

21              A.   Specifically, no.

22              Q.   So you have no idea how many feet, if

23    your calculations are accurate, that Mr. Kehler

24    had to react to that event, do you?

03:28:20PM 25              A.   Not to that particular event, no.

1              Q.   And you haven't studied anybody's

2       accident reconstruction in this case, correct?

3              A.   Correct.

4              Q.   So it's possible that Mr. Kehler --

03:28:33PM   5   going off your opinion of 1.5 seconds and going

6       170 feet -- had another 100 or 200 or even 300

7       feet, considering you don't know where the event

8       occurred?

9                   MR. KAPP:   Object to the form.   Assume

03:28:45PM  10   facts not in evidence.

11                  THE WITNESS:   Correct.   All I know is

12      that based on the mathematical event, he would

13      have traveled about 170 feet after the event

14      occurred.

03:28:56PM  15   BY MR. LIEBERMAN:

16             Q.   But you're not saying that he didn't

17      have enough time or space in which to control

18      the vehicle, correct?

19                  MR. KAPP:   Object to the form.

03:29:03PM  20                  THE WITNESS:   I'm not saying that

21      right now, no.

22      BY MR. LIEBERMAN:

23             Q.   Are you gonna say that in the future?

24             A.   No.

03:29:11PM  25             Q.   I stopped you there as you were going

1   through this trying to explain to me which of

2   this is your opinion and which of this is just a

3   factual summary.  So keep going.

4            A.  Again, we talked about the whipping of

03:29:32PM   5   trailers, if and when the tractor jerked to the

6   left.  And then also talking about this left

7   turn based on some skid marks I see in the

8   photos -- but I didn't reconstruct the

9   collision -- if those are related to this

03:29:51PM  10   particular crash at 75 miles per hour, that

11   could cause the back trailer to whip, in my

12   opinion.

13            Q.  If that happened, right?

14            A.  If that happened.

03:30:01PM  15            Q.  Right.  And you don't know if that

16   happened in this case?

17            A.  Correct.

18            Q.  Keep going.

19            A.  We've already discussed the evidence

03:30:17PM  20   of hard braking and I saw no evidence in the ECM

21   report.

22            Q.  In the middle of the section you talk

23   about including damaged front axle mechanical

24   parts.

03:30:32PM  25            There's a sentence that says, "A

1    combination of factors and events presented

2    Kehler from controlling his vehicles from

3    leaving the roadway including damaged front axle

4    mechanical parts, the tire and/or the rim

03:30:42PM  5    dragging on the roadway and the trailers

6    whipping back and forth while in the process of

7    rolling over."

8              Are you offering those opinions?

9         A.   If the tractor -- if the tractor lost

03:30:54PM 10    the tire and there was enough damage for the

11    left front axle parts to hit the ground, that

12    would have taken the tractor hard to the left

13    causing the whipping of trailers.

14         Q.   Did that happen in this case?

03:31:09PM 15         A.   Does it happen in this case?

16         Q.   Did that happen in this case?

17         A.   I believe it did.

18         Q.   Based on what?

19         A.   Based on the tractor moving quickly to

03:31:21PM 20    the left.

21         Q.   We're not communicating.

22              You have an opinion that a

23    combination -- because I just asked you before,

24    are you gonna be offering any opinions about

03:31:30PM 25    whether or not Kehler was able to control this

1    tractor.  You told me no.

2              And in this section it appears that

3    you are offering opinions as to whether or not

4    Mr. Kehler was able to control this tractor.

03:31:40PM   5              So, first, are you going to offer any

6    opinions as to whether or not this was a

7    controllable event?

8         A.   I don't believe I can do that.

9         Q.   Okay.  So all this talk in your report

03:31:50PM  10    about a combination of factors preventing Kehler

11    from controlling his vehicle, these are not your

12    opinions.  You are going to be deferring to

13    others for those, correct?

14         A.   Correct, which I have in this report.

03:32:04PM  15         Q.   That's a good point.  That's what

16    you're trying to convey to me, that fact that --

17    are you just repeating what Dr. Ogden is opining

18    in this case?

19         A.   And Kehler in his deposition,

03:32:16PM  20    information that he talked about.

21         Q.   So if we're at trial and somebody asks

22    you, Was Mr. Kehler able to control this vehicle

23    at the time of the tire disablement, what is

24    going to be your answer?

03:32:32PM  25         A.   Based on his testimony, I would say he

1  was not able to.

2       Q.  Do you have an expert opinion with

3  respect to whether or not the vehicle was

4  controllable?

03:32:41PM  5       A.  I don't have an expert opinion, no.

6       Q.  Do you have an expert opinion as to

7  whether any front axle mechanical parts were

8  damaged at any point in the accident sequence?

9       A.  Not that I've investigated.  I

03:32:57PM 10  wouldn't have that opinion.

11       Q.  In the first sentence, jumping up, it

12  says, "The truck fender was torn off."

13           Do you know what tore off that truck

14  fender?

03:33:08PM 15       A.  It was heavily damaged is what I

16  remember reading from maybe Kehler's report.

17       Q.  Do you know if there was a tread

18  separation going on during this event?

19       A.  I don't know for certain, no.

03:33:21PM 20       Q.  If there was a tread separation, is it

21  fair to say you don't know if this was an

22  inboard or outboard tread sep?

23       A.  I would not know that.

24       Q.  We also talked before, I asked if you

03:33:36PM 25  were going to be giving any opinions as to the

1    proper response to a tire disablement at highway

2    speeds and you said no.  But this paragraph goes

3    on to explain that "Kehler followed general

4    front tire blowout safety guidelines other than

03:33:48PM   5    speeding up when his tire blew out."

6                I've got to ask you again.  Are you

7    offering opinions as to whether or not

8    Mr. Kehler properly responded to the tire

9    disablement event?

03:33:58PM   10         A.  I would have to add that I could opine

11    to that.

12         Q.  You can?

13         A.  I can.

14         Q.  Okay.  What is your opinion?

03:34:04PM   15         A.  My opinion is that he responded except

16    for any evidence that he sped up as others have

17    mentioned.  And even if he sped up, I would not

18    have been able to -- I would not be able to

19    opine that anything differently would have

03:34:19PM   20    happened if he hit the accelerator.

21         Q.  Because you don't have the experience

22    or training and background to actually make that

23    opinion, correct?

24              MR. KAPP:  Object to the form.

03:34:26PM   25              THE WITNESS:  Correct.

```
         1   BY MR. LIEBERMAN:
         2        Q.   You're not a vehicle dynamicist,
         3   correct?
         4        A.   Correct.
03:34:30PM 5      Q.   You know the manuals recommend
         6   accelerating in the event of a front tire
         7   disablement, correct?
         8             MR. KAPP:   Same objection.
         9             THE WITNESS:   That's correct.
03:34:37PM 10  BY MR. LIEBERMAN:
        11        Q.   In fact, it's in the documents that
        12   you attached to your report, right?
        13        A.   Correct.
        14        Q.   And so your opinion is simply
03:34:43PM 15  Mr. Kehler followed most of the recommendations
        16   but for speeding up at the time of the
        17   disablement, correct?
        18        A.   That would be correct.
        19        Q.   And your experience and expertise does
03:34:53PM 20  not allow you to go any further to say what
        21   would have happened had he actually accelerated
        22   as the manuals recommend?
        23        A.   That's correct.
        24        Q.   Okay.   Do you have any opinion
03:35:09PM 25  regarding Mr. Kehler's practice of setting the
```

1    speedometer just above the speed limit?

2         A.   Setting the speedometer?

3         Q.   I'm sorry.  Setting the cruise control

4    just above the speed limit.

03:35:24PM  5         A.   As I recall, I don't believe the

6    cruise control was on.

7         Q.   I'm not saying at the time of the

8    crash.  I'm just saying during the life of the

9    truck.

03:35:33PM  10        A.   Yes, yes.  I remember reading some

11   deposition information about setting the cruise

12   control a couple miles above the speed limit.

13        Q.   Do you have any opinion with respect

14   to that practice?

03:35:42PM  15        A.   Well, generally when you set the

16   cruise on on a truck, the truck kind of varies

17   with regard to the actual reliability of the

18   speedometer.  And he may know his trucks where

19   if he sets it two miles above, it will hang

03:36:00PM  20   around the speed limit.  I don't know why he

21   sets it a couple miles above except for drivers

22   can do that.

23        Q.   I'm just asking if you have an opinion

24   with respect to a driver setting the cruise

03:36:13PM  25   control at a couple miles per hour above the

DENNIS RITCHIE - 03/09/2016                    301

1    posted speed limit?

2          MR. KAPP:  Object to form.  He just

3    addressed it.

4          THE WITNESS:  The only opinion I would

03:36:20PM   5    have, if he knows his truck and sets it a couple

6    miles above the speed limit, if he knows a

7    couple miles above the speed limit is the speed

8    limit, then that's what he would do.

9    BY MR. LIEBERMAN:

03:36:29PM  10          Q.  What if he knows he's setting it above

11    the speed limit and the truck is, in fact, going

12    above the speed limit?

13          MR. KAPP:  Object to the form.

14          THE WITNESS:  Well, he shouldn't be

03:36:36PM  15    going above the speed limit.

16          MR. LIEBERMAN:  At this point, what

17    I'll do is pass the witness to Mr. Fitzgerald

18    and I'll review my notes.

19

03:37:14PM  20

21

22

23

24

25

```
 1                        EXAMINATION

 2

 3   BY MR. FITZGERALD:

 4        Q.   Here's Exhibit 233.  And I just want

 5   to make sure I'm clear.

 6             Those are all your testimonies,

 7   deposition and trial altogether, since 2002?

 8        A.   Correct.

 9        Q.   Do you have any idea which were

10   deposition and which were trial testimony?

11        A.   Want me to mark this, if I can

12   remember or how do you want to do that?

13        Q.   Just tell me which ones were which.

14        A.   I think the Crockford v. USA Plates

15   was a trial.

16             Bruce Menk in Colorado, I believe was

17   a trial.  Cervantes v. C.R. England.

18             Jamar Coleman v. Las Vegas Paving was

19   a trial.

20             I think that's it.

21        Q.   All right.  Has any court ever limited

22   your testimony in any way?

23        A.   No, sir.

24        Q.   I want to turn to the comparison you

25   did -- it's a loose term "comparison," but when
```

03:37:35PM  5
03:37:46PM  10
03:38:17PM  15
03:39:00PM  20
03:39:21PM  25

1    we were going through Kehler and Marks' logs and

2    you were working out when they may have been

3    jointly or successively conducting inspections.

4            So can you pull that exhibit out of

03:39:39PM  5    that stack there, please.  I want to go November

6    7 for Mr. Kehler.

7            A.   The day of November 7?

8            Q.   Yes.

9            MR. FITZGERALD:  For easy reference

03:39:59PM  10   for lawyers, it's Exhibit 42 in this case.

11           THE WITNESS:  I'm there.

12   BY MR. FITZGERALD:

13           Q.   And I'm going to use that just as an

14   example, because we'll be here for hours more if

03:40:30PM  15   I go through every one of them.

16           So if we look on that particular page,

17   it's dated November 7, 2014, it's for Brian

18   Kehler.  And it starts off at zero hundred hours

19   and the first entry is 44 minutes where he's off

03:40:52PM  20   duty 5.3 miles northwest of Fairmont -- or,

21   excuse me, Falmouth, New York.

22           Are we on the same page?

23           A.   Yes.

24           Q.   In your review, were you counting all

03:41:05PM  25   the inspections including the trailers and the

1  tractor or just the tractor?

2      A.  I was including all the inspections.

3      Q.  So a lot of those where there is an

4  overlap, for lack of a better term, could well

03:41:21PM  5  include things that were limited just to

6  tractor -- I mean, trailer inspections?

7      A.  That is possible.  There are tractor

8  numbers, obviously as we've seen, as well as

9  trailer numbers.  That could just be limited to

03:41:37PM 10  trailer inspections.

11      Q.  There are only two -- on this page,

12  for example, there are only two inspections

13  completed for the tractor, correct?

14      A.  Where the tractor's included in the

03:42:00PM 15  inspection, that's correct.

16      Q.  Okay.  And there's one more reference

17  where it says inspections skipped.

18          And that refers to the tractor and

19  three trailers, correct?

03:42:09PM 20      A.  That's correct.

21      Q.  And the rest of them refer to the

22  trailers.  Am I right?

23      A.  That is correct.

24      Q.  Okay.  Now, just so we can think about

03:42:21PM 25  other pages here, if we look at, for example, I

1    believe it's 2:15 a.m. -- actually 2:16 a.m., it

2    says inspection completed 807998.

3              Do you see that one?

4         A.   I do.

03:42:40PM  5    Q.   And then it shows a minute later

6    inspection completed of 825388, correct?

7         A.   Correct.

8         Q.   Both of those are trailer numbers,

9    right?

03:42:54PM  10   A.   They are.

11        Q.   Then at 2:20 it says, hook PTI,

12   correct?

13        A.   Let me just maybe stop there.  It may

14   also be a converter gear dolly.

03:43:10PM  15   Q.   Could be a dolly, could be a trailer,

16   but --

17        A.   Right.

18        Q.   At most there's one dolly involved in

19   this whole trip, right?

03:43:20PM  20   A.   Yes.  There's only one dolly involved.

21   On this end, there would only be one dolly

22   involved.  I don't know how they number their

23   equipment, but it could have involved a dolly.

24   That's a piece of equipment.

03:43:32PM  25   Q.   The gist I took from your earlier

testimony was that because there's a macro,

there may be instances where the driver might

not think to hit that macro button and so it

misrecords how much time he actually spent.

          Is that the gist of what you were

saying earlier?

          A.    That's correct.  Let me just go back

before that question.

          If you look at 2:17, a minute after

those two inspections, you've got a hook PTI.

          Q.    Right.

          A.    In order to hook to those two

trailers, you have to have the tractor involved.

You can't just hook two trailers together.  The

tractor has to be involved in the first trailer

to get the dolly on and so there's a tractor

involved in that sequence.

          Q.    And what I'm trying to understand is

since we have an event at 2:16, 2:17, 2:20, and

2:21, does that mean that the truck driver may

have missed pushing the macro four different

times?

          A.    No.  In that sequence -- and if you go

back on some of the others, what happens is they

have to keep track of the equipment that the

1    driver's assigned.

2           And I believe in this particular

3    situation when they're out there doing their

4    inspections, getting their trailers, getting

03:44:53PM   5    their dolly, everything hooked up, they will get

6    the equipment hooked up.  They'll inspect it,

7    make sure the tires are up, make sure the

8    equipment, the air lines are working.  Then

9    they'll go back into the truck.

03:45:04PM   10           And then they'll enter the equipment

11   numbers that they've hooked up to because that's

12   how the system reads the equipment from that

13   location to the other location or during the

14   trip.

03:45:16PM   15      Q.   All right.  So what I'm trying to

16   figure out here is since the first line in this

17   series, using the example you just gave, was at

18   2:16 and the last one in this series, which says

19   inspections completed, was 2:21.

03:45:39PM   20           Can we fairly understand that at most

21   the hook and the PTI took three minutes?

22      A.   Based on when the driver hit the

23   macro, that's what you would understand, but

24   what -- and I've said this before.  What a

03:46:01PM   25   driver will typically do instead of out there on

1   the truck or out of the truck inspecting a piece

2   of equipment, climbing back in the truck and

3   hitting inspection on this trailer, going back

4   out and inspecting the other trailer, they'll do

03:46:14PM   5   all of the equipment at the same time.

6       Q.   Have you read Mr. Kehler's deposition?

7       A.   I have.

8       Q.   And toward the end of the deposition

9   he was questioned about these inspections,

03:46:22PM   10  correct?

11      A.   I believe so.

12      Q.   And essentially it was brought out

13  that all of these inspections were pretty darn

14  short, a minute, two minutes, et cetera, right?

03:46:34PM   15      A.   Yes.  He was -- and he was agreeing

16  with the questioner about the time on the

17  report.

18      Q.   And he never suggested, well, it's

19  that way because I just saved them all up until

03:46:45PM   20  I got back in the tractor and then pushed the

21  macro one, two, three or four times?

22      A.   That is correct.

23      Q.   Do you have any reason to believe

24  that, if requested, he would have offered that

03:46:59PM   25  explanation?

1    MR. KAPP:  Object to the form.

2    THE WITNESS:  I don't know what he

3  would have said.  I'm kind of going based on my

4  experience of how drivers work e-logs, the

03:47:10PM  5  computer system from the truck, and doing the

6  work.  I don't know how he would answer.

7    I could be totally wrong on this, but

8  I'm saying this is based on my experience of how

9  drivers will typically do the inspections.

03:47:22PM  10  BY MR. FITZGERALD:

11    Q.  Well, have you suggested to Counsel

12  that Mr. Kehler be interrogated about that so

13  you know whether you're right or wrong?

14    MR. KAPP:  Don't answer that.  We're

03:47:36PM  15  not gonna talk about any part of you developing

16  opinions and communicating with counsel.

17  BY MR. FITZGERALD:

18    Q.  Would you like to know what he would

19  have to say about that?

03:47:45PM  20    MR. KAPP:  Object to the form.

21    THE WITNESS:  Oh, I think so.

22  BY MR. FITZGERALD:

23    Q.  Because if he doesn't say that I saved

24  it all up and then pushed a bunch of macros,

03:47:55PM  25  he's stuck with some pretty darn short

1    inspections; isn't that true?

2             MR. KAPP:  Object to the form.

3             THE WITNESS:  Yes, he would be.  But,

4    again, going back, there's no way you can even

03:48:07PM  5    do a fast inspection in a minute and get back up

6    in the tractor and hit the macro.

7    BY MR. FITZGERALD:

8             Q.  Well, I just want to make sure we're

9    clear on this.  On this event that took place

03:48:21PM 10    from 2:16 to 2:21, which is five minutes, I just

11    want to make sure I'm clear.

12             Are you offering an opinion that more

13    likely than not he spent more time than that

14    five minutes?

03:48:40PM 15             A.  I don't know.  I don't know what the

16    correct time that he spent was.  I can tell you

17    what drivers do.  You've got five minutes there

18    and -- I don't know, he may have spent five

19    minutes.

03:48:53PM 20             Q.  And he should have spent more on a

21    pretrip inspection; isn't that true?

22             A.  He could have, yes.

23             Q.  Well, he not only could have, but he

24    should have, right?

03:49:00PM 25             MR. KAPP:  Object to the form.

1              THE WITNESS:  If that's all he spent

2     doing three trailers, his converter gear, and

3     tractor or dolly on the tractor.

4     BY MR. FITZGERALD:

03:49:14PM   5         Q.  Because the whole idea behind these

6     regulations is to try to make the highway safer;

7     isn't that true?

8         A.  That's the whole idea, yes, the

9     general idea with regard to hours of service.

03:49:26PM  10         Q.  And I think it's clear that you don't

11    know one way or the other as to whether FedEx

12    would look at this and say, huh, pretty short

13    inspection.  We'd better get looking into that.

14    You don't even know if they did that, right?

03:49:43PM  15         A.  Correct.

16         Q.  But they should have, shouldn't they?

17              MR. KAPP:  Object to the form.

18              THE WITNESS:  Well, they audit logs

19    and ensure the drivers are completing logs.  I

03:49:52PM  20    don't know if they would have audited their logs

21    on a particular day or they would have audited a

22    percentage of logs.

23              FedEx or CLR, as far as that goes,

24    aren't supposed to audit logs every day.

03:50:05PM  25    They're just supposed to maintain compliance

1    with the regulations -- their compliance with

2    the regulations.

3    BY MR. FITZGERALD:

4         Q.  And you yourself, certainly for safety

03:50:13PM   5    on the highways, want people conducting

6    appropriately long pretrip inspections, right?

7              MR. KAPP:  Form.

8              THE WITNESS:  They need to log the

9    inspections as they do them.

03:50:24PM   10   BY MR. FITZGERALD:

11        Q.  Not only log them.  You want them

12   actually doing the inspections, right?

13        A.  Well, certainly.

14             MR. KAPP:  Same.

03:50:30PM   15   BY MR. FITZGERALD:

16        Q.  All right.  Page 10 of your report at

17   the bottom, if you want to grab that.

18             The very last sentence begins on 10

19   and it goes over to 11 and it says, "The

03:51:11PM   20   agreement allowed FedEx to have exclusive

21   possession, use and control over equipment under

22   Part 376:12(c) or other applicable regulations

23   including the placement of FedEx USDOT and other

24   identification numbers on contractors trucks,"

03:51:27PM   25   correct?

1          A.   Correct.

2          Q.   That's your opinion?

3          A.   It is.

4          Q.   It also says in the second paragraph,

03:51:43PM   5   second sentence, I believe, "CLR agreed for

6     their drivers to have a favorable appearance

7     that included wearing FedEx clothing and/or

8     apparel purchased by CLR."

9               Is that your opinion?

03:51:54PM  10          A.   Yes, it is.  That's standard.

11          Q.   And they wear -- these gentlemen were

12     wearing FedEx clothing at the time of the wreck,

13     right?

14          A.   You know, I don't know if they were or

03:52:03PM  15   not.  I recall reading where they -- the company

16     had purchased clothing for them, which is

17     typical with a motor carrier with leased

18     vehicles, but I don't recall if they had --

19     maybe had a shirt on or something.  I don't

03:52:19PM  20   remember that.

21          Q.   Do you have any idea why the highway

22     patrol would have identified them in their

23     official report as FedEx drivers?

24          MR. KAPP:  Object to the form.

03:52:31PM  25          THE WITNESS:  They may have had their

1 clothes on, may have had a shirt on or pants or

2 something.

3 BY MR. FITZGERALD:

4   Q. Nothing on that truck said this is

03:52:38PM 5 operated by CLR; isn't that true?

6   A. That's true.  The trucks aren't

7 required to have that.  Just the DOT number of

8 the primary carrier.

9   Q. So an ordinary citizen or even a

03:52:49PM 10 highway patrolman looking at the truck would

11 make a reasonable assumption that it's a FedEx

12 operation?

13     MR. KAPP:  Object to the form.

14     THE WITNESS:  That is correct.  And

03:53:02PM 15 that's what most carriers do.  They try to make

16 their appearance seamless with contractors,

17 although they -- the person's a contractor, owns

18 his own truck.  They try to make it seamless for

19 the customer.

03:53:14PM 20 BY MR. FITZGERALD:

21   Q. You don't have any problem with a

22 regulatory scheme that puts the burden on FedEx

23 to try to improve safety on the highways, do

24 you?

03:53:21PM 25     MR. KAPP:  Form.

1          THE WITNESS:  No, sir.

2    BY MR. FITZGERALD:

3          Q.   Okay.  At the bottom of page 11 it

4    says, "CLR and its drivers were also required to

03:53:30PM  5    follow FedEx drug and alcohol policies and

6    procedures and meet other safety and security

7    obligations."

8          Is that your opinion?

9          A.   That is.  And that's based on the fact

03:53:41PM  10   that when they were qualified -- or, actually,

11   before they were qualified, they were sent down

12   to have a -- their drug and alcohol testing done

13   preemployment to make sure that happened.

14         Q.   Let's talk about the preemployment for

03:53:58PM  15   a while here.  We've got Mr. Marks, let's focus

16   on him.

17         He gets a job with FedEx, right?  You

18   know.  That he got the job.

19         MR. KAPP:  Object to the form.  Quit

03:54:08PM  20   calling it FedEx.  He was employed by CLR.

21   Let's use the proper term.

22         THE WITNESS:  He didn't get a job with

23   FedEx.  He was working for CLR trucking company

24   or transportation.  FedEx leased his tractor

03:54:22PM  25   on -- they qualified him as CLR's driver.

1    BY MR. FITZGERALD:

2        Q.  Did you read in his deposition where

3    he said he had an opportunity to go with FedEx

4    and he went to the Saint George hub?

03:54:34PM 5        A.  Sure, yes.

6        Q.  Okay.  So he was looking for a job

7    with FedEx; isn't that true?

8            MR. KAPP:  Object to the form.

9            THE WITNESS:  I don't know what job he

03:54:42PM 10   was looking for.  There are contractors out in

11   that hub as well.  And typically they'll say,

12   I'm looking for a job with Swift Transportation

13   when they want to drive a contractor's vehicle

14   too.  I mean, so they kind of don't understand,

03:54:56PM 15   particularly drivers, the nuance of how that

16   works.

17   BY MR. FITZGERALD:

18       Q.  And certainly, likewise, you wouldn't

19   expect our clients, for example, to know that

03:55:07PM 20   nuance would you?

21           MR. KAPP:  Object to the form.

22           THE WITNESS:  Well, unless they're

23   instructed or something on what the nuance is.

24   BY MR. FITZGERALD:

03:55:14PM 25       Q.  Right.  Basically the idea here is if

1    FedEx is gonna be vetting people for employment

2    and putting them out on the road, FedEx is

3    taking responsibility for that, aren't they?

4              MR. KAPP:  Object to the form.

03:55:27PM  5              THE WITNESS:  The responsibility of

6    the person that's driving the truck is CLR and

7    they do vet the drivers just like any other

8    motor carrier in the nation that has contract

9    drivers, they've got them as well.

03:55:40PM  10   BY MR. FITZGERALD:

11             Q.  Have you got Marks' driver

12   qualification form there in your materials?

13             A.  I don't.

14             Q.  It's on your thumb drive?

03:55:53PM  15             A.  Right.

16             Q.  Okay.  So he has to -- there's a FedEx

17   form.  The driver qualification form is a FedEx

18   form, right?

19             A.  It's a FedEx form and I believe it's

03:56:03PM  20   titled contractor re employment or contractor

21   employment.  And they have to do that -- we did

22   it to make sure that when an applicant is

23   completing the application for Swift as an

24   employee, they fill out one application.

03:56:17PM  25             Contractor drivers fill out another

1   form.  It's a FedEx form, but it's a contractor

2   application form.

3        Q.  Now, he goes to -- he winds up having

4   a driver qualification form in the FedEx files

03:56:37PM   5   at the Salt Lake hub; isn't that true?

6             MR. KAPP:  Form.

7             THE WITNESS:  Yeah.  The form is

8   FedEx's titled contractor driver.  That's the

9   forms they use to vet contractors.

03:56:52PM  10   BY MR. FITZGERALD:

11        Q.  And one of the things they want to

12   know is does a driver like Mr. Marks, who they

13   were gonna put in this big rig and put out on

14   the highway, had any experience hauling double

03:57:05PM  15   trailers, right?

16        A.  It would ask them if they haul double

17   trailers, yes.

18        Q.  Right.

19             Did you find anywhere in his driver

03:57:14PM  20   qualification form that he had any experience

21   pulling double trailers before he was put in

22   this FedEx truck to drive down the highway?

23             MR. KAPP:  Object to the form,

24   relevance.

03:57:23PM  25             THE WITNESS:  I don't know.  He would

1   have to have his double CDL endorsement and

2   that's probably why he's the second team member

3   on the truck, but I don't specifically recall

4   that.

03:57:36PM   5   BY MR. FITZGERALD:

6         Q.   Would you be surprised to learn that

7   he had revealed at least no experience driving

8   double trailers -- pulling double trailers as

9   reflected in his driver qualification form?

03:57:48PM   10             MR. KAPP:   Object to the form.

11             THE WITNESS:   No.  I wouldn't be

12   surprised about that.  I think that's why his

13   road test was a couple hours long when he came

14   on board or something.

03:57:57PM   15   BY MR. FITZGERALD:

16         Q.   And if he didn't have that kind of

17   experience, he has to take a FedEx training

18   course before he can pull doubles; isn't that

19   true?

03:58:03PM   20             MR. KAPP:   Object to the form.

21             THE WITNESS:   I don't know anything

22   about a FedEx training course.  He has to have a

23   doubles endorsement and I think he has to go

24   through some testing with a road tester, which

03:58:19PM   25   he did for I think a couple hours he mentioned.

DENNIS RITCHIE - 03/09/2016                                    320

```
 1   BY MR. FITZGERALD:
 2        Q.  Well, let's make sure we're clear
 3   here.  On page 11 of your report it says,
 4   "Before pulling FedEx trailers" -- you might
 5   want to turn to it so you can read it.
 6        A.  What page?
 7        Q.  Page 11.
 8            Before pulling FedEx trailers,
 9   contractor drivers were required to be
10   experienced and have the required skills and
11   knowledge necessary to operate a long haul
12   combination vehicle, correct?
13        A.  Correct.
14        Q.  And the contractor -- on your page 11
15   do you have a reference to contractor driver
16   requirements by FedEx including minimum one year
17   CMV driving similar equipment or completion of
18   FedEx training course to pull double trailers.
19            Is that in your report somewhere, page
20   11 or elsewhere?
21        A.  First of all, which page are you
22   referring to?
23        Q.  I'm asking you.  Tell me if you said
24   that somewhere in your report.
25        A.  I don't believe so.  The one-year
```

03:58:33PM   5
03:58:43PM  10
03:59:17PM  15
03:59:35PM  20
03:59:46PM  25

1    experience issue may be with other companies or

2    even FedEx before they're allowed to drive with

3    the contractor.  That may have been.  And that

4    could have been in the contract appendix 10.

04:00:11PM  5         Q.  Well, let me ask you this.  If you

6    look -- you see those bullet points there on

7    page 11?

8         A.  Yes.

9         Q.  And let's go back and read the

04:00:20PM 10    sentence before that.  It says, "Contractor

11    drivers were screened according to FedEx

12    guidelines that were above the minimum standards

13    set by the FMCSRs and the State of Wyoming.

14    Contractor driver requirements by FedEx

04:00:33PM 15    included:  Minimum 1 year CMV driving similar

16    equipment."

17              Now, his driver qualification file

18    does not show one year CMV driving similar

19    equipment, unless you want to count a belly dump

04:00:53PM 20    or other kind of trucks, not double trailers, as

21    similar equipment.

22              MR. KAPP:  Object to --

23    BY MR. FITZGERALD:

24         Q.  My question is:  Are non-double

04:01:01PM 25    trailers experience acceptable to meet this

1   FedEx requirement?

2          MR. KAPP:  Object to the form.

3          THE WITNESS:  Well, I would have to

4   look at Appendix A again, but I think there's

04:01:15PM   5   two parts to this.  They have to have at least

6   one year commercial driving experience, similar

7   equipment tractor-trailer rigs.

8          I think at some point in time FedEx

9   had a training course to pull double trailers,

04:01:28PM  10   but before he is able to pull double trailers,

11   he has to go down and get a -- be tested to pull

12   LCVs.  That's where you get your doubles

13   endorsement from.  That's from the State.

14   BY MR. FITZGERALD:

04:01:42PM  15       Q.  So are you saying that he did have one

16   year at least CMV driving experience driving

17   similar equipment to this tractor with two

18   double trailers on it?

19          MR. KAPP:  Object to the form.  It

04:01:54PM  20   misstates --

21          THE WITNESS:  I don't know that.

22   BY MR. FITZGERALD:

23       Q.  You don't know that?

24       A.  No.  I don't think he did.  He had

04:01:58PM  25   similar experience pulling trailers, commercial

1    semitrailers.

2         Q.  Do you have any evidence that he

3    completed a FedEx training course to pull double

4    trailers, as you've said here?  I'm not saying

04:02:11PM  5    you said he did it.  I'm just saying this is one

6    thing FedEx requires, completion of a FedEx

7    training course.

8              Is there any evidence that you're

9    aware of that he did indeed complete the FedEx

04:02:21PM 10    training course to pull double trailers?

11              MR. KAPP:  Object to the form.

12              THE WITNESS:  No.  I don't believe

13    they had that course at the time he started

14    driving for CLR.  That was in their agreement or

04:02:39PM 15    their contract.

16    BY MR. FITZGERALD:

17         Q.  I just want to make sure when you're

18    at trial testifying that FedEx exceeds even the

19    minimum standards set by the FMCSRs in the State

04:02:51PM 20    of Wyoming, you will not be testifying that he

21    met this particular requirement, quote, Minimum

22    one year CMV driving similar equipment or

23    completion of a FedEx training course to pull

24    double trailers.

04:03:03PM 25              MR. KAPP:  You've mis -- I object to

1   the form of the question and you're misstating

2   the criteria.

3              THE WITNESS:  He had one year -- at

4   least one year or more years driving a similar

04:03:13PM  5   equipment with regard to semitrailers.  He had

6   that experience.

7              Then they say -- or FedEx in their

8   rules at some point in time said FedEx training

9   course.  They had a FedEx training course for

04:03:25PM  10  persons to pull double trailers.  And I believe

11  that course was discontinued.

12  BY MR. FITZGERALD:

13      Q.   So is it your opinion that having no

14  experience driving double trailers suffices for

04:03:38PM  15  the minimum of one year CMV driving similar

16  equipment?

17              MR. KAPP:  Object to the form.

18              THE WITNESS:  Yes.  And he had to have

19  his doubles endorsement.  He had to be tested

04:03:47PM  20  for that.

21  BY MR. FITZGERALD:

22      Q.   But that doesn't take a year, right?

23      A.   No, that's correct.  It doesn't.

24      Q.   Okay.

04:03:52PM  25      A.   No.  He had a year similar experience

325

```
 1  pulling semitrailers.
 2       Q.   But they weren't doubles, right?
 3       A.   It wasn't doubles, but one trailer's a
 4  semitrailer.  Then he has to go down and get his
 5  CDL endorsement from the State.
 6       Q.   Well --
 7       A.   I don't know if he went through a
 8  two-hour course or something.
 9       Q.   Let me make sure I'm clear on this.
10            You earlier talked about, well, double
11  trailers are different because that second
12  trailer is gonna swing out to the right if
13  you're in a yaw.
14            Wouldn't it be important if FedEx was
15  gonna put somebody out on the road with a double
16  trailer, that to do that he have at least a
17  year's experience driving a double trailer
18  before they do it?
19            MR. KAPP:  Object to the form.
20            THE WITNESS:  I don't think so.  FedEx
21  is set up with a first-seat driver and
22  second-seat driver.  Kehler was the first-seat
23  driver and Mr. Marks would have been the
24  second-seat driver.  In other words, Kehler was
25  watching Marks.
```

04:04:04PM (line 5)
04:04:12PM (line 10)
04:04:23PM (line 15)
04:04:31PM (line 20)
04:04:46PM (line 25)

```
 1  BY MR. FITZGERALD:
 2      Q.  So he can get his one-year experience
 3  as a more or less trainee at FedEx, right?
 4      A.  Correct.
 5          MR. KAPP:  Object to the form.
 6          THE WITNESS:  In other words, he's not
 7  a new driver out of school is what they're
 8  trying to say.  These guys have to be
 9  experienced.
10  BY MR. FITZGERALD:
11      Q.  But he is driving on US highways with
12  other vehicles on them containing United States
13  citizens and he doesn't have a year's experience
14  yet; isn't that true?
15          MR. KAPP:  Object to the form,
16  misstates the evidence.
17          THE WITNESS:  That's not true.  He had
18  about 15 years' experience pulling semitrailers.
19  BY MR. FITZGERALD:
20      Q.  Okay.  Let me be more clear.
21          He did not have a year's experience
22  pulling double trailers before FedEx put him in
23  this truck and let him haul, right?
24      A.  That's correct.
25          MR. KAPP:  Form.
```

1          THE WITNESS:  That's correct.  That's

2    why he had to get his --

3          MR. KAPP:  Just --

4    BY MR. FITZGERALD:

04:05:41PM  5     Q.   That's why he had to what?

6     A.   That's why he had to get his doubles

7    endorsement from the State.

8          Q.   But that doesn't make up for a lack of

9    one year's worth of experience before he's out

04:05:52PM 10   there driving, right?

11         MR. KAPP:  Object to the form,

12   argumentative.  And you've been arguing with him

13   now for about 10 minutes.

14         THE WITNESS:  I don't know.

04:06:00PM 15        MR. FITZGERALD:  I'll probably keep

16   doing it.

17         MR. KAPP:  I bet you will.  I know.

18   BY MR. FITZGERALD:

19         Q.   So you said you don't know?

04:06:05PM 20        A.   What was the question again?

21         MR. FITZGERALD:  Please read back what

22   the witness said in response to my last question

23   before the objection by Mr. Kapp.

24              (The record was read by the reporter

04:06:39PM 25   as follows:

```
 1                  "But that doesn't make up
 2               for a lack of one year's
 3               worth of experience before
 4               he's out there driving, right?"
 5                  Answer:  "I don't know."
 6    BY MR. FITZGERALD:
 7           Q.   That's what I wanted to have read
 8    back.  Your answer was "I don't know," correct?
 9               MR. KAPP:  Object to the form.
10               THE WITNESS:  It's no.  And, again,
11    we're talking about a year's commercial
12    vehicle -- commercial motor vehicle driving
13    similar equipment, semitrailers, or completion
14    of a FedEx training course to pull doubles.
15               I don't believe, before they
16    discontinued the training course, that they
17    pulled doubles for a year hauling freight.  It's
18    a doubles course to teach them how to hook up
19    doubles.
20    BY MR. FITZGERALD:
21           Q.   Which he didn't have, right?
22           A.   He didn't have that.
23           Q.   Why did FedEx quit having that course?
24               MR. KAPP:  Object to the form, calls
25    for speculation.
```

04:06:40PM (line 5)
04:06:45PM (line 10)
04:07:03PM (line 15)
04:07:15PM (line 20)
04:07:23PM (line 25)

1            THE WITNESS:  I don't know.  I don't

2    know.

3    BY MR. FITZGERALD:

4        Q.  Well, would you, as an expert in this

04:07:28PM  5    field, say they should have had a course for a

6    guy who had no experience driving double

7    trailers?

8            MR. KAPP:  Object to the form.

9            THE WITNESS:  Not when he had about 15

04:07:35PM 10    years pulling semitrailers, no.

11    BY MR. FITZGERALD:

12        Q.  Okay.  And that's true even though

13    they handle differently and can be dangerous on

14    the highway, right?

04:07:42PM 15            MR. KAPP:  Same objection.

16            THE WITNESS:  That's correct.

17            MR. FITZGERALD:  Let's mark this as

18    the next exhibit.

19            (Deposition Exhibit No. 254 marked for

04:07:48PM 20    identification.)

21    BY MR. FITZGERALD:

22        Q.  I'm gonna hand you what's been marked

23    for identification as Exhibit 254.  I will

24    represent that it is Bates stamped C&G-FXG-150.

04:08:16PM 25    And it names a registrant FedEx Ground Package

1   System, Inc., Indiana Registration Cab Card, and

2   it's valid for the period of 26 March 2014 to 28

3   February 2015.  So those are military dates.

4   It's certainly valid during the time of the

04:08:36PM  5   deaths in this case.  I'll ask you to take a

6   look at that, please.

7             Have you ever seen a cab card like

8   that before?

9        A.   This specific cab card --

04:08:51PM 10        Q.   A cab card like that before?

11        A.   Oh, yes.

12        Q.   What are they for?

13        A.   They are a registration card, based on

14   that same plate number to be able to travel

04:09:01PM 15   within, for example, the state of Indiana.

16        Q.   Do you recognize that as the cab card

17   for the tractor in this case?

18        A.   I do.

19        Q.   And what does it say in this

04:09:24PM 20   paragraph, which I need to point to you.  You've

21   got my only copy.

22             In the middle of the page, it says,

23   "Motor carrier responsible for safety."

24             Right?  Did I read that right?

04:09:38PM 25        A.   You did.

1      Q.   Who does it say is the motor carrier

2  responsible for safety?

3      A.   It would be FedEx Ground Package

4  System, Inc.

04:09:44PM  5      Q.   Okay.  Thank you.

6           You also attached to your report a

7  document called SMS, which is Safety Measurement

8  System, FedEx Ground Package System, Inc.

9           Do you want to turn to your report,

04:10:01PM 10  please, and go to that page.  It should be

11  page 29 of 46.  And it shows some numbers there,

12  correct?

13      A.   Correct.

14      Q.   And can you make out that the number

04:10:25PM 15  of vehicles on this form under FedEx Ground

16  Package System, Inc., doing business as FedEx

17  Ground is 45,552?

18      A.   That's what it says, yes.  Let me just

19  turn to the previous page here.  It's a bad

04:10:47PM 20  copy.  Maybe 46,662.

21      Q.   Okay.  And how many drivers does it

22  show under the heading of FedEx Ground Package

23  System, Inc., d/b/a FedEx Ground?

24           MR. KAPP:  Object to the form.

04:11:05PM 25           THE WITNESS:  72,122.

DENNIS RITCHIE - 03/09/2016                              332

1    BY MR. FITZGERALD:

2         Q.   Did I read that correctly?  Mr. Kapp

3    objected to the form of my question.

4              Did I read the document correctly?

04:11:17PM 5    A.   Yes.  It says drivers, 72,122.

6         Q.   Okay.  Now, when these -- let me put

7    it this way.  It sounds like you're

8    extrapolating from data from the SAFER web or

9    Safer system that FedEx had a relatively good

04:11:42PM 10   safety record.  Am I right?

11        A.   That's correct.  Looking at it, that's

12   correct.

13        Q.   And you're basing that, if I heard you

14   right, in large part on what happens if they get

04:11:54PM 15   pulled over and the vehicle is inspected, a spot

16   inspection, right?

17        A.   Correct.  It's called roadside

18   inspections, yes.

19        Q.   So wouldn't it be heavily dependent

04:12:04PM 20   upon whether the law enforcement decides to pull

21   over a FedEx truck as opposed to Joe Schmo's

22   moving van?

23             MR. KAPP:  Form.

24             THE WITNESS:  It's totally dependent

04:12:17PM 25   on that because they would inspect the vehicle

1    and/or driver and they would go off the number

2    on the door.

3    BY MR. FITZGERALD:

4         Q.   Right.

04:12:27PM  5         A.   And that's where the report -- if any

6    report's made, will go.

7         Q.   And they decide who to pull over,

8    right?

9              MR. KAPP:  Object to the form.

04:12:36PM 10              THE WITNESS:  Yes.  Sometimes it could

11   be random, but, yes.  Yes, they do.

12   BY MR. FITZGERALD:

13        Q.   Yeah.  So if they don't pull over

14   enough FedEx trucks, we don't really have a

04:12:48PM 15   scientific sample here, do we?

16              MR. KAPP:  Object to the form.

17              THE WITNESS:  I don't know whether

18   it's a scientific sample or not, but when you've

19   got FedEx with 72,000 drivers and all those

04:13:04PM 20   trucks, you tend to get pulled over more than

21   Joe Blow's trailer.

22   BY MR. FITZGERALD:

23        Q.   How frequently do you see a FedEx

24   truck pulled over on the side of the highway?

04:13:14PM 25              MR. KAPP:  Object to the form.

```
                     THE WITNESS:  I --
         BY MR. FITZGERALD:
                Q.   You never have, have you?
                A.   I don't think I have.  I haven't
04:13:19PM  5    really looked either.
                Q.   So you can't tell us what the error
         rate is in this document that you rely on to say
         they have a relatively good safety record, can
         you?
04:13:32PM 10          MR. KAPP:  Object to the form.
                     THE WITNESS:  Well --
         BY MR. FITZGERALD:
                Q.   Error rate is a term of art among
         lawyers nowadays.
04:13:38PM 15          Just for your edification, there is a
         challenge to experts' testimony that isn't based
         on anything scientific.  And I think you've
         already agreed it's kind up to the highway
         patrol to decide who to pull over.
04:13:53PM 20          So I'm asking you, is there a
         scientific error rate to this information that
         you're using to derive your opinion that they're
         a relatively safe company?
                     MR. KAPP:  Object to the form.
04:14:02PM 25          THE WITNESS:  Well, I can tell you
```

 1    that I don't know what the scientific rate is,

 2    but every truck has to go through weigh

 3    stations.  We know that.

 4    BY MR. FITZGERALD:

 5        Q.   And they don't inspect them at weigh

 6    stations, do they?

 7        A.   Certainly they do.

 8        Q.   They go out with a tire gauge and put

 9    it on there and see how much inflation's in that

10    truck --

11        A.   No.  Actually --

12        Q.   -- on the tire?

13        A.    No.  Actually, when they do their

14    inspection at the roadside inspections, they

15    don't gauge that air in the tire until the

16    tire's 50 percent of the air rate.

17             What I'm getting at here is that of

18    all the trucks that go through those inspection

19    stations, which is roadside inspections, the

20    out-of-service rate for vehicles is 12.8 versus

21    20.7 nationwide.  Driver error rate is 1.6 out

22    of 5.5 nationwide, and HAZMAT is 3.8 out of 4.5.

23    Now, that may be skewed a little bit depending

24    on if they're hauling hazardous materials or

25    not.

1          But when I'm referring to

2     out-of-service rates and their situation

3     compared to the national average, they're above

4     the national average because all these trucks

04:15:05PM   5     have to go through these weigh stations.

6          Q.   You're saying that the weigh stations

7     look at their logs and determine whether they've

8     broken the 70-hour rule?  Is that what you're

9     saying?

04:15:14PM   10         A.   Sure.  Weigh stations -- when they go

11    through a weigh station, they have inspection

12    bays.  They may pull them over for logs.  They

13    might do complete Level 1 inspection on trucks.

14    It's up to them.

04:15:28PM   15         Q.   And how do you know precisely what

16    they do in a weigh station?  How do you know?

17         A.   How do I know?

18         Q.   Yes.

19         A.   Because I've been to weigh stations.

04:15:38PM   20         Q.   As a trucker?

21         A.   Not as a trucker.

22         Q.   Have you hung around and seen what

23    they do when they pull people over?

24         A.   I have.  I have in the past.  In fact,

04:15:47PM   25    I used to go down to the weigh stations and wait

1    for our drivers to come through and inspect

2    their vehicles myself.

3            Q.   Why did you need to do that if the

4    weigh stations are doing the inspections?

04:16:00PM    5            A.   They may not have inspected my

6    vehicle.

7            Q.   Right.

8            A.   I would inspect all vehicles.

9            Q.   Right.  They may not have inspected

04:16:04PM   10    all the FedEx vehicles that went through their

11    weigh station; isn't that true?

12            A.   Correct.

13                MR. KAPP:  Object to the form.

14                THE WITNESS:  They're not gonna

04:16:10PM   15    inspect every FedEx vehicle.  They're not gonna

16    inspect another vehicle that is above the

17    national average.

18    BY MR. FITZGERALD:

19            Q.   Will you agree that the information in

04:16:19PM   20    here is not a scientific sample?

21                MR. KAPP:  Object to the form.

22                THE WITNESS:  I can't define what a

23    scientific whatever you said was.  All I can

24    tell you is that all trucks go through these

04:16:36PM   25    stations and trucks are inspected.

1    BY MR. FITZGERALD:

2         Q.   Some trucks are inspected?

3         A.   Some trucks are inspected.

4              MR. KAPP:  Off the record.

04:16:46PM   5              (An off-the-record discussion ensued.)

6    BY MR. FITZGERALD:

7         Q.   Did CLR have a USDOT number at the

8    time of this wreck?

9         A.   I made a search and I don't believe

04:17:43PM   10   they were registered with the DOT at the time of

11   the crash.  Although they're a motor carrier, I

12   don't believe they're registered.  I found no

13   registration number.

14        Q.   Wouldn't you expect, if FedEx was

04:17:58PM   15   concerned about who it was putting out on the

16   highways, that they would at least check to see

17   if CLR was a registered motor carrier?

18             MR. KAPP:  Object to the form.

19             THE WITNESS:  No, sir.  Many

04:18:10PM   20   operator -- owner-operators aren't registered

21   with the DOT because they intend to lease their

22   tractor on with another company.

23   BY MR. FITZGERALD:

24        Q.   An owner-operator is a specific

04:18:19PM   25   individual; isn't that true?

```
             1          A.   It's a specific individual with a
             2    specific truck.  This was a specific individual
             3    with two trucks, similar to an owner-operator.
             4    Now, if you had a large fleet, they would
04:18:31PM   5    generally be registered.
             6          Q.   So whether they pick an appropriate
             7    contractor depends upon -- whether the
             8    contractor they pick actually has a DOT
             9    registration depends upon whether FedEx picks a
04:18:54PM  10    big company or little company, is that what
            11    you're saying?
            12               MR. KAPP:  Object to form.
            13               THE WITNESS:  No, Not at all.
            14    BY MR. FITZGERALD:
04:18:58PM  15          Q.   Please illuminate me on what you're
            16    saying.
            17          A.   I will.  What I meant is that if a
            18    contractor with two trucks, five trucks, or one
            19    truck goes into a company, wants to lease their
04:19:10PM  20    tractor on with that company, such as FedEx, the
            21    company does one of two things.  FedEx will do
            22    one of two things.
            23               They'll inspect the truck at the time,
            24    and they'll qualify their driver or any of the
04:19:20PM  25    drivers that are gonna be driving those trucks.
```

1    The registration doesn't -- it doesn't matter

2    with the DOT, because generally they know

3    they're not gonna register with the DOT.  Their

4    purpose is to lease their truck on with a motor

04:19:36PM   5    carrier.

6           Q.  So as far as the United States

7    Transportation Department goes and the National

8    Highway Traffic Safety Administration, they've

9    only got one registered company to look at here

04:19:46PM  10    and that's FedEx; isn't that true?

11              MR. KAPP:  Object to the form.

12              THE WITNESS:  Yes.  There's only one

13    registered company that I'm aware of.

14    BY MR. FITZGERALD:

04:19:54PM  15           Q.  Okay.

16              MR. KAPP:  Steve, are you gonna ask

17    questions?

18              MR. KLINE:  I'm down to maybe two now

19    that Jim and Chad are done -- or maybe Jim's not

04:20:15PM  20    done.

21              MR. KAPP:  No, he's not done.

22              MR. LIEBERMAN:  And I have just a

23    couple more on the back end.

24              MR. KAPP:  Oh, sweet Jesus.

04:20:31PM  25              MR. FITZGERALD:  Well, I'm happy to

1  check my notes, but I'll need to come back and

2  ask questions if I left any out, but I'm pretty

3  darn close.

4              MR. KAPP:  Go ahead.

04:20:40PM 5              MR. FITZGERALD:  Well, then go ahead,

6  Steve.

7

8                      EXAMINATION

9

04:20:40PM 10  BY MR. KLINE:

11        Q.  So, Mr Ritchie, this is Steve Kline,

12  and I represent the Ednie plaintiffs in this

13  case and I just have a couple of questions, I

14  think, after having listened all day.

04:21:03PM 15              The first one goes back to something I

16  thought you said this morning, and I have to say

17  there are times when I'm not sure I got it

18  exactly right.

19              But I thought you indicated this

04:21:16PM 20  morning that some maintenance companies went to

21  the FedEx lot at the Salt Lake City transfer

22  station and actually picked up the CLR tractor

23  for maintenance.

24              Did I get that right?

04:21:27PM 25        A.  You did.  And I recall information in

one of the depositions where either they dropped

the truck off at one of their designated shops

and they brought the truck back to the FedEx

yard or they picked the truck up and then

04:21:44PM   brought it back to the yard.

Q.   Do you know how they would have ever

accessed the FedEx transfer station?

A.   You know, I don't.  I don't.  I know

there's got to be a certain code, but if they're

04:21:59PM   mechanics, they've got the truck number that's

registered in their system, they may have let

them in.

Q.   Can you give me the name of any

particular maintenance company that has a pass

04:22:11PM   to the FedEx transfer station in Salt Lake City?

A.   I cannot, no.

Q.   And my only other question goes back

to what Mr. Fitzgerald was just talking about a

minute ago, and that's the FMCSR safety ratings.

04:22:29PM   And I'm not sure that I understand what

everybody -- where we've come to with respect to

a couple answers on that.

First off, the statistics you're

talking about, do they relate specifically to

04:22:45PM   FedEx Ground or do they include all the other

1   FedEx entities?

2           A.   They would relate to -- I'll tell you

3   in a minute -- whoever the registered number is

4   under, and that would be FedEx Ground Package

04:23:11PM   5   Systems, Inc., under DOT No. --

6           Q.   And did I get it right that you don't

7   have any idea whether or not the independent

8   contractors are included within that?

9           A.   They would be included in that.

04:23:29PM  10           Q.   And they would be included in that

11   only if they operated under the FedEx DOT

12   number.  Am I right about that?

13           A.   That's correct.  In other words, when

14   FedEx submits their MCS-150 report on an annual

04:23:45PM  15   basis, they include all of the trucks that they

16   own and operate as well as all of the contractor

17   trucks that are delivering freight under their

18   DOT number.

19           Q.   Okay.  So there -- you have the

04:24:02PM  20   ability as an independent contractor to operate

21   under your own DOT number.  Am I right about

22   that?

23           A.   Oh, yes.

24           Q.   Do you know the percentage of

04:24:13PM  25   independent contractors that operate under their

1  own number versus those that operate under the

2  FedEx number?

3          A.  I don't.  But here's the key to that.

4  I think there would be a substantial number of

04:24:27PM  5  those that did.  And the reason I say that is

6  because in order to operate as a motor carrier

7  and haul cargo interstate, this is interstate,

8  you have to have a registered registration

9  number with the DOT.

04:24:46PM  10         So if they want to go out and haul

11  their own loads, in other words, and pull their

12  own trailer, they have to be registered with the

13  DOT to do that.  They have to be a for-hire

14  motor carrier.

04:24:57PM  15         In this case, if they just purchased

16  the trucks and they don't have a trailer and

17  intend to only haul loads for FedEx, there would

18  be no need to be registered.

19         Q.  Okay.  But if any company that's

04:25:10PM  20  working for FedEx wants to haul for either

21  themselves or some other company, they would

22  operate under a different number than FedEx's

23  probably; is that right?

24         A.  That is correct.  And they would have

04:25:25PM  25  to pull FedEx's numbers off the door and put

1    their own numbers on the door.

2         Q.   Okay.  And if they had an accident

3    hauling for FedEx under their own number, that

4    would not be included in the statistics you've

5    looked at; isn't that true?

6         A.   If they haul for FedEx under the

7    contractors number?

8         Q.   Correct.  And they have a wreck doing

9    a load for FedEx, that infraction actually would

10   not appear in the statistics you've looked at;

11   isn't that right?

12             MR. KAPP:  Object to the form.

13             THE WITNESS:  Technically, yes, but

14   they could not be hauling a FedEx load under

15   their number.  That would be a violation in and

16   of itself.

17   BY MR. KLINE:

18        Q.   Why is that?

19        A.   Well, because they're leased to FedEx,

20   number one, they're hauling FedEx loads and

21   they're pulling FedEx trailers.  And under the

22   lease, they --

23        Q.   You're not aware that the contract

24   allows -- the contract that CLR signed allows

25   them to haul for other companies?

1        A.   Yes, it does.   And that's my point.

2   My point is they can leave FedEx separately.

3   When they're hauling FedEx equipment and

4   trailers, during that trip they can haul only

04:26:51PM   5   solely for FedEx.

6            But sure.   They can break away.   If

7   they have their own registration number, they

8   can get their own trailer and they can haul

9   FedEx loads until the cows come home, but

04:27:03PM  10   they've got to take FedEx numbers off their door

11   and they've got to put their numbers on the

12   door.   So you're correct there.

13        Q.   Mr. Rodwick wanted to take advantage

14   of the provision in the contract that says that

04:27:20PM  15   he has the ability to haul for another entity.

16   He would have to have his own DOT number and he

17   would have to somehow alter the number on the

18   door before making that run for another company?

19            MR. KAPP:   Form.

04:27:41PM  20            THE WITNESS:   Well, yes, that's

21   basically correct, unless he leased his truck on

22   with another carrier other than FedEx.   But yes.

23   If he had his own tractor, his own trailer and

24   wanted to haul a load for X, Y, Z company, he'd

04:28:00PM  25   have to be registered with the motor carrier --

1  with the FMCSA.

2  BY MR. KLINE:

3      Q.  And this is my ignorance of the

4  trucking industry, I guess, but what you're

04:28:11PM  5  saying to me is anytime you haul a load for a

6  particular entity, you have to have a separate

7  DOT number when you haul a load for another

8  entity?

9          MR. KAPP:  Object to the form.

04:28:29PM  10          THE WITNESS:  Correct.  You'd have to

11  have your own DOT number.  And, again, this is

12  to haul freight interstate, between states.  If

13  he's gonna haul a load intrastate, he doesn't

14  need to be registered with the DOT, but he does

04:28:45PM  15  need to be registered with that particular state

16  DOT.

17  BY MR. KLINE:

18      Q.  So if he's hauling intrastate, within

19  states, and he has an accident, it's possible

04:29:04PM  20  that that accident doesn't appear on FedEx's or

21  anybody's DOT report?

22      A.  No.  That would be listed under that

23  particular entity registered with the State, for

24  example, State of California.

04:29:20PM  25      Q.  Would that end up on the safety -- the

```
           1   FMCSR safety ratings?
           2        A.   Under -- no, no.  Not unless you're --
           3   not unless he's registered with the FMCSA.  It
           4   would only register under the particular state
04:29:43PM 5   that you're hauling that load intrastate with.
           6            MR. KLINE:  Okay.  That's all the
           7   questions I have.  Thank you.
           8
           9                    EXAMINATION
          10
          11   BY MR. LIEBERMAN:
          12        Q.   Mr. Ritchie, I've got a couple quick
          13   hitters here.
          14            Have you ever been retained by FedEx
04:29:58PM 15  Ground in the past?
          16        A.   No, I have not.
          17        Q.   Prior to today's deposition, have you
          18   ever had any conversations with Dr. Ogden?
          19        A.   No.
04:30:05PM 20       Q.   Mr. Woehrle?
          21        A.   No.
          22        Q.   Anyone from FedEx Ground?
          23        A.   No.
          24        Q.   Anyone from CLR?
04:30:13PM 25       A.   No.
```

1          Q.   Have you ever used a thumper on a

2     steer tire of a tractor?

3          A.   I have not.

4          Q.   Would you know what sound to listen

04:30:21PM   5     for?

6          A.   I wouldn't personally, no.

7          Q.   Do you know what a steering knuckle

8     is?

9          A.   I do.

04:30:30PM  10          Q.   Do you know what a steering shaft

11     spline is?

12          A.   I believe I do.

13          Q.   Do you know what, if anything, happens

14     to the steering wheel if the steering knuckle is

04:30:42PM  15     broken from the steering shaft spline?

16          A.   If it's totally disabled or broken?

17          Q.   Yeah.

18          A.   There would be no steering.  It would

19     spin around, just like a U-joint.

04:30:53PM  20          Q.   Do you know where the steering knuckle

21     is located in the subject tractor-trailer?

22          A.   It's below the -- obviously, the

23     steering shaft into the engine compartment and

24     then coupled with another shaft that goes into

04:31:07PM  25     the gear box.  Kind of like there's a U-joint,

```
 1    the knuckle's the U-joint in between the --
 2          Q.   I call it a U-joint as well.
 3          A.   Okay.  It's halfway from the steering
 4    wheel down to the actual steering box case.
 5          Q.   Are you familiar with Dr. Ogden's
 6    theory that a piece of tire tread broke that
 7    steering knuckle?
 8          A.   I believe I read that, yes.
 9          Q.   Do you have any opinion of your own in
10    that regard?
11          A.   I don't.
12          Q.   Do you know if it's feasible?
13          MR. KAPP:  Object to the form.  He's
14    not being offered to talk about the mode of --
15          THE WITNESS:  I don't.
16          MR. KAPP:  -- failure of the tire or
17    disabling the truck.
18          THE WITNESS:  I don't.
19    BY MR. LIEBERMAN:
20          Q.   With that in mind, have we covered all
21    your opinions and bases in this case?
22          A.   You have.
23          MR. LIEBERMAN:  I am done.  And I
24    thank you for your time, although Mr. Fitzgerald
25    may have a couple follow-ups.  So thank you,
```

04:31:23PM (line 5)
04:31:33PM (line 10)
04:31:40PM (line 15)
04:31:47PM (line 20)
04:31:56PM (line 25)

1  sir.

2

3                    EXAMINATION

4

04:31:58PM  5  BY MR. FITZGERALD:

6        Q.   I'm gonna show you what was listed in

7  your report as Exhibit 3 and it will receive a

8  new number here.  Okay.

9        A.   Okay.

04:32:06PM 10        Q.   And the reporter's gonna put that

11  number on it now.

12             (Deposition Exhibit No. 255 marked for

13  identification.)

14  BY MR. FITZGERALD:

04:32:42PM 15        Q.   And the question is:  Did you write

16  Exhibit 3?

17        A.   These are pages out of the PTI

18  Professional Truck Driver manual.

19        Q.   Do you consider these pages to be a

04:33:04PM 20  reliable authority?

21        A.   I do.

22        Q.   And I have a curiosity about this

23  gentleman on the page here who has been -- whose

24  identity has been obscured.  His face has been

04:33:19PM 25  blacked out.

1          Who did that?  Was that you or is that

2     the way you got it?

3          A.   Oh, no.  That's not blacked out in my

4     manual.

04:33:26PM 5          MR. KAPP:  It's not blacked out --

6          THE WITNESS:  What page is that?

7          MR. KAPP:  It just doesn't copy well.

8     I mean, you can come over here and look, but I

9     could see why it might not copy well.

04:33:51PM 10          MR. FITZGERALD:  That's okay.  It's

11    your airplane.

12          So we need you to leave that book with

13    the reporter or send Mr. Kapp a copy, because we

14    want that whole book.

04:34:06PM 15          THE WITNESS:  Okay.  I'm using this as

16    I work case to case.

17          MR. FITZGERALD:  Sure.  You can work

18    that out with Mr. Kapp.

19          MR. LIEBERMAN:  Jim, do you want to

04:34:15PM 20    mark it?

21          MR. FITZGERALD:  Yeah.

22          (Deposition Exhibit No. 256 marked for

23    identification.)

24    BY MR. FITZGERALD:

04:34:52PM 25          Q.   I think you referred to the 2012 CDL

1    manual in your report.  I'm going to quote

2    something.  "The only acceptable way to check

3    the tire pressure is to use a tire pressure

4    gauge."

04:35:08PM  5           If that's in that CDL manual, would

6    you have expected someone driving through

7    Wyoming to adhere to it?

8                MR. KAPP:  Object to the form.

9                THE WITNESS:  What was that question

04:35:19PM 10    again?

11    BY MR. FITZGERALD:

12         Q.   Yeah.  The CDL manual for Wyoming,

13    2012 version, says "The only acceptable way to

14    check the tire pressure is to use a tire

04:35:28PM 15    pressure gauge."

16                Now, these gentlemen were licensed

17    under a Utah CDL, but my question is:  If

18    they're driving a semitruck with double trailers

19    through Wyoming, do you expect them to adhere to

04:35:43PM 20    this statement that the only acceptable way to

21    check the tire pressure is to use a tire

22    pressure gauge?

23                MR. KAPP:  Object to the form.

24                THE WITNESS:  I see what you mean.

04:35:52PM 25    It's fairly identical to the Utah CDL manual and

1    most of the other manuals in the country.  So

2    whatever that manual says is generally -- it's a

3    guideline.

4    BY MR. FITZGERALD:

04:36:03PM   5        Q.  Do you have any idea what Redbone

6    checked the pressure to be when they -- as you

7    have said several times -- shortly before this

8    incident had the truck in and checked the

9    inflation levels?

04:36:16PM  10        A.  As I mentioned before, I was obviously

11    not there.  I don't know specifically what they

12    would do.  I would expect them and I think it

13    would be reasonable for a driver to expect them

14    to air the tires properly.

04:36:27PM  15        Q.  And would airing the tires to 90 psi

16    be proper with 110 on the placard?

17              MR. KAPP:  Object to the form.

18              THE WITNESS:  I don't know what they

19    would air it up at.  That's generally what they

04:36:38PM  20    do on cold pressure at shops and locations is

21    they air it up around 110.

22    BY MR. FITZGERALD:

23        Q.  Well, my question is:  Would it be

24    acceptable to inflate them only to 90?

04:36:50PM  25              MR. KAPP:  Object to the form.

1           THE WITNESS:  I don't know.  I don't

2   believe so if it's in the shop cold.

3   BY MR. FITZGERALD:

4           Q.  Okay.  You mentioned earlier a safety

04:37:05PM   5   manual that you said you reviewed just the other

6   day and I'm very curious what safety manual you

7   reviewed the other day.

8           A.  I think I was talking about a FedEx

9   manual for contractors.

04:37:27PM  10           Q.  Okay.  Where did you review it?

11           A.  I believe it was sent to me from

12   Mr. Kapp's office.

13           Q.  Okay.  Did your rely on it in reaching

14   any of your opinions?

04:37:38PM  15           A.  You know, there wasn't much to rely on

16   except for it was a safety manual that went to

17   contractors.  The manual -- when I say it's a

18   safety manual, I forget what it's called.  It

19   may have been an operational manual.

04:37:51PM  20           They talked about the safe operation

21   of the trucks and a little bit about maintaining

22   driver qualifications, but most of it had to do

23   with FedEx shipping processes, identifying

24   packages and those kinds of things.

04:38:07PM  25           MR. KAPP:  I forget what it's called,

1    but I think it was the one that they sign off on

2    every year.

3    BY MR. FITZGERALD:

4         Q.  Well, is it in your materials here?

04:38:16PM  5         A.  You've got it.  It's in -- wherever my

6    thumb drive is.

7         Q.  Okay.

8         A.  You should have that.  It would be --

9    if you've got -- you didn't download that, did

04:38:27PM  10   you?

11        Q.  I did download your thumb drive but,

12   as Mr. Lieberman said, we can't always count on

13   a computer like this to get it downloaded

14   precisely.  So we'll work it out.

04:38:39PM  15             Your testimony is you've given it to

16   us on the thumb drive?

17        A.  Correct.  It's under the FedEx

18   documents.

19        Q.  Okay.

04:38:44PM  20        A.  That's where I put it.

21        Q.  Where are these weigh stations that

22   you've been to?  Are they all in Arizona?

23        A.  Most are in Arizona and California,

24   primary that desert center of the border of

04:38:57PM  25   California and Arizona.

        Q.   So you can't testify to what the weigh

stations in Wyoming would do, right?

        A.   No.   I haven't been to those weigh

stations, that's correct.

04:39:08PM   Q.   I have one last thing here and that

is, you earlier testified you do not have to

check the inflation with a gauge for every

inspection.

        The question I have is should you

04:39:16PM check it with a gauge before every pretrip

inspection?

        MR. KAPP:   Object to the form.   It's

been asked and answered.

        THE WITNESS:   I believe that checking

04:39:25PM that with a gauge is up to the drivers -- up to

the driver.   I don't think you should every

single pretrip inspection when you have a team

doing two pretrip inspections a day.

BY MR. FITZGERALD:

04:39:36PM   Q.   Okay.   How about once a week; would

you agree they should check the inflation with a

tire gauge once a week?

        MR. KAPP:   Same objection.

        THE WITNESS:   I think they might be --

04:39:45PM I think they probably should check it even more

1    often than that.

2    BY MR. FITZGERALD:

3         Q.   With a tire gauge?

4         A.   With a tire gauge.  It depends on the

04:39:51PM  5    driver's visual inspection, physical inspection

6    of the tire, but there's no set date, time, or

7    week to be checking tires.

8         Q.   Should they check it with a tire

9    inflation gauge once a month at least no matter

04:40:04PM  10   what the other factors are?

11             MR. KAPP:  Object to the form.

12             THE WITNESS:  I would think a driver

13   would generally gauge a tire at least once a

14   month.

04:40:12PM  15   BY MR. FITZGERALD:

16        Q.   Would you say that that is what safety

17   requires?

18        A.   What safety requires?

19        Q.   Yes.

04:40:22PM  20        A.   It depends on where the truck is

21   running, the truck operation, and when and where

22   it just came out of the shop.  Did it come out

23   of a qualified shop two days ago or when.  I

24   think it's just up to the driver.

04:40:36PM  25        Q.   Well, how about this particular run

1    for these particular drivers on behalf of FedEx

2    from Salt Lake to Connecticut, if they're doing

3    that regularly.

4              Sometime during each month that

04:40:47PM  5    they're operating, should they check the tires

6    with a tire inflation gauge?

7              MR. KAPP:  Same objections.

8              THE WITNESS:  It's up to the drivers,

9    but I would think generally on each end of the

04:40:56PM  10   leg they would do a pretrip inspection and gauge

11   it.

12   BY MR. FITZGERALD:

13        Q.   And when you say you think they would,

14   is it your testimony that to promote safety they

04:41:07PM  15   should?

16             MR. KAPP:  Same objections.

17             THE WITNESS:  Well, there's all kinds

18   of issues about promoting safety.  I'm saying

19   they could and it wouldn't be a bad idea, but

04:41:18PM  20   they're running team operations.  Between the

21   first part of the leg and the second part of the

22   leg, they know what their truck's doing.  They

23   know when their truck came out of the shop.  I

24   don't think they need to gauge their tires every

04:41:28PM  25   time they stop.

1    BY MR. FITZGERALD:

2         Q.  Well, that's not my question.  And so

3    I want to be fair to you because we're probably

4    going to see you in Casper, Wyoming in the

04:41:36PM  5    trial.

6              Have you been informed of the trial

7    date?

8         A.  July sometime?

9         Q.  Yes.

04:41:40PM  10             So if I were to say to you in front of

11   the jury in Casper, Wyoming, I understand your

12   opinion to be it is not necessary for these

13   drivers to put a tire inflation gauge on the

14   steer tires at least once a month, that that's

04:41:53PM  15   your opinion, would that be true?

16        A.  I wouldn't say it's not necessary, but

17   I would not say it's not required.

18        Q.  Would you say it should be done for

19   safety?

04:42:04PM  20        A.  I would say it could be done for

21   safety.

22        Q.  Well, I realize it could be.  They

23   could check it every day.

24             Should they check it at least once a

04:42:10PM  25   month?

1          A.   I don't know.  It's up to the driver.

2     It's up to the driver.  I don't think it's not

3     realistic for a driver not to do it once a

4     month.  I mean, it seems very reasonable to me.

04:42:25PM  5          Q.   Would you say they should check it --

6     should check it at least once every three

7     months?

8               MR. KAPP:  Object to the form.

9               THE WITNESS:  Sure.  I would agree

04:42:36PM 10     with that.

11     BY MR. FITZGERALD:

12          Q.   Every two months?

13          A.   I believe so.

14          Q.   Every six weeks?

04:42:44PM 15          A.   It depends on when the truck goes in

16     the shop.  If they take the truck in the shop

17     with the miles they particularly run, it's gonna

18     be in for a B service.  They take it in for a

19     B service, the shop checks the tires typically

04:42:56PM 20     in those situations.

21          Q.   But we only have one record here of

22     any number reflected in any maintenance record,

23     and that's before these tires were put on, and

24     the number is 90.

04:43:08PM 25               So how can they rely on the shop if

1    the shop they're going to is putting 90 psi in

2    the tires?

3                MR. KAPP:  Object to the form.  Calls

4    for the witness to speculate.

04:43:19PM    5                MR. FITZGERALD:  Well, the witness has

6    said it's perfectly okay to rely on the shop to

7    do it.  The only shop record we have shows

8    underinflation.

9    BY MR. FITZGERALD:

04:43:28PM   10         Q.  So I'm asking you is that perfectly

11   okay?

12                MR. KAPP:  Yeah, it's a Freightliner

13   dealer.

14                THE WITNESS:  I believe, in my

04:43:33PM   15   opinion, when I saw that report they gauged the

16   tire at 90 pounds.

17   BY MR. FITZGERALD:

18         Q.  Right.

19         A.  With the idea that they would air it

04:43:39PM   20   up to whatever the reasonable or the recommended

21   pressure would be.

22         Q.  It doesn't say it was aired up in any

23   record, does it?

24         A.  No.  It doesn't say it was aired up,

04:43:46PM   25   but that would just be their responsibility to

363

```
           1    do that.
           2         Q.   Are you aware that after the wreck
           3    when the surviving tire was checked, the
           4    inflation showed 94 psi?
04:43:57PM 5         A.   I'm not aware of that.
           6         Q.   Would that be acceptable to you to
           7    have it running at 94 psi?  Now, it's cold by
           8    then.
           9         A.   Sure.
04:44:04PM 10             MR. KAPP:  Object to the form.
          11    BY MR. FITZGERALD:
          12         Q.   94 psi would be acceptable.  Is that
          13    what you're saying?
          14         A.   It may be if the drivers are
04:44:09PM 15   constantly trying to get their tires -- trying
          16    to get 110 psi.
          17         Q.   Wait a minute.
          18         A.   You're saying 90 or 94?
          19         Q.   94.  What it shows on the stick, on
04:44:23PM 20   the gauge?
          21         A.   94 is a little bit low.
          22         Q.   Yeah.
          23         A.   Between 100 and 105.  But 94 is very
          24    low.
04:44:29PM 25        Q.   It's not safe, is it?
```

DENNIS RITCHIE - 03/09/2016                                364

1           MR. KAPP:  Object to the form.

2           THE WITNESS:  I don't know if it's

3    safe or not.

4    BY MR. FITZGERALD:

04:44:33PM  5      Q.  You don't know if it's safe or not?

6      A.  No.  94 is -- doesn't mean the tire's

7    not safe.

8      Q.  Is it acceptable to you as a safety

9    expert to have 94 psi in the right steer tire of

04:44:46PM  10   this particular truck?

11          MR. KAPP:  Object to the form.

12          THE WITNESS:  I would say it's only

13   acceptable to have that tire aired up to where

14   it runs at 110 pounds.  I would say that's not

04:44:57PM  15   totally acceptable, but I don't know what the

16   pressure was.  I think it should be more than 94

17   pounds.

18          MR. FITZGERALD:  Okay.  That's all I

19   have.  Thanks.

04:45:08PM  20          MR. LIEBERMAN:  Steve, anything

21   further?

22          MR. KLINE:  I do.  I want to follow up

23   on that, if I might for a second.

24

25

1                        EXAMINATION

2

3    BY MR. KLINE:

4         Q.   Mr. Ritchie, are you testifying

04:45:18PM    5    despite the fact that the placard says it's

6    supposed to be run at 110 pounds cold, that

7    truckers prefer to run it at 110 pounds hot?

8         A.   Correct.

9         Q.   And for the last question that kind of

04:45:38PM   10    dovetails into what Mr. Fitzgerald was asking

11    you.

12              Do you have an opinion as to what psi

13    cold you would put it at to get it to 110 psi

14    hot?

04:45:50PM   15         A.   It would be based on the load factor

16    on the tire.  Generally --

17         Q.   Let's say at maximum load or whatever

18    the load was in this case.

19         A.   80,000 pounds maximum load, if you've

04:46:04PM   20    got --

21         Q.   No.  I'm not talking about 80,000

22    pounds.  I'm talking about 12,000 pounds.

23         A.   Well, then you'd have to factor in the

24    weight of the trailers, converter gear, and

04:46:16PM   25    tractor.  You might be at 65,000 pounds.  Divide

1    that by 22 tires.  It might be 28 to 3,000

2    pounds per tire.

3              The regulations indicate that at -- in

4    373.75, I forget the regulation, that at 41

04:46:48PM  5    miles per hour to 50 miles per hour the

6    weight -- the pressure can increase 10 to 15

7    pounds.

8              And as I went through the history --

9         Q.  Even at 50 miles an hour it wouldn't

04:47:02PM  10   surprise you if Mr. Kehler and Mr. Marks decided

11   to put the pressure at 95 psi?

12             MR. KAPP:  Object to the form.

13             THE WITNESS:  Well, no.  I think

14   that's low.  I think he said 100 to 105 is what

04:47:14PM  15   they usually ran it at.  And based on that with

16   the weights they were hauling with FedEx, that

17   would put it right around 110 pounds.

18             And, as I mentioned before, that's

19   consistent with the Bridgestone tire inflation

04:47:32PM  20   inspection they did on multiple trucks where the

21   drivers would typically run it at that 105

22   pounds.

23   BY MR. KLINE:

24        Q.  So it's fair to say that it doesn't

04:47:45PM  25   surprise you that everybody ignored the placard?

1            MR. KAPP:  Object to the form.

2            THE WITNESS:  Well --

3            MR. KLINE:  What's wrong with that

4    form?

04:47:56PM  5            THE WITNESS:  It's not ignoring the

6    placard.  It's what is --

7    BY MR. KLINE:

8         Q.  How is it not ignoring the placard?

9    Cold is not the same as hot, is it?

04:48:03PM 10         A.  No, it's not.  It's not.  The drivers

11   in the industry know that they should run those

12   tires for maximum wear at 110 pounds.  They also

13   know the tires heat up when you run them on the

14   road.

04:48:15PM 15         Q.  But it's 110 cold, right?

16         A.  That's what the placard says is cold.

17            What drivers know and understand is

18   you run them at 110 pounds hot, and to run them

19   at 110 pounds hot, if a pressure is at 100 to

04:48:32PM 20   105 cold, it will run up to 110 pounds hot.

21            MR. KLINE:  Well, we'll argue cold

22   versus hot in July.  I'm done.

23

24

25

```
 1                        EXAMINATION

 2

 3   BY MR. FITZGERALD:

 4        Q.  I want to know what scientific studies

 5   you've ever run to determine what you just

 6   testified to as to where you can start.

 7             Have you ever done any studies?

 8        A.  Scientific studies, no, I haven't.

 9   Only based on the regulations and based on

10   studies that Bridgestone did with tires.

11        Q.  How many times have you underinflated

12   a tire below 110, in other words, and then run

13   it for a while and seen what pressure it's gone

14   up to?

15        A.  I have not personally run a tire.  I

16   have not done that.

17             MR. FITZGERALD:  That's all I've got.

18             MR. KAPP:  We'll reserve.  He'll read

19   and sign.

20             (4:49 p.m.)

21

22

23

24

25
```

04:48:49PM (line 5)
04:49:02PM (line 10)
04:49:15PM (line 15)

1                    <u>SIGNATURE PAGE</u>

2        I, DENNIS RITCHIE, a deponent exercising my
     right to read and sign my deposition taken on
3    March 9, 2016, place my signature hereon and
     make the following changes on _____,
4    2016.

5

6                            _____
                             **DENNIS RITCHIE**

7    (IF THERE ARE NO CHANGES, WRITE "NONE" BELOW)

8

9    PAGE  LINE    READS          CHANGE TO        REASON

10   ____  ____  _____  _____  _____

11   ____  ____  _____  _____  _____

12   ____  ____  _____  _____  _____

13   ____  ____  _____  _____  _____

14   ____  ____  _____  _____  _____

15   ____  ____  _____  _____  _____

16   ____  ____  _____  _____  _____

17   ____  ____  _____  _____  _____

18   ____  ____  _____  _____  _____

19   ____  ____  _____  _____  _____

20   ____  ____  _____  _____  _____

21   ____  ____  _____  _____  _____

22   ____  ____  _____  _____  _____

23   ____  ____  _____  _____  _____

24   ____  ____  _____  _____  _____

25   ____  ____  _____  _____  _____

1  STATE OF ARIZONA            )
                              )  ss.
2  COUNTY OF MARICOPA          )

3         BE IT KNOWN that the foregoing

4  deposition was taken before me, Kim Bata, RMR, a

5  Certified Reporter for the State of Arizona;

6  that the witness before testifying was duly

7  sworn by me to testify to the whole truth; that

8  the questions propounded to the witness and the

9  answers of the witness thereto were taken down

10  by me in shorthand and thereafter reduced to

11  typewriting under my direction; that the

12  foregoing pages are a true and correct

13  transcript of all proceedings had upon the

14  taking of said deposition, all done to the best

15  of my skill and ability.

16         I FURTHER CERTIFY that I am in no

17  way related to any of the parties hereto nor am

18  I in any way interested in the outcome hereof.

19         DATED at Phoenix, Arizona, this 21st

20  day of March, 2016.

21             /s/ Kim Bata
              KIM Bata, RMR/CSR
22            Certified Court Reporter
              Certificate No. 50233
23

24

25

DENNIS RITCHIE - 03/09/2016                                             1

**'**

**'14** [1] - 151:22
**'70s** [1] - 11:24
**'80s** [2] - 12:5, 98:23
**'84** [2] - 21:23, 71:25
**'87** [1] - 17:7
**'90** [1] - 61:22
**'90s** [1] - 71:5

**1**

**1** [18] - 11:19, 88:15,
105:9, 114:18,
123:14, 155:2,
167:18, 177:1,
177:7, 204:12,
204:13, 206:3,
207:8, 207:12,
247:6, 255:4,
321:15, 336:13
**1)(ii** [1] - 167:13
**1.13** [2] - 184:11,
185:1
**1.5** [5] - 289:2, 289:11,
290:1, 292:6, 293:5
**1.6** [1] - 335:21
**10** [33] - 29:12, 59:3,
60:16, 62:4, 62:8,
77:22, 77:25, 79:1,
81:11, 81:13,
132:21, 133:5,
134:4, 134:8,
134:11, 136:25,
137:2, 140:1,
141:22, 159:11,
179:4, 179:19,
188:1, 188:3, 188:7,
202:21, 204:20,
223:16, 312:16,
312:18, 321:4,
327:13, 366:6
**10,000** [1] - 109:24
**10/8** [2] - 261:19,
261:20
**100** [9] - 203:19,
208:11, 231:6,
288:10, 293:6,
363:23, 366:14,
367:19
**100,000** [3] - 240:24,
240:25, 241:3
**100,000-plus** [1] -
241:20
**103** [2] - 204:25, 218:3
**104** [2] - 204:25, 218:3
**105** [13] - 203:19,
204:25, 207:15,
208:2, 208:10,
208:11, 209:13,

217:17, 218:3,
363:23, 366:14,
366:21, 367:20
**10:03** [1] - 61:10
**10:57** [1] - 253:19
**10:58** [2] - 253:17,
253:20
**11** [9] - 233:21,
233:24, 312:19,
315:3, 320:3, 320:7,
320:14, 320:20,
321:7
**11.2.4** [2] - 233:25,
235:5
**11/8** [1] - 261:20
**110** [61] - 75:25,
202:12, 202:16,
202:19, 202:23,
203:2, 203:5,
203:12, 203:13,
203:21, 205:1,
206:9, 206:19,
206:21, 207:16,
208:6, 208:7,
208:13, 208:22,
209:10, 209:12,
209:16, 210:16,
210:19, 210:24,
210:25, 211:7,
211:14, 211:19,
212:1, 212:4, 212:5,
212:7, 216:1,
216:22, 217:2,
217:7, 217:8,
217:14, 217:18,
217:19, 218:4,
218:13, 218:19,
218:22, 236:20,
354:16, 354:21,
363:16, 364:14,
365:6, 365:7,
365:13, 366:17,
367:12, 367:15,
367:18, 367:19,
367:20, 368:12
**11575** [1] - 219:20
**11:01** [1] - 111:8
**11:05** [1] - 253:20
**11:12** [2] - 255:15,
255:16
**11:13** [2] - 111:9,
255:17
**11:25** [1] - 247:18
**11:26** [1] - 247:20
**11:42** [1] - 247:7
**11:43** [1] - 247:9
**11:56** [1] - 264:2
**12** [1] - 191:1
**12,000** [1] - 365:22
**12.8** [1] - 335:20

**120** [1] - 209:11
**120-plus** [1] - 209:11
**125417** [4] - 150:4,
150:10, 212:23,
220:1
**12:25** [1] - 173:17
**12:27** [2] - 256:24,
257:9
**12:29** [1] - 257:11
**12:30** [2] - 263:22,
263:25
**12:32** [1] - 264:2
**13** [5] - 57:25, 58:3,
168:13, 240:3,
268:14
**13:28** [1] - 251:6
**14** [2] - 168:16, 272:16
**14-minute** [1] - 247:1
**1459** [2] - 184:25,
185:1
**14:01** [1] - 251:7
**15** [33] - 29:12, 62:4,
62:9, 73:23, 77:23,
77:25, 79:1, 104:22,
149:7, 159:11,
161:23, 170:5,
191:15, 192:6,
192:8, 193:13,
193:24, 202:21,
204:20, 223:15,
261:2, 264:12,
264:14, 264:15,
265:7, 265:11,
265:15, 266:10,
266:11, 287:14,
326:18, 329:9, 366:6
**150** [4] - 20:12, 46:23,
61:22, 159:13
**17** [1] - 84:18
**170** [4] - 291:17,
292:5, 293:6, 293:13
**175** [1] - 238:6
**195** [1] - 238:6
**1980** [1] - 16:19
**1984** [4] - 13:2, 19:12,
20:8, 21:19
**1985** [1] - 24:23
**1987** [1] - 16:19
**1990** [4] - 24:24,
61:13, 71:10, 72:1
**1:15** [1] - 173:17
**1:16** [1] - 246:14
**1:17** [1] - 246:15
**1:18** [1] - 246:17

**2**

**2** [10] - 88:16, 89:21,
128:23, 177:1,
212:18, 228:17,

**228:25, 247:17,
255:4, 290:4
**2,500** [2] - 61:23, 62:1
**2/32** [1] - 241:19
**20** [10] - 29:12, 60:14,
95:17, 104:22,
160:22, 167:10,
172:22, 196:7,
228:23, 228:25
**20,000** [3] - 46:23,
78:4, 96:20
**20-plus** [2] - 158:6,
227:21
**20-year** [1] - 75:20
**20.7** [1] - 335:21
**200** [1] - 293:6
**2002** [1] - 302:7
**2004** [5] - 66:14,
66:20, 67:12, 67:15,
104:25
**2007** [2] - 89:14, 89:15
**2012** [5] - 62:6, 67:12,
68:17, 352:25,
353:13
**2014** [21] - 43:19,
48:12, 88:4, 149:7,
149:11, 150:11,
202:1, 212:18,
219:20, 240:6,
243:11, 243:12,
246:13, 247:7,
247:18, 251:4,
253:16, 255:9,
256:22, 303:17,
330:2
**2015** [5] - 11:19, 88:1,
107:9, 114:23, 330:3
**21** [1] - 11:16
**21,000** [1] - 106:13
**21,485** [1] - 105:13
**22** [6] - 88:4, 107:9,
201:2, 201:3,
204:18, 366:1
**22-5's** [1] - 238:6
**22:50** [1] - 248:2
**23** [1] - 80:15
**231** [2] - 7:23, 7:24
**232** [6] - 10:10, 10:11,
10:15, 10:21, 86:10,
272:15
**233** [3] - 84:13, 84:14,
302:4
**234** [2] - 124:1, 124:4
**235** [2] - 128:7, 128:10
**236** [3] - 134:5, 134:7,
188:4
**237** [1] - 144:22
**238** [5] - 148:22,
148:25, 150:15,
152:16, 153:4

**239** [3] - 149:21,
149:22, 150:6
**24** [3] - 114:23,
116:21, 118:2
**240** [2] - 153:22,
153:25
**241** [2] - 167:1, 167:4
**242** [3] - 173:25,
174:1, 174:4
**243** [2] - 180:12,
180:15
**244** [2] - 181:17,
181:20
**245** [2] - 184:17,
184:20
**246** [2] - 205:23,
218:25
**247** [2] - 212:10,
212:13
**248** [2] - 219:16,
219:19
**249** [2] - 232:10,
232:13
**25** [10] - 11:4, 160:22,
164:12, 170:5,
192:6, 192:8, 195:2,
241:7, 265:7, 274:10
**250** [2] - 234:23, 235:2
**251** [2] - 243:6, 243:9
**252** [2] - 256:4, 256:7
**253** [2] - 259:14,
259:17
**254** [2] - 329:19,
329:23
**255** [1] - 351:12
**256** [1] - 352:22
**26** [3] - 114:23, 240:6,
330:2
**27** [1] - 257:8
**28** [2] - 330:2, 366:1
**29** [1] - 331:11
**290.11** [1] - 137:12
**2.04** [1] - 243:21
**2.05** [1] - 243:22
**2.09** [1] - 243:23
**2:15** [1] - 305:1
**2:16** [4] - 305:1,
306:19, 307:18,
310:10
**2:17** [2] - 306:9,
306:19
**2.20** [2] - 305:11,
306:19
**2.21** [3] - 306:20,
307:19, 310:10
**2:26** [1] - 243:4

**3**

**3** [10] - 39:2, 105:2,

154:4, 154:7, 168:6,
255:5, 259:24,
351:7, 351:16
**3,000** [1] - 366:1
**3,600** [1] - 204:19
**3.8** [1] - 335:22
**30** [7] - 152:12,
154:14, 193:13,
195:2, 243:11,
251:22, 268:10
**30(b)(6** [1] - 67:6
**30-day** [1] - 61:3
**30-minute** [1] - 251:8
**300** [1] - 293:6
**30th** [1] - 256:9
**31** [2] - 88:1, 246:12
**32** [1] - 78:25
**325** [1] - 124:24
**35-minute** [1] - 270:19
**371** [1] - 139:12
**373.75** [1] - 366:4
**376.12** [2] - 181:13,
181:21
**376.2** [1] - 180:16
**376:12(c** [1] - 312:22
**38** [3] - 73:7, 228:16,
228:18
**383** [3] - 115:17,
185:21
**383.111** [3] - 167:5,
169:25, 171:17
**385** [3] - 116:8, 116:9,
131:1
**390** [1] - 223:9
**390.11** [3] - 123:22,
124:5, 124:24
**390.5** [1] - 112:22
**392.71** [1] - 174:5
**392.9** [2] - 223:9,
223:19
**393** [1] - 39:6
**393.75** [3] - 204:5,
205:3, 219:1
**395** [1] - 116:10
**396** [1] - 154:3
**396.3** [3] - 144:19,
146:17, 146:21
**396.3(a)** [1] - 145:1
**3:01** [1] - 272:12
**3:08** [1] - 272:12
**3rd** [1] - 90:7

## 4

**4** [10] - 88:3, 107:8,
168:13, 223:16,
225:6, 251:1, 273:3,
275:14, 282:23
**4,000** [1] - 204:17
**4.5** [1] - 335:22

**41** [2] - 204:14, 366:4
**42** [1] - 303:10
**44** [1] - 303:19
**45,552** [1] - 331:17
**46** [1] - 331:11
**46,662** [1] - 331:20
**462990** [1] - 212:16
**4:49** [1] - 368:20

## 5

**5** [14] - 43:19, 48:12,
78:3, 108:6, 121:19,
159:11, 167:18,
168:20, 219:20,
251:4, 282:23,
282:24, 287:16,
288:3
**5,000** [4] - 62:6, 78:5,
78:6, 78:8
**5.3** [1] - 303:20
**5.5** [1] - 335:22
**5.9** [2] - 188:7, 188:9
**50** [6] - 62:17, 78:11,
78:24, 335:16,
366:5, 366:9
**50,000** [1] - 239:2
**55** [1] - 204:14

## 6

**6** [2] - 253:16, 290:4
**6.0** [1] - 289:20
**60-day** [1] - 61:4
**65** [3] - 64:19, 65:21,
65:23
**65,000** [1] - 365:25
**6:54** [1] - 258:3
**6th** [2] - 261:5

## 7

**7** [5] - 255:12, 303:6,
303:7, 303:17
**70** [1] - 101:3
**70-hour** [1] - 336:8
**72,000** [1] - 333:19
**72,122** [2] - 331:25,
332:5
**75** [5] - 278:8, 285:13,
288:9, 292:6, 294:10
**7th** [3] - 261:5, 261:7,
261:11

## 8

**8** [16] - 78:3, 108:24,
110:6, 121:19,
128:18, 128:21,
128:22, 128:23,

128:25, 129:23,
202:1, 243:12,
255:9, 255:13,
256:10, 256:22
**80,000** [6] - 106:15,
204:18, 208:12,
218:20, 365:19,
365:21
**807998** [1] - 305:2
**825388** [1] - 305:6
**84** [1] - 61:22
**8th** [1] - 219:11

## 9

**9** [12] - 111:23, 112:17,
167:24, 168:9,
233:4, 263:19,
263:20, 282:9,
282:14, 282:24,
283:4, 283:7
**9,000** [1] - 105:18
**9.6.9** [1] - 233:8
**9/10** [1] - 151:22
**9/6** [3] - 260:21,
261:14, 262:15
**9/7** [2] - 260:21,
261:14
**90** [10] - 64:3, 64:11,
213:4, 214:2,
354:15, 354:24,
361:24, 362:1,
362:16, 363:18
**91** [2] - 286:5, 286:11
**94** [10] - 363:4, 363:7,
363:12, 363:18,
363:19, 363:21,
363:23, 364:6,
364:9, 364:16
**95** [2] - 214:2, 366:11
**9:58** [1] - 61:9

## A

**a.m** [16] - 61:9, 61:10,
111:8, 111:9,
243:21, 243:22,
246:14, 247:7,
247:18, 253:17,
255:15, 255:16,
256:24, 257:9, 305:1
**abide** [1] - 66:8
**abided** [1] - 65:6
**ability** [6] - 70:4,
178:15, 206:15,
274:3, 343:20,
346:15
**able** [10] - 42:25,
50:14, 295:25,
296:4, 296:22,

297:1, 298:18,
322:10, 330:14
**abruptly** [2] - 91:8,
92:13
**ABS** [9] - 43:25, 44:2,
44:10, 44:21, 44:22,
45:9, 49:19, 50:3,
52:1
**absentee** [1] - 166:13
**absolutely** [5] - 53:22,
122:19, 161:14,
253:13, 268:2
**absolve** [2] - 139:19,
183:18
**academy** [1] - 13:10
**accelerated** [1] -
299:21
**accelerating** [1] -
299:6
**accelerator** [1] -
298:20
**accept** [3] - 23:17,
27:19, 129:14
**acceptable** [17] -
197:19, 198:9,
198:14, 200:18,
203:1, 221:18,
233:10, 321:25,
353:2, 353:13,
353:20, 354:24,
363:6, 363:12,
364:8, 364:13,
364:15
**accessed** [1] - 342:7
**accident** [36] - 13:5,
13:7, 13:13, 13:21,
13:22, 14:2, 14:23,
14:25, 15:8, 22:7,
22:8, 25:8, 37:14,
96:19, 99:8, 99:22,
100:6, 116:20,
117:1, 118:5, 119:5,
134:24, 134:25,
186:5, 272:18,
272:20, 277:13,
280:6, 281:1, 281:8,
287:25, 293:2,
297:8, 345:2,
347:19, 347:20
**accident-free** [1] -
37:14
**accidents** [19] - 18:1,
22:6, 35:15, 37:11,
74:22, 96:23, 97:5,
99:20, 99:23,
100:17, 116:21,
118:24, 118:25,
132:19, 133:18,
133:19, 134:25,
140:13, 275:23

**accordance** [1] -
188:19
**according** [3] -
149:25, 223:20,
321:11
**accordingly** [2] -
207:11, 209:3
**account** [4] - 84:2,
201:19, 284:12,
284:15
**accumulate** [1] -
121:12
**accumulated** [1] -
118:21
**accumulates** [1] -
121:11
**accumulation** [2] -
122:13, 265:11
**accuracy** [2] - 32:6,
152:1
**accurate** [13] - 17:20,
253:24, 255:22,
255:23, 256:13,
257:1, 286:19,
286:20, 286:23,
287:6, 287:8, 287:9,
292:23
**accurately** [3] - 86:11,
195:16, 195:24
**acquiring** [1] - 181:5
**acronym** [2] - 230:10,
230:15
**act** [1] - 18:18
**Act** [1] - 17:4
**action** [1] - 277:20
**actions** [5] - 107:12,
127:17, 127:24,
129:1, 130:2
**activators** [1] - 14:6
**activities** [1] - 154:15
**actual** [8] - 35:7, 58:4,
98:3, 130:3, 135:22,
211:16, 300:17,
350:4
**adapt** [1] - 25:7
**add** [1] - 298:10
**added** [4] - 9:1, 9:4,
105:18, 262:24
**addendum** [2] -
141:18, 188:3
**Addendum** [12] -
132:21, 133:5,
134:4, 134:8,
134:11, 136:25,
137:2, 140:1,
141:22, 179:19,
188:1, 188:7
**addendums** [1] -
179:16
**addition** [5] - 133:15,

133:16, 133:18, 135:16, 142:4

**additional** [7] - 59:21, 60:1, 70:5, 86:14, 108:13, 139:17, 217:15

**additions** [1] - 11:20

**address** [1] - 269:19

**addressed** [1] - 301:3

**adequacy** [1] - 187:2

**adequately** [4] - 80:4, 80:9, 191:20, 223:23

**adhere** [2] - 353:7, 353:19

**Adjust** [1] - 220:7

**adjust** [3] - 207:11, 209:3, 209:17

**adjusted** [1] - 220:12

**adjuster's** [2] - 98:7, 98:9

**adjusters** [2] - 98:6, 99:7

**adjusting** [1] - 210:7

**administered** [2] - 23:9, 23:13

**administers** [1] - 188:14

**administration** [1] - 12:1

**Administration** [4] - 28:21, 128:12, 154:2, 340:8

**adopt** [1] - 234:20

**advantage** [1] - 346:13

**adversely** [2] - 178:14, 178:17

**advised** [1] - 178:13

**advisor** [5] - 66:16, 66:23, 68:17, 71:6, 71:18

**affect** [5] - 178:15, 178:17, 241:25, 242:9, 260:20

**ago** [13] - 13:25, 58:11, 59:4, 60:16, 81:9, 81:12, 120:13, 130:17, 131:1, 200:10, 259:22, 342:19, 358:23

**agree** [4] - 138:3, 337:19, 357:21, 361:9

**agreed** [2] - 313:5, 334:18

**agreeing** [1] - 308:15

**agreement** [21] - 132:21, 135:5, 179:6, 179:9, 179:12, 179:24,

182:18, 182:21, 183:8, 183:13, 183:18, 183:23, 184:2, 184:12, 184:21, 185:12, 188:17, 188:22, 190:15, 312:20, 323:14

**agreements** [2] - 139:13, 181:10

**agrees** [2] - 190:11, 190:13

**ahead** [10] - 28:8, 33:12, 51:16, 101:3, 162:7, 205:21, 224:7, 292:13, 341:4, 341:5

**ahold** [1] - 51:18

**air** [20] - 76:2, 197:8, 200:5, 202:7, 202:9, 204:24, 207:10, 211:22, 228:1, 228:4, 228:7, 228:8, 231:19, 307:8, 335:15, 335:16, 354:14, 354:19, 354:21, 362:19

**aired** [4] - 201:20, 362:22, 362:24, 364:13

**airing** [1] - 354:15

**airplane** [1] - 352:11

**alcohol** [6] - 23:21, 133:17, 135:3, 167:19, 315:5, 315:12

**alignment** [1] - 241:23

**allegedly** [2] - 236:16, 249:8

**allow** [3] - 50:4, 271:23, 299:20

**allowed** [3] - 178:1, 312:20, 321:2

**allows** [3] - 258:17, 345:24

**almost** [3] - 164:23, 223:11, 223:17

**alter** [1] - 346:17

**altered** [2] - 87:1, 283:1

**altogether** [1] - 302:7

**America** [2] - 90:20, 91:1

**amount** [2] - 24:4, 208:22

**analysis** [3] - 9:18, 14:4, 92:19

**analyze** [2] - 254:19, 254:20

**analyzed** [1] - 280:23

**Anderson** [1] - 82:1

**Angeles** [3] - 12:3, 12:10, 97:10

**angle** [2] - 275:2, 275:5

**annual** [5] - 49:14, 117:23, 118:4, 194:2, 343:14

**Answer** [1] - 328:5

**answer** [13] - 15:22, 113:22, 126:11, 126:23, 133:24, 137:25, 156:15, 170:12, 208:7, 296:24, 309:6, 309:14, 328:8

**answered** [14] - 36:19, 140:4, 143:11, 146:9, 146:19, 147:19, 170:2, 171:19, 171:20, 230:25, 235:25, 248:13, 253:10, 357:13

**answers** [1] - 342:22

**anytime** [1] - 347:5

**anyway** [2] - 54:11, 59:4

**apart** [3] - 237:10, 264:10, 264:12

**apologies** [1] - 184:20

**apparel** [1] - 313:8

**appear** [2] - 345:10, 347:20

**appearance** [3] - 80:22, 313:6, 314:16

**appeared** [1] - 108:2

**Appendix** [2] - 116:10, 322:4

**appendix** [1] - 321:4

**applicable** [12] - 107:14, 109:11, 110:22, 112:7, 112:10, 123:16, 135:13, 184:8, 188:11, 188:19, 230:3, 312:22

**Applicable** [1] - 108:7

**applicant** [1] - 317:22

**applicants** [4] - 21:5, 22:11, 22:22, 23:2

**application** [13] - 17:15, 17:20, 17:25, 18:6, 27:4, 27:5, 27:8, 27:22, 186:2, 283:11, 317:23, 317:24, 318:2

**applications** [1] - 27:6

**applied** [1] - 283:6

**applies** [1] - 234:6

**apply** [2] - 154:21, 182:16

**approached** [1] - 45:7

**appropriate** [5] - 124:9, 148:19, 266:3, 268:15, 339:6

**appropriately** [1] - 312:6

**approximate** [1] - 61:25

**area** [2] - 97:11, 207:2

**areas** [6] - 73:16, 75:9, 167:11, 168:24, 169:25, 288:6

**argue** [2] - 142:21, 367:21

**arguing** [1] - 327:12

**argumentative** [4] - 143:6, 232:1, 254:25, 327:12

**arise** [1] - 87:7

**Arizona** [4] - 19:7, 356:22, 356:23, 356:25

**arounds** [3] - 224:19, 225:9, 254:9

**art** [1] - 334:13

**AS400** [2] - 58:22, 59:11

**aspect** [3] - 68:14, 100:6, 123:11

**aspects** [2] - 72:16, 136:17

**assigned** [2] - 188:16, 307:1

**assignment** [3] - 107:8, 107:17, 107:19

**Assignment** [2] - 88:3, 107:7

**assistance** [1] - 35:21

**assisted** [4] - 90:16, 250:19, 250:22, 257:25

**assisting** [5] - 67:5, 245:5, 245:8, 245:12, 250:7

**assume** [5] - 26:3, 182:11, 183:1, 186:23, 293:9

**assumes** [1] - 184:2

**assuming** [1] - 284:23

**assumption** [1] - 314:11

**assure** [2] - 185:8, 215:6

**attached** [8] - 70:23, 198:1, 198:19, 205:16, 228:15, 233:2, 299:12, 331:6

**attempt** [1] - 75:7

**attempted** [1] - 275:4

**attempting** [1] - 143:6

**attend** [4] - 60:22, 60:23, 60:24, 61:2

**attended** [2] - 11:23, 12:3

**attending** [1] - 288:14

**attention** [4] - 154:4, 184:25, 188:6, 256:17

**attentive** [2] - 289:5, 290:1

**Attorney** [1] - 107:9

**attorney** [1] - 7:14

**attorneys** [1] - 12:24

**attributable** [1] - 175:9

**audit** [19] - 54:25, 57:22, 59:1, 121:13, 126:14, 140:16, 140:22, 140:25, 142:5, 142:13, 142:17, 143:10, 248:12, 248:22, 248:24, 249:3, 249:5, 311:18, 311:24

**audit-type** [1] - 57:22

**audited** [6] - 54:20, 55:1, 119:25, 249:7, 311:20, 311:21

**auditing** [2] - 32:5, 120:16

**audits** [4] - 54:5, 115:11, 131:6, 140:16

**August** [1] - 240:5

**authored** [1] - 86:23

**authoring** [1] - 86:15

**authoritative** [1] - 291:5

**authority** [4] - 131:4, 135:10, 271:25, 351:20

**authorized** [3] - 182:7, 182:11, 183:22

**available** [2] - 52:22, 76:24

**average** [11] - 23:24, 222:1, 240:8, 240:17, 240:21, 263:1, 289:4, 289:7, 336:3, 336:4, 337:17

**averages** [1] - 115:1

**avoid** [1] - 174:25

**awards** [1] - 80:7

**aware** [24] - 44:24, 52:3, 52:6, 81:1, 129:9, 165:20,

DENNIS RITCHIE - 03/09/2016                                                    4

166:3, 166:7, 166:8, 176:18, 177:13, 202:14, 238:2, 239:10, 284:2, 284:6, 284:9, 285:11, 286:3, 323:9, 340:13, 345:23, 363:2, 363:5
**axle** [23] - 95:2, 96:16, 104:4, 104:7, 198:25, 201:5, 202:2, 207:23, 211:12, 214:14, 214:22, 215:7, 219:9, 222:9, 237:18, 238:10, 239:18, 240:5, 241:14, 294:23, 295:3, 295:11, 297:7
**axles** [1] - 227:17

## B

**bachelor** [2] - 11:25, 12:2
**Background** [1] - 135:17
**background** [7] - 26:12, 27:9, 80:5, 80:10, 97:1, 290:10, 298:22
**backwards** [2] - 180:1, 180:9
**bad** [6] - 10:23, 50:13, 151:2, 229:2, 331:19, 359:19
**balance** [1] - 202:6
**balanced** [3] - 201:20, 202:6
**bar** [1] - 12:15
**barely** [1] - 250:1
**Barnett** [1] - 82:18
**based** [105] - 18:7, 21:16, 40:22, 43:16, 44:15, 70:17, 91:14, 92:3, 92:18, 92:22, 93:6, 96:2, 96:3, 96:19, 97:14, 97:20, 101:6, 103:12, 103:15, 103:17, 107:21, 113:11, 115:9, 115:16, 138:22, 141:18, 141:23, 142:3, 143:21, 143:25, 155:2, 157:1, 160:8, 160:24, 162:14, 165:2, 165:4, 173:10, 186:1, 186:16, 194:20,

194:21, 194:22, 197:22, 197:23, 199:1, 199:22, 202:11, 202:21, 203:5, 203:6, 203:7, 210:13, 210:14, 212:2, 221:22, 221:23, 246:23, 251:16, 252:16, 256:15, 257:23, 258:20, 263:14, 266:6, 266:7, 266:8, 272:7, 272:8, 273:12, 274:9, 274:12, 274:18, 275:23, 277:22, 277:24, 280:13, 280:16, 283:13, 288:18, 289:6, 289:7, 290:17, 292:1, 292:5, 292:6, 292:16, 293:12, 294:7, 295:18, 295:19, 296:25, 307:22, 309:3, 309:8, 315:9, 330:13, 334:16, 365:15, 366:15, 368:9
**bases** [3] - 87:10, 290:5, 350:21
**basic** [6] - 13:10, 13:16, 14:3, 21:23, 116:13, 169:3
**basics** [1] - 117:11
**basing** [1] - 332:13
**basis** [22] - 41:5, 57:12, 57:22, 66:24, 94:12, 155:20, 157:14, 160:11, 160:12, 160:17, 160:18, 160:25, 198:22, 200:2, 230:7, 240:10, 240:11, 240:23, 241:5, 267:20, 290:5, 343:15
**Bates** [4] - 184:13, 184:24, 219:20, 329:24
**Bay** [1] - 97:10
**bays** [2] - 79:24, 336:12
**Beauchamp** [1] - 95:9
**became** [1] - 61:13
**become** [1] - 21:5
**becoming** [1] - 72:24
**begin** [1] - 269:14
**beginning** [1] - 156:8
**begins** [1] - 312:18

**behalf** [10] - 22:15, 22:16, 67:12, 83:8, 84:21, 84:22, 85:11, 88:12, 150:2, 359:1
**Behavior** [1] - 291:11
**behavior** [1] - 197:20
**behind** [2] - 106:19, 311:5
**believes** [1] - 277:20
**bell** [2] - 82:7, 291:8
**belly** [1] - 321:19
**below** [12] - 114:25, 213:7, 213:14, 213:17, 214:1, 215:2, 215:12, 218:4, 240:17, 240:20, 349:22, 368:12
**benefits** [1] - 66:22
**berth** [6] - 245:7, 257:6, 257:19, 261:1, 267:24, 268:6
**best** [10] - 25:23, 52:21, 65:9, 74:7, 74:8, 126:23, 132:24, 140:6, 170:12, 217:5
**bet** [1] - 327:17
**better** [9] - 28:12, 65:3, 131:23, 205:20, 205:22, 214:21, 292:11, 304:4, 311:13
**between** [24] - 13:21, 15:8, 19:1, 41:19, 45:22, 58:20, 63:13, 66:19, 97:10, 118:20, 183:23, 184:22, 187:2, 191:15, 204:20, 220:15, 220:21, 244:3, 244:4, 265:7, 347:12, 350:1, 359:20, 363:23
**bid** [1] - 29:21
**big** [6] - 81:17, 99:1, 171:13, 176:12, 318:13, 339:10
**bill** [1] - 77:13
**bills** [1] - 105:17
**binder** [1] - 89:11
**bit** [16] - 15:21, 19:1, 28:18, 56:23, 59:24, 74:3, 75:15, 100:3, 116:4, 126:18, 137:24, 185:18, 217:12, 335:23, 355:21, 363:21
**black** [1] - 89:11
**blacked** [3] - 351:25,

352:3, 352:5
**blah** [3] - 59:14, 59:15
**blew** [7] - 91:6, 91:13, 93:7, 93:16, 94:4, 97:22, 298:5
**bloating** [1] - 231:2
**blow** [2] - 211:7, 237:10
**Blow's** [1] - 333:21
**blown** [1] - 94:13
**blowout** [8] - 231:20, 240:7, 291:18, 291:19, 292:1, 292:9, 292:18, 298:4
**Blowouts** [1] - 168:20
**blowouts** [4] - 171:17, 172:10, 172:13, 172:23
**blows** [2] - 96:1, 96:4
**blowup** [1] - 205:18
**board** [6] - 26:24, 70:5, 71:4, 90:19, 90:22, 319:14
**body** [1] - 80:3
**book** [7] - 36:23, 36:24, 89:20, 205:10, 291:10, 352:12, 352:14
**books** [1] - 288:19
**border** [1] - 356:24
**born** [1] - 82:1
**Bostwick** [1] - 82:9
**bottom** [6] - 8:6, 30:8, 90:14, 185:2, 312:17, 315:3
**bound** [2] - 125:5, 125:14
**box** [6] - 105:22, 149:14, 149:18, 152:16, 349:25, 350:4
**boys** [1] - 176:12
**brake** [14] - 49:18, 52:1, 53:2, 121:5, 281:22, 282:4, 282:12, 283:6, 283:11, 283:12, 283:22, 284:13, 287:1, 287:11
**brakes** [7] - 49:19, 220:7, 221:14, 281:24, 281:25, 282:1, 286:25
**braking** [5] - 280:5, 280:10, 280:13, 282:8, 294:20
**brand** [1] - 240:14
**brand-new** [1] - 240:14
**breach** [1] - 190:15

**break** [7] - 12:6, 61:8, 163:6, 225:7, 242:25, 263:11, 346:6
**breakdown** [3] - 51:2, 51:5, 51:6
**breakdowns** [2] - 39:24, 41:23
**breaking** [2] - 61:5, 117:16
**breathe** [1] - 137:23
**Brian** [10] - 107:12, 243:11, 243:20, 246:12, 247:5, 253:16, 255:10, 255:25, 256:3, 303:17
**Bridgestone** [11] - 7:15, 204:23, 210:15, 217:20, 239:18, 239:20, 240:4, 242:14, 366:19, 368:10
**bring** [4] - 8:7, 40:17, 157:17, 179:3
**broad** [1] - 43:11
**brochures** [4] - 73:2, 73:17, 75:18, 76:5
**broke** [1] - 350:6
**broken** [5] - 41:22, 59:2, 336:8, 349:15, 349:16
**Brothers** [4] - 157:13, 163:18, 202:5, 219:15
**brought** [9] - 8:11, 8:12, 8:13, 9:11, 89:20, 259:7, 308:12, 342:3, 342:5
**Bruce** [1] - 302:16
**brush** [1] - 84:4
**build** [3] - 204:16, 211:3, 218:21
**buildup** [4] - 204:11, 207:8, 207:19, 217:15
**bulge** [1] - 195:17
**bulges** [2] - 231:20, 231:21
**bullet** [5] - 88:16, 229:3, 229:6, 232:5, 321:6
**bulletin** [1] - 73:11
**bulletins** [1] - 73:12
**bunch** [1] - 309:24
**burden** [1] - 314:22
**business** [12] - 12:1, 16:21, 19:18, 67:21, 67:23, 68:25, 69:25, 84:5, 163:19,

163:20, 171:10, 331:16

**button** [5] - 244:11, 248:7, 249:15, 249:16, 306:3

**BY** [297] - 7:8, 8:1, 9:16, 10:13, 11:9, 18:17, 26:17, 28:5, 28:11, 31:2, 33:14, 35:1, 37:17, 43:17, 44:23, 46:6, 46:15, 48:9, 50:20, 51:21, 52:11, 52:19, 53:18, 55:19, 56:12, 61:11, 62:20, 64:8, 64:22, 66:13, 75:14, 78:20, 81:14, 83:2, 83:22, 84:16, 85:9, 86:2, 93:17, 93:23, 94:11, 102:5, 102:14, 111:10, 112:19, 113:14, 113:18, 114:7, 114:15, 121:24, 124:3, 125:17, 126:7, 126:17, 127:2, 127:6, 127:15, 127:23, 128:9, 129:21, 130:9, 130:22, 131:15, 131:25, 133:1, 134:3, 134:17, 136:8, 137:10, 137:18, 138:13, 139:2, 139:16, 139:23, 140:21, 141:11, 141:20, 142:2, 143:3, 143:14, 143:19, 144:12, 144:24, 146:14, 147:4, 147:23, 148:3, 148:24, 149:24, 150:20, 151:8, 151:18, 151:23, 152:7, 153:3, 153:14, 153:24, 156:23, 158:7, 158:15, 160:3, 162:1, 162:8, 163:21, 166:1, 166:5, 166:20, 167:3, 168:10, 169:7, 170:14, 171:14, 171:22, 172:14, 172:25, 173:19, 174:3, 174:19, 175:3, 175:16, 175:23, 176:13, 176:24, 177:17, 180:14,

181:19, 182:23, 183:5, 183:25, 184:10, 184:19, 186:21, 187:16, 189:8, 189:13, 190:4, 190:9, 190:23, 191:16, 191:25, 192:5, 193:9, 193:25, 194:19, 196:16, 197:3, 197:13, 200:21, 201:24, 203:23, 205:25, 206:22, 208:3, 208:14, 208:24, 209:14, 209:25, 211:1, 212:12, 213:13, 213:21, 214:19, 214:25, 215:21, 216:7, 216:13, 216:23, 218:9, 218:23, 219:22, 220:25, 221:16, 222:17, 227:5, 228:2, 231:4, 231:10, 232:4, 232:12, 233:19, 234:10, 234:19, 234:25, 236:4, 236:14, 237:23, 238:8, 238:12, 243:8, 248:18, 249:19, 252:12, 253:2, 253:14, 254:7, 255:8, 256:6, 258:2, 259:16, 262:12, 270:10, 271:14, 271:20, 272:6, 272:13, 275:12, 275:25, 277:10, 281:12, 285:17, 286:2, 286:12, 287:21, 288:12, 293:15, 293:22, 299:1, 299:10, 301:9, 302:3, 303:12, 309:10, 309:17, 309:22, 310:7, 311:4, 312:3, 312:10, 312:15, 314:3, 314:20, 315:2, 316:1, 316:17, 316:24, 317:10, 318:10, 319:5, 319:15, 320:1, 321:23, 322:14, 322:22, 323:16, 324:12, 324:21, 326:1, 326:10, 326:19,

327:4, 327:18, 328:6, 328:20, 329:3, 329:11, 329:21, 332:1, 333:3, 333:12, 333:22, 334:2, 334:12, 335:4, 337:18, 338:1, 338:6, 338:23, 339:14, 340:14, 341:10, 345:17, 347:2, 347:17, 348:11, 350:19, 351:5, 351:14, 352:24, 353:11, 354:4, 354:22, 355:3, 356:3, 357:19, 358:2, 358:15, 359:12, 360:1, 361:11, 362:9, 362:17, 363:11, 364:4, 365:3, 366:23, 367:7, 368:3

# C

**C&G-FXG-000093** [1] - 212:15

**C&G-FXG-000134** [1] - 219:21

**C&G-FXG-001459** [1] - 184:13

**C&G-FXG-150** [1] - 329:24

**c)(1** [2] - 182:5, 182:19

**C.R** [2] - 83:18, 302:17

**Cab** [1] - 330:1

**cab** [4] - 330:7, 330:9, 330:10, 330:16

**calculating** [1] - 118:22

**calculations** [3] - 14:8, 14:12, 292:23

**caliber** [1] - 251:21

**California** [6] - 12:4, 29:22, 164:25, 347:24, 356:23, 356:25

**Canadian** [2] - 63:25, 91:2

**cannot** [2] - 139:19, 342:16

**cap** [1] - 241:14

**capable** [1] - 185:10

**capacity** [5] - 8:12, 69:8, 120:1, 200:7, 248:10

**capture** [1] - 91:21

**car** [1] - 162:16

**Card** [1] - 330:1

**card** [5] - 330:7, 330:9, 330:10, 330:13, 330:16

**care** [13] - 39:11, 41:21, 50:21, 76:10, 79:5, 107:16, 110:17, 110:18, 111:4, 119:21, 161:24, 162:23, 164:24

**career** [2] - 104:19, 104:21

**cargo** [14] - 30:9, 30:24, 72:17, 74:15, 74:20, 74:24, 121:4, 218:21, 223:22, 224:4, 224:5, 224:9, 224:20, 344:7

**Cargo** [1] - 105:12

**carried** [1] - 206:6

**Carrier** [13] - 21:12, 21:14, 21:24, 28:20, 66:9, 89:8, 90:1, 108:7, 114:13, 128:11, 154:1, 177:22, 188:12

**carrier** [51] - 29:8, 30:1, 30:25, 40:8, 42:24, 55:4, 109:9, 112:9, 115:8, 115:9, 116:13, 117:19, 118:15, 119:20, 121:9, 121:10, 123:15, 125:3, 125:4, 125:12, 126:14, 127:12, 127:18, 127:25, 129:2, 130:13, 131:9, 137:15, 138:24, 145:2, 153:15, 154:11, 154:17, 182:7, 182:11, 183:22, 186:17, 186:18, 187:9, 313:17, 314:8, 317:8, 330:23, 331:1, 338:11, 338:17, 340:5, 344:6, 344:14, 346:22, 346:25

**Carrier's** [1] - 130:5

**carriers** [20] - 20:16, 28:22, 68:1, 111:14, 112:6, 118:16, 123:13, 125:24, 126:3, 126:12, 127:12, 127:16, 127:24, 128:25,

130:1, 137:7, 138:10, 153:20, 183:24, 314:15

**cars** [2] - 63:14, 197:16

**Case** [3] - 88:3, 107:7, 107:8

**case** [90] - 8:14, 9:11, 9:12, 10:16, 15:1, 25:16, 43:19, 44:18, 44:19, 44:22, 44:24, 51:17, 53:14, 54:9, 67:25, 68:2, 80:21, 80:22, 81:2, 81:4, 81:5, 81:6, 81:9, 81:15, 82:9, 86:12, 92:16, 93:11, 93:14, 95:13, 95:15, 97:25, 100:2, 104:11, 105:6, 108:11, 111:25, 123:7, 126:4, 129:15, 136:4, 138:15, 144:14, 148:14, 150:24, 153:21, 154:22, 158:22, 161:19, 183:10, 191:12, 194:15, 212:24, 237:7, 237:16, 239:11, 273:17, 274:13, 274:15, 275:5, 276:2, 277:22, 278:21, 279:1, 279:3, 279:7, 280:13, 281:21, 282:16, 284:3, 285:9, 290:7, 290:8, 291:25, 293:2, 294:16, 295:14, 295:15, 295:16, 296:18, 303:10, 330:5, 330:17, 341:13, 344:15, 350:4, 350:21, 352:16, 365:18

**cases** [9] - 8:22, 67:15, 67:16, 98:1, 98:3, 161:5, 166:18, 270:13, 271:9

**Casper** [2] - 360:4, 360:11

**caused** [7] - 92:13, 92:21, 93:2, 145:15, 147:2, 147:7, 147:8

**causes** [2] - 217:15, 273:16

**causing** [3] - 91:7, 134:24, 295:13

**CD** [1] - 9:13

**CDL** [57] - 35:8, 35:9, 59:20, 69:3, 69:17, 69:24, 71:11, 71:14, 71:15, 71:20, 90:4, 90:5, 96:11, 108:24, 109:6, 109:13, 109:19, 110:2, 110:10, 110:23, 165:13, 169:4, 169:14, 169:16, 169:22, 170:7, 172:3, 172:12, 172:13, 173:11, 185:21, 185:23, 198:6, 198:7, 229:8, 229:16, 229:17, 229:25, 230:3, 232:21, 232:22, 288:18, 288:20, 289:8, 289:10, 289:20, 289:24, 290:22, 291:3, 319:1, 325:5, 352:25, 353:5, 353:12, 353:17, 353:25
**Center** [3] - 212:14, 214:4, 214:8
**center** [2] - 91:8, 356:24
**certain** [14] - 8:7, 16:4, 18:22, 18:24, 22:9, 106:12, 139:13, 139:14, 181:24, 182:1, 237:10, 251:18, 297:19, 342:9
**certainly** [7] - 34:15, 63:5, 312:4, 312:13, 316:18, 330:4, 335:7
**certainty** [1] - 199:21
**certificates** [1] - 80:12
**certification** [1] - 49:17
**certified** [6] - 48:7, 49:10, 49:15, 49:16, 49:20, 53:1
**Cervantes** [1] - 302:17
**cetera** [1] - 308:14
**Chad** [5] - 7:14, 18:8, 25:20, 254:24, 340:19
**challenge** [1] - 334:16
**change** [7] - 46:24, 199:14, 234:21, 241:2, 241:19, 250:20, 269:21
**changed** [7] - 41:11, 87:1, 99:5, 124:19, 161:6, 162:17,

162:19
**changes** [3] - 40:24, 46:21, 232:25
**changing** [3] - 223:12, 260:25, 261:1
**chapter** [2] - 206:14, 206:24, 228:17
**Chapter** [2] - 228:17, 233:23
**characterize** [1] - 122:6
**charge** [1] - 68:3
**Charlie** [11] - 32:12, 32:19, 41:25, 47:8, 47:16, 47:17, 47:18, 47:24, 48:22, 58:9, 58:25
**check** [51] - 42:21, 58:15, 76:21, 123:7, 171:10, 195:10, 197:8, 197:18, 198:3, 198:10, 198:14, 198:20, 198:24, 199:2, 199:9, 199:10, 200:18, 201:1, 201:18, 201:21, 220:21, 222:16, 222:20, 222:25, 224:19, 227:21, 227:22, 229:20, 229:22, 230:5, 230:21, 231:14, 233:10, 234:2, 234:13, 235:18, 338:16, 341:1, 353:2, 353:14, 353:21, 357:7, 357:10, 357:21, 357:25, 358:8, 359:5, 360:23, 360:24, 361:5, 361:6
**Check** [3] - 229:7, 229:23, 235:6
**Checked** [1] - 213:4
**checked** [20] - 89:18, 149:18, 152:16, 159:2, 202:2, 219:10, 220:17, 221:15, 222:8, 227:25, 235:22, 236:6, 236:13, 236:16, 236:18, 236:19, 236:24, 354:6, 354:8, 363:3
**checking** [20] - 32:6, 195:4, 198:6, 208:18, 213:24, 214:11, 221:19, 221:25, 223:4,

223:18, 223:23, 224:9, 225:1, 228:3, 228:4, 230:14, 230:18, 235:12, 357:14, 358:7
**checks** [5] - 27:9, 27:10, 174:24, 197:17, 361:19
**chief** [1] - 12:20
**choose** [2] - 77:18, 79:9
**Chris** [18] - 48:24, 48:25, 49:2, 49:4, 51:20, 51:23, 105:8, 150:1, 157:6, 157:9, 164:1, 164:2, 164:3, 164:6, 170:15, 185:19, 186:8
**Chris's** [1] - 53:8
**circumstance** [1] - 24:11
**circumstances** [2] - 16:4, 50:17
**citation** [2] - 22:7, 119:19
**citations** [9] - 18:2, 29:18, 34:2, 37:12, 38:1, 65:9, 65:10, 66:2, 132:18
**cite** [1] - 110:6
**cited** [2] - 119:19, 289:18
**cites** [1] - 118:1
**citizen** [1] - 314:9
**citizens** [1] - 326:13
**city** [1] - 12:9
**City** [5] - 15:4, 193:2, 207:21, 341:21, 342:15
**claims** [5] - 25:9, 67:5, 74:15, 74:20, 97:16
**clarify** [2] - 26:2, 63:20
**class** [2] - 71:13, 71:21
**classified** [1] - 138:21
**classify** [2] - 29:1, 79:4
**clear** [10] - 44:16, 200:14, 207:1, 302:5, 310:9, 310:11, 311:10, 320:2, 325:9, 326:20
**cleared** [1] - 178:23
**clearly** [1] - 25:15
**clerk** [1] - 140:24
**clients** [1] - 316:19
**climb** [1] - 208:21
**climbing** [1] - 308:2
**close** [6] - 42:10, 85:5, 97:11, 119:6,

124:13, 341:3
**closely** [1] - 42:9
**clothes** [1] - 314:1
**clothing** [3] - 313:7, 313:12, 313:16
**CLR** [97] - 20:23, 45:16, 107:13, 112:3, 113:7, 118:17, 118:18, 122:3, 122:17, 122:20, 123:3, 125:16, 125:20, 125:24, 126:4, 126:9, 126:13, 126:14, 126:25, 127:8, 129:11, 130:14, 131:19, 135:11, 136:23, 137:1, 138:10, 138:15, 138:24, 139:19, 140:1, 141:22, 147:7, 149:6, 150:2, 150:8, 150:24, 154:22, 156:24, 157:23, 162:3, 163:23, 164:3, 166:2, 166:9, 169:8, 169:11, 169:12, 169:23, 170:6, 170:16, 171:1, 171:6, 175:9, 175:18, 175:24, 176:8, 177:19, 180:1, 180:3, 180:5, 181:1, 181:2, 182:22, 183:14, 184:22, 185:5, 185:15, 186:11, 187:2, 187:5, 187:9, 187:13, 187:17, 187:22, 189:1, 189:2, 189:10, 190:2, 190:18, 191:2, 249:5, 311:23, 313:5, 313:8, 314:5, 315:4, 315:20, 315:23, 317:6, 323:14, 338:7, 338:17, 341:22, 345:24, 348:24
**CLR's** [6] - 126:20, 132:11, 160:19, 168:23, 175:13, 315:25
**CMV** [6] - 320:17, 321:15, 321:18, 322:16, 323:22, 324:15
**CMVs** [1] - 188:19

**Coast** [2] - 271:2
**code** [1] - 342:9
**coincidence** [1] - 263:3
**cold** [24] - 202:12, 202:23, 203:2, 203:13, 203:19, 204:10, 206:5, 207:6, 207:14, 208:10, 209:16, 211:11, 211:14, 212:7, 354:20, 355:2, 363:7, 365:6, 365:13, 367:9, 367:15, 367:16, 367:20, 367:21
**Coleman** [1] - 302:18
**collected** [1] - 120:25
**collecting** [2] - 42:17, 146:1
**collection** [4] - 150:7, 151:24, 243:10, 260:2
**collectively** [1] - 111:18
**Collision** [1] - 91:3
**collision** [2] - 91:15, 294:9
**collisions** [2] - 35:15, 74:15
**Colorado** [1] - 302:16
**column** [1] - 212:17
**combination** [6] - 111:5, 117:2, 295:1, 295:23, 296:10, 320:12
**combined** [2] - 116:25, 186:7
**coming** [8] - 73:24, 74:2, 102:18, 116:18, 118:9, 266:25, 267:24, 268:6
**comment** [5] - 154:2, 173:21, 210:2, 210:4, 277:19
**commented** [1] - 239:11
**comments** [1] - 128:12
**commerce** [1] - 112:6
**commercial** [27] - 19:20, 27:20, 68:11, 70:1, 75:4, 109:23, 167:9, 167:20, 174:7, 174:8, 176:14, 178:24, 186:3, 197:7, 197:20, 198:8, 198:13, 223:21,

223:22, 223:25,
224:3, 224:5,
234:11, 322:6,
322:25, 328:11,
328:12
**Commercial** [3] -
90:3, 232:14, 235:3
**commit** [1] - 130:3
**committing** [2] -
34:25, 54:14
**commodities** [1] -
125:13
**common** [4] - 77:16,
166:14, 245:11,
245:21
**commonly** [2] - 77:14,
176:14
**communicate** [1] -
158:20
**communicated** [2] -
267:4, 267:5
**communicating** [3] -
267:10, 295:21,
309:16
**communication** [1] -
58:19
**communications** [2] -
45:21, 58:21
**companies** [10] -
16:24, 28:22, 35:23,
83:7, 122:24, 132:6,
135:15, 321:1,
341:20, 345:25
**company** [54] - 20:17,
20:18, 21:6, 22:17,
25:7, 35:16, 59:25,
60:17, 60:24, 62:3,
62:13, 64:18, 65:19,
65:20, 67:9, 72:6,
73:13, 76:9, 76:17,
77:2, 79:6, 79:12,
79:17, 84:3, 99:6,
106:10, 123:12,
131:2, 134:20,
146:13, 158:9,
158:23, 159:6,
159:7, 159:18,
160:10, 163:4,
163:8, 313:15,
315:23, 334:23,
338:22, 339:10,
339:19, 339:20,
339:21, 340:9,
340:13, 342:14,
344:19, 344:21,
346:18, 346:24
**company's** [4] -
34:23, 115:16,
159:21, 159:23
**company-employed**

[1] - 64:18
**company-owned** [5] -
20:18, 158:23,
159:18, 163:4, 163:8
**compare** [2] - 9:3,
122:24
**compared** [2] -
123:12, 336:3
**comparing** [1] -
196:11
**comparison** [2] -
302:24, 302:25
**compartment** [1] -
349:23
**compensation** [1] -
189:22
**competing** [1] - 252:3
**complete** [18] - 11:14,
17:15, 30:13, 32:2,
86:3, 90:16, 144:3,
145:22, 146:11,
182:11, 183:1,
184:2, 235:19,
251:25, 262:6,
264:21, 323:9,
336:13
**completed** [30] - 8:20,
9:12, 29:7, 79:23,
131:5, 142:15,
144:3, 226:4,
243:23, 244:6,
246:16, 247:9,
249:9, 249:17,
251:22, 256:24,
257:12, 257:14,
258:19, 262:3,
262:15, 262:19,
266:4, 268:8, 282:8,
304:13, 305:2,
305:6, 307:19, 323:3
**completes** [3] -
247:20, 253:20,
255:16
**completing** [6] -
119:17, 119:23,
120:6, 266:18,
311:19, 317:23
**completion** [4] -
320:17, 323:6,
323:23, 328:13
**Compliance** [1] -
188:10
**compliance** [42] -
25:6, 26:18, 27:9,
27:13, 27:15, 27:24,
54:4, 55:7, 55:10,
55:14, 57:12, 68:1,
107:14, 111:15,
125:25, 126:8,
126:16, 126:21,

127:1, 131:7,
132:11, 133:3,
135:10, 137:8,
140:11, 146:16,
147:7, 148:15,
156:11, 156:22,
188:10, 188:11,
188:15, 189:3,
189:7, 189:18,
190:5, 190:13,
190:19, 211:3,
311:25, 312:1
**compliance-related**
[1] - 188:11
**complied** [2] - 131:19,
173:13
**comply** [12] - 8:8,
40:2, 40:15, 112:7,
112:10, 123:16,
133:11, 135:12,
138:11, 139:1,
179:21
**complying** [1] - 26:22
**components** [2] -
13:24, 14:1
**compound** [1] - 162:7
**compounding** [1] -
274:3
**computer** [4] - 250:17,
258:16, 309:5,
356:13
**computerized** [3] -
59:14, 152:17,
152:21
**computers** [1] - 74:9
**concerned** [4] - 30:4,
106:5, 106:10,
338:15
**conclusions** [1] -
129:9
**condition** [16] - 51:1,
66:3, 66:7, 66:11,
117:3, 153:17,
154:19, 155:1,
155:5, 155:24,
230:12, 230:16,
240:7, 242:13,
242:16, 242:17
**conditions** [2] - 51:4,
242:1
**conduct** [5] - 17:18,
17:21, 54:5, 121:13,
286:14
**conducted** [9] - 16:22,
17:2, 53:6, 87:13,
96:20, 104:9,
104:19, 104:24,
276:8
**conducting** [3] -
286:15, 303:3, 312:5

**confirm** [2] - 169:23,
269:12
**confirming** [1] -
258:18
**confused** [3] - 25:25,
180:11, 251:3
**Connecticut** [2] -
222:2, 359:2
**connection** [1] -
189:20
**consecutive** [1] -
154:14
**consider** [7] - 14:22,
15:15, 16:14, 68:5,
68:9, 68:10, 351:19
**considered** [10] -
21:7, 21:13, 21:15,
117:6, 117:7, 118:6,
119:14, 120:22,
183:22, 236:9
**considering** [1] -
293:7
**consistent** [2] -
124:22, 366:19
**consistently** [1] -
192:24
**constantly** [2] -
223:10, 363:15
**constitutes** [1] -
190:14
**consult** [1] - 211:21
**consulted** [1] - 84:3
**Consulting** [4] -
67:15, 67:22, 68:25,
107:11
**contact** [3] - 36:4,
51:10, 166:9
**contacted** [1] - 157:9
**contain** [4] - 13:16,
13:18, 87:9, 111:13
**contained** [4] -
109:21, 110:15,
114:20, 288:20
**containing** [1] -
326:12
**contains** [2] - 174:9,
178:8
**contends** [3] - 127:18,
127:25, 129:2
**contents** [3] - 183:17,
233:3, 233:21
**context** [7] - 25:21,
26:11, 43:22, 113:6,
179:23, 185:5,
274:25
**Continental** [5] -
238:16, 239:1,
239:4, 239:7, 239:12
**continue** [2] - 29:18,
39:19

**continued** [1] - 120:10
**continuously** [2] -
188:17, 225:1
**contract** [44] - 20:16,
21:22, 23:10, 25:11,
25:15, 25:19, 26:4,
26:9, 26:21, 27:1,
28:2, 35:3, 35:25,
36:10, 37:1, 37:21,
57:5, 57:9, 58:20,
59:7, 60:6, 66:8,
66:11, 70:12, 75:8,
79:16, 133:5,
134:21, 135:11,
135:25, 136:3,
136:10, 139:8,
139:19, 140:2,
160:7, 182:2,
184:16, 317:8,
321:4, 323:15,
345:23, 345:24,
346:14
**contracted** [1] - 22:20
**contracting** [2] - 66:3,
147:7
**Contractor** [3] - 185:7,
188:9, 321:10
**contractor** [59] -
20:18, 21:7, 22:17,
22:25, 26:24, 27:4,
29:5, 29:10, 29:12,
32:2, 36:24, 37:5,
37:24, 47:3, 51:19,
53:25, 57:15, 64:19,
65:2, 65:6, 65:18,
65:23, 78:1, 113:3,
139:14, 140:10,
141:4, 141:5, 144:2,
146:11, 147:1,
159:24, 160:2,
163:3, 176:3, 183:9,
185:4, 186:2,
188:13, 188:16,
189:16, 190:11,
190:13, 314:17,
317:20, 317:25,
318:1, 318:8, 320:9,
320:14, 320:15,
321:3, 321:14,
339:7, 339:8,
339:18, 343:16,
343:20
**contractor's** [2] -
188:21, 316:13
**contractors** [48] -
21:6, 21:9, 22:23,
23:16, 29:3, 31:15,
33:8, 35:5, 35:12,
35:21, 38:6, 38:7,
39:7, 39:9, 39:25,

DENNIS RITCHIE - 03/09/2016                                                    8

40:11, 41:2, 60:22, 62:5, 62:7, 62:9, 62:15, 64:7, 73:14, 76:11, 79:8, 121:14, 132:15, 135:6, 142:12, 145:21, 155:16, 158:25, 159:23, 161:8, 164:20, 169:12, 170:22, 171:11, 312:24, 314:16, 316:10, 318:9, 343:8, 343:25, 345:7, 355:9, 355:17

**contractors'** [1] - 156:2

**contracts** [1] - 180:21

**contractual** [1] - 137:2

**contributes** [1] - 116:12

**control** [17] - 65:25, 145:7, 153:17, 154:14, 154:19, 154:25, 182:8, 274:4, 293:17, 295:25, 296:4, 296:22, 300:3, 300:6, 300:12, 300:25, 312:21

**controllability** [1] - 279:6

**controllable** [3] - 279:11, 296:7, 297:4

**controlled** [1] - 135:3

**controlling** [2] - 295:2, 296:11

**controls** [3] - 116:14, 117:6, 131:3

**convenience** [1] - 235:1

**conversation** [1] - 107:21

**conversations** [2] - 187:1, 348:18

**converter** [5] - 24:8, 192:14, 305:14, 311:2, 365:24

**convey** [1] - 296:16

**convictions** [1] - 18:2

**copies** [6] - 10:3, 87:12, 89:2, 108:16, 123:25

**copy** [13] - 8:14, 10:1, 10:6, 10:20, 10:23, 151:12, 205:9, 233:8, 330:21, 331:20, 352:7, 352:9, 352:13

**corporate** [4] - 66:15, 66:23, 68:13, 68:16

**Corporation** [1] - 83:19

**correct** [348] - 9:19, 9:20, 10:20, 10:22, 13:3, 16:20, 18:21, 19:13, 19:16, 20:2, 20:24, 20:25, 23:11, 24:25, 25:1, 25:12, 25:13, 30:21, 31:5, 36:11, 36:12, 38:9, 38:24, 38:25, 40:18, 42:18, 43:20, 43:21, 44:2, 44:19, 46:10, 51:2, 51:3, 52:17, 56:2, 58:3, 61:15, 61:16, 62:24, 66:4, 66:16, 66:17, 69:1, 69:2, 69:16, 70:16, 70:24, 73:19, 73:21, 75:10, 77:24, 79:10, 80:16, 85:12, 85:13, 87:8, 87:19, 87:20, 87:24, 88:9, 88:13, 88:22, 89:9, 90:24, 91:23, 92:5, 92:6, 92:8, 92:10, 92:21, 92:24, 93:2, 93:3, 96:9, 96:10, 96:13, 96:14, 101:17, 101:21, 102:1, 102:7, 104:13, 109:8, 111:21, 111:22, 112:1, 112:2, 112:25, 113:4, 113:5, 113:13, 114:10, 118:23, 119:9, 120:13, 122:14, 122:15, 122:18, 122:19, 123:4, 123:10, 123:17, 123:18, 124:23, 125:21, 127:14, 137:16, 139:5, 139:6, 139:9, 139:20, 145:16, 147:5, 149:9, 150:4, 150:22, 151:1, 151:25, 154:22, 154:23, 160:5, 160:16, 164:4, 164:17, 164:19, 165:8, 165:12, 166:22, 166:25, 167:11, 167:12, 167:17, 167:21, 167:22, 168:3, 168:12, 168:20, 168:21, 168:25, 169:2, 172:19, 175:10, 177:12,

179:6, 179:24, 179:25, 181:3, 181:7, 181:8, 182:3, 182:4, 184:5, 184:21, 185:5, 185:6, 186:12, 187:20, 188:4, 188:5, 191:3, 191:4, 192:20, 196:8, 196:9, 196:19, 196:20, 198:11, 198:16, 198:17, 198:20, 199:12, 201:6, 201:7, 201:8, 201:9, 201:15, 202:17, 202:24, 202:25, 203:11, 203:14, 205:3, 205:4, 206:6, 206:7, 207:12, 208:8, 210:4, 210:6, 211:8, 212:24, 213:8, 213:15, 213:18, 218:5, 218:8, 219:2, 220:10, 222:22, 224:14, 224:15, 225:24, 226:19, 227:9, 229:10, 230:1, 230:23, 231:8, 231:12, 231:24, 232:2, 232:7, 232:8, 232:24, 233:5, 233:6, 233:14, 234:5, 234:7, 234:8, 234:14, 234:18, 235:9, 235:13, 241:12, 241:24, 242:6, 242:12, 244:2, 244:3, 244:19, 244:25, 245:1, 245:3, 246:7, 246:19, 246:20, 246:22, 247:3, 247:4, 247:14, 247:16, 247:23, 249:1, 251:15, 251:23, 251:24, 252:16, 252:24, 253:4, 253:8, 253:11, 253:13, 253:22, 255:19, 255:20, 255:22, 256:2, 256:3, 256:14, 256:16, 257:3, 257:7, 257:10, 257:13, 259:10, 259:11, 260:7, 263:24, 264:6, 267:22, 267:23, 269:14,

270:12, 272:18, 272:19, 272:21, 272:22, 272:24, 272:25, 273:23, 276:6, 279:12, 279:20, 279:24, 280:3, 280:14, 280:15, 280:17, 281:23, 282:14, 284:25, 285:10, 286:1, 290:3, 292:9, 293:2, 293:3, 293:18, 294:17, 296:13, 296:14, 298:23, 299:3, 299:4, 299:7, 299:9, 299:13, 299:17, 299:18, 299:23, 302:8, 304:13, 304:15, 304:19, 304:20, 304:23, 305:6, 305:7, 305:12, 306:7, 308:10, 308:22, 310:16, 311:15, 312:25, 313:1, 314:14, 320:12, 320:13, 324:23, 326:4, 326:24, 327:1, 328:8, 329:16, 331:12, 331:13, 332:11, 332:12, 337:12, 343:13, 344:24, 345:8, 346:12, 346:21, 357:4, 365:8

**Correct** [9] - 75:12, 139:22, 150:13, 257:16, 293:11, 298:25, 332:17, 347:10, 356:17

**corrected** [2] - 118:19, 154:20

**correction** [1] - 247:25

**correctly** [21] - 90:9, 107:17, 112:11, 125:6, 145:8, 167:16, 174:10, 180:25, 182:14, 185:13, 188:23, 189:23, 190:16, 218:14, 235:8, 264:5, 265:9, 273:7, 274:5, 332:2, 332:4

**correlated** [1] - 282:1

**correlating** [1] - 247:1

**Counsel** [1] - 309:11

**counsel** [7] - 26:7, 67:24, 88:25, 129:9, 138:2, 148:12,

309:16

**count** [3] - 84:18, 321:19, 356:12

**counting** [1] - 303:24

**country** [6] - 63:21, 63:25, 70:7, 73:7, 76:8, 354:1

**couple** [35] - 8:15, 9:22, 32:17, 41:8, 42:21, 67:14, 69:10, 104:2, 108:15, 122:4, 122:6, 158:4, 161:19, 169:19, 197:17, 199:8, 199:17, 202:4, 219:13, 220:18, 236:2, 236:13, 240:15, 300:12, 300:21, 300:25, 301:5, 301:7, 319:13, 319:25, 340:23, 341:13, 342:22, 348:12, 350:25

**coupled** [2] - 120:4, 349:24

**course** [27] - 13:9, 13:10, 13:14, 13:15, 39:20, 46:20, 185:4, 194:9, 241:21, 319:18, 319:22, 320:18, 322:9, 323:3, 323:7, 323:10, 323:13, 323:23, 324:9, 324:11, 325:8, 328:14, 328:16, 328:18, 328:23, 329:5

**courses** [8] - 13:8, 13:25, 14:1, 15:3, 16:9, 61:2, 72:7, 291:13

**Court** [2] - 11:13, 129:13

**court** [4] - 7:20, 10:1, 10:25, 302:21

**cover** [3] - 80:4, 80:9, 179:1

**covered** [3] - 38:11, 97:1, 350:20

**covering** [2] - 228:19, 229:15

**covers** [1] - 233:21

**cows** [1] - 346:9

**CPC** [2] - 284:19, 284:21

**crash** [51] - 14:7, 14:14, 54:11, 59:25, 60:2, 61:1, 91:22,

DENNIS RITCHIE - 03/09/2016                    9

92:19, 92:21, 93:2, 93:5, 93:10, 93:20, 97:14, 97:21, 101:1, 101:2, 114:24, 124:11, 173:13, 201:25, 219:11, 219:14, 220:16, 220:18, 220:22, 232:16, 235:4, 236:2, 236:7, 236:17, 238:17, 239:21, 239:25, 242:15, 243:12, 255:10, 255:14, 256:1, 256:2, 256:9, 256:22, 261:20, 273:22, 279:15, 282:2, 284:5, 284:7, 294:10, 300:8, 338:11

**crashes** [16] - 60:5, 74:15, 74:18, 97:9, 97:12, 98:17, 100:7, 103:18, 104:15, 115:11, 115:18, 117:11, 117:17, 117:24, 131:8, 274:10

**creates** [1] - 275:22

**Creek** [1] - 247:20

**criteria** [8] - 22:9, 119:6, 120:20, 134:19, 135:8, 135:17, 140:8, 324:2

**Criteria** [3] - 134:16, 134:23, 135:2

**critical** [1] - 201:8

**Crockford** [1] - 302:14

**cross** [2] - 91:8, 92:13

**crossed** [2] - 148:17, 278:2

**cruise** [5] - 300:3, 300:6, 300:11, 300:16, 300:24

**curbs** [1] - 242:7

**curiosity** [1] - 351:22

**curious** [2] - 84:1, 355:6

**Current** [1] - 135:2

**current** [1] - 87:2

**customer** [2] - 185:10, 314:19

**cut** [1] - 268:23

**cutting** [1] - 254:24

**CV** [5] - 8:14, 10:16, 11:16, 61:12, 67:13

**D**

**d/b/a** [1] - 331:23

**Daily** [1] - 259:18

**daily** [8] - 8:19, 57:12, 87:16, 119:7, 119:23, 120:4, 160:25, 161:16

**damage** [1] - 295:10

**damaged** [5] - 242:10, 294:23, 295:3, 297:8, 297:15

**dangerous** [2] - 229:1, 329:13

**darn** [3] - 308:13, 309:25, 341:3

**dash** [1] - 234:1

**data** [18] - 114:23, 118:21, 118:25, 119:7, 120:25, 122:21, 123:2, 203:17, 244:20, 280:14, 283:16, 284:19, 284:24, 285:6, 285:9, 285:11, 286:19, 332:8

**data's** [2] - 120:14, 283:21

**database** [4] - 119:2, 119:20, 121:9, 123:6

**date** [9] - 212:18, 212:23, 256:1, 261:13, 261:19, 262:16, 289:25, 358:6, 360:7

**dated** [4] - 87:25, 136:14, 136:16, 303:17

**dates** [1] - 330:3

**day-to-day** [1] - 230:7

**days** [26] - 49:23, 57:25, 58:4, 88:7, 120:16, 154:14, 197:17, 199:8, 202:4, 219:13, 220:18, 222:6, 222:7, 230:9, 236:2, 236:7, 236:13, 236:17, 238:17, 240:16, 245:17, 260:17, 261:4, 262:23, 267:17, 358:23

**DDEC** [16] - 280:8, 280:14, 281:13, 281:14, 281:17, 282:18, 282:19, 282:20, 282:22, 282:23, 284:16, 286:4, 286:23, 286:25, 287:5

**deal** [7] - 28:21, 28:24,

29:13, 29:21, 39:24, 44:10, 118:2

**dealer** [1] - 362:13

**dealerships** [1] - 147:13

**deals** [2] - 49:21, 233:4

**deaths** [1] - 330:5

**decal** [1] - 211:14

**decals** [1] - 183:12

**decelerates** [1] - 283:7

**deceleration** [1] - 282:24

**December** [1] - 11:19

**decide** [3] - 62:8, 333:7, 334:19

**decided** [1] - 366:10

**decides** [1] - 332:20

**declared** [1] - 178:9

**declined** [1] - 43:9

**deduct** [1] - 209:6

**defects** [3] - 57:14, 154:20, 266:22

**defendant** [2] - 84:23, 85:1

**defense** [2] - 67:24, 84:9

**defer** [7] - 178:25, 276:15, 277:3, 277:4, 277:11, 277:12, 277:19

**deferring** [4] - 273:17, 273:18, 274:8, 296:12

**define** [2] - 113:2, 274:24, 337:22

**defined** [1] - 112:5

**definitely** [1] - 102:12

**definition** [4] - 15:12, 21:16, 112:24, 114:12

**Definition** [1] - 180:22

**definitions** [2] - 113:12, 180:21

**degree** [4] - 11:25, 12:2, 95:21, 199:21

**degrees** [2] - 103:5, 103:8

**deliver** [1] - 59:16

**delivering** [2] - 63:9, 343:17

**demonstrate** [1] - 190:12

**DENNIS** [1] - 7:1

**Dennis** [1] - 7:11

**Department** [2] - 23:15, 340:7

**department** [7] - 12:7, 12:8, 12:19, 16:25,

61:24, 99:21, 277:25

**depended** [1] - 22:24

**dependent** [2] - 223:5, 332:19, 332:24

**deposition** [24] - 46:8, 46:12, 81:8, 86:4, 87:18, 90:22, 91:14, 92:3, 92:23, 93:6, 102:10, 104:13, 153:11, 156:8, 172:5, 279:17, 296:19, 300:11, 302:7, 302:10, 308:6, 308:8, 316:2, 348:17

**Deposition** [27] - 7:23, 7:24, 8:13, 84:14, 124:1, 128:7, 134:5, 144:22, 148:22, 149:22, 153:22, 167:1, 174:1, 180:12, 181:17, 184:17, 205:23, 212:10, 219:16, 232:10, 234:23, 243:6, 256:4, 259:14, 329:19, 351:12, 352:22

**deposition's** [1] - 84:17

**depositions** [10] - 36:7, 67:9, 85:23, 86:17, 103:13, 108:13, 157:2, 259:23, 273:19, 342:1

**depth** [2] - 230:12, 230:16

**derive** [1] - 334:22

**describe** [9] - 21:3, 21:19, 25:2, 34:16, 67:21, 68:8, 71:24, 109:16, 134:10

**described** [2] - 54:21, 141:9

**description** [1] - 220:7

**desert** [1] - 356:24

**design** [1] - 92:7

**designate** [1] - 113:15

**designated** [4] - 113:11, 114:9, 157:4, 342:2

**despite** [1] - 365:5

**detailed** [3] - 84:2, 87:22, 162:3

**details** [1] - 148:9

**detect** [1] - 63:17

**detector** [11] - 174:7, 174:9, 174:14, 174:17, 174:21,

175:4, 175:14, 176:5, 176:9, 176:15, 176:19

**detectors** [4] - 173:21, 174:5, 175:21, 175:25

**determination** [2] - 187:6, 281:4

**determinations** [1] - 34:11

**determine** [16] - 48:16, 97:17, 107:11, 115:24, 117:2, 117:20, 195:14, 195:21, 196:17, 201:13, 230:22, 231:5, 276:10, 283:3, 336:7, 368:5

**determined** [1] - 117:22

**determines** [1] - 28:21

**determining** [1] - 116:13

**Detroit** [2] - 281:19, 282:14

**developed** [4] - 71:5, 115:21, 155:14, 155:15

**developing** [1] - 309:15

**development** [2] - 90:17, 189:17

**device** [1] - 58:24

**Dewer** [1] - 291:8

**Diana** [1] - 82:14

**Diesel** [11] - 43:18, 45:1, 48:11, 48:13, 49:7, 49:9, 50:2, 219:19, 219:25, 220:22, 281:19

**differ** [2] - 61:17, 224:16

**difference** [7] - 13:21, 15:8, 61:19, 64:13, 66:18, 107:6, 202:20

**different** [25] - 14:16, 14:18, 22:1, 25:10, 27:6, 28:16, 44:14, 45:17, 59:8, 59:10, 63:19, 110:11, 157:21, 169:19, 177:8, 194:6, 195:18, 238:7, 251:10, 265:12, 289:21, 289:22, 306:21, 325:11, 344:22

**differently** [3] - 107:3, 298:19, 329:13

DENNIS RITCHIE - 03/09/2016                                          10

**difficult** [1] - 73:24
**dig** [1] - 29:2
**direct** [4] - 154:3, 184:25, 215:20, 227:12
**directly** [2] - 10:25, 145:1
**director** [15] - 19:14, 21:2, 24:22, 25:3, 26:19, 28:14, 33:24, 33:25, 34:12, 34:18, 49:25, 53:19, 61:17, 67:2, 216:14
**directors** [1] - 90:19
**disabled** [2] - 103:11, 349:16
**disablement** [9] - 96:8, 172:19, 173:4, 278:15, 296:23, 298:1, 298:9, 299:7, 299:17
**disabling** [1] - 350:17
**discipline** [1] - 189:21
**disclosed** [2] - 86:22, 150:8
**discontinued** [2] - 324:11, 328:16
**discretion** [1] - 189:19
**discuss** [4] - 8:17, 56:23, 72:11, 210:7
**discussed** [9] - 72:10, 131:1, 200:15, 210:11, 273:13, 290:18, 290:21, 290:24, 294:19
**discussing** [1] - 149:4
**Discussion** [1] - 111:24
**discussion** [11] - 26:16, 47:5, 83:1, 85:8, 111:7, 126:6, 148:13, 148:16, 171:13, 211:19, 338:5
**discussions** [2] - 122:12, 172:8
**dispatch** [4] - 58:17, 59:11, 59:12, 73:13
**dispatched** [1] - 58:7
**dispatcher** [1] - 36:2
**distance** [1] - 168:2
**distributed** [3] - 106:3, 106:7, 223:23
**divide** [1] - 365:25
**divider** [1] - 91:9
**doctored** [1] - 244:8
**document** [12] - 128:19, 128:23, 142:25, 149:2, 213:11, 214:6,

233:13, 233:24, 260:15, 331:7, 332:4, 334:7
**documents** [9] - 86:22, 86:25, 88:16, 88:18, 88:25, 155:17, 194:10, 299:11, 356:18
**dollies** [1] - 270:2
**dolly** [10] - 253:22, 305:14, 305:15, 305:18, 305:20, 305:21, 305:23, 306:16, 307:5, 311:3
**Don** [1] - 95:5
**done** [58] - 31:17, 37:16, 41:6, 44:14, 45:12, 52:17, 78:15, 80:1, 82:5, 104:3, 104:5, 104:7, 124:12, 134:1, 145:22, 146:23, 147:3, 147:12, 148:8, 151:21, 159:23, 160:1, 161:25, 164:16, 210:15, 214:8, 248:17, 249:10, 249:15, 249:18, 249:24, 249:25, 250:5, 259:5, 260:16, 261:6, 261:7, 262:1, 262:16, 262:20, 263:9, 263:14, 264:8, 268:3, 269:3, 278:25, 315:12, 340:19, 340:20, 340:21, 350:23, 360:18, 360:20, 367:22, 368:7, 368:16
**door** [10] - 121:10, 138:20, 183:12, 211:24, 333:2, 344:25, 345:1, 346:10, 346:12, 346:18
**doors** [1] - 224:1
**DOT** [24] - 23:20, 118:25, 135:12, 177:23, 178:5, 178:21, 314:7, 338:10, 338:21, 339:8, 340:2, 340:3, 343:5, 343:11, 343:18, 343:21, 344:9, 344:13, 346:16, 347:7, 347:11, 347:14,

347:16, 347:21
**double** [26] - 58:15, 89:18, 275:21, 318:14, 318:16, 318:21, 319:1, 319:8, 320:18, 321:20, 321:24, 322:9, 322:10, 322:18, 323:3, 323:10, 323:24, 324:10, 324:14, 325:10, 325:15, 325:17, 326:22, 329:6, 353:18
**double-check** [1] - 58:15
**double-checked** [1] - 89:18
**doubles** [21] - 19:23, 19:24, 24:7, 27:18, 169:14, 169:21, 274:11, 274:21, 277:17, 278:12, 319:18, 319:23, 322:12, 324:19, 325:2, 325:3, 327:6, 328:14, 328:17, 328:18, 328:19
**dovetails** [1] - 365:10
**down** [40] - 12:9, 23:18, 29:2, 29:10, 41:22, 42:3, 47:25, 50:14, 63:7, 64:11, 65:15, 68:21, 72:19, 74:20, 85:14, 94:17, 100:13, 103:1, 117:16, 121:4, 163:6, 172:16, 179:23, 180:20, 180:22, 215:11, 224:10, 229:3, 229:6, 241:18, 248:1, 263:23, 280:11, 315:11, 318:22, 322:11, 325:4, 336:25, 340:18, 350:4
**download** [2] - 356:9, 356:11
**downloaded** [1] - 356:13
**Dr** [9] - 276:15, 276:17, 276:22, 276:24, 277:12, 280:20, 296:17, 348:18, 350:5
**draft** [1] - 88:8
**drafted** [1] - 88:21
**drafting** [2] - 71:2, 88:20

**dragging** [1] - 295:5
**drill** [1] - 29:2
**drive** [18] - 8:15, 8:21, 9:9, 9:15, 9:18, 11:6, 42:15, 87:19, 178:1, 193:4, 229:2, 316:13, 317:14, 318:22, 321:2, 356:6, 356:11, 356:16
**driven** [6] - 69:5, 96:12, 165:18, 228:23, 228:25, 276:6
**driver** [205] - 9:18, 17:16, 21:5, 22:21, 23:1, 24:1, 24:13, 24:14, 24:19, 25:5, 25:6, 26:9, 26:10, 27:2, 27:10, 27:13, 28:17, 30:1, 31:20, 33:1, 33:3, 33:5, 33:15, 33:17, 33:21, 34:14, 34:18, 35:10, 35:23, 36:10, 37:13, 37:14, 41:20, 41:22, 42:11, 42:12, 42:19, 42:21, 43:7, 44:7, 44:9, 45:7, 45:11, 46:17, 47:2, 47:3, 47:5, 47:16, 47:17, 47:19, 49:19, 51:9, 51:11, 51:18, 52:9, 52:16, 52:25, 53:3, 53:11, 53:12, 55:5, 56:1, 56:4, 56:17, 57:15, 58:14, 58:20, 59:25, 60:1, 60:10, 63:7, 63:8, 64:2, 64:14, 64:15, 65:2, 65:13, 70:15, 73:5, 78:14, 97:15, 101:6, 125:1, 125:2, 125:5, 132:23, 133:9, 133:19, 134:20, 134:21, 134:25, 137:13, 137:14, 140:7, 140:11, 140:22, 141:6, 141:15, 141:16, 141:19, 141:23, 143:10, 143:13, 143:15, 143:17, 143:20, 144:6, 156:6, 157:3, 157:4, 158:5, 161:22, 161:23, 163:9, 163:22, 170:6, 170:10, 172:2, 172:16, 174:6,

180:24, 181:6, 192:12, 192:22, 197:7, 203:2, 214:13, 214:22, 215:6, 215:8, 222:21, 223:15, 223:20, 224:13, 227:15, 229:17, 230:18, 231:11, 231:13, 235:22, 238:9, 242:11, 245:4, 245:6, 247:6, 249:13, 249:22, 262:16, 263:5, 264:21, 266:9, 266:14, 268:25, 269:11, 269:24, 270:17, 270:19, 270:22, 271:5, 271:11, 271:15, 272:1, 277:17, 278:7, 286:14, 288:15, 289:2, 289:5, 290:1, 292:16, 300:24, 306:2, 306:20, 307:22, 307:25, 315:25, 317:11, 317:17, 318:4, 318:8, 318:12, 318:19, 319:9, 320:15, 321:14, 321:17, 325:21, 325:22, 325:23, 325:24, 326:7, 333:1, 335:21, 339:24, 354:13, 355:22, 357:16, 358:12, 358:24, 361:1, 361:2, 361:3
**Driver** [12] - 45:23, 70:21, 89:10, 90:5, 90:6, 90:20, 134:15, 134:23, 135:2, 232:14, 235:3, 351:18
**Driver's** [12] - 90:4, 243:10, 246:12, 248:9, 253:15, 255:11, 256:8, 256:21, 259:9, 260:2, 260:8, 263:25
**driver's** [19] - 27:17, 27:20, 30:4, 70:1, 109:23, 120:4, 120:16, 169:13, 198:13, 206:15, 223:5, 224:7, 227:20, 262:4, 268:23, 269:1, 290:19, 307:1, 358:5

**drivers** [219] - 17:8, 17:15, 19:9, 21:5, 21:6, 21:7, 21:20, 21:22, 22:17, 23:10, 23:13, 24:12, 25:12, 25:15, 25:18, 25:19, 25:22, 26:1, 26:4, 26:21, 27:1, 28:2, 28:13, 28:15, 28:22, 31:8, 34:2, 34:20, 34:24, 35:4, 35:6, 35:7, 35:25, 36:16, 37:1, 37:7, 44:25, 46:2, 53:21, 53:25, 54:14, 55:25, 57:6, 59:8, 59:9, 59:22, 60:6, 60:11, 60:18, 60:24, 60:25, 62:13, 64:18, 65:6, 65:8, 65:18, 65:20, 68:1, 70:5, 70:9, 70:12, 71:22, 72:5, 72:8, 73:3, 73:13, 73:14, 73:23, 73:25, 74:2, 74:9, 74:23, 75:2, 75:4, 75:6, 75:8, 75:25, 101:8, 101:9, 109:4, 110:10, 110:12, 111:15, 112:4, 113:7, 118:10, 119:4, 119:7, 125:15, 125:21, 125:25, 126:15, 127:8, 131:3, 135:12, 135:25, 136:4, 136:10, 140:10, 158:19, 159:17, 160:23, 161:9, 162:5, 163:25, 166:9, 166:21, 171:7, 172:9, 173:2, 173:8, 176:3, 176:9, 179:21, 185:19, 186:9, 186:16, 187:14, 187:18, 187:23, 192:19, 194:2, 196:21, 197:20, 197:24, 198:5, 198:8, 199:2, 200:17, 202:18, 203:18, 204:1, 204:2, 204:21, 207:17, 209:22, 210:14, 210:15, 210:18, 211:21, 216:1, 217:1, 217:14, 217:19, 218:2, 218:11, 218:17, 219:6, 222:15, 223:12,
224:25, 225:3, 225:4, 234:12, 235:15, 244:10, 244:17, 245:11, 245:14, 245:18, 251:17, 251:24, 253:6, 260:17, 261:1, 261:6, 261:8, 261:18, 262:18, 262:19, 262:20, 263:2, 263:15, 263:16, 264:11, 264:23, 265:14, 266:8, 269:8, 269:19, 269:22, 270:24, 271:7, 271:18, 274:11, 285:18, 285:20, 286:15, 288:20, 300:21, 309:4, 309:9, 310:17, 311:19, 313:6, 313:23, 315:4, 316:15, 317:7, 317:9, 317:25, 320:9, 321:11, 331:21, 332:5, 333:19, 337:1, 339:25, 357:15, 359:1, 359:8, 360:13, 363:14, 366:21, 367:10, 367:17
**drivers'** [5] - 57:5, 57:9, 68:12, 187:17, 227:3
**drives** [1] - 163:11
**driving** [50] - 17:22, 18:5, 22:10, 22:12, 22:21, 23:12, 23:23, 24:20, 29:18, 69:11, 69:14, 72:14, 72:16, 80:18, 135:4, 135:9, 172:22, 177:14, 178:14, 178:24, 186:3, 193:3, 193:15, 242:1, 245:15, 267:23, 268:7, 317:6, 319:7, 320:17, 321:15, 321:18, 322:6, 322:16, 323:14, 323:22, 324:4, 324:14, 324:15, 325:17, 326:11, 327:10, 328:4, 328:12, 329:6, 339:25, 353:6, 353:18
**drop** [1] - 248:3

**dropped** [3] - 90:25, 91:1, 342:1
**drove** [2] - 57:1, 65:3
**drug** [11] - 18:3, 18:4, 23:21, 27:10, 133:17, 167:19, 177:1, 177:4, 177:25, 315:5, 315:12
**due** [3] - 29:16, 102:17, 207:19
**duly** [1] - 7:2
**dump** [1] - 321:19
**duplicates** [2] - 262:20, 263:7
**duration** [6] - 182:9, 182:13, 183:3, 183:7, 184:4, 184:7
**during** [43] - 8:22, 34:12, 36:3, 63:18, 67:11, 67:17, 72:12, 95:17, 120:1, 133:19, 147:12, 152:8, 166:10, 183:3, 197:9, 199:15, 222:7, 222:13, 222:14, 222:24, 229:2, 229:8, 229:20, 229:25, 230:18, 232:6, 234:13, 235:12, 241:7, 245:16, 263:2, 264:15, 268:19, 276:11, 279:11, 279:15, 280:5, 297:18, 300:8, 307:13, 330:4, 346:4, 359:4
**duties** [6] - 21:3, 25:2, 28:14, 112:9, 123:15, 125:4
**duty** [24] - 19:19, 26:19, 46:2, 124:25, 125:2, 137:12, 137:14, 138:12, 243:21, 246:14, 247:7, 247:18, 248:4, 248:8, 251:2, 253:17, 253:19, 255:15, 256:23, 257:8, 257:19, 258:17, 262:24, 303:20
**dynamicist** [1] - 299:2
**dynamics** [13] - 15:5, 15:9, 15:12, 15:16, 92:16, 95:2, 272:24, 273:22, 276:10, 276:22, 277:1,

277:14, 287:25

# E

**e-log** [16] - 54:13, 54:22, 141:1, 225:20, 226:1, 226:12, 226:19, 227:2, 227:6, 249:4, 250:16, 251:16, 252:15, 254:19, 255:2, 258:5
**e-logs** [8] - 54:10, 54:21, 141:3, 142:5, 254:11, 254:15, 260:11, 309:4
**early** [4] - 11:24, 12:4, 98:21, 98:23
**easier** [2] - 62:14, 180:10
**East** [2] - 78:15, 271:2
**easy** [2] - 54:12, 303:9
**eating** [1] - 173:15
**ECM** [6] - 282:4, 282:17, 283:3, 283:22, 284:9, 294:20
**edification** [2] - 63:23, 334:15
**edition** [1] - 90:7
**Ednie** [1] - 341:12
**educate** [1] - 75:8
**educating** [1] - 70:11
**education** [4] - 11:22, 70:18, 80:10, 80:11
**EF** [2] - 226:7, 227:1
**effect** [2] - 124:11, 275:22
**effective** [1] - 130:19
**effectively** [4] - 130:8, 130:12, 164:3, 251:23
**effects** [2] - 167:19, 168:1
**efficient** [1] - 74:4
**eight** [3] - 22:1, 133:12, 254:5
**either** [18] - 34:10, 49:22, 62:14, 67:24, 85:15, 103:5, 104:16, 122:14, 134:20, 154:12, 165:10, 170:4, 172:9, 235:21, 274:2, 334:5, 342:1, 344:20
**electronic** [5] - 54:25, 58:2, 58:24, 227:2, 260:4
**electronically** [4] -

54:24, 55:1, 227:3, 258:7
**element** [1] - 130:4
**elements** [3] - 13:16, 13:18, 34:24
**eliminated** [1] - 265:23
**Elm** [1] - 247:19
**eloquent** [1] - 283:18
**elsewhere** [1] - 320:20
**emergency** [6] - 168:16, 168:19, 288:16, 289:3, 290:2, 290:20
**employed** [7] - 17:1, 28:2, 35:13, 53:24, 64:18, 315:20
**employee** [12] - 22:25, 27:2, 27:4, 29:2, 33:2, 33:4, 33:6, 35:6, 111:14, 112:4, 113:2, 113:13, 114:13, 166:2, 170:25, 317:24
**employee/employer** [1] - 138:22
**employees** [26] - 18:20, 21:8, 21:10, 21:13, 21:16, 35:7, 38:5, 70:15, 72:6, 113:16, 114:9, 118:18, 127:17, 127:25, 129:1, 130:2, 130:6, 138:11, 138:14, 138:19, 138:21, 138:22, 139:1, 159:20, 163:22, 163:23
**employer** [4] - 29:1, 113:7, 113:11, 113:12
**employer/employee** [1] - 28:23
**employment** [8] - 19:3, 27:5, 27:13, 97:7, 132:18, 317:1, 317:20, 317:21
**en** [4] - 223:9, 223:19, 224:11, 225:16
**encapsulated** [1] - 133:4
**encounter** [1] - 34:13
**end** [11] - 56:19, 194:8, 227:25, 244:12, 255:6, 255:7, 305:21, 308:8, 340:23, 347:25, 359:9
**end-of-the-day** [1] -

56:19
**endorsement** [6] - 319:1, 319:23, 322:13, 324:19, 325:5, 327:7
**ends** [1] - 193:14
**enforcement** [4] - 18:23, 174:23, 278:1, 332:20
**engine** [1] - 349:23
**Engineering** [4] - 95:10, 95:11, 95:16, 95:19
**engineering** [1] - 95:18
**England** [2] - 83:18, 302:17
**ensued** [6] - 26:16, 83:1, 85:8, 111:7, 126:6, 338:5
**ensure** [33] - 26:21, 30:20, 32:6, 39:7, 111:20, 125:20, 125:25, 131:19, 132:11, 133:3, 137:1, 137:5, 137:7, 139:25, 142:14, 145:11, 146:16, 154:24, 155:23, 156:25, 168:23, 169:8, 171:16, 171:24, 185:15, 187:23, 188:10, 188:15, 189:10, 201:10, 217:1, 217:3, 311:19
**ensures** [1] - 141:21
**ensuring** [2] - 153:16, 154:18
**entail** [2] - 28:14, 66:25
**entailed** [1] - 67:1
**enter** [1] - 307:10
**entered** [3] - 77:5, 182:22, 257:12
**Enterprises** [1] - 83:16
**entire** [5] - 104:21, 134:15, 222:23, 223:1, 281:23
**entirely** [4] - 124:22, 148:18, 187:6, 187:9
**entities** [3] - 28:25, 34:10, 343:1
**entitled** [2] - 111:24, 191:2
**entity** [5] - 127:9, 346:15, 347:6, 347:8, 347:23
**entries** [4] - 84:18,

84:20, 249:21, 251:20
**entry** [11] - 105:2, 220:6, 229:11, 229:23, 230:2, 257:5, 257:8, 257:11, 264:2, 264:3, 303:19
**enumerate** [1] - 116:2
**enumerated** [1] - 169:10
**equate** [1] - 14:2
**equation** [3] - 288:13, 288:14, 292:5
**equipment** [54] - 24:16, 30:5, 57:16, 74:20, 76:21, 145:3, 145:7, 145:23, 147:2, 147:8, 157:7, 157:8, 157:15, 169:17, 175:13, 175:15, 180:23, 181:5, 182:9, 182:13, 183:3, 184:4, 185:9, 187:11, 191:19, 192:9, 192:14, 192:17, 224:2, 245:20, 251:12, 271:8, 305:23, 305:24, 306:25, 307:6, 307:8, 307:10, 307:12, 308:2, 308:5, 312:21, 320:17, 321:16, 321:19, 321:21, 322:7, 322:17, 323:22, 324:5, 324:16, 328:13, 346:3
**equipment's** [2] - 106:11, 175:13
**equipped** [1] - 174:9
**error** [8] - 34:24, 196:1, 196:3, 250:4, 334:6, 334:13, 334:21, 335:21
**especially** [3] - 18:10, 229:8, 229:24
**essentially** [2] - 117:25, 308:12
**essentials** [1] - 14:4
**estimate** [4] - 78:6, 206:15, 209:19, 209:24
**estimated** [2] - 204:10, 207:7
**et** [1] - 308:14
**evaluate** [3] - 67:25, 68:2, 118:10

**evaluation** [2] - 22:14, 217:24
**evenly** [1] - 238:15
**event** [25] - 100:13, 172:18, 173:4, 200:11, 278:9, 279:11, 280:10, 282:12, 283:22, 287:2, 288:2, 291:20, 291:22, 291:23, 292:24, 292:25, 293:7, 293:12, 293:13, 296:7, 297:18, 298:9, 299:6, 306:19, 310:9
**events** [2] - 282:4, 295:1
**eventually** [4] - 20:1, 42:3, 141:7, 215:10
**evidence** [19] - 14:11, 101:20, 101:25, 102:6, 107:10, 150:23, 189:6, 225:9, 244:14, 245:22, 266:13, 267:3, 293:10, 294:19, 294:20, 298:16, 323:2, 323:8, 326:16
**exact** [1] - 52:3
**exactly** [4] - 102:16, 235:5, 251:17, 341:18
**exam** [4] - 12:15, 17:21, 69:17, 71:11
**examination** [3] - 17:19, 23:17, 169:18
**EXAMINATION** [7] - 7:6, 302:1, 341:8, 348:9, 351:3, 365:1, 368:1
**examinations** [1] - 16:22
**examine** [1] - 107:10
**examined** [3] - 7:4, 239:7, 242:20
**examiner** [5] - 19:7, 23:25, 24:5, 24:18, 178:23
**example** [32] - 16:4, 23:3, 29:4, 29:15, 37:25, 40:20, 41:22, 49:14, 58:6, 60:1, 60:13, 60:20, 61:3, 72:18, 117:11, 121:1, 122:18, 133:10, 133:18, 148:7, 158:18, 206:19, 209:10,

265:16, 265:17, 303:14, 304:12, 304:25, 307:17, 316:19, 330:15, 347:24
**examples** [1] - 246:5
**exams** [8] - 16:23, 17:3, 17:7, 17:14, 18:22, 19:8, 276:9
**exceed** [1] - 106:15
**exceeds** [1] - 323:18
**excellent** [1] - 240:8
**except** [4] - 132:15, 298:15, 300:21, 355:16
**excess** [2] - 30:2, 285:13
**exchanged** [1] - 187:1
**exclusive** [3] - 182:8, 194:2, 312:20
**exclusively** [2] - 162:4, 164:17
**excuse** [3] - 33:25, 61:13, 303:21
**exhibit** [4] - 148:21, 188:8, 303:4, 329:18
**Exhibit** [56] - 7:23, 7:24, 10:11, 10:15, 84:14, 124:1, 124:4, 128:7, 128:10, 134:5, 134:7, 144:22, 148:22, 148:25, 149:21, 149:22, 150:6, 150:15, 152:16, 153:22, 153:25, 167:1, 167:4, 174:1, 174:4, 180:12, 180:15, 181:17, 181:20, 184:17, 184:20, 188:4, 205:23, 212:10, 212:13, 218:25, 219:16, 219:19, 232:10, 232:13, 234:23, 235:2, 243:6, 243:9, 256:4, 259:14, 259:17, 272:15, 302:4, 303:10, 329:19, 329:23, 351:7, 351:12, 351:16, 352:22
**exhibits** [1] - 10:17
**exist** [3] - 87:1, 171:4, 219:3
**existed** [1] - 190:6
**existence** [3] - 190:12, 232:15, 235:4
**exists** [1] - 215:7

**expect** [15] - 41:7, 135:22, 158:9, 159:6, 172:21, 173:1, 173:8, 176:19, 176:22, 221:7, 316:19, 338:14, 353:19, 354:12, 354:13
**expectations** [1] - 221:23
**expected** [4] - 244:17, 291:20, 291:23, 353:6
**experience** [66] - 17:22, 17:25, 22:6, 24:3, 24:19, 25:21, 40:10, 69:13, 80:6, 90:8, 96:4, 96:15, 97:2, 104:14, 158:6, 160:22, 161:4, 161:9, 161:23, 162:5, 164:6, 164:8, 169:6, 170:6, 172:7, 172:23, 173:11, 176:17, 186:3, 186:4, 186:6, 194:25, 195:1, 195:2, 197:24, 199:23, 199:24, 210:14, 227:20, 227:22, 272:7, 272:8, 298:21, 299:19, 309:4, 309:8, 318:14, 318:20, 319:7, 319:17, 321:1, 321:25, 322:6, 322:16, 322:25, 324:6, 324:14, 324:25, 325:17, 326:2, 326:13, 326:18, 326:21, 327:9, 328:3, 329:6
**experienced** [13] - 22:13, 35:6, 35:13, 37:13, 52:25, 75:24, 80:17, 96:8, 161:22, 164:21, 276:4, 320:10, 326:9
**expert** [15] - 14:22, 15:15, 16:14, 68:5, 68:9, 68:10, 272:20, 272:23, 275:17, 279:8, 297:2, 297:5, 297:6, 329:4, 364:9
**expertise** [3] - 92:4, 278:23, 299:19
**experts** [10] - 49:24, 92:18, 92:23, 148:14, 148:18,

DENNIS RITCHIE - 03/09/2016

13

203:7, 239:10,
273:17, 273:18,
274:15
**experts'** [2] - 277:16,
334:16
**expire** [2] - 23:19,
140:15
**expired** [1] - 23:18
**explain** [11] - 45:8,
66:18, 97:4, 131:23,
132:1, 132:24,
217:10, 259:8,
260:13, 294:1, 298:3
**explanation** [1] -
308:25
**exploded** [1] - 102:25
**exploding** [1] - 102:18
**explosion** [1] - 292:17
**extent** [2] - 28:4,
179:1
**external** [1] - 70:6
**extra** [1] - 10:5
**extract** [1] - 281:16
**extrapolating** [1] -
332:8
**eyes** [1] - 269:23

**F**

**face** [2] - 67:8, 351:24
**facetious** [1] - 228:6
**fact** [27] - 10:9, 56:21,
93:14, 107:19,
108:4, 150:25,
157:15, 161:14,
177:19, 200:16,
204:22, 225:1,
252:4, 252:16,
256:12, 267:15,
268:3, 274:19,
284:13, 292:9,
296:16, 299:11,
301:11, 315:9,
336:24, 365:5
**factor** [8] - 116:15,
116:20, 117:1,
117:15, 204:11,
207:8, 365:15,
365:23
**factors** [20] - 15:18,
15:19, 15:24, 16:1,
16:11, 16:15,
115:14, 115:15,
115:23, 116:1,
116:2, 117:1,
117:12, 117:13,
117:19, 290:11,
291:14, 295:1,
296:10, 358:10
**Factors** [1] - 291:11

**facts** [1] - 293:10
**factual** [1] - 294:3
**fail** [1] - 130:7
**failed** [17] - 93:16,
94:4, 94:7, 96:21,
97:21, 99:23, 100:9,
100:12, 100:20,
100:23, 101:10,
102:22, 102:24,
103:19, 104:16,
133:22, 273:5
**failing** [1] - 102:17
**failure** [16] - 80:18,
91:25, 92:5, 92:21,
93:2, 95:3, 96:16,
101:4, 102:19,
102:20, 190:14,
215:15, 273:10,
280:21, 292:14,
350:16
**failures** [3] - 104:4,
104:7, 104:10
**fair** [13] - 25:19, 69:13,
81:18, 103:10,
114:17, 122:6,
171:6, 187:5,
189:25, 260:5,
297:21, 360:3,
366:24
**fairly** [5] - 110:14,
122:8, 124:21,
307:20, 353:25
**Fairmont** [1] - 303:20
**fall** [1] - 237:10
**falling** [2] - 72:21,
224:11
**Falmouth** [1] - 303:21
**familiar** [26] - 81:21,
82:13, 95:5, 95:7,
95:10, 112:22,
123:21, 124:6,
124:9, 128:15,
144:18, 167:6,
178:20, 180:17,
181:9, 181:12,
225:20, 226:12,
226:13, 232:17,
236:25, 237:3,
280:8, 281:14,
291:4, 350:5
**far** [16] - 27:3, 30:3,
47:1, 58:17, 72:19,
100:15, 132:4,
146:20, 159:13,
165:9, 212:20,
240:21, 242:16,
280:9, 311:23, 340:6
**farm** [1] - 80:2
**fast** [1] - 310:5
**fastening** [1] - 224:3

**faster** [2] - 99:10,
215:25
**fatigue** [1] - 16:5
**fault** [1] - 148:14
**favorable** [2] - 115:1,
313:6
**Fay** [4] - 95:7, 95:11,
95:16, 95:18
**fay** [1] - 95:10
**feasible** [1] - 350:12
**February** [2] - 68:17,
330:3
**federal** [7] - 26:22,
49:16, 107:14,
112:8, 173:20,
188:20, 210:12
**Federal** [14] - 21:11,
21:14, 21:24, 28:20,
66:9, 89:7, 89:25,
108:7, 114:13,
128:11, 154:1,
177:22, 180:16,
188:12
**FedEx** [246] - 20:23,
30:10, 35:22, 36:8,
36:9, 46:1, 51:20,
54:12, 54:15, 54:20,
75:13, 75:16, 83:6,
88:12, 100:2,
100:19, 105:3,
105:5, 105:10,
105:23, 106:20,
107:3, 107:13,
112:4, 113:7,
113:16, 114:9,
114:24, 117:5,
118:16, 118:17,
121:14, 122:7,
122:13, 125:16,
125:24, 126:4,
126:8, 126:13,
126:20, 126:24,
127:7, 129:10,
129:12, 130:13,
130:18, 130:24,
131:12, 131:18,
132:2, 132:11,
133:4, 134:9,
135:21, 136:3,
136:9, 137:1, 137:6,
138:9, 138:15,
138:20, 139:18,
139:25, 140:22,
141:8, 141:21,
143:10, 143:23,
144:5, 145:17,
146:3, 146:7,
146:13, 146:16,
147:6, 147:15,
149:3, 150:8, 151:7,

151:14, 152:22,
153:7, 154:21,
154:24, 155:15,
155:22, 156:9,
156:18, 157:5,
157:16, 159:25,
160:4, 160:13,
162:3, 164:17,
164:20, 164:21,
169:15, 169:18,
170:9, 170:17,
171:7, 171:10,
171:15, 171:24,
172:8, 172:15,
172:17, 174:12,
175:9, 175:18,
175:24, 176:8,
177:19, 179:20,
179:24, 180:5,
181:7, 182:16,
182:22, 183:1,
184:2, 184:22,
185:20, 186:1,
186:8, 186:10,
187:2, 187:6,
187:11, 187:18,
189:9, 190:11,
190:18, 207:20,
225:23, 226:18,
226:22, 248:9,
248:24, 249:7,
249:9, 311:11,
311:23, 312:20,
312:23, 313:7,
313:12, 313:23,
314:11, 314:22,
315:5, 315:17,
315:20, 315:23,
315:24, 316:3,
316:7, 317:1, 317:2,
317:16, 317:17,
317:19, 318:1,
318:4, 318:22,
319:17, 319:22,
320:4, 320:8,
320:16, 320:18,
321:2, 321:11,
321:14, 322:1,
322:8, 323:3, 323:6,
323:9, 323:18,
323:23, 324:7,
324:8, 324:9,
325:14, 325:20,
326:3, 326:22,
328:14, 328:23,
329:25, 331:3,
331:8, 331:15,
331:16, 331:22,
331:23, 332:9,
332:21, 333:14,
333:19, 333:23,

337:10, 337:15,
338:14, 339:9,
339:20, 339:21,
340:10, 341:21,
342:3, 342:7,
342:15, 342:25,
343:1, 343:4,
343:11, 343:14,
344:2, 344:17,
344:20, 345:3,
345:6, 345:9,
345:14, 345:19,
345:20, 345:21,
346:2, 346:3, 346:5,
346:9, 346:10,
346:22, 348:14,
348:22, 355:8,
355:23, 356:17,
359:1, 366:16
**FedEx's** [12] - 114:17,
114:23, 125:19,
145:10, 168:22,
183:18, 221:2,
254:19, 318:8,
344:22, 344:25,
347:20
**fee** [1] - 68:3
**feet** [9] - 14:5, 288:10,
291:17, 292:5,
292:7, 292:22,
293:6, 293:7, 293:13
**fell** [6] - 99:24, 100:10,
100:12, 101:10,
103:18, 104:16
**felt** [1] - 222:15
**fender** [2] - 297:12,
297:14
**few** [17] - 9:4, 37:19,
61:20, 67:16, 67:18,
74:1, 87:11, 108:12,
130:17, 131:1,
194:6, 229:3, 229:6,
236:6, 236:13,
236:17, 238:17
**field** [3] - 13:4, 13:5,
329:5
**figure** [2] - 14:7,
307:16
**figures** [1] - 262:25
**file** [37] - 8:15, 9:12,
9:23, 9:25, 10:2,
27:14, 30:12, 31:18,
31:21, 31:24, 32:16,
41:25, 42:18, 88:23,
91:20, 108:17,
129:13, 140:11,
141:16, 142:11,
142:14, 142:19,
143:1, 143:17,
143:20, 143:22,

145:25, 146:2, 147:10, 153:12, 155:19, 155:21, 170:10, 178:6, 321:17

**files** [13] - 8:7, 9:14, 57:19, 141:16, 141:19, 141:23, 143:10, 143:13, 143:15, 144:1, 170:25, 318:4

**fill** [13] - 27:3, 27:5, 32:22, 146:24, 161:15, 194:10, 203:2, 218:12, 218:19, 266:9, 266:19, 317:24, 317:25

**filled** [6] - 200:4, 202:10, 202:15, 206:9, 207:10, 236:16

**filling** [4] - 206:16, 211:22, 266:14, 266:17

**financial** [1] - 66:21

**fine** [2] - 179:13, 205:19

**finish** [2] - 12:13, 254:23

**finished** [1] - 248:7

**finishing** [1] - 154:16

**fire** [1] - 284:6

**firm** [4] - 81:4, 81:21, 82:3, 82:4

**firms** [1] - 80:23

**first** [53] - 7:2, 20:8, 21:21, 26:24, 28:17, 41:15, 47:23, 86:24, 89:21, 94:1, 97:7, 112:3, 122:22, 123:14, 133:12, 137:5, 140:6, 158:17, 192:8, 192:9, 192:11, 193:4, 193:5, 205:5, 205:13, 206:3, 207:21, 221:4, 221:8, 225:8, 233:9, 243:18, 243:20, 246:3, 246:8, 257:5, 259:12, 260:1, 262:14, 270:6, 289:1, 291:19, 296:5, 297:11, 303:19, 306:15, 307:16, 320:21, 325:21, 325:22, 341:15, 342:23, 359:21

**first-seat** [2] - 325:21, 325:22

**FITZGERALD** [99] - 9:8, 11:5, 46:11, 85:21, 86:1, 112:15, 112:18, 113:21, 114:3, 129:17, 138:1, 143:16, 148:17, 156:14, 205:21, 222:10, 261:9, 261:11, 302:3, 303:9, 303:12, 309:10, 309:17, 309:22, 310:7, 311:4, 312:3, 312:10, 312:15, 314:3, 314:20, 315:2, 316:1, 316:17, 316:24, 317:10, 318:10, 319:5, 319:15, 320:1, 321:23, 322:14, 322:22, 323:16, 324:12, 324:21, 326:1, 326:10, 326:19, 327:4, 327:15, 327:18, 327:21, 328:6, 328:20, 329:3, 329:11, 329:17, 329:21, 332:1, 333:3, 333:12, 333:22, 334:2, 334:12, 335:4, 337:18, 338:1, 338:6, 338:23, 339:14, 340:14, 340:25, 341:5, 351:5, 351:14, 352:10, 352:17, 352:21, 352:24, 353:11, 354:4, 354:22, 355:3, 356:3, 357:19, 358:2, 358:15, 359:12, 360:1, 361:11, 362:5, 362:9, 362:17, 363:11, 364:4, 364:18, 368:3, 368:17

**Fitzgerald** [4] - 301:17, 342:18, 350:24, 365:10

**Fitzgerald's** [1] - 82:4

**five** [12] - 24:24, 36:4, 39:22, 81:9, 85:11, 85:19, 252:17, 310:10, 310:14, 310:17, 310:18,

339:18

**fix** [1] - 50:19

**fixed** [18] - 47:25, 48:3, 48:22, 48:25, 49:1, 49:23, 50:13, 50:15, 52:10, 53:4, 57:16, 58:5, 58:8, 58:10, 58:25, 158:25, 159:19

**flag** [1] - 121:12

**flash** [1] - 87:19

**flat** [8] - 199:13, 199:14, 215:11, 216:11, 227:24, 228:5, 229:4, 231:2

**flatbed** [1] - 72:19

**fleet** [14] - 29:12, 33:19, 37:1, 37:2, 37:3, 37:6, 37:7, 37:20, 50:11, 58:14, 62:5, 339:4

**FleetNet** [1] - 79:19

**floor** [1] - 105:25

**FMCS** [2] - 131:22, 132:1

**FMCSA** [7] - 36:5, 115:10, 115:24, 130:21, 131:9, 347:1, 348:3

**FMCSR** [12] - 8:16, 74:10, 90:2, 112:22, 114:20, 115:7, 118:1, 130:18, 204:5, 223:9, 342:19, 348:1

**FMCSRs** [19] - 9:24, 37:15, 38:22, 38:23, 45:19, 57:3, 89:2, 89:13, 90:1, 108:18, 109:7, 111:13, 111:18, 112:5, 112:21, 126:9, 139:12, 321:13, 323:19

**focus** [4] - 27:23, 57:4, 195:8, 315:15

**focused** [5] - 25:15, 75:16, 179:19, 201:3, 201:4

**folks** [1] - 59:19

**follow** [11] - 109:10, 125:14, 125:21, 126:1, 139:15, 176:3, 235:16, 285:25, 315:5, 350:25, 364:22

**follow-ups** [1] - 350:25

**followed** [5] - 110:23, 141:17, 217:2,

298:3, 299:15

**following** [6] - 167:10, 212:19, 221:9, 264:4, 278:14, 284:7

**follows** [6] - 7:4, 137:1, 140:1, 141:22, 156:17, 327:25

**food** [2] - 224:21, 224:23

**for-hire** [2] - 112:5, 344:13

**forget** [10] - 52:2, 106:21, 157:13, 226:8, 259:13, 274:17, 290:3, 355:18, 355:25, 366:4

**forgot** [7] - 41:16, 136:18, 258:7, 258:9, 258:12, 258:22, 258:24

**form** [212] - 23:6, 28:3, 28:7, 30:22, 33:10, 34:21, 36:18, 43:10, 45:13, 47:21, 47:23, 47:24, 50:6, 50:8, 51:12, 51:24, 55:18, 62:10, 64:5, 64:16, 66:6, 75:11, 78:12, 84:19, 85:2, 93:12, 93:25, 102:8, 113:9, 114:6, 121:21, 125:10, 125:22, 126:10, 127:20, 128:3, 129:7, 133:24, 134:13, 136:4, 137:3, 138:17, 139:10, 139:21, 141:10, 141:14, 142:1, 142:23, 143:12, 144:11, 145:22, 146:8, 146:12, 146:24, 147:17, 147:20, 147:25, 150:17, 151:4, 151:5, 151:15, 151:20, 152:3, 152:25, 153:9, 153:18, 158:2, 158:12, 159:10, 161:11, 162:6, 165:24, 166:4, 166:15, 169:1, 170:1, 171:8, 171:18, 172:20, 173:6, 174:15, 175:2, 175:11, 176:21, 177:15,

182:20, 183:4, 183:20, 184:6, 186:13, 187:7, 189:4, 191:13, 191:22, 196:15, 196:24, 200:19, 201:16, 203:16, 206:11, 208:1, 208:9, 209:8, 209:18, 210:21, 213:9, 214:16, 215:16, 216:5, 218:6, 220:23, 221:11, 227:18, 230:24, 231:9, 231:25, 234:9, 234:16, 235:25, 236:11, 237:21, 238:4, 238:11, 248:13, 249:11, 252:25, 253:9, 257:22, 270:8, 271:13, 285:14, 285:23, 286:7, 293:9, 293:19, 298:24, 301:2, 301:13, 309:1, 309:20, 310:2, 310:25, 311:17, 312:7, 313:24, 314:13, 314:25, 315:19, 316:8, 316:21, 317:4, 317:12, 317:17, 317:18, 317:19, 318:1, 318:2, 318:4, 318:6, 318:7, 318:20, 318:23, 319:9, 319:10, 319:20, 322:2, 322:19, 323:11, 324:1, 324:17, 325:19, 326:5, 326:15, 326:25, 327:11, 328:9, 328:24, 329:8, 331:15, 331:24, 332:3, 332:23, 333:9, 333:16, 333:25, 334:10, 334:24, 337:13, 337:21, 338:18, 339:12, 340:11, 345:12, 346:19, 347:9, 350:13, 353:8, 353:23, 354:17, 354:25, 357:12, 358:11, 361:8, 362:3, 363:10, 364:1, 364:11, 366:12,

367:1, 367:4
**formal** [1] - 15:25
**format** [1] - 110:11
**former** [1] - 90:18
**forms** [4] - 23:4, 51:25, 147:22, 318:9
**formulate** [1] - 18:6
**forth** [4] - 54:12, 185:11, 223:12, 295:6
**forward** [1] - 52:22
**foundation** [4] - 51:15, 136:5, 213:10, 215:17
**founding** [1] - 43:25
**four** [26] - 8:23, 76:25, 81:9, 85:19, 86:4, 191:18, 194:24, 227:1, 227:23, 244:1, 244:3, 244:22, 245:16, 246:16, 246:24, 247:10, 247:21, 252:5, 252:17, 261:7, 261:10, 263:4, 269:8, 269:23, 306:21, 308:21
**four-minute** [1] - 252:5
**fourth** [1] - 244:23
**free** [3] - 37:14, 186:5, 224:10
**freight** [4] - 72:20, 328:17, 343:17, 347:12
**Freightliner** [1] - 362:12
**frequency** [2] - 114:25, 223:3
**frequent** [1] - 72:24
**frequently** [2] - 77:17, 333:23
**friends** [1] - 81:22
**front** [22] - 91:6, 92:12, 94:8, 94:16, 95:24, 101:4, 102:17, 102:25, 106:18, 214:7, 239:24, 271:24, 273:4, 273:10, 287:13, 294:23, 295:3, 295:11, 297:7, 298:4, 299:6, 360:10
**fuel** [6] - 30:8, 65:2, 76:19, 160:1, 224:24, 248:3
**fuel/PTI** [1] - 264:3
**fueling** [1] - 76:20

**full** [9] - 66:21, 71:21, 79:2, 79:5, 79:10, 79:11, 192:14, 205:10, 264:22
**full-service** [1] - 79:2
**fully** [4] - 185:9, 185:16, 185:24, 187:23
**function** [1] - 25:5
**functions** [1] - 25:6
**future** [3] - 60:4, 86:18, 293:23

## G

**gain** [1] - 215:3
**Gainey** [1] - 83:16
**Gamble** [1] - 82:16
**Garmin** [4] - 285:5, 285:8, 285:11, 286:19
**gauge** [56] - 195:11, 195:25, 196:18, 197:8, 198:2, 198:11, 198:15, 198:20, 198:24, 200:17, 201:15, 201:17, 219:10, 220:15, 221:10, 222:10, 222:11, 222:20, 222:25, 223:5, 227:16, 228:5, 228:10, 228:13, 229:7, 229:13, 229:21, 229:24, 230:23, 231:7, 231:18, 231:24, 233:11, 234:3, 234:13, 235:7, 235:12, 236:6, 335:8, 335:15, 353:4, 353:15, 353:22, 357:7, 357:10, 357:15, 357:22, 358:3, 358:4, 358:9, 358:13, 359:6, 359:10, 359:24, 360:13, 363:20
**gauged** [3] - 220:18, 241:18, 362:15
**gauges** [2] - 196:22, 228:11
**gear** [6] - 24:8, 192:14, 305:14, 311:2, 349:25, 365:24
**gears** [1] - 24:17
**general** [24] - 20:10, 22:10, 30:3, 34:6,

37:10, 42:23, 60:23, 69:12, 74:11, 84:1, 91:19, 145:2, 146:21, 166:24, 167:10, 169:25, 171:16, 191:5, 232:21, 235:14, 235:18, 288:19, 298:3, 311:9
**generalities** [1] - 171:21
**generally** [59] - 14:20, 15:13, 16:3, 17:13, 17:24, 18:5, 26:23, 27:1, 27:6, 32:8, 33:4, 33:13, 33:21, 36:25, 41:16, 46:3, 47:2, 47:6, 49:5, 60:12, 63:6, 65:9, 68:15, 70:20, 97:8, 98:15, 100:14, 111:17, 123:23, 124:20, 131:16, 156:5, 158:24, 159:1, 162:12, 166:17, 175:1, 176:2, 176:6, 181:11, 185:22, 195:18, 195:23, 218:16, 237:8, 237:25, 249:12, 255:2, 278:25, 290:18, 290:21, 300:15, 339:5, 340:2, 354:2, 354:19, 358:13, 359:9, 365:16
**generate** [1] - 55:2
**generated** [2] - 23:4, 38:8
**gentleman** [1] - 351:23
**gentlemen** [2] - 313:11, 353:16
**George** [1] - 316:4
**ghost** [2] - 165:21, 165:23
**gist** [2] - 305:25, 306:5
**given** [8] - 36:22, 71:11, 71:13, 78:1, 117:24, 129:15, 184:14, 356:15
**gonna** [47] - 17:5, 47:9, 63:8, 81:7, 85:24, 109:18, 109:24, 124:21, 129:12, 138:7, 173:22, 184:12, 186:20, 196:7, 204:3, 209:11,

209:13, 237:14, 238:18, 239:3, 241:22, 243:4, 245:15, 246:4, 246:5, 265:3, 276:21, 276:23, 277:12, 286:13, 293:23, 295:24, 309:15, 317:1, 318:13, 325:12, 325:15, 329:22, 337:14, 337:15, 339:25, 340:3, 340:16, 347:13, 351:6, 351:10, 361:17
**goodness** [1] - 59:6
**Google** [1] - 89:3
**gosh** [1] - 106:21
**gouge** [1] - 94:9
**gouging** [2] - 94:18, 94:21
**governed** [4] - 64:19, 64:20, 65:21, 65:23
**GPS** [4] - 62:22, 63:3, 63:14, 285:5
**grab** [1] - 312:17
**graduated** [2] - 12:8, 71:17, 71:19
**granting** [1] - 180:23
**gray** [1] - 95:9
**great** [2] - 8:18, 124:14
**greater** [1] - 215:25
**grew** [2] - 61:24, 99:6
**ground** [1] - 295:11
**Ground** [15] - 105:3, 105:10, 136:3, 190:11, 329:25, 331:3, 331:8, 331:15, 331:17, 331:22, 331:23, 342:25, 343:4, 348:15, 348:22
**group** [5] - 67:6, 95:18, 97:16, 157:20, 158:23
**groups** [2] - 60:18, 71:16
**grow** [1] - 169:6
**growth** [3] - 70:3, 72:1, 159:6
**guess** [15] - 30:17, 47:13, 105:23, 134:15, 148:9, 151:16, 162:18, 170:3, 216:11, 221:23, 250:22, 253:1, 266:2, 271:10, 347:4

**guidance** [6] - 90:2, 129:5, 129:23, 154:6, 154:10, 154:11
**guide** [4] - 109:20, 110:1, 131:3, 234:15
**guideline** [6] - 36:23, 154:2, 234:17, 235:14, 235:18, 354:3
**guidelines** [15] - 30:3, 36:23, 48:20, 110:12, 110:24, 128:13, 130:18, 141:17, 179:20, 205:2, 219:1, 232:20, 235:16, 298:4, 321:12
**guides** [1] - 109:22
**guts** [1] - 132:22
**guy** [7] - 60:19, 67:4, 68:19, 156:11, 156:21, 164:11, 329:6
**guys** [7] - 54:15, 58:15, 137:23, 161:5, 227:21, 243:2, 326:8
**GVWs** [1] - 106:16

## H

**half** [10] - 60:20, 73:23, 84:9, 191:15, 223:17, 263:8, 264:10, 266:11, 288:15
**half-hour** [2] - 60:20, 223:17
**halfway** [1] - 350:3
**hand** [5] - 73:3, 103:24, 104:17, 233:9, 329:22
**handbook** [5] - 89:8, 110:5, 110:16, 116:6, 198:14
**Handbook** [1] - 235:3
**handed** [1] - 151:12
**handful** [1] - 108:8
**handing** [1] - 73:17
**handle** [1] - 329:13
**handled** [1] - 68:14
**handling** [1] - 288:1
**hands** [1] - 160:4
**handwritten** [6] - 152:17, 260:3, 260:18, 260:25, 261:3, 261:15
**handy** [1] - 188:1
**hang** [1] - 300:19

**happy** [1] - 340:25
**hard** [18] - 280:9,
280:13, 281:22,
281:24, 281:25,
282:4, 282:8,
282:12, 283:11,
283:22, 284:13,
286:25, 287:1,
287:11, 294:20,
295:12
**hardy** [1] - 180:8
**haul** [17] - 318:16,
320:11, 326:23,
344:7, 344:10,
344:17, 344:20,
345:6, 345:25,
346:4, 346:8,
346:15, 346:24,
347:5, 347:7,
347:12, 347:13
**hauling** [15] - 172:16,
173:2, 191:7,
191:10, 233:18,
318:14, 328:17,
335:24, 345:3,
345:14, 345:20,
346:3, 347:18,
348:5, 366:16
**hazard** [1] - 168:14
**hazardous** [4] - 233:4,
233:13, 233:18,
335:24
**HAZMAT** [1] - 335:22
**heading** [1] - 331:22
**headings** [1] - 116:11
**heard** [5] - 95:15,
241:7, 249:2,
287:24, 332:13
**hearing** [3] - 18:9,
34:5, 73:15
**heat** [13] - 203:4,
203:10, 204:8,
206:16, 207:5,
207:19, 209:1,
210:8, 210:23,
211:3, 215:3,
217:15, 367:13
**heated** [1] - 205:1
**heats** [2] - 212:3,
212:8
**heavier** [3] - 106:18,
106:20, 107:4
**heavily** [2] - 297:15,
332:19
**heavy** [1] - 19:19
**heavy-duty** [1] - 19:19
**hedged** [1] - 15:21
**held** [2] - 24:23, 216:3
**help** [5] - 74:14, 110:9,
111:20, 245:18,

259:8
**helpful** [1] - 144:13
**helps** [2] - 111:1,
186:5
**Helwig** [1] - 83:17
**herein** [1] - 7:2
**hierarchy** [2] - 34:4,
46:19
**high** [1] - 286:10
**higher** [1] - 46:19
**highlighted** [5] -
233:8, 261:23,
262:2, 263:21,
270:14
**highly** [1] - 148:10
**Highway** [1] - 340:8
**highway** [14] - 96:12,
111:20, 173:5,
273:5, 273:10,
298:1, 311:6,
313:21, 314:10,
318:14, 318:22,
329:14, 333:24,
334:18
**highways** [4] - 312:5,
314:23, 326:11,
338:16
**himself** [4] - 37:15,
42:12, 52:25, 269:13
**hire** [9] - 62:13, 70:9,
77:10, 77:11, 99:7,
112:5, 133:9,
133:16, 144:13
**hired** [8] - 17:9, 28:6,
66:23, 68:18, 77:6,
97:7, 164:11, 170:17
**hiring** [3] - 59:19,
172:2, 189:21
**histogram** [3] -
204:23, 217:25,
218:1
**history** [6] - 11:22,
27:10, 27:19,
115:17, 132:4, 366:8
**hit** [20] - 72:25, 74:10,
226:2, 226:3, 244:4,
244:11, 249:14,
249:16, 255:6,
255:7, 258:13,
258:22, 258:24,
265:24, 295:11,
298:20, 306:3,
307:22, 310:6
**hitters** [1] - 348:13
**hitting** [6] - 248:6,
250:5, 250:17,
258:14, 260:19,
308:3
**hold** [3] - 72:7,
137:23, 252:9

**holding** [1] - 216:15
**Holland** [3] - 81:19,
81:20, 81:23
**home** [3] - 68:21,
68:22, 346:9
**honest** [1] - 244:21
**honestly** [2] - 244:18,
244:20
**hook** [7] - 251:5,
305:11, 306:10,
306:12, 306:14,
307:21, 328:18
**hooked** [3] - 307:5,
307:6, 307:11
**hooking** [3] - 24:7,
169:21
**hooks** [1] - 192:13
**hope** [1] - 211:5
**hot** [15] - 202:20,
203:9, 203:13,
204:4, 206:21,
208:16, 216:22,
217:2, 365:7,
365:14, 367:9,
367:18, 367:19,
367:20, 367:22
**hour** [26] - 24:9, 60:20,
64:4, 73:23, 101:3,
191:15, 204:14,
223:17, 264:10,
278:8, 282:10,
282:15, 282:25,
283:4, 283:8,
285:13, 286:5,
286:11, 288:10,
292:6, 294:10,
300:25, 325:8,
366:5, 366:9
**hour's** [1] - 266:11
**hours** [26] - 53:21,
53:24, 55:8, 55:11,
55:13, 56:14, 56:21,
118:9, 119:10,
119:11, 119:13,
119:17, 120:17,
121:3, 122:25,
130:5, 131:6, 131:7,
156:8, 199:12,
227:4, 303:14,
303:18, 311:9,
319:13, 319:25
**hours-of-service** [1] -
131:6
**Howard** [1] - 82:12
**hub** [5] - 76:15, 78:21,
316:4, 316:11, 318:5
**Human** [1] - 291:10
**human** [6] - 15:18,
15:19, 15:24, 16:1,
16:11, 16:15,

290:10, 291:14
**hundred** [2] - 240:12,
303:18
**hundreds** [2] - 123:8,
238:24
**hung** [1] - 336:22
**hurt** [4] - 74:19, 74:24,
74:25
**hypothetical** [1] -
47:13

## I

**I-80** [1] - 91:6
**I-Trans** [5] - 67:15,
67:22, 68:24,
107:11, 289:19
**ICD** [2] - 230:10,
230:15
**Idaho** [1] - 81:23
**idea** [24] - 20:10,
78:10, 159:15,
170:6, 195:19,
211:8, 211:9, 214:7,
235:21, 236:22,
236:23, 268:2,
286:20, 292:22,
302:9, 311:5, 311:8,
311:9, 313:21,
316:25, 343:7,
354:5, 359:19,
362:19
**identical** [1] - 353:25
**identification** [28] -
7:25, 10:12, 84:15,
124:2, 128:8, 134:6,
144:23, 148:23,
149:23, 153:23,
167:2, 174:2,
180:13, 181:18,
184:18, 205:24,
212:11, 219:17,
232:11, 234:24,
243:7, 256:5,
259:15, 312:24,
329:20, 329:23,
351:13, 352:23
**identified** [3] - 268:12,
268:13, 313:22
**identifying** [3] - 14:16,
278:24, 355:23
**identity** [1] - 351:24
**ignorance** [1] - 347:3
**ignored** [1] - 366:25
**ignoring** [2] - 367:5,
367:8
**Illinois** [1] - 246:15
**illuminate** [1] - 339:15
**imagine** [2] - 120:6,
143:2, 143:4, 267:8,

267:13
**immediate** [3] -
248:19, 248:21,
248:22
**impacts** [1] - 242:7
**implementation** [1] -
189:17
**importance** [2] -
71:17, 167:25
**important** [6] - 201:6,
201:7, 201:10,
216:18, 216:20,
325:14
**imposed** [2] - 125:2,
137:14
**improper** [2] - 249:22,
288:1
**improperly** [2] -
260:19, 286:15
**improve** [1] - 314:23
**in-service** [1] - 254:9
**in-trip** [12] - 192:18,
192:25, 193:24,
194:9, 222:24,
224:8, 224:16,
224:18, 225:8,
254:12, 254:18,
266:23, 270:24,
271:1
**in-truck** [2] - 224:11,
230:6
**inaccurate** [7] -
147:24, 148:2,
286:19, 286:21,
286:23, 287:6,
287:10
**inactions** [1] - 107:12
**inadvertently** [1] -
7:13
**inboard** [1] - 297:22
**Inc** [6] - 330:1, 331:4,
331:8, 331:16,
331:23, 343:5
**incentivize** [1] -
130:12
**inch** [1] - 209:7
**incident** [1] - 354:8
**include** [6] - 27:16,
115:4, 261:18,
304:5, 342:25,
343:15
**included** [18] - 9:14,
10:21, 11:3, 11:4,
25:11, 34:23,
108:14, 108:16,
119:8, 119:22,
148:8, 304:14,
313:7, 321:15,
343:8, 343:9,
343:10, 345:4

DENNIS RITCHIE - 03/09/2016                                    17

**includes** [2] - 10:16, 125:15
**including** [19] - 90:4, 113:3, 119:18, 168:1, 169:14, 188:12, 189:20, 218:21, 275:20, 275:24, 277:1, 281:8, 281:24, 294:23, 295:3, 303:25, 304:2, 312:23, 320:16
**incomplete** [5] - 246:21, 246:24, 247:22, 253:25, 257:2
**Incorporated** [1] - 83:19
**incorrect** [1] - 150:19
**incorrectly** [2] - 150:21, 252:14
**increase** [1] - 366:6
**increased** [3] - 204:8, 207:5, 209:1
**increases** [1] - 204:20
**indeed** [1] - 323:9
**independent** [10] - 99:7, 113:3, 187:22, 222:21, 274:7, 274:9, 279:21, 343:7, 343:20, 343:25
**independently** [3] - 88:24, 120:11, 122:16
**index** [1] - 246:5
**Indiana** [2] - 330:1, 330:15
**indicate** [1] - 366:3
**indicated** [4] - 45:24, 183:9, 225:12, 341:19
**indicates** [2] - 114:24, 190:22
**indirect** [2] - 215:22, 215:23
**individual** [5] - 262:4, 269:18, 338:25, 339:1, 339:2
**individuals** [3] - 18:22, 73:18, 109:22
**industry** [29] - 20:21, 71:6, 90:8, 90:18, 107:15, 110:17, 111:1, 111:19, 122:24, 123:13, 156:1, 161:7, 162:2, 166:14, 199:1, 202:11, 202:17, 202:23, 203:12,

203:13, 206:9, 208:22, 210:25, 218:11, 222:19, 241:2, 347:4, 367:11
**inflate** [3] - 207:17, 208:5, 354:24
**inflated** [5] - 201:11, 201:14, 207:24, 208:8, 214:23
**inflation** [28] - 199:25, 204:7, 204:10, 204:11, 204:16, 206:5, 207:4, 207:6, 207:8, 208:25, 210:8, 216:17, 229:7, 229:24, 230:12, 230:15, 230:22, 234:2, 234:3, 235:6, 354:9, 357:7, 357:21, 358:9, 359:6, 360:13, 363:4, 366:19
**inflation's** [1] - 335:9
**influenced** [1] - 241:22
**inform** [7] - 17:18, 38:17, 176:2, 177:19, 204:1, 204:2, 219:6
**informal** [1] - 16:2
**Information** [1] - 115:17
**information** [70] - 17:19, 27:7, 29:25, 31:16, 31:17, 31:22, 32:22, 35:24, 36:6, 36:9, 36:17, 36:21, 37:2, 38:18, 41:8, 42:1, 42:11, 46:7, 53:15, 58:17, 74:7, 86:19, 87:7, 87:21, 88:24, 92:3, 99:12, 99:25, 105:15, 109:21, 110:15, 111:2, 114:20, 115:10, 116:18, 118:15, 123:1, 141:13, 157:2, 174:8, 178:4, 178:7, 186:1, 186:11, 186:15, 187:1, 203:6, 204:13, 244:15, 244:18, 248:16, 252:14, 267:14, 274:12, 274:14, 278:5, 281:4, 281:5, 281:6, 283:15, 285:16, 287:18,

288:6, 288:19, 296:20, 300:11, 334:21, 337:19, 341:25
**informed** [2] - 177:23, 360:6
**informing** [1] - 159:17
**infraction** [1] - 345:9
**ingesting** [2] - 177:13, 178:13
**initial** [6] - 39:14, 59:19, 193:7, 193:10, 211:25, 221:4
**initiated** [2] - 221:8, 243:21
**initiates** [1] - 253:19
**injuries** [1] - 74:16
**injury** [2] - 25:9, 81:15
**input** [2] - 249:22, 255:3
**inputs** [4] - 279:14, 279:23, 280:2, 280:5
**inquire** [1] - 173:1
**inquiry** [1] - 227:13
**inspect** [19] - 77:4, 98:3, 98:6, 98:16, 98:20, 145:4, 154:12, 195:6, 200:25, 221:9, 264:23, 307:6, 332:25, 335:5, 337:1, 337:8, 337:15, 337:16, 339:23
**inspected** [20] - 24:13, 39:18, 47:4, 145:5, 145:12, 145:14, 146:5, 146:22, 147:9, 217:25, 251:6, 251:13, 252:2, 252:18, 332:15, 337:5, 337:9, 337:25, 338:2, 338:3
**inspecting** [10] - 42:1, 154:8, 193:17, 223:10, 223:13, 262:17, 267:10, 268:24, 308:1, 308:4
**Inspection** [2] - 228:22, 259:18
**inspection** [201] - 8:19, 24:8, 29:5, 29:6, 29:22, 39:14, 56:1, 56:4, 56:17, 57:6, 57:10, 58:12, 76:16, 87:17, 98:10, 117:23, 118:12, 119:8, 119:16,

119:24, 119:25, 120:2, 120:12, 121:1, 121:7, 121:8, 146:11, 155:13, 161:16, 191:8, 191:21, 191:23, 192:9, 192:10, 192:11, 192:13, 192:15, 192:20, 192:23, 193:4, 193:7, 193:11, 193:12, 193:18, 193:19, 193:24, 194:3, 194:7, 194:8, 194:9, 194:13, 194:18, 194:23, 195:3, 197:2, 197:9, 197:11, 198:4, 198:5, 198:25, 200:24, 201:2, 201:23, 217:25, 221:4, 221:8, 221:20, 221:21, 223:17, 224:12, 224:14, 224:17, 224:18, 229:2, 229:16, 230:7, 232:7, 233:22, 233:23, 234:14, 235:6, 235:7, 235:20, 243:19, 243:22, 243:23, 244:2, 244:5, 244:6, 245:3, 245:5, 245:9, 246:15, 246:16, 246:18, 246:22, 246:25, 247:2, 247:8, 247:9, 247:14, 247:15, 247:21, 247:23, 247:25, 248:8, 249:14, 249:16, 249:18, 249:24, 250:6, 250:9, 250:10, 251:9, 251:21, 253:13, 253:21, 254:1, 254:8, 254:13, 254:16, 254:18, 255:17, 255:19, 255:25, 256:24, 257:2, 257:12, 257:14, 257:18, 257:21, 257:25, 258:3, 258:7, 258:10, 258:12, 258:13, 258:19, 258:20, 258:21, 258:22, 259:2, 261:3, 262:4, 262:7, 264:13, 264:14,

264:19, 264:20, 264:22, 265:7, 265:15, 265:25, 266:1, 266:3, 266:12, 266:15, 266:18, 266:19, 267:1, 267:2, 268:12, 268:13, 268:15, 268:16, 268:17, 268:18, 268:19, 268:20, 268:22, 269:1, 269:12, 270:18, 270:19, 270:22, 271:1, 271:12, 271:16, 272:1, 304:15, 305:2, 305:6, 308:3, 310:5, 310:21, 311:13, 332:16, 335:14, 335:18, 336:11, 336:13, 357:8, 357:11, 357:17, 358:5, 359:10, 366:20
**Inspections** [1] - 191:3
**inspections** [113] - 24:15, 29:19, 40:24, 49:14, 49:18, 55:17, 56:7, 69:12, 77:3, 87:15, 115:11, 115:18, 116:19, 118:4, 118:8, 118:14, 118:20, 119:5, 119:18, 120:4, 120:6, 120:18, 123:1, 140:13, 149:15, 161:2, 192:16, 192:18, 192:25, 194:1, 194:4, 194:7, 194:12, 196:21, 222:25, 223:10, 223:19, 224:8, 225:2, 225:5, 225:9, 225:15, 225:17, 226:3, 226:4, 227:7, 227:8, 228:20, 230:19, 234:7, 235:13, 245:12, 245:19, 245:24, 246:2, 249:8, 250:20, 251:25, 252:6, 253:6, 253:8, 254:12, 261:6, 261:7, 261:10, 261:23, 262:2, 262:15, 262:18, 262:23, 263:1, 263:2, 263:4, 263:5,

DENNIS RITCHIE - 03/09/2016

263:8, 263:9,
263:16, 264:11,
264:18, 265:19,
265:23, 266:24,
267:6, 267:15,
267:18, 267:21,
268:8, 269:8,
270:16, 270:24,
303:3, 303:25,
304:2, 304:6,
304:10, 304:12,
304:17, 306:10,
307:4, 307:19,
308:9, 308:13,
309:9, 310:1, 312:6,
312:9, 312:12,
332:18, 335:14,
335:19, 337:4,
357:18
**inspector** [2] - 49:18,
120:7
**inspectors** [1] - 45:20
**instances** [1] - 306:2
**instead** [6] - 36:25,
48:22, 231:24,
232:3, 269:24,
307:25
**Institute** [3] - 70:21,
90:6, 90:20
**instituted** [2] - 31:7,
155:23
**instructed** [3] - 71:21,
176:8, 316:23
**instructors** [1] - 72:2
**instruments** [1] -
270:1
**insufficient** [6] -
247:14, 253:25,
255:21, 256:14,
257:2, 257:20
**intend** [2] - 338:21,
344:17
**intent** [1] - 130:2
**interact** [2] - 159:18,
159:22
**interest** [2] - 31:3,
72:12
**interested** [1] - 132:7
**intermodal** [2] - 145:3,
145:7
**internal** [1] - 70:5
**interpretation** [3] -
206:1, 210:3, 210:5
**interpretations** [1] -
90:2
**interrogated** [1] -
309:12
**interrupt** [2] - 12:11,
143:5
**interrupted** [2] -

138:2, 283:24
**interruption** [3] -
283:25, 284:3, 284:5
**interstate** [5] - 112:6,
125:13, 344:7,
347:12
**interview** [1] - 17:16
**intrastate** [4] - 125:13,
347:13, 347:18,
348:5
**investigate** [2] -
97:12, 120:9
**investigated** [5] -
52:21, 52:24, 96:23,
98:1, 297:9
**investigating** [4] -
97:5, 99:20, 104:14,
290:8
**investigation** [13] -
13:12, 13:14, 13:15,
13:22, 53:6, 53:10,
98:2, 99:22, 100:16,
103:17, 120:19,
120:20, 281:7
**investigations** [4] -
96:19, 104:9,
104:18, 276:9
**investigator** [2] - 13:6,
120:11
**investigators** [1] -
99:8
**invoice** [7] - 43:19,
43:24, 148:7,
212:18, 212:23,
219:19, 221:9
**Invoice** [2] - 212:15,
219:19
**invoices** [2] - 30:14,
155:17
**involve** [2] - 27:9,
195:3
**involved** [18] - 18:22,
50:11, 60:25, 69:11,
77:2, 91:2, 109:5,
122:20, 127:13,
166:18, 262:8,
305:18, 305:20,
305:22, 305:23,
306:13, 306:15,
306:17
**Involved** [2] - 103:25,
105:1
**involvement** [2] -
71:1, 71:3
**involves** [1] - 118:18
**involving** [3] - 96:20,
204:23, 287:1
**irrelevant** [3] - 129:15,
148:13, 148:16
**island** [1] - 76:19

**issue** [18] - 27:18,
34:9, 36:1, 43:15,
45:9, 52:21, 52:24,
53:9, 55:12, 106:14,
120:8, 145:12,
152:21, 179:1,
216:8, 216:12,
238:18, 321:1
**issues** [21] - 16:5,
16:10, 16:11, 34:1,
34:14, 39:20, 42:15,
46:17, 54:18, 71:22,
72:13, 72:17, 72:18,
73:20, 74:17, 75:9,
107:2, 140:14,
169:9, 170:17,
359:18
**italicized** [3] - 273:2,
287:17, 287:23
**item** [7] - 43:8, 47:15,
48:4, 48:14, 48:15,
48:18
**items** [6] - 50:23,
89:22, 90:11, 140:1,
141:9, 141:22
**itself** [6] - 10:18,
106:6, 120:21,
241:23, 289:25,
345:16
**IV** [4] - 282:19, 282:20,
282:22, 282:23

## J

**Jamar** [1] - 302:18
**jerked** [1] - 294:5
**Jesus** [1] - 340:24
**Jim** [6] - 82:4, 82:5,
113:24, 114:1,
340:19, 352:19
**Jim's** [3] - 114:6,
127:14, 340:19
**job** [15] - 16:24, 21:2,
21:3, 34:17, 53:7,
66:25, 67:1, 74:15,
252:6, 315:17,
315:18, 315:22,
316:6, 316:9, 316:12
**jobs** [1] - 31:6
**Joe** [2] - 332:21,
333:21
**joint** [5] - 267:21,
349:19, 349:25,
350:1, 350:2
**jointly** [3] - 245:23,
266:4, 303:3
**judgment** [2] - 52:22,
222:21
**July** [2] - 360:8,
367:22

**jump** [2] - 235:1,
246:9
**jumping** [1] - 297:11
**June** [1] - 212:18
**jury** [1] - 360:11

## K

**Kapp** [6] - 81:4, 81:5,
327:23, 332:2,
352:13, 352:18
**KAPP** [290] - 10:5,
25:20, 26:8, 26:13,
26:15, 28:3, 28:7,
30:22, 33:10, 34:21,
36:18, 43:10, 44:21,
45:13, 47:21, 50:6,
51:12, 51:15, 52:7,
52:18, 53:16, 55:18,
56:8, 61:5, 62:10,
64:5, 64:16, 66:6,
75:11, 78:12, 81:11,
82:24, 83:11, 85:7,
93:12, 93:21, 93:25,
102:2, 102:8, 111:6,
113:9, 113:17,
113:25, 114:5,
114:11, 121:21,
125:10, 125:22,
126:5, 126:10,
126:22, 127:5,
127:10, 127:20,
128:3, 129:6,
129:25, 130:15,
131:14, 131:21,
132:13, 133:22,
134:13, 135:24,
136:2, 137:3,
137:17, 137:22,
138:4, 138:17,
139:10, 139:21,
140:3, 141:10,
141:14, 142:1,
142:20, 142:23,
143:11, 144:11,
146:8, 146:18,
147:17, 147:25,
148:5, 148:12,
150:17, 151:2,
151:15, 151:20,
152:3, 152:25,
153:9, 153:18,
158:2, 158:12,
159:10, 161:11,
162:6, 163:3, 163:6,
165:24, 166:4,
166:15, 168:5,
168:7, 169:1, 170:1,
171:8, 171:18,
172:2, 172:20,
173:6, 173:14,

174:15, 175:2,
175:11, 175:20,
176:10, 176:21,
177:15, 180:11,
182:20, 183:4,
183:20, 184:6,
186:13, 187:7,
189:4, 189:11,
190:3, 190:7,
190:20, 191:13,
191:22, 192:2,
193:6, 193:22,
194:16, 196:15,
196:24, 197:10,
200:19, 201:16,
203:16, 205:14,
206:11, 208:1,
208:9, 208:19,
209:8, 209:18,
209:20, 210:21,
213:9, 213:16,
214:16, 214:24,
215:16, 216:2,
216:9, 216:19,
218:6, 218:15,
220:23, 221:11,
222:13, 226:23,
227:18, 230:24,
231:9, 231:25,
232:9, 233:12,
234:9, 234:16,
235:25, 236:11,
237:21, 238:4,
238:11, 242:24,
243:3, 248:13,
249:11, 252:11,
252:25, 253:9,
254:2, 254:23,
257:22, 270:8,
271:13, 271:17,
272:3, 275:7,
275:16, 277:2,
277:5, 281:10,
285:14, 285:23,
286:7, 287:19,
288:7, 293:9,
293:19, 298:24,
299:8, 301:2,
301:13, 309:1,
309:14, 309:20,
310:2, 310:25,
311:17, 312:7,
312:14, 313:24,
314:13, 314:25,
315:19, 316:8,
316:21, 317:4,
318:6, 318:23,
319:10, 319:20,
321:22, 322:2,
322:19, 323:11,
323:25, 324:17,

DENNIS RITCHIE - 03/09/2016

325:19, 326:5, 326:15, 326:25, 327:3, 327:11, 327:17, 328:9, 328:24, 329:8, 329:15, 331:24, 332:23, 333:9, 333:16, 333:25, 334:10, 334:24, 337:13, 337:21, 338:4, 338:18, 339:12, 340:11, 340:16, 340:21, 340:24, 341:4, 345:12, 346:19, 347:9, 350:13, 350:16, 352:5, 352:7, 353:8, 353:23, 354:17, 354:25, 355:25, 357:12, 357:23, 358:11, 359:7, 359:16, 361:8, 362:3, 362:12, 363:10, 364:1, 364:11, 366:12, 367:1, 368:18

**Kapp's** [2] - 9:13, 355:12

**keep** [25] - 9:5, 17:16, 27:7, 30:12, 38:2, 57:22, 74:19, 74:23, 74:24, 74:25, 120:17, 133:25, 154:12, 155:4, 169:3, 227:3, 243:1, 243:5, 244:13, 267:12, 269:7, 294:3, 294:18, 306:25, 327:15

**Kehler** [93] - 44:25, 45:7, 45:23, 46:9, 49:5, 51:25, 87:14, 91:5, 93:7, 94:19, 101:12, 107:12, 109:1, 112:4, 113:15, 114:8, 136:21, 138:16, 141:18, 141:24, 157:3, 157:7, 160:20, 161:21, 164:13, 164:19, 164:22, 165:6, 165:10, 168:23, 169:9, 169:19, 169:24, 170:16, 171:1, 171:16, 171:25, 176:18, 185:15, 187:3, 196:22, 198:23, 202:14, 207:20,

220:14, 221:7, 221:19, 225:10, 228:12, 235:22, 243:11, 243:21, 244:7, 244:14, 245:23, 247:6, 248:6, 250:19, 252:4, 252:13, 253:8, 253:16, 256:1, 256:3, 258:1, 260:22, 264:1, 266:15, 268:3, 268:15, 273:19, 279:14, 280:5, 288:2, 292:16, 292:23, 293:4, 295:2, 295:25, 296:4, 296:10, 296:19, 296:22, 298:3, 298:8, 299:15, 303:1, 303:6, 303:18, 309:12, 325:22, 325:24, 366:10

**Kehler's** [15] - 91:14, 92:23, 193:3, 246:12, 250:8, 255:11, 263:19, 268:11, 273:4, 274:3, 277:23, 291:16, 297:16, 299:25, 308:6

**Kent** [1] - 82:11

**key** [12] - 37:13, 250:17, 254:16, 254:17, 255:6, 255:7, 258:13, 258:15, 258:23, 258:25, 265:25, 344:3

**keyboard** [1] - 255:3

**keys** [2] - 250:5, 254:13

**Khale** [1] - 82:20

**kidding** [1] - 34:15

**kind** [37] - 10:23, 14:5, 14:18, 31:24, 32:24, 41:19, 54:11, 72:22, 73:15, 78:25, 80:18, 85:15, 91:19, 97:21, 132:22, 134:1, 140:25, 162:11, 177:8, 178:10, 210:25, 212:17, 217:23, 232:18, 261:22, 263:11, 270:21, 281:9, 288:3, 300:16, 309:3, 316:14, 319:16, 321:20,

334:18, 349:25, 365:9

**kinds** [17] - 16:5, 24:21, 25:10, 38:4, 40:25, 63:16, 66:22, 72:20, 72:21, 76:22, 80:2, 80:3, 99:2, 107:23, 194:6, 355:24, 359:17

**Kiswani** [1] - 83:18

**KLINE** [14] - 18:8, 18:14, 340:18, 341:10, 345:17, 347:2, 347:17, 348:6, 364:22, 365:3, 366:23, 367:3, 367:7, 367:21

**Kline** [3] - 82:6, 82:7, 341:11

**Knight** [3] - 81:19, 81:20, 81:23

**knowing** [10] - 53:1, 161:5, 172:7, 196:12, 203:19, 204:25, 207:16, 221:17, 240:1, 268:23

**knowledge** [37] - 45:1, 90:7, 106:6, 110:13, 122:4, 130:3, 157:6, 166:22, 166:24, 167:10, 168:24, 169:3, 169:5, 169:9, 169:20, 169:24, 171:17, 171:25, 172:18, 173:3, 173:9, 173:10, 183:14, 183:16, 185:22, 195:1, 197:23, 199:23, 210:13, 215:13, 215:19, 215:20, 215:23, 263:15, 282:3, 290:25, 320:11

**known** [8] - 75:24, 111:19, 166:19, 170:21, 176:14, 185:20, 204:12, 241:1

**knows** [9] - 51:7, 51:14, 161:1, 161:17, 208:20, 209:11, 301:5, 301:6, 301:10

**knuckle** [5] - 280:21, 349:7, 349:14, 349:20, 350:7

**knuckle's** [1] - 350:1

## L

**label** [2] - 172:17, 184:24

**labeled** [3] - 21:15, 184:13, 219:21

**lack** [4] - 46:18, 304:4, 327:8, 328:2

**Lake** [14] - 142:8, 157:15, 165:3, 165:4, 193:2, 207:21, 222:2, 247:8, 248:3, 251:6, 318:5, 341:21, 342:15, 359:2

**Lake's** [1] - 153:11

**lanes** [1] - 94:22

**language** [2] - 137:2, 137:20

**large** [4] - 60:17, 98:22, 332:14, 339:4

**larger** [2] - 76:25, 78:23

**Las** [1] - 302:18

**last** [36] - 8:23, 22:8, 36:3, 58:10, 86:4, 90:15, 95:17, 104:23, 105:2, 114:18, 129:10, 156:15, 188:8, 190:10, 191:8, 193:20, 194:13, 195:2, 202:1, 219:8, 219:13, 233:9, 233:24, 240:25, 241:7, 256:18, 256:19, 274:10, 274:22, 281:24, 281:25, 307:18, 312:18, 327:22, 357:5, 365:9

**lasted** [1] - 193:4

**lasts** [1] - 244:22

**lat** [1] - 63:18

**late** [1] - 11:24

**latest** [1] - 74:11

**Lathrop** [1] - 82:12

**law** [8] - 12:3, 12:13, 12:20, 18:22, 80:23, 174:23, 277:25, 332:20

**laws** [4] - 66:10, 90:3, 107:15, 188:20

**lawyer** [1] - 80:21

**lawyers** [2] - 303:10, 334:14

**lazy** [2] - 244:11, 244:15

**LCVs** [1] - 322:12

**lead** [11] - 33:23, 51:2,

51:5, 51:6, 157:3, 157:4, 158:5, 161:22, 215:14, 228:3, 228:5

**leaking** [7] - 43:25, 44:14, 45:9, 50:3, 50:13, 52:1, 53:2

**leaks** [1] - 231:19

**lean** [1] - 18:13

**learn** [2] - 255:1, 319:6

**learned** [1] - 241:6

**lease** [37] - 26:25, 36:12, 39:15, 39:21, 39:23, 42:4, 42:14, 43:4, 47:10, 77:5, 121:14, 121:15, 133:5, 141:7, 179:6, 179:8, 180:21, 180:22, 181:4, 181:10, 182:2, 182:6, 182:9, 182:10, 182:13, 182:18, 182:21, 183:3, 183:7, 183:23, 184:4, 184:8, 186:20, 338:21, 339:19, 340:4, 345:22

**leased** [17] - 28:9, 28:13, 30:16, 32:3, 35:16, 35:17, 36:10, 36:12, 38:2, 39:13, 42:25, 154:9, 186:24, 313:17, 315:24, 345:19, 346:21

**leases** [2] - 30:6, 122:14

**leasing** [1] - 39:8

**least** [27] - 8:23, 10:5, 17:6, 84:6, 87:22, 108:15, 165:9, 186:1, 186:11, 221:20, 227:13, 233:8, 234:11, 239:24, 240:8, 281:22, 319:7, 322:5, 322:16, 324:4, 325:16, 338:16, 358:9, 358:13, 360:14, 360:24, 361:6

**leave** [6] - 46:3, 48:23, 213:25, 221:3, 346:2, 352:12

**leaves** [2] - 52:12, 193:2

**leaving** [1] - 295:3

**lectures** [1] - 73:19

**left** [63] - 48:21, 62:6, 67:7, 91:6, 91:8, 92:12, 92:14, 93:8, 93:15, 93:22, 94:6, 94:8, 94:14, 94:16, 95:24, 95:25, 96:5, 96:18, 97:22, 100:14, 100:22, 101:3, 101:7, 101:13, 101:19, 101:20, 101:22, 102:1, 102:7, 102:13, 102:16, 102:17, 102:25, 103:2, 103:5, 103:11, 103:24, 104:17, 111:11, 212:22, 213:19, 233:9, 239:24, 273:4, 273:6, 273:9, 273:11, 274:20, 274:24, 277:18, 277:22, 278:1, 278:4, 278:6, 278:9, 278:14, 294:6, 295:11, 295:12, 295:20, 341:2
**left-hand** [3] - 103:24, 104:17, 233:9
**leg** [6] - 269:2, 269:14, 270:17, 359:10, 359:21, 359:22
**legal** [3] - 128:5, 129:9, 189:15
**Lenhart** [1] - 84:20
**less** [11] - 78:24, 121:18, 206:5, 206:16, 207:18, 211:7, 212:3, 217:17, 218:19, 252:18, 326:3
**lessee** [6] - 180:3, 180:6, 180:7, 182:7, 182:11
**Lessee** [1] - 181:4
**lessor** [3] - 179:24, 180:5, 181:2
**Lessor** [1] - 180:22
**letter** [1] - 90:25
**letters** [1] - 227:1
**level** [2] - 24:19, 46:19
**Level** [1] - 336:13
**levels** [1] - 354:9
**liability** [1] - 130:4
**liable** [4] - 127:16, 127:24, 128:25, 130:1
**license** [9] - 27:20, 59:20, 70:1, 109:23, 169:13, 169:22,

173:11, 198:8, 198:13
**License** [3] - 90:4, 232:14, 235:3
**licensed** [3] - 19:6, 109:1, 353:16
**LIEBERMAN** [270] - 7:8, 7:22, 8:1, 9:10, 9:16, 10:7, 10:13, 11:9, 18:12, 18:15, 18:17, 25:23, 26:6, 26:11, 26:17, 28:5, 28:11, 31:2, 33:14, 35:1, 37:17, 43:17, 44:23, 46:6, 46:15, 48:9, 50:20, 51:14, 51:21, 52:11, 52:19, 53:18, 55:19, 56:10, 56:12, 61:7, 61:11, 62:20, 64:8, 64:22, 66:13, 75:14, 78:20, 81:14, 83:2, 83:13, 83:22, 84:12, 84:16, 85:9, 85:24, 86:2, 93:17, 93:23, 94:11, 102:4, 102:5, 102:14, 111:10, 112:17, 112:19, 113:14, 113:18, 113:24, 114:7, 114:15, 121:24, 123:24, 124:3, 125:17, 126:7, 126:17, 127:2, 127:6, 127:15, 127:23, 128:9, 129:19, 129:21, 130:9, 130:22, 131:15, 131:25, 133:1, 134:3, 134:17, 136:1, 136:8, 137:10, 137:18, 138:3, 138:13, 139:2, 139:16, 139:23, 140:21, 141:11, 141:20, 142:2, 142:22, 143:3, 143:14, 143:18, 143:19, 144:12, 144:24, 146:14, 147:4, 147:23, 148:3, 148:20, 148:24, 149:20, 149:24, 150:20, 151:8, 151:18, 151:23, 152:7, 153:3, 153:14, 153:24, 156:23, 158:7, 158:15, 160:3, 162:1, 162:8,

163:5, 163:21, 166:1, 166:5, 166:20, 167:3, 168:6, 168:10, 169:7, 170:14, 171:14, 171:20, 171:22, 172:4, 172:14, 172:25, 173:16, 173:19, 173:24, 174:3, 174:19, 175:3, 175:16, 175:23, 176:13, 176:24, 177:17, 180:14, 181:16, 181:19, 182:23, 183:5, 183:25, 184:10, 184:15, 184:19, 186:21, 187:16, 188:8, 189:13, 190:4, 190:9, 190:23, 191:16, 191:25, 192:5, 193:9, 193:25, 194:19, 196:16, 197:3, 197:13, 200:21, 201:24, 203:23, 205:12, 205:25, 206:22, 208:3, 208:14, 208:24, 209:14, 209:25, 211:1, 212:12, 213:13, 213:21, 214:19, 214:25, 215:18, 215:21, 216:7, 216:13, 216:23, 218:9, 218:23, 219:18, 219:22, 220:25, 221:16, 222:11, 222:17, 227:5, 228:2, 231:4, 231:10, 232:4, 232:12, 233:15, 233:19, 234:10, 234:19, 234:25, 236:4, 236:14, 237:23, 238:8, 238:12, 243:8, 248:18, 249:19, 252:12, 253:2, 253:14, 254:7, 255:8, 256:6, 258:2, 259:12, 259:16, 261:12, 262:12, 270:10, 271:14, 271:20, 272:6, 272:10, 272:13, 275:10, 275:12, 275:25, 277:4, 277:6, 277:10,

281:12, 285:17, 286:2, 286:12, 287:21, 288:12, 293:15, 293:22, 299:1, 299:10, 301:9, 301:16, 340:22, 348:11, 350:19, 350:23, 352:19, 364:20
**Lieberman** [2] - 7:14, 356:12
**life** [2] - 242:9, 300:8
**likely** [1] - 310:13
**likewise** [4] - 87:21, 125:5, 247:22, 316:18
**limit** [16] - 21:21, 66:1, 66:10, 83:13, 288:9, 300:1, 300:4, 300:12, 300:20, 301:1, 301:6, 301:7, 301:8, 301:11, 301:12, 301:15
**limited** [6] - 69:14, 189:21, 241:11, 302:21, 304:5, 304:9
**limits** [5] - 64:21, 65:8, 285:19, 285:21, 286:1
**Line** [2] - 223:16, 225:6
**line** [4] - 255:4, 255:5, 307:16
**lines** [2] - 273:1, 307:8
**linkage** [1] - 94:8
**list** [13] - 8:24, 10:17, 11:1, 48:13, 67:19, 80:23, 80:25, 84:13, 86:3, 88:16, 105:3, 108:6, 132:20
**listed** [8] - 67:13, 80:14, 84:18, 108:9, 232:6, 265:20, 347:22, 351:6
**listen** [2] - 231:19, 349:4
**listened** [2] - 216:2, 341:14
**listing** [1] - 122:12
**literally** [1] - 233:15
**literature** [5] - 70:18, 95:2, 104:6, 104:10, 291:5
**load** [27] - 59:16, 59:17, 63:9, 105:24, 105:25, 203:5, 203:7, 204:15, 206:6, 206:12, 206:13, 215:3, 223:24, 345:9,

345:14, 346:24, 347:5, 347:7, 347:13, 348:5, 365:15, 365:17, 365:18, 365:19
**loaded** [5] - 105:21, 106:9, 106:11, 106:25
**loads** [5] - 106:7, 344:11, 344:17, 345:20, 346:9
**local** [2] - 22:14, 73:25
**located** [1] - 349:21
**location** [3] - 33:22, 307:13
**locations** [5] - 63:13, 63:19, 69:10, 76:18, 354:20
**locked** [4] - 101:16, 101:18, 102:11, 102:12
**log** [42] - 8:19, 54:6, 54:13, 54:22, 55:25, 58:11, 59:1, 87:16, 141:1, 225:20, 226:1, 226:12, 226:19, 227:2, 227:6, 244:18, 244:20, 245:1, 247:6, 248:16, 248:22, 249:4, 250:8, 250:16, 251:16, 252:15, 254:19, 255:2, 256:23, 258:5, 260:18, 261:3, 262:11, 263:19, 264:1, 266:9, 269:3, 269:4, 312:8, 312:11
**Log** [6] - 246:12, 253:15, 255:11, 256:21, 259:18, 264:1
**logbook** [2] - 36:1, 246:4
**logbooks** [1] - 119:17
**logging** [7] - 118:5, 225:14, 225:16, 244:12, 244:15, 252:14, 260:20
**logs** [58] - 9:19, 54:4, 54:5, 54:10, 54:18, 54:19, 54:21, 55:1, 55:5, 56:22, 87:14, 120:5, 126:14, 126:15, 140:15, 140:17, 140:22, 140:25, 141:3, 142:5, 142:6, 142:10, 222:4,

225:13, 225:14,
227:2, 227:10,
244:8, 245:25,
246:1, 248:15,
249:3, 249:5, 249:7,
250:24, 250:25,
254:11, 254:15,
260:4, 260:11,
260:17, 260:25,
261:15, 261:18,
261:21, 261:25,
262:4, 263:11,
303:1, 309:4,
311:18, 311:19,
311:20, 311:22,
311:24, 336:7,
336:12
**Logs** [6] - 243:10,
248:10, 256:8,
259:9, 260:3, 260:8
**longs** [1] - 63:18
**look** [56] - 14:12,
14:13, 18:25, 27:19,
36:9, 39:6, 41:24,
47:23, 50:16, 87:23,
97:18, 120:5,
120:12, 132:3,
134:4, 142:6,
142:18, 143:1,
144:21, 147:15,
161:2, 173:22,
180:20, 180:21,
181:21, 182:5,
195:10, 200:25,
207:14, 231:1,
231:18, 231:19,
231:21, 234:22,
235:4, 241:18,
246:13, 248:1,
250:10, 254:5,
256:23, 263:25,
264:9, 267:22,
268:9, 289:24,
303:16, 304:25,
306:9, 311:12,
321:6, 322:4, 330:6,
336:7, 340:9, 352:8
**looked** [11] - 53:1,
53:11, 54:18, 80:24,
100:10, 147:21,
169:13, 191:19,
334:5, 345:5, 345:10
**looking** [42] - 11:11,
20:9, 47:24, 57:19,
84:7, 89:21, 114:18,
116:5, 116:7,
141:18, 141:23,
143:21, 151:11,
160:24, 167:8,
169:22, 176:7,

195:15, 204:19,
205:2, 227:14,
228:15, 231:14,
231:21, 251:4,
257:4, 263:18,
263:23, 269:24,
269:25, 270:1,
270:6, 271:5, 271:7,
280:7, 285:16,
311:13, 314:10,
316:6, 316:10,
316:12, 332:11
**looks** [13] - 8:24,
11:14, 13:1, 18:25,
66:14, 85:10, 85:15,
87:25, 89:23,
120:13, 195:17,
246:13, 263:22
**loose** [1] - 302:25
**Los** [3] - 12:3, 12:10,
97:10
**lose** [3] - 103:22,
199:11, 199:16
**loses** [1] - 95:23
**losing** [1] - 167:24
**losses** [1] - 25:10
**lost** [1] - 295:9
**low** [5] - 229:4, 231:2,
363:21, 363:24,
366:14
**lower** [1] - 210:16
**Loyd** [4] - 82:8, 88:12,
107:9, 261:16
**lug** [1] - 100:13
**lunch** [1] - 173:15

## M

**macro** [17] - 226:2,
226:4, 248:7,
249:15, 249:16,
258:13, 258:14,
258:23, 258:25,
265:25, 271:3,
306:1, 306:3,
306:21, 307:23,
308:21, 310:6
**macro's** [1] - 271:3
**macros** [3] - 254:11,
260:19, 309:24
**main** [1] - 59:12
**maintain** [10] - 40:8,
55:7, 55:10, 55:14,
145:4, 154:12,
161:9, 163:10,
189:2, 311:25
**maintained** [15] -
39:18, 40:18, 43:1,
51:1, 117:17, 145:6,
145:13, 145:15,

146:6, 147:10,
156:25, 160:11,
160:20, 161:18,
165:15
**maintaining** [7] -
42:23, 47:9, 116:15,
154:8, 155:21,
164:7, 355:21
**maintains** [2] - 153:8,
188:14
**maintenance** [79] -
27:14, 30:15, 31:9,
31:13, 31:25, 32:4,
33:7, 38:3, 38:12,
38:14, 38:16, 38:21,
38:23, 39:8, 39:19,
40:1, 40:4, 40:9,
40:11, 42:9, 42:17,
43:7, 43:8, 45:1,
46:18, 47:11, 47:15,
50:22, 55:23, 56:15,
75:19, 77:11, 78:9,
79:16, 79:23,
125:19, 131:5,
142:11, 142:14,
143:24, 144:4,
145:19, 146:2,
147:16, 149:1,
149:4, 149:10,
149:16, 149:25,
150:2, 150:9,
150:15, 150:24,
150:25, 151:6,
151:10, 152:2,
152:5, 152:9,
152:15, 152:23,
154:9, 155:13,
155:17, 156:7,
157:20, 157:24,
158:11, 158:14,
159:8, 160:14,
162:4, 163:2, 241:8,
341:20, 341:23,
342:14, 361:22
**major** [4] - 17:24,
72:13, 79:23, 194:11
**majority** [1] - 218:2
**malfunction** [1] -
121:6
**management** [27] -
71:18, 116:14,
116:25, 117:6,
130:7, 130:14,
130:19, 130:21,
130:23, 130:25,
131:3, 131:13,
131:18, 132:2,
132:10, 132:17,
132:22, 133:3,
133:10, 133:21,

134:9, 135:8,
135:21, 140:18,
167:25, 168:9,
171:12
**manager** [41] - 31:20,
32:11, 33:1, 33:3,
33:5, 33:15, 33:17,
33:18, 33:20, 33:21,
33:22, 37:3, 41:24,
43:7, 45:7, 45:12,
45:14, 46:17, 47:2,
47:16, 47:19, 50:12,
51:9, 51:18, 52:16,
52:23, 52:24, 53:11,
58:14, 63:7, 64:2,
64:14, 78:16, 142:9,
144:7, 153:11,
156:10, 156:20,
249:3
**managers** [2] - 44:7,
156:6
**mandate** [1] - 18:19
**mandatorily** [1] -
64:20
**mandatory** [1] - 61:1
**maneuvers** [2] -
168:17, 168:19
**manner** [1] - 103:22
**manual** [59] - 37:5,
37:20, 37:25, 38:4,
38:8, 38:11, 70:17,
70:21, 71:2, 89:10,
90:5, 109:4, 109:13,
135:23, 136:6,
136:16, 162:14,
198:1, 198:9,
198:18, 210:7,
219:3, 227:14,
227:15, 228:17,
231:16, 232:6,
232:18, 232:19,
232:21, 232:22,
234:12, 235:10,
235:11, 288:21,
289:9, 289:10,
289:12, 289:24,
289:25, 290:22,
290:23, 291:2,
351:18, 352:4,
353:1, 353:5,
353:12, 353:25,
354:2, 355:5, 355:6,
355:9, 355:16,
355:17, 355:18,
355:19
**Manual** [2] - 232:15,
289:20
**manuals** [24] - 37:7,
37:18, 37:20, 90:4,
108:25, 109:19,

109:22, 110:7,
110:9, 110:21,
110:23, 111:3,
136:9, 200:14,
210:10, 223:2,
229:16, 232:24,
271:23, 289:8,
299:5, 299:22, 354:1
**manufacture** [1] - 92:9
**manufacturer** [2] -
83:4, 162:15
**manufacturer's** [2] -
209:16, 209:21
**manufacturers** [1] -
211:3
**March** [3] - 259:24,
330:2
**mark** [17] - 7:22, 10:9,
46:11, 84:12,
123:24, 148:20,
149:20, 173:24,
180:10, 181:16,
184:15, 205:6,
205:12, 259:13,
302:11, 329:17,
352:20
**marked** [54] - 7:24,
10:11, 10:14, 84:14,
85:14, 86:10,
108:18, 124:1,
124:4, 128:7,
128:10, 134:5,
134:7, 144:22,
148:22, 148:25,
149:22, 150:5,
150:6, 150:15,
150:18, 150:21,
151:5, 152:20,
153:22, 153:25,
167:1, 167:4, 174:1,
174:4, 180:12,
180:15, 181:17,
181:20, 184:17,
188:3, 205:23,
212:10, 212:13,
219:16, 232:10,
232:13, 234:23,
243:6, 243:9, 256:4,
256:7, 259:14,
259:17, 272:15,
329:19, 329:22,
351:12, 352:22
**markings** [1] - 263:10
**Marks** [55] - 107:2,
109:1, 112:4,
113:16, 114:9,
136:21, 138:16,
141:24, 161:23,
165:6, 165:11,
165:20, 168:24,

DENNIS RITCHIE - 03/09/2016

169:9, 169:24,
170:19, 171:1,
171:16, 171:25,
176:18, 185:16,
187:3, 193:14,
196:22, 198:23,
202:14, 220:14,
220:17, 220:20,
221:7, 221:18,
225:10, 228:11,
235:22, 236:2,
236:16, 245:23,
247:2, 250:7, 250:9,
250:18, 250:23,
253:7, 256:19,
256:22, 258:9,
260:22, 264:3,
266:14, 268:4,
315:15, 318:12,
325:23, 325:25,
366:10
**marks** [15] - 14:13,
14:14, 14:16, 14:19,
44:25, 106:22,
174:18, 178:13,
197:16, 250:6,
278:20, 278:24,
279:3, 294:7
**Marks'** [9] - 87:14,
141:18, 193:16,
254:6, 256:8,
263:19, 268:13,
303:1, 317:11
**marks'** [1] - 177:11
**material** [1] - 190:15
**materials** [9] - 88:8,
91:20, 97:15, 233:4,
233:13, 233:18,
317:12, 335:24,
356:4
**math** [2] - 288:13,
288:14
**mathematical** [2] -
292:5, 293:12
**matter** [5] - 139:7,
199:12, 271:11,
340:1, 358:9
**matters** [1] - 189:19
**max** [3] - 217:8,
217:14, 236:20
**maximum** [10] -
203:20, 211:20,
212:2, 215:2, 218:7,
218:13, 218:18,
365:17, 365:19,
367:12
**MCM** [1] - 285:1
**MCS-150** [1] - 343:14
**mean** [36] - 12:12,
41:20, 50:25, 54:2,

59:4, 62:23, 75:3,
77:23, 93:21,
102:23, 117:24,
142:16, 143:5,
143:16, 192:11,
201:21, 206:24,
211:23, 213:22,
217:11, 222:25,
231:20, 238:19,
239:5, 258:21,
267:5, 283:19,
283:20, 287:19,
304:6, 306:20,
316:14, 352:8,
353:24, 361:4, 364:6
**meaning** [2] - 109:8,
207:9
**means** [11] - 125:9,
134:24, 146:24,
146:25, 155:3,
185:23, 209:17,
213:11, 224:3,
274:24
**meant** [2] - 22:19,
339:17
**measure** [1] - 283:3
**Measurement** [1] -
331:7
**measurement** [2] -
115:20, 132:4
**measurements** [2] -
99:15, 99:19
**mechanic** [6] - 49:11,
76:21, 79:2, 98:12,
98:13, 98:14
**mechanical** [4] -
266:22, 294:23,
295:4, 297:7
**mechanics** [5] -
76:19, 78:19, 98:11,
157:16, 342:10
**mechanism** [1] -
93:21
**median** [2] - 101:23,
278:2
**medical** [1] - 178:23
**medication** [1] -
178:10
**meet** [3] - 21:23,
315:6, 321:25
**meeting** [5] - 60:20,
60:21, 60:23, 73:22,
185:10
**meetings** [2] - 75:18,
76:4
**melted** [1] - 284:10
**member** [3] - 90:18,
90:22, 319:2
**memory** [1] - 39:3
**men** [1] - 264:1

**Menk** [1] - 302:16
**mentioned** [9] - 37:18,
37:19, 62:21,
234:20, 298:17,
319:25, 354:10,
355:4, 366:18
**Meritor** [1] - 285:3
**message** [1] - 59:15
**messages** [2] - 58:22,
63:15
**met** [6] - 7:13, 164:13,
164:15, 165:10,
250:3, 323:21
**metal** [1] - 94:17
**method** [8] - 54:25,
102:19, 102:20,
103:6, 155:7, 160:9,
200:18, 201:18
**methodology** [2] -
104:11, 263:18
**methods** [2] - 74:4,
195:9
**Mexico** [2] - 64:1,
68:20
**Michels** [1] - 83:19
**middle** [6] - 91:4,
212:16, 213:3,
263:21, 294:22,
330:22
**midnight** [1] - 257:5
**might** [23] - 9:17,
30:18, 57:24, 73:22,
85:4, 87:12, 95:12,
105:24, 105:25,
199:16, 260:10,
268:23, 289:22,
290:4, 306:2, 320:4,
336:13, 352:9,
357:24, 364:23,
365:25, 366:1
**mileage** [2] - 241:14,
241:22
**miles** [43] - 22:5,
24:20, 32:18, 35:14,
40:22, 64:4, 101:3,
160:24, 162:15,
204:14, 238:25,
239:23, 240:13,
240:18, 240:21,
240:25, 241:3,
241:20, 278:8,
282:9, 282:15,
282:24, 283:4,
283:7, 285:13,
286:5, 286:11,
288:9, 292:6,
294:10, 300:12,
300:19, 300:21,
300:25, 301:6,
301:7, 303:20,

361:17, 366:5, 366:9
**military** [2] - 248:2,
330:3
**mind** [8] - 17:16,
57:22, 120:17,
139:25, 169:3,
221:1, 269:7, 350:20
**mine** [2] - 246:3, 246:8
**Minimum** [1] - 323:21
**minimum** [9] - 22:2,
111:13, 133:13,
204:15, 320:16,
321:12, 321:15,
323:19, 324:15
**miniscule** [1] - 122:8
**minor** [1] - 46:21
**minute** [23] - 191:21,
223:14, 246:18,
247:10, 248:5,
249:9, 249:20,
249:21, 250:11,
252:5, 252:19,
253:21, 255:18,
256:12, 265:19,
305:5, 306:9,
308:14, 310:5,
342:19, 343:3,
363:17
**minutes** [44] - 73:23,
74:2, 130:17, 131:1,
191:15, 192:1,
193:13, 193:24,
223:15, 223:16,
244:1, 244:3,
244:23, 246:24,
247:21, 248:4,
249:25, 250:2,
251:22, 254:4,
254:5, 256:25,
257:15, 261:2,
264:12, 264:14,
264:15, 265:8,
265:11, 265:15,
265:20, 266:10,
266:11, 268:12,
268:14, 271:6,
303:19, 307:21,
308:14, 310:10,
310:14, 310:17,
310:19, 327:13
**mirror** [1] - 291:2
**mirrors** [1] - 76:21
**mis** [1] - 323:25
**misquote** [1] - 77:23
**misrecords** [1] - 306:4
**miss** [1] - 85:4
**missed** [1] - 306:21
**missing** [1] - 284:12
**misspoke** [1] - 22:18
**misstates** [4] - 206:12,

209:20, 322:20,
326:16
**misstating** [1] - 324:1
**mode** [3] - 91:25,
292:14, 350:14
**model** [6] - 198:8,
232:18, 232:23,
234:11, 235:10,
282:21
**Model** [2] - 232:14,
282:22
**moment** [1] - 75:16
**momentarily** [2] -
67:20, 227:11
**monitor** [19] - 28:17,
29:15, 30:1, 31:8,
40:3, 41:1, 44:10,
55:9, 55:16, 56:20,
59:13, 65:5, 65:9,
65:17, 76:9, 131:3,
140:12, 142:11,
152:1
**monitored** [1] - 40:4
**monitoring** [13] - 28:1,
29:15, 30:17, 32:25,
33:7, 42:8, 44:7,
59:7, 59:8, 63:3,
63:11, 227:7, 248:9
**month** [18] - 32:10,
32:16, 129:10,
146:13, 147:12,
149:11, 150:3,
150:10, 151:1,
199:17, 261:21,
358:9, 358:14,
359:4, 360:14,
360:25, 361:4
**monthly** [28] - 30:12,
30:13, 31:16, 32:4,
32:23, 33:8, 38:3,
41:4, 143:24, 144:2,
145:22, 146:1,
146:11, 147:15,
149:1, 149:3,
149:25, 150:2,
150:14, 151:6,
151:10, 152:2,
152:5, 152:9,
152:14, 152:23,
153:6, 160:14
**months** [16] - 12:7,
32:11, 32:17, 41:8,
42:21, 114:23,
116:21, 118:2,
120:13, 199:8,
239:21, 240:6,
240:16, 361:7,
361:12
**Monty** [1] - 82:18
**morning** [4] - 7:12,

7:13, 341:16, 341:20

**morphine** [10] -
176:25, 177:2,
177:7, 177:8,
177:11, 177:14,
177:20, 178:8,
178:14

**most** [20] - 12:24,
25:14, 29:20, 35:22,
72:2, 97:8, 101:8,
120:3, 120:17,
160:23, 161:22,
166:18, 201:5,
299:15, 305:18,
307:20, 314:15,
354:1, 355:22,
356:23

**mostly** [4] - 14:6,
20:12, 67:1, 179:19

**motion** [1] - 274:21

**motor** [63] - 28:22,
29:23, 29:25, 40:8,
42:23, 55:4, 109:8,
111:14, 112:5,
112:9, 115:8, 115:9,
117:19, 119:20,
121:9, 123:12,
123:15, 125:3,
125:4, 125:12,
125:24, 126:3,
127:11, 127:12,
127:16, 130:13,
131:9, 137:6,
137:15, 138:10,
138:24, 145:2,
145:6, 153:15,
153:20, 154:11,
154:17, 167:9,
167:20, 174:7,
174:8, 178:24,
183:22, 183:23,
186:17, 186:18,
187:9, 206:3,
223:21, 223:22,
223:25, 224:3,
224:5, 313:17,
317:8, 328:12,
331:1, 338:11,
338:17, 340:4,
344:6, 344:14,
346:25

**Motor** [14] - 21:12,
21:14, 21:24, 28:20,
66:9, 89:7, 90:1,
108:7, 114:13,
128:11, 154:1,
177:22, 188:12,
330:23

**motorist** [2] - 75:5,
75:6

**motorists** [1] - 74:25

**move** [8] - 91:3, 96:17,
101:7, 103:22,
129:17, 129:19,
172:4, 278:6

**moved** [2] - 277:22,
278:1

**movement** [4] -
275:24, 276:1,
276:5, 278:13

**movements** [7] - 63:4,
69:12, 273:15,
273:16, 276:11,
276:14, 281:9

**moves** [3] - 274:20,
275:20, 277:17

**moving** [8] - 61:12,
120:10, 193:1,
258:14, 270:25,
278:9, 295:19,
332:22

**MR** [673] - 7:8, 7:22,
8:1, 9:8, 9:10, 9:16,
10:5, 10:7, 10:13,
11:5, 11:9, 18:8,
18:12, 18:14, 18:15,
18:17, 25:20, 25:23,
26:6, 26:8, 26:11,
26:13, 26:15, 26:17,
28:3, 28:5, 28:7,
28:11, 30:22, 31:2,
33:10, 33:14, 34:21,
35:1, 36:18, 37:17,
43:10, 43:17, 44:21,
44:23, 45:13, 46:6,
46:11, 46:15, 47:21,
48:9, 50:6, 50:20,
51:12, 51:14, 51:15,
51:21, 52:7, 52:11,
52:18, 52:19, 53:16,
53:18, 55:18, 55:19,
56:8, 56:10, 56:12,
61:5, 61:7, 61:11,
62:10, 62:20, 64:5,
64:8, 64:16, 64:22,
66:6, 66:13, 75:11,
75:14, 78:12, 78:20,
81:11, 81:14, 82:24,
83:2, 83:11, 83:13,
83:22, 84:12, 84:16,
85:7, 85:9, 85:21,
85:24, 86:1, 86:2,
93:12, 93:17, 93:21,
93:23, 93:25, 94:11,
102:2, 102:4, 102:5,
102:8, 102:14,
111:6, 111:10,
112:15, 112:17,
112:18, 112:19,
113:9, 113:14,

113:17, 113:18,
113:21, 113:24,
113:25, 114:3,
114:5, 114:7,
114:11, 114:15,
121:21, 121:24,
123:24, 124:3,
125:10, 125:17,
125:22, 126:5,
126:7, 126:10,
126:17, 126:22,
127:2, 127:5, 127:6,
127:10, 127:15,
127:20, 127:23,
128:3, 128:9, 129:6,
129:17, 129:19,
129:21, 129:25,
130:9, 130:15,
130:22, 131:14,
131:15, 131:21,
131:25, 132:13,
133:1, 133:22,
134:3, 134:13,
134:17, 135:24,
136:1, 136:2, 136:8,
137:3, 137:10,
137:17, 137:18,
137:22, 138:1,
138:3, 138:4,
138:13, 138:17,
139:2, 139:10,
139:16, 139:21,
139:23, 140:3,
140:21, 141:10,
141:11, 141:14,
141:20, 142:1,
142:2, 142:20,
142:22, 142:23,
143:3, 143:11,
143:14, 143:16,
143:18, 143:19,
144:11, 144:12,
144:24, 146:8,
146:14, 146:18,
147:4, 147:17,
147:23, 147:25,
148:3, 148:5,
148:12, 148:17,
148:20, 148:24,
149:20, 149:24,
150:17, 150:20,
151:2, 151:8,
151:15, 151:18,
151:20, 151:23,
152:3, 152:7,
152:25, 153:3,
153:9, 153:14,
153:18, 153:24,
156:14, 156:23,
158:2, 158:7,
158:12, 158:15,

159:10, 160:3,
161:11, 162:1,
162:6, 162:8, 163:3,
163:5, 163:6,
163:21, 165:24,
166:1, 166:4, 166:5,
166:15, 166:20,
167:3, 168:5, 168:6,
168:7, 168:10,
169:1, 169:7, 170:1,
170:14, 171:8,
171:14, 171:18,
171:20, 171:22,
172:2, 172:4,
172:14, 172:20,
172:25, 173:6,
173:14, 173:16,
173:19, 173:24,
174:3, 174:15,
174:19, 175:2,
175:3, 175:11,
175:16, 175:20,
175:23, 176:10,
176:13, 176:21,
176:24, 177:15,
177:17, 180:11,
180:14, 181:16,
181:19, 182:20,
182:23, 183:4,
183:5, 183:20,
183:25, 184:6,
184:10, 184:15,
184:19, 186:13,
186:21, 187:7,
187:16, 189:4,
189:8, 189:11,
189:13, 190:3,
190:4, 190:7, 190:9,
190:20, 190:23,
191:13, 191:16,
191:22, 191:25,
192:2, 192:5, 193:6,
193:9, 193:22,
193:25, 194:16,
194:19, 196:15,
196:16, 196:24,
197:3, 197:10,
197:13, 200:19,
200:21, 201:16,
201:24, 203:16,
203:23, 205:12,
205:14, 205:21,
205:25, 206:11,
206:22, 208:1,
208:3, 208:9,
208:14, 208:19,
208:24, 209:8,
209:14, 209:18,
209:20, 209:25,
210:21, 211:1,
212:12, 213:9,

213:13, 213:16,
213:21, 214:16,
214:19, 214:24,
214:25, 215:16,
215:18, 215:21,
216:2, 216:7, 216:9,
216:13, 216:19,
216:23, 218:6,
218:9, 218:15,
218:23, 219:18,
219:22, 220:23,
220:25, 221:11,
221:16, 222:10,
222:11, 222:13,
222:17, 226:23,
227:5, 227:18,
228:2, 230:24,
231:4, 231:9,
231:10, 231:25,
232:4, 232:9,
232:12, 233:12,
233:15, 233:19,
234:9, 234:10,
234:16, 234:19,
234:25, 235:25,
236:4, 236:11,
236:14, 237:21,
237:23, 238:4,
238:8, 238:11,
238:12, 242:24,
243:3, 243:8,
248:13, 248:18,
249:11, 249:19,
252:11, 252:12,
252:25, 253:2,
253:9, 253:14,
254:2, 254:7,
254:23, 255:8,
256:6, 257:22,
258:2, 259:12,
259:16, 261:9,
261:11, 261:12,
262:12, 270:8,
270:10, 271:13,
271:14, 271:17,
271:20, 272:3,
272:6, 272:10,
272:13, 275:7,
275:10, 275:12,
275:16, 275:25,
277:2, 277:4, 277:5,
277:6, 277:10,
281:10, 281:12,
285:14, 285:17,
285:23, 286:2,
286:7, 286:12,
287:19, 287:21,
288:7, 288:12,
293:9, 293:15,
293:19, 293:22,
298:24, 299:1,

DENNIS RITCHIE - 03/09/2016

24

299:8, 299:10,
301:2, 301:9,
301:13, 301:16,
302:3, 303:9,
303:12, 309:1,
309:10, 309:14,
309:17, 309:20,
309:22, 310:2,
310:7, 310:25,
311:4, 311:17,
312:3, 312:7,
312:10, 312:14,
312:15, 313:24,
314:3, 314:13,
314:20, 314:25,
315:2, 315:19,
316:1, 316:8,
316:17, 316:21,
316:24, 317:4,
317:10, 318:6,
318:10, 318:23,
319:5, 319:10,
319:15, 319:20,
320:1, 321:22,
321:23, 322:2,
322:14, 322:19,
322:22, 323:11,
323:16, 323:25,
324:12, 324:17,
324:21, 325:19,
326:1, 326:5,
326:10, 326:15,
326:19, 326:25,
327:3, 327:4,
327:11, 327:15,
327:17, 327:18,
327:21, 328:6,
328:9, 328:20,
328:24, 329:3,
329:8, 329:11,
329:15, 329:17,
329:21, 331:24,
332:1, 332:23,
333:3, 333:9,
333:12, 333:16,
333:22, 333:25,
334:2, 334:10,
334:12, 334:24,
335:4, 337:13,
337:18, 337:21,
338:1, 338:4, 338:6,
338:18, 338:23,
339:12, 339:14,
340:11, 340:14,
340:16, 340:18,
340:21, 340:22,
340:24, 340:25,
341:4, 341:5,
341:10, 345:12,
345:17, 346:19,
347:2, 347:9,

347:17, 348:6,
348:11, 350:13,
350:16, 350:19,
350:23, 351:5,
351:14, 352:5,
352:7, 352:10,
352:17, 352:19,
352:21, 352:24,
353:8, 353:11,
353:23, 354:4,
354:17, 354:22,
354:25, 355:3,
355:25, 356:3,
357:12, 357:19,
357:23, 358:2,
358:11, 358:15,
359:7, 359:12,
359:16, 360:1,
361:8, 361:11,
362:3, 362:5, 362:9,
362:12, 362:17,
363:10, 363:11,
364:1, 364:4,
364:11, 364:18,
364:20, 364:22,
365:3, 366:12,
366:23, 367:1,
367:3, 367:7,
367:21, 368:3,
368:17, 368:18
**multiple** [5] - 115:15,
186:3, 195:9,
287:22, 366:20
**municipal** [1] - 188:20
**Murane** [1] - 82:8
**must** [5] - 65:15,
145:3, 146:21,
154:12, 167:10

<hr/>

## N

**name** [8] - 7:9, 7:14,
95:12, 136:18,
226:7, 226:25,
254:22, 342:13
**names** [3] - 187:17,
187:21, 329:25
**narrative** [2] - 213:2,
213:3
**narrow** [1] - 280:11
**narrowed** [1] - 281:22
**nation** [1] - 317:8
**national** [5] - 90:17,
115:1, 336:3, 336:4,
337:17
**National** [1] - 340:7
**nationwide** [2] -
335:21, 335:22
**nature** [1] - 16:21
**Nebraska** [2] - 247:20,

255:16
**necessarily** [4] -
221:13, 232:19,
270:5, 270:11
**necessary** [6] - 86:20,
130:4, 222:16,
320:11, 360:12,
360:16
**need** [41] - 10:6,
32:13, 32:22, 34:9,
47:10, 47:25, 48:2,
50:12, 64:11, 65:14,
76:12, 83:21, 84:2,
100:3, 106:14,
110:12, 110:23,
129:6, 137:23,
158:25, 159:16,
192:3, 192:19,
197:1, 201:21,
230:5, 235:18,
267:13, 281:5,
281:6, 283:10,
283:14, 312:8,
330:20, 337:3,
341:1, 344:18,
347:14, 347:15,
352:12, 359:24
**needed** [13] - 25:24,
27:11, 35:21, 35:25,
40:3, 46:4, 48:19,
67:25, 78:15, 80:23,
108:2, 200:24
**needless** [1] - 150:14
**needs** [11] - 47:23,
49:6, 49:22, 49:23,
80:1, 155:14,
160:23, 161:3,
161:25, 227:16,
227:20
**Nethercott** [1] - 82:22
**never** [20] - 69:17,
69:19, 81:3, 82:5,
96:7, 96:11, 96:12,
157:6, 164:13,
165:10, 165:13,
165:15, 165:18,
242:23, 250:19,
250:22, 276:4,
276:6, 308:18, 334:3
**new** [18] - 23:1, 23:18,
29:17, 35:6, 69:24,
76:1, 86:25, 87:6,
192:13, 192:14,
192:17, 239:20,
240:4, 240:14,
326:7, 351:8
**New** [2] - 134:23,
303:21
**newer** [1] - 39:23
**next** [30] - 30:5, 32:17,

47:20, 48:3, 50:15,
57:2, 84:23, 84:25,
85:25, 105:12,
108:6, 111:23,
148:21, 185:25,
189:14, 201:22,
206:14, 206:23,
206:24, 206:25,
207:3, 213:1, 233:7,
245:16, 246:11,
247:5, 257:8,
257:11, 261:18,
329:18
**night** [1] - 222:5
**nine** [1] - 88:7
**ninety** [1] - 39:5
**non** [2] - 163:22,
321:24
**non-double** [1] -
321:24
**non-driver** [1] -
163:22
**nonconditional** [1] -
117:4
**noncontract** [7] -
25:12, 59:9, 59:22,
64:15, 64:17, 70:14,
75:8
**none** [2] - 157:25,
281:25
**nonpreventable** [3] -
97:18, 116:23, 281:2
**nonreportable** [1] -
116:22
**nonuse** [1] - 229:12
**nonvolatile** [1] -
283:16
**noon** [1] - 264:9
**North** [4] - 247:8,
248:3, 251:5, 255:15
**northwest** [1] - 303:20
**note** [5] - 46:3, 46:5,
48:21, 48:23, 49:4
**noted** [2] - 129:20,
256:12
**notes** [2] - 301:18,
341:1
**nothing** [5] - 7:3,
45:11, 123:2, 244:9,
314:4
**Notice** [2] - 7:23, 8:13
**notice** [2] - 8:2, 8:9
**noticed** [3] - 58:11,
59:1, 64:3
**November** [19] -
43:19, 48:12,
201:25, 219:11,
219:20, 243:12,
247:6, 247:17,
251:1, 251:4,

253:16, 255:9,
255:12, 255:13,
256:10, 256:22,
303:5, 303:7, 303:17
**nowadays** [1] - 334:14
**nuance** [3] - 316:15,
316:20, 316:23
**number** [54] - 10:17,
11:10, 11:11, 18:4,
20:10, 31:23, 61:21,
62:12, 62:17, 98:22,
117:23, 122:23,
138:20, 158:8,
159:14, 177:25,
200:9, 216:15,
220:13, 252:22,
262:17, 262:25,
263:1, 305:22,
314:7, 330:14,
331:14, 333:1,
338:7, 338:13,
342:10, 343:3,
343:12, 343:18,
343:21, 344:1,
344:2, 344:4, 344:9,
344:22, 345:3,
345:7, 345:15,
345:20, 346:7,
346:16, 346:17,
347:7, 347:11,
351:8, 351:11,
361:22, 361:24
**Number** [1] - 116:14
**numbers** [12] - 11:4,
121:10, 304:8,
304:9, 305:8,
307:11, 312:24,
331:11, 344:25,
345:1, 346:10,
346:11
**numeral** [1] - 168:20
**numerals** [1] - 167:24
**numerous** [1] - 216:15
**nuts** [1] - 100:13

<hr/>

## O

**oath** [2] - 7:16, 7:19
**obey** [2] - 285:18,
285:20
**object** [167] - 28:3,
28:7, 30:22, 33:10,
34:21, 36:18, 43:10,
45:13, 47:21, 50:6,
51:12, 55:18, 62:10,
64:5, 64:16, 66:6,
75:11, 78:12, 93:12,
93:25, 102:8, 113:9,
114:2, 114:5,
121:21, 125:10,

DENNIS RITCHIE - 03/09/2016

125:22, 126:10,
127:20, 128:3,
129:6, 133:24,
134:13, 135:24,
136:4, 137:3,
138:17, 139:10,
139:21, 141:10,
141:14, 142:1,
142:23, 143:11,
144:11, 146:8,
147:17, 147:19,
147:25, 150:17,
151:4, 151:15,
151:20, 152:3,
152:25, 153:9,
153:18, 158:2,
158:12, 159:10,
162:6, 165:24,
166:4, 166:15,
169:1, 170:1, 171:8,
171:18, 172:20,
173:6, 174:15,
175:2, 175:11,
176:21, 177:15,
182:20, 183:4,
183:20, 187:7,
189:4, 191:22,
196:15, 200:19,
206:11, 208:1,
208:9, 209:8,
209:18, 210:21,
213:9, 214:16,
215:16, 216:5,
218:6, 220:23,
224:6, 227:18,
230:24, 231:9,
231:25, 238:4,
238:11, 249:11,
252:25, 253:9,
270:8, 271:13,
285:14, 293:9,
293:19, 298:24,
301:2, 301:13,
309:1, 309:20,
310:2, 310:25,
311:17, 313:24,
314:13, 315:19,
316:8, 316:21,
317:4, 318:23,
319:10, 319:20,
321:22, 322:2,
322:19, 323:11,
323:25, 324:17,
325:19, 326:5,
326:15, 327:11,
328:9, 328:24,
329:8, 331:24,
333:9, 333:16,
333:25, 334:10,
334:24, 337:13,
337:21, 338:18,

339:12, 340:11,
345:12, 347:9,
350:13, 353:8,
353:23, 354:17,
354:25, 357:12,
358:11, 361:8,
362:3, 363:10,
364:1, 364:11,
366:12, 367:1
**objected** [1] - 332:3
**objecting** [1] - 216:4
**objection** [29] - 52:7,
52:18, 53:16,
113:17, 114:11,
126:22, 127:5,
127:10, 129:20,
133:23, 137:17,
137:22, 138:6,
140:3, 146:18,
148:5, 175:20,
176:10, 189:11,
190:3, 193:6,
208:19, 213:16,
216:3, 272:3, 299:8,
327:23, 329:15,
357:23
**objections** [8] -
129:25, 130:15,
131:14, 131:21,
132:13, 271:17,
359:7, 359:16
**objects** [1] - 242:8
**obligation** [2] -
138:25, 185:8
**obligations** [4] -
185:11, 188:12,
188:21, 315:7
**obscure** [1] - 224:6
**obscured** [1] - 351:24
**observance** [2] -
125:3, 137:15
**observation** [1] -
275:17
**obtain** [5] - 23:14,
29:22, 69:25, 71:14,
71:15
**obtained** [2] - 11:25,
88:24
**obtaining** [1] - 109:23
**obviously** [10] - 41:9,
58:9, 84:17, 103:1,
133:11, 195:11,
267:16, 304:8,
349:22, 354:10
**occasion** [1] - 164:20
**occasionally** [2] -
58:16, 59:23
**occasions** [1] -
169:19
**occur** [4] - 127:19,

128:2, 129:3, 242:2
**occurred** [10] - 39:15,
91:15, 91:21,
219:14, 256:2,
276:2, 280:10,
292:19, 293:8,
293:14
**occurring** [1] - 267:21
**October** [11] - 88:1,
88:4, 107:9, 114:23,
149:7, 243:11,
246:12, 256:9,
263:19, 263:20,
268:10
**off-the-record** [6] -
26:16, 83:1, 85:8,
111:7, 126:6, 338:5
**offenses** [3] - 135:3,
135:4, 135:9
**offer** [3] - 129:7,
237:14, 296:5
**offered** [6] - 129:8,
129:10, 275:7,
281:10, 308:24,
350:14
**offering** [12] - 93:19,
238:20, 279:2,
279:5, 286:13,
287:24, 288:5,
295:8, 295:24,
296:3, 298:7, 310:12
**office** [4] - 9:13, 15:4,
33:24, 355:12
**officer** [3] - 12:17,
13:1, 13:5
**officers** [1] - 278:1
**official** [1] - 313:23
**officially** [1] - 66:20
**often** [4] - 63:15,
222:8, 222:19, 358:1
**Ogden** [3] - 15:4,
276:15, 276:17,
276:22, 276:24,
277:12, 296:17,
348:18
**Ogden's** [2] - 280:20,
350:5
**oil** [5] - 40:24, 41:10,
161:6, 162:16,
162:19
**old** [2] - 39:22, 81:22
**Olson** [1] - 291:8
**on-road** [1] - 186:4
**on-the-job** [1] - 74:15
**once** [12] - 7:13,
35:17, 39:17,
197:16, 357:20,
357:22, 358:9,
358:13, 360:14,
360:24, 361:3, 361:6

**one** [143] - 9:1, 9:5,
10:5, 13:20, 17:9,
19:15, 22:8, 23:16,
31:6, 31:10, 31:23,
33:6, 34:10, 49:21,
49:23, 51:4, 51:7,
55:12, 58:4, 61:2,
69:19, 70:22, 78:18,
81:22, 84:21, 84:22,
85:4, 85:15, 85:19,
94:5, 96:22, 104:23,
106:20, 106:25,
107:1, 107:5,
127:22, 143:15,
147:1, 151:24,
153:2, 155:15,
157:14, 159:3,
159:13, 162:20,
166:11, 176:4,
180:18, 184:14,
187:15, 189:10,
191:21, 194:14,
200:11, 200:12,
207:2, 223:15,
223:16, 226:9,
232:5, 236:5,
237:19, 238:5,
238:6, 241:17,
246:18, 247:5,
247:10, 249:20,
252:4, 252:5, 252:7,
252:17, 252:22,
254:9, 255:6,
255:18, 256:12,
257:4, 259:5,
261:21, 263:20,
264:13, 264:18,
264:19, 265:3,
266:9, 266:10,
266:13, 268:25,
269:9, 269:10,
269:24, 270:17,
271:5, 272:1,
274:17, 276:6,
284:13, 284:15,
288:15, 291:21,
291:24, 292:1,
303:15, 304:16,
305:3, 305:18,
305:20, 305:21,
307:18, 308:21,
311:11, 317:24,
318:11, 320:16,
320:25, 321:18,
322:6, 322:15,
323:5, 323:22,
324:3, 324:4,
324:15, 325:3,
326:2, 327:9, 328:2,
328:18, 339:21,
339:22, 340:9,

340:12, 341:15,
342:1, 342:2,
345:20, 356:1,
357:5, 361:21
**one's** [4] - 265:4,
266:24, 267:1,
268:21
**one-minute** [5] -
246:18, 249:20,
252:5, 255:18,
256:12
**one-time** [1] - 200:11
**one-year** [2] - 320:25,
326:2
**ones** [11] - 48:7,
48:16, 54:7, 78:23,
83:10, 84:24, 84:25,
108:8, 108:10,
124:20, 302:13
**ongoing** [3] - 31:25,
38:20, 56:24
**online** [2] - 74:8,
89:17
**onset** [3] - 59:19,
87:18, 111:25
**operate** [18] - 66:1,
162:21, 174:8,
178:15, 185:9,
187:10, 187:15,
214:13, 223:21,
240:24, 258:18,
320:11, 343:16,
343:20, 343:25,
344:1, 344:6, 344:22
**operated** [9] - 62:1,
112:6, 159:24,
206:4, 207:10,
208:16, 285:12,
314:5, 343:11
**operates** [2] - 122:14,
242:11
**operating** [20] -
109:24, 115:9,
115:21, 153:17,
154:19, 155:1,
155:5, 155:23,
160:22, 177:20,
179:6, 179:8,
179:11, 179:23,
183:18, 184:1,
184:12, 184:21,
278:7, 359:5
**operation** [18] - 19:2,
64:1, 182:12, 183:2,
184:3, 188:19,
199:12, 199:15,
200:18, 204:9,
207:6, 209:2, 209:5,
224:2, 240:15,
314:12, 355:20,

358:21
**operational** [3] - 58:24, 136:18, 355:19
**operationally** [1] - 59:10
**operations** [6] - 34:8, 72:19, 167:14, 167:20, 241:9, 359:20
**operator** [25] - 20:15, 29:11, 30:6, 32:1, 37:4, 41:14, 42:13, 50:10, 53:13, 77:4, 77:10, 78:7, 122:7, 160:10, 161:14, 161:15, 161:21, 162:13, 162:19, 162:22, 164:23, 339:3
**operators** [12] - 20:13, 20:14, 54:6, 77:2, 77:6, 77:15, 77:18, 78:5, 163:15, 166:12, 167:9, 338:20
**opine** [2] - 298:10, 298:19
**opining** [5] - 92:20, 93:9, 239:3, 273:15, 296:17
**opinion** [121] - 13:20, 15:7, 15:11, 91:12, 91:24, 92:15, 92:17, 93:1, 93:4, 93:19, 93:20, 94:3, 94:5, 94:12, 101:5, 102:15, 103:10, 104:12, 106:24, 109:17, 111:16, 112:3, 112:13, 141:21, 143:8, 157:1, 160:17, 160:18, 161:7, 194:20, 194:21, 194:22, 197:6, 197:19, 198:22, 199:19, 199:22, 200:2, 200:16, 200:22, 208:4, 215:1, 215:8, 218:10, 218:25, 221:22, 222:18, 223:6, 225:18, 227:6, 228:5, 230:2, 235:15, 235:17, 237:6, 238:19, 240:10, 240:11, 240:23, 241:5,

247:3, 250:20, 265:10, 266:7, 267:20, 268:14, 273:9, 273:21, 274:7, 274:9, 274:18, 275:13, 275:18, 277:21, 279:9, 279:21, 279:25, 280:4, 280:12, 280:19, 280:25, 282:13, 283:10, 286:18, 286:22, 287:5, 287:17, 287:19, 289:1, 290:6, 291:20, 291:24, 292:3, 292:4, 293:5, 294:2, 294:12, 295:22, 297:2, 297:5, 297:6, 297:10, 298:14, 298:15, 298:23, 299:14, 299:24, 300:13, 300:23, 301:4, 310:12, 313:2, 313:9, 315:8, 324:13, 334:22, 350:9, 360:12, 360:15, 362:15, 365:12
**Opinion** [1] - 123:14
**opinions** [37] - 86:12, 86:14, 87:1, 87:10, 90:12, 97:23, 100:5, 108:11, 111:25, 122:12, 144:14, 179:5, 237:14, 238:20, 239:14, 259:9, 276:14, 276:22, 279:2, 279:5, 279:8, 279:13, 284:17, 285:9, 286:13, 287:24, 288:5, 295:8, 295:24, 296:3, 296:6, 296:12, 297:25, 298:7, 309:16, 350:21, 355:14
**Opinions** [1] - 111:24
**opportunity** [1] - 316:3
**opposed** [1] - 332:21
**optimal** [2] - 209:12, 217:18
**optimum** [2] - 207:16, 210:24
**orange** [4] - 262:2, 263:10, 263:21, 270:15

**order** [6] - 49:11, 49:13, 143:22, 269:14, 306:12, 344:6
**ordinary** [1] - 314:9
**organization's** [1] - 161:13
**orientation** [1] - 23:2
**original** [2] - 9:25, 10:2
**originally** [2] - 8:25, 88:11
**otherwise** [2] - 15:5, 26:5
**Ottawa** [2] - 246:15, 253:20
**out-of-service** [7] - 48:4, 48:14, 48:15, 50:22, 120:8, 335:20, 336:2
**outboard** [1] - 297:22
**outlined** [1] - 137:2
**outside** [12] - 59:18, 80:20, 82:9, 118:4, 139:8, 155:21, 158:24, 187:21, 200:13, 200:14, 214:6, 290:23
**overall** [4] - 110:1, 123:11, 232:19, 242:16
**overlap** [2] - 19:1, 304:4
**overlapped** [1] - 67:17
**overlapping** [1] - 19:9
**overlaps** [1] - 288:4
**overly** [1] - 43:10
**overnight** [2] - 209:6, 221:2
**oversaw** [1] - 156:7
**oversee** [4] - 25:5, 53:24, 130:14, 241:8
**overseeing** [2] - 34:19, 34:22
**oversight** [11] - 25:11, 28:15, 28:16, 31:12, 42:16, 53:20, 56:13, 56:15, 56:16, 57:5, 144:6
**overview** [2] - 115:6, 135:20
**own** [33] - 20:19, 38:15, 40:21, 65:24, 76:11, 76:12, 76:13, 77:3, 128:13, 158:19, 159:15, 159:20, 163:9, 232:23, 239:14, 264:22, 269:11, 273:21, 314:18,

343:16, 343:21, 344:1, 344:11, 344:12, 345:1, 345:3, 346:7, 346:8, 346:16, 346:23, 347:11, 350:9
**owned** [10] - 20:18, 20:20, 105:6, 145:23, 158:23, 159:18, 159:24, 163:4, 163:8, 174:17
**Owner** [1] - 105:3
**owner** [50] - 16:17, 20:13, 20:14, 20:15, 29:11, 30:6, 32:1, 37:3, 37:4, 37:6, 37:7, 41:14, 42:13, 43:9, 48:24, 50:10, 51:18, 53:13, 54:6, 62:1, 77:2, 77:4, 77:6, 77:10, 77:15, 77:18, 78:5, 78:7, 105:7, 105:8, 105:10, 122:7, 160:10, 161:14, 161:15, 161:21, 162:13, 162:19, 162:22, 163:15, 163:25, 164:1, 164:23, 166:12, 166:13, 166:17, 338:20, 338:24, 339:3
**owner-operator** [24] - 20:15, 29:11, 30:6, 32:1, 37:4, 41:14, 42:13, 50:10, 53:13, 77:4, 77:10, 78:7, 122:7, 160:10, 161:14, 161:15, 161:21, 162:13, 162:19, 162:22, 164:23, 338:24, 339:3
**owner-operators** [10] - 20:13, 20:14, 54:6, 77:2, 77:6, 77:15, 77:18, 78:5, 163:15, 338:20
**owner/operators** [1] - 58:23
**owners** [1] - 40:20
**ownership** [1] - 19:2
**owns** [4] - 122:3, 122:14, 161:16, 314:17
**OxyContin** [1] - 177:9

# P

**p.m** [5] - 173:17, 173:18, 272:12, 368:20
**Package** [7] - 105:3, 329:25, 331:3, 331:8, 331:16, 331:22, 343:4
**packaged** [1] - 74:21
**packages** [3] - 105:23, 106:11, 355:24
**packet** [1] - 260:6
**page** [81] - 8:5, 8:6, 10:25, 11:3, 11:4, 11:10, 11:11, 11:12, 11:15, 80:15, 88:3, 88:15, 88:16, 89:21, 90:15, 104:1, 105:2, 105:12, 107:8, 108:6, 108:24, 110:6, 111:23, 112:16, 112:17, 128:18, 128:23, 167:23, 168:5, 168:6, 168:7, 168:13, 179:4, 184:13, 184:25, 185:1, 188:8, 191:1, 212:17, 213:1, 228:16, 228:18, 233:3, 233:7, 233:24, 240:3, 243:16, 243:20, 246:11, 247:17, 251:1, 251:4, 253:15, 255:9, 256:18, 256:19, 260:15, 272:15, 287:14, 303:16, 303:22, 304:11, 312:16, 315:3, 320:3, 320:6, 320:7, 320:14, 320:19, 320:21, 321:7, 330:22, 331:10, 331:11, 331:19, 351:23, 352:6
**pages** [4] - 260:1, 304:25, 351:17, 351:19
**paid** [2] - 214:12, 221:14
**pain** [1] - 178:11
**pallets** [1] - 105:24
**pants** [1] - 314:1
**paper** [6] - 8:20, 8:21, 23:7, 23:8, 54:4, 58:1
**paragraph** [12] -

DENNIS RITCHIE - 03/09/2016

89:22, 114:18,
189:14, 233:10,
275:14, 287:16,
287:23, 288:3,
288:25, 298:2,
313:4, 330:20
**pardon** [1] - 62:2
**parked** [1] - 271:1
**part** [30] - 16:24,
27:21, 35:2, 46:11,
52:13, 53:2, 56:21,
63:5, 66:24, 110:18,
133:6, 133:8,
133:10, 133:20,
134:2, 134:8, 135:7,
153:6, 172:11,
221:3, 232:14,
236:10, 269:1,
275:14, 284:9,
309:15, 332:14,
359:21
**Part** [7] - 115:17,
116:8, 116:10,
124:24, 139:12,
154:3, 312:22
**part-time** [2] - 16:24,
66:24
**particular** [38] - 21:4,
37:12, 43:14, 44:11,
45:8, 45:16, 48:18,
51:17, 52:14, 54:9,
57:6, 62:12, 152:23,
158:22, 174:12,
180:17, 222:3,
261:4, 267:17,
282:1, 282:17,
282:19, 286:4,
292:25, 294:10,
303:16, 307:2,
311:21, 323:21,
342:14, 347:6,
347:15, 347:23,
348:4, 358:25,
359:1, 364:10
**particularly** [15] -
15:20, 37:13, 40:20,
75:24, 98:24, 99:22,
159:19, 169:14,
199:6, 213:24,
216:21, 230:7,
245:14, 316:15,
361:17
**parts** [9] - 94:8, 94:17,
133:7, 273:3,
294:24, 295:4,
295:11, 297:7, 322:5
**party** [5] - 22:20,
139:7, 154:15,
180:23, 181:5
**pass** [5] - 110:12,

142:25, 177:22,
301:17, 342:14
**passed** [3] - 17:4,
18:18, 169:15
**passenger** [1] -
135:14
**past** [9] - 96:4, 103:18,
104:15, 116:21,
118:2, 118:3,
120:15, 336:24,
348:15
**patrol** [2] - 313:22,
334:19
**patrolman** [1] - 314:10
**pattern** [1] - 260:18
**Paving** [1] - 302:18
**pay** [1] - 159:25
**payment** [1] - 148:8
**pays** [1] - 217:6
**PD** [1] - 12:10
**people** [16] - 18:24,
48:5, 54:5, 61:20,
69:24, 73:9, 91:2,
99:2, 99:3, 148:18,
265:1, 265:12,
266:4, 312:5, 317:1,
336:23
**per** [34] - 14:5, 22:7,
64:4, 101:3, 103:5,
103:8, 130:21,
204:14, 204:19,
209:7, 263:5, 269:8,
278:8, 282:9,
282:10, 282:15,
282:25, 283:4,
283:7, 283:8,
285:13, 286:5,
286:11, 288:10,
292:6, 292:7,
294:10, 300:25,
366:2, 366:5
**perceive** [3] - 288:15,
289:2, 290:2
**percent** [10] - 62:5,
62:9, 62:17, 77:23,
77:25, 78:3, 78:11,
78:24, 121:19,
335:16
**percentage** [5] -
61:25, 77:20, 78:8,
311:22, 343:24
**percentagewise** [1] -
76:23
**perception** [2] -
290:16, 290:19
**perception-reaction**
[2] - 290:16, 290:19
**perceptions** [1] -
168:14
**perfectly** [2] - 362:6,

362:10
**perform** [8] - 14:25,
22:21, 154:15,
190:5, 191:20,
224:14, 269:11,
271:12
**performance** [1] -
189:17
**performed** [11] -
149:16, 150:3,
150:9, 151:1, 213:2,
214:12, 225:10,
256:1, 256:3,
279:22, 280:1
**performing** [4] - 23:1,
41:2, 245:23, 252:5
**perhaps** [2] - 132:9,
137:11
**period** [21] - 12:4,
17:6, 18:1, 37:12,
42:20, 54:10, 61:3,
61:4, 67:17, 71:5,
72:12, 75:20, 97:7,
133:19, 146:13,
177:25, 178:2,
256:8, 262:7,
262:21, 330:2
**periodic** [1] - 140:16
**periods** [2] - 63:18,
285:12
**permit** [4] - 127:19,
128:1, 129:3, 130:5
**person** [8] - 16:3,
22:13, 22:14, 50:8,
156:11, 156:22,
157:8, 317:6
**person's** [1] - 314:17
**personal** [2] - 80:7,
81:15
**personally** [4] - 50:11,
96:7, 349:6, 368:15
**personnel** [5] - 19:15,
21:3, 33:24, 188:16,
189:19
**personnel-related** [1]
- 189:19
**persons** [2] - 185:8,
324:10
**perspective** [1] -
157:19
**peruse** [2] - 10:19,
150:7
**Peter** [1] - 82:11
**Phoenix** [4] - 69:10,
71:16, 97:10, 200:9
**phone** [1] - 18:13
**photograph** [1] -
211:13
**photographs** [3] -
97:15, 98:10, 99:12

photos [1] - 294:8
**phrase** [2] - 28:12,
114:17
**physical** [13] - 23:15,
23:19, 27:11, 29:16,
29:17, 117:12,
177:22, 177:23,
178:2, 178:5,
178:11, 178:21,
358:5
**physical's** [1] - 140:14
**physically** [3] - 97:11,
98:19, 118:11
**physician** [3] - 177:24,
178:12, 178:18
**pick** [8] - 45:24, 59:16,
73:14, 157:16,
157:22, 174:22,
339:6, 339:8
**picked** [2] - 341:22,
342:4
**picking** [2] - 63:9,
65:14
**picks** [1] - 339:9
**picture** [1] - 211:18
**piece** [3] - 305:24,
308:1, 350:6
**pieces** [1] - 191:18
**pings** [2] - 63:13,
63:15
**placard** [8] - 211:10,
211:22, 354:16,
365:5, 366:25,
367:6, 367:8, 367:16
**placard's** [1] - 211:24
**place** [19] - 31:11,
46:14, 55:23,
115:21, 115:22,
117:12, 124:16,
130:7, 130:13,
130:21, 132:17,
133:8, 133:15,
135:15, 140:19,
160:12, 160:13,
218:24, 310:9
**placed** [9] - 31:23,
43:15, 44:4, 44:12,
48:8, 57:16, 213:20,
239:18, 240:5
**placement** [1] -
312:23
**places** [1] - 48:6
**plaintiff** [6] - 67:24,
84:9, 84:11, 84:21,
84:24, 85:11
**plaintiffs** [2] - 129:14,
341:12
**plans** [2] - 87:5,
287:20
**plate** [3] - 203:18,

211:14, 330:14
**Plates** [2] - 83:17,
302:14
**Platte** [1] - 255:16
**plenty** [2] - 54:15,
54:16
**plus** [2] - 240:12,
247:2
**Point** [6] - 31:1, 31:4,
63:12
**point** [35] - 33:23,
54:3, 61:6, 67:3,
74:5, 74:6, 84:7,
88:16, 88:19, 95:22,
116:9, 159:5, 166:9,
169:18, 188:6,
193:14, 235:2,
235:24, 236:5,
236:7, 242:24,
251:11, 266:16,
271:4, 271:25,
279:14, 288:22,
296:15, 297:8,
301:16, 322:8,
324:8, 330:20,
346:1, 346:2
**pointed** [5] - 91:4,
126:18, 128:20,
131:11, 243:15
**points** [4] - 229:3,
229:6, 232:5, 321:6
**police** [13] - 12:2,
12:6, 12:8, 12:17,
12:19, 13:1, 15:4,
16:25, 91:17, 97:14,
99:13, 99:21, 277:25
**policies** [14] - 25:8,
31:7, 31:11, 37:9,
37:11, 38:12,
157:23, 158:18,
159:7, 159:8,
160:19, 163:1,
166:2, 315:5
**policy** [7] - 35:18,
35:20, 53:23, 64:23,
65:6, 158:10, 241:13
**Polygraph** [3] - 16:18,
17:3, 19:3
**polygraph** [9] - 12:9,
16:22, 17:3, 17:7,
17:14, 17:18, 18:19,
19:7, 19:8
**portion** [2] - 134:15,
183:8
**position** [3] - 24:24,
53:20, 216:24
**positions** [1] - 80:8
**possession** [2] -
182:8, 312:21
**possible** [6] - 63:19,

DENNIS RITCHIE - 03/09/2016

28

128:5, 165:25, 293:4, 304:7, 347:19
**possibly** [5] - 16:5, 121:13, 126:11, 251:22, 271:6
**post** [9] - 60:2, 194:8, 194:13, 268:13, 268:22, 269:10, 270:19, 270:23
**post-crash** [1] - 60:2
**post-trip** [7] - 194:8, 268:13, 268:22, 269:10, 270:19, 270:23
**posted** [2] - 288:9, 301:1
**posters** [7] - 35:24, 73:3, 73:5, 73:10, 73:16, 75:19, 76:5
**potential** [4] - 17:8, 163:25, 210:8, 242:7
**potentially** [1] - 53:13
**pound** [2] - 109:24, 212:5
**pounds** [80] - 76:1, 105:13, 105:18, 105:20, 106:13, 196:7, 199:17, 202:13, 202:16, 202:19, 202:21, 203:5, 203:19, 203:22, 204:17, 204:18, 204:19, 204:21, 204:25, 205:1, 206:19, 206:21, 207:15, 208:2, 208:6, 208:7, 208:11, 208:12, 208:13, 208:22, 209:6, 209:10, 209:11, 209:12, 209:13, 209:16, 210:16, 210:17, 210:19, 210:25, 211:7, 211:14, 211:20, 212:1, 212:4, 212:7, 216:1, 216:22, 217:7, 217:8, 217:13, 217:14, 217:17, 217:18, 217:19, 218:3, 218:20, 218:22, 231:6, 236:21, 362:16, 364:14, 364:17, 365:6, 365:7, 365:19, 365:22, 365:25, 366:2, 366:7, 366:17, 366:22, 367:12,

367:18, 367:19, 367:20
**power** [2] - 283:25, 284:3, 284:4
**practice** [3] - 84:5, 299:25, 300:14
**practices** [1] - 111:19
**precisely** [2] - 336:15, 356:14
**preemployment** [7] - 16:23, 17:2, 17:14, 17:21, 23:22, 315:13, 315:14
**prefer** [2] - 26:6, 365:7
**prepare** [1] - 259:20
**prepared** [2] - 259:19, 259:21
**prescribed** [2] - 125:1, 137:13
**present** [1] - 68:25
**presentation** [1] - 73:20
**presented** [2] - 11:17, 295:1
**president** [4] - 16:17, 61:14, 66:15, 71:9
**pressure** [95] - 76:2, 195:13, 195:14, 195:21, 196:18, 198:7, 198:10, 198:15, 198:24, 199:2, 199:9, 199:10, 199:11, 199:15, 201:1, 201:22, 202:7, 202:9, 203:21, 203:22, 204:8, 204:10, 204:11, 204:16, 204:20, 205:1, 206:5, 206:16, 206:19, 207:4, 207:7, 207:15, 207:16, 207:19, 207:23, 208:17, 208:21, 208:23, 208:25, 210:24, 211:4, 211:15, 211:20, 212:2, 212:4, 212:6, 212:8, 213:18, 213:20, 214:1, 214:11, 215:2, 215:3, 215:4, 215:7, 215:12, 217:13, 217:16, 217:18, 218:22, 219:9, 221:10, 222:20, 227:22, 228:4, 229:7, 229:12, 229:21, 229:22,

229:24, 230:5, 230:23, 231:6, 231:14, 233:11, 235:19, 236:24, 353:3, 353:14, 353:15, 353:21, 353:22, 354:6, 354:20, 362:21, 364:16, 366:6, 366:11, 367:19, 368:13
**pressures** [26] - 195:4, 195:7, 196:12, 197:8, 198:3, 198:20, 198:24, 199:16, 199:25, 202:2, 207:11, 210:8, 210:19, 213:15, 218:1, 220:8, 220:21, 221:15, 221:17, 222:8, 223:4, 234:13, 235:12, 235:23, 236:6, 236:15
**presume** [1] - 108:25
**pretrip** [79] - 191:8, 191:23, 192:9, 192:15, 192:19, 192:23, 193:4, 193:11, 193:18, 194:7, 194:18, 195:3, 196:21, 197:2, 197:9, 198:4, 198:25, 200:24, 201:22, 221:4, 224:14, 225:14, 227:7, 230:6, 230:18, 233:22, 233:23, 234:6, 234:14, 235:5, 235:12, 243:19, 243:22, 244:1, 244:4, 244:6, 244:22, 245:12, 245:24, 246:2, 246:15, 246:24, 247:8, 247:19, 249:14, 250:19, 251:9, 254:8, 254:12, 254:16, 255:18, 257:17, 257:20, 258:19, 264:22, 265:7, 265:14, 265:19, 266:3, 268:12, 268:15, 268:16, 268:18, 268:20, 268:22, 269:9, 269:12, 270:18, 270:22, 270:23,

271:3, 271:12, 310:21, 312:6, 357:10, 357:17, 357:18, 359:10
**pretty** [15] - 31:14, 42:9, 42:10, 75:23, 79:24, 80:8, 82:2, 99:19, 135:20, 222:5, 291:2, 308:13, 309:25, 311:12, 341:2
**prevent** [4] - 60:4, 74:20, 130:8, 131:8
**preventable** [3] - 97:17, 116:23, 281:1
**preventative** [1] - 149:16
**preventing** [1] - 296:10
**prevention** [3] - 25:8, 25:9
**previous** [4] - 54:8, 164:20, 170:22, 331:19
**previously** [3] - 8:3, 9:23, 243:13
**primarily** [14] - 36:3, 37:15, 58:21, 68:11, 71:25, 72:14, 79:18, 97:9, 99:6, 103:12, 103:14, 119:5, 136:17, 273:25
**primary** [10] - 29:8, 30:25, 103:16, 118:15, 119:20, 121:9, 126:13, 186:18, 314:8, 356:24
**print** [1] - 89:4
**printed** [2] - 10:24, 124:10
**printout** [1] - 128:11
**printouts** [2] - 8:16, 9:22
**probability** [1] - 273:25
**problem** [4] - 79:19, 141:5, 268:10, 314:21
**problems** [6] - 18:16, 29:6, 30:2, 72:24, 178:23, 194:11
**procedure** [2] - 46:16, 53:23
**procedures** [12] - 25:8, 31:8, 47:1, 72:20, 135:7, 145:20, 145:21, 157:24, 159:8, 163:2, 163:12, 315:6

**Procedures** [1] - 167:13
**proceeded** [1] - 52:22
**process** [17] - 21:18, 27:22, 30:17, 32:5, 32:6, 54:7, 57:13, 116:25, 135:21, 140:19, 140:20, 145:21, 155:6, 164:16, 267:4, 274:2, 295:6
**processes** [2] - 38:3, 355:23
**Professional** [5] - 70:21, 89:10, 90:5, 90:19, 351:18
**Program** [1] - 188:10
**program** [32] - 31:25, 34:23, 35:2, 35:18, 38:21, 38:24, 39:8, 40:1, 40:4, 40:9, 71:6, 130:23, 135:15, 155:4, 155:10, 155:12, 155:14, 155:22, 155:25, 156:1, 156:3, 171:13, 188:15, 189:3, 189:7, 189:18, 189:20, 190:6, 190:13, 190:19
**programs** [2] - 40:11, 189:10
**prohibit** [1] - 175:25
**prohibited** [1] - 176:20
**prohibition** [3] - 125:1, 125:4, 137:13
**promote** [2] - 74:14, 359:14
**promoted** [1] - 68:18
**promoting** [1] - 359:18
**proper** [13] - 72:19, 142:14, 202:7, 215:6, 234:3, 235:7, 265:6, 269:6, 269:13, 288:1, 298:1, 315:21, 354:16
**properly** [12] - 39:17, 116:16, 117:17, 121:5, 156:25, 201:11, 201:14, 214:23, 223:22, 238:15, 298:8, 354:14
**Protection** [1] - 17:3
**prove** [1] - 115:8
**provide** [14] - 30:23,

30:24, 31:15, 35:3,
35:20, 36:16, 37:2,
59:21, 99:11,
132:15, 136:7,
182:7, 182:10,
188:16
**provided** [19] - 13:9,
35:18, 35:24, 60:6,
60:8, 60:9, 83:3,
83:8, 83:12, 83:20,
84:6, 84:10, 107:10,
136:20, 136:23,
171:3, 186:10,
186:15, 187:17
**provider** [2] - 78:9,
145:3
**providers** [2] - 45:17,
45:18
**provides** [4] - 123:2,
136:9, 204:13,
289:25
**providing** [1] - 187:21
**provinces** [1] - 63:25
**provision** [4] - 145:10,
181:24, 206:8,
346:14
**provisions** [2] - 70:18,
182:2
**psi** [22] - 202:23,
203:2, 203:13,
206:9, 211:11,
213:4, 214:2, 217:2,
218:5, 218:7,
218:13, 354:15,
362:1, 363:4, 363:7,
363:12, 363:16,
364:9, 365:12,
365:13, 366:11
**PTDI** [14] - 71:2, 89:9,
90:6, 90:24, 110:5,
110:16, 110:25,
198:1, 210:7,
227:14, 228:17,
231:16, 235:10,
291:2
**PTDIA** [1] - 90:23
**PTI** [15] - 243:18,
247:19, 248:3,
248:5, 251:5,
253:19, 254:10,
254:13, 255:15,
264:2, 305:11,
306:10, 307:21,
351:17
**PTIs** [1] - 256:12
**published** [1] - 86:7
**pull** [36] - 19:23,
19:24, 30:9, 42:4,
42:14, 47:10, 50:4,
94:6, 94:10, 95:25,

96:5, 96:21, 100:14,
100:22, 100:24,
101:4, 103:4, 303:4,
319:18, 320:18,
322:9, 322:10,
322:11, 323:3,
323:10, 323:23,
324:10, 328:14,
332:20, 333:7,
333:13, 334:19,
336:12, 336:23,
344:11, 344:25
**pulled** [11] - 93:8,
93:15, 97:23, 103:2,
103:11, 141:7,
273:10, 328:17,
332:15, 333:20,
333:24
**pulling** [17] - 27:18,
137:19, 273:5,
274:11, 274:20,
275:21, 277:17,
318:21, 319:8,
320:4, 320:8,
322:25, 325:1,
326:18, 326:22,
329:10, 345:21
**punched** [2] - 256:15,
257:24
**purchase** [2] - 73:5,
76:13
**purchased** [5] - 77:14,
165:4, 313:8,
313:16, 344:15
**purpose** [6] - 55:13,
57:2, 131:8, 131:10,
183:11, 340:4
**purposes** [2] - 31:10,
235:1
**pushed** [2] - 308:20,
309:24
**pushing** [1] - 306:21
**put** [42] - 52:2, 57:18,
73:3, 73:5, 73:9,
107:22, 110:10,
134:20, 139:13,
143:1, 155:18,
155:19, 192:17,
203:19, 205:21,
209:13, 212:1,
217:13, 217:17,
220:14, 221:18,
238:15, 239:23,
240:19, 241:22,
251:20, 318:13,
318:21, 325:15,
326:22, 332:6,
335:8, 344:25,
346:11, 351:10,
356:20, 360:13,

361:23, 365:13,
366:11, 366:17
**puts** [1] - 314:22
**putting** [7] - 42:17,
142:19, 146:2,
225:5, 317:2,
338:15, 362:1
**puzzle** [1] - 34:7

## Q

**Qualcomm** [2] -
226:12, 226:14
**Qualcomm's** [1] -
226:17
**qualification** [11] -
27:14, 135:17,
140:8, 143:17,
143:20, 317:12,
317:17, 318:4,
318:20, 319:9,
321:17
**Qualification** [3] -
134:16, 134:23,
135:2
**qualifications** [4] -
21:24, 170:9,
170:10, 355:22
**qualified** [20] - 36:14,
45:18, 45:19, 78:18,
98:11, 118:11,
148:8, 157:21,
170:23, 178:1,
185:19, 185:21,
186:9, 186:16,
187:14, 188:18,
315:10, 315:11,
315:25, 358:23
**qualify** [3] - 109:8,
187:11, 339:24
**qualifying** [1] - 172:7
**quantify** [8] - 100:24,
101:4, 103:4, 275:2,
275:4, 278:13,
278:16, 278:18
**quantities** [1] - 177:5
**questioned** [1] - 308:9
**questioner** [1] -
308:16
**questions** [13] - 18:6,
25:14, 36:2, 104:2,
205:13, 216:4,
243:15, 259:6,
273:1, 340:17,
341:2, 341:13, 348:7
**quick** [8] - 74:5, 74:6,
82:25, 88:9, 205:14,
268:9, 278:3, 348:12
**quickly** [7] - 78:16,
244:12, 274:20,

274:24, 277:18,
277:22, 295:19
**quit** [3] - 12:19,
315:19, 328:23
**quite** [4] - 149:5,
177:25, 200:9, 292:2
**quote** [2] - 323:21,
353:1

## R

**radar** [16] - 173:21,
174:5, 174:6, 174:9,
174:13, 174:17,
174:21, 174:22,
175:4, 175:14,
175:21, 175:25,
176:5, 176:9,
176:15, 176:19
**raised** [1] - 82:2
**ran** [3] - 58:4, 222:5,
366:15
**random** [1] - 333:11
**rate** [15] - 118:6,
132:5, 196:1, 196:3,
237:10, 282:9,
282:24, 283:7,
334:7, 334:13,
334:21, 335:1,
335:16, 335:20,
335:21
**rated** [1] - 117:3
**rates** [2] - 114:25,
336:2
**rating** [20] - 114:17,
114:19, 115:13,
115:14, 115:16,
116:12, 117:21,
117:22, 118:7,
118:22, 119:9,
120:23, 122:11,
122:17, 122:23,
130:20, 206:14,
237:9, 237:15, 238:7
**ratings** [6] - 211:4,
236:25, 237:3,
237:7, 342:19, 348:1
**re** [1] - 317:20
**reached** [1] - 286:10
**reaching** [2] - 104:12,
355:13
**react** [7] - 16:4, 64:14,
103:21, 288:16,
289:3, 290:2, 292:24
**reaction** [3] - 289:5,
290:16, 290:19
**reactionary** [3] - 60:3,
60:4, 65:11
**read** [69] - 10:23, 37:8,
40:5, 44:9, 44:11,

44:15, 45:15, 48:2,
50:8, 50:9, 89:23,
90:9, 91:10, 92:22,
95:1, 100:8, 102:2,
107:17, 108:13,
112:11, 115:2,
125:6, 128:24,
129:4, 129:22,
129:23, 130:10,
144:25, 145:8,
154:5, 154:6,
156:14, 156:16,
174:10, 180:25,
182:14, 185:13,
188:23, 189:6,
189:23, 190:16,
190:22, 205:20,
205:22, 230:13,
235:8, 239:13,
250:13, 250:15,
273:7, 273:12,
274:5, 275:14,
276:19, 276:20,
279:16, 291:10,
308:6, 316:2, 320:5,
321:9, 327:21,
327:24, 328:7,
330:24, 332:2,
332:4, 350:8, 368:18
**reading** [9] - 128:6,
167:15, 233:12,
240:1, 241:17,
287:11, 297:16,
300:10, 313:15
**reads** [5] - 174:6,
188:9, 190:10,
228:22, 307:12
**ready** [4] - 23:2, 41:9,
207:21, 221:3
**real** [3] - 82:25,
205:14, 268:9
**realistic** [1] - 361:3
**realize** [3] - 13:25,
226:17, 360:22
**really** [7] - 35:5, 39:11,
44:8, 159:16,
196:10, 333:14,
334:5
**rear** [5] - 43:25, 50:3,
106:23, 107:4,
273:25
**reason** [6] - 17:9,
93:14, 94:5, 236:9,
308:23, 344:5
**reasonable** [7] -
173:9, 199:21,
238:23, 314:11,
354:13, 361:4,
362:20
**reasons** [1] - 64:25

DENNIS RITCHIE - 03/09/2016

30

**recalling** [1] - 202:10
**recap** [1] - 260:5
**receipt** [1] - 148:7
**receipts** [17] - 32:9,
32:13, 32:20, 32:21,
38:18, 40:7, 41:16,
42:20, 42:22, 47:7,
55:22, 144:4,
145:24, 146:25,
147:13, 155:18
**receive** [1] - 351:7
**received** [14] - 8:25,
10:10, 10:15, 32:5,
43:7, 45:10, 86:25,
88:17, 88:19, 88:25,
107:8, 107:20,
152:24, 187:3
**recent** [5] - 204:9,
204:22, 207:5,
209:2, 209:4
**recently** [1] - 208:15
**Recessed** [4] - 61:9,
111:8, 173:17,
272:12
**recited** [1] - 46:7
**reciting** [3] - 279:18,
287:18, 288:6
**recognize** [2] - 86:21,
330:16
**recollection** [1] - 44:1
**recommend** [5] -
198:6, 213:18,
235:11, 299:5,
299:22
**recommendation** [3] -
209:16, 211:25,
217:4
**recommendations** [1]
- 299:15
**recommended** [11] -
206:19, 210:19,
211:11, 212:6,
213:14, 213:20,
215:4, 215:12,
218:4, 244:24,
362:20
**recommends** [3] -
198:2, 232:6, 234:12
**reconstruct** [2] -
272:18, 294:8
**reconstruction** [17] -
13:8, 13:10, 13:11,
13:14, 13:17, 13:22,
14:2, 14:23, 15:1,
15:8, 100:6, 272:21,
276:21, 277:13,
287:25, 290:9, 293:2
**reconstructionist** [4] -
100:15, 103:7,
275:8, 278:19

**reconstructionists** [1]
- 281:8
**record** [58] - 7:10,
26:15, 26:16, 43:8,
44:16, 45:2, 47:15,
48:11, 48:12, 50:1,
50:2, 68:8, 82:24,
83:1, 85:7, 85:8,
89:24, 111:6, 111:7,
114:3, 126:5, 126:6,
129:4, 129:22,
144:25, 148:12,
149:1, 149:4,
149:10, 150:8,
150:15, 151:24,
152:15, 152:24,
153:6, 154:4,
156:16, 165:9,
212:14, 212:15,
219:18, 219:23,
220:15, 220:22,
230:14, 244:21,
244:22, 248:2,
272:10, 327:24,
332:10, 334:8,
338:4, 338:5,
361:21, 361:22,
362:7, 362:23
**recorded** [3] - 282:4,
282:7, 286:4
**recording** [1] - 282:12
**records** [21] - 29:23,
42:9, 42:17, 147:16,
148:4, 150:1, 151:7,
151:10, 152:2,
152:5, 152:9,
152:20, 153:8,
154:9, 154:13,
178:25, 251:2,
255:6, 256:13,
265:20, 267:22
**recruit** [1] - 62:14
**recruited** [1] - 21:4
**recruiting** [2] - 25:5,
68:13
**red** [1] - 121:12
**Redbone** [17] - 43:18,
44:21, 44:22, 45:1,
48:6, 48:11, 48:13,
49:7, 49:9, 50:2,
50:18, 53:7, 77:12,
219:19, 219:25,
220:21, 354:5
**reduce** [1] - 74:14
**refer** [9] - 11:10,
222:4, 276:21,
276:23, 277:2,
277:5, 277:6, 277:9,
304:21
**reference** [6] - 10:18,

128:13, 134:8,
303:9, 304:16,
320:15
**referenced** [1] - 289:9
**references** [1] -
149:10
**referencing** [2] -
112:21, 219:24
**referred** [1] - 352:25
**referring** [10] - 25:19,
56:19, 110:19,
130:24, 134:12,
153:1, 187:14,
290:24, 320:22,
336:1
**refers** [2] - 185:5,
304:18
**reflect** [1] - 110:16
**reflected** [2] - 319:9,
361:22
**reflects** [1] - 165:10
**refused** [1] - 157:6
**reg** [1] - 116:7
**regard** [35] - 16:11,
22:5, 25:6, 34:1,
55:8, 55:14, 68:12,
76:1, 87:14, 115:12,
115:18, 118:9,
122:25, 130:18,
132:18, 160:4,
160:6, 162:21,
162:22, 162:24,
169:20, 172:9,
184:8, 206:15,
280:20, 281:7,
287:11, 290:7,
290:18, 292:3,
292:4, 300:17,
311:9, 324:5, 350:10
**regarding** [14] - 35:19,
129:11, 159:8,
163:2, 171:17,
174:5, 181:10,
187:2, 206:12,
229:12, 276:14,
279:13, 283:15,
299:25
**regardless** [1] - 184:1
**regards** [1] - 179:5
**register** [2] - 340:3,
348:4
**registered** [17] -
338:10, 338:12,
338:17, 338:20,
339:5, 340:9,
340:13, 342:11,
343:3, 344:8,
344:12, 344:18,
346:25, 347:14,
347:15, 347:23,

348:3
**registrant** [1] - 329:25
**Registration** [1] -
330:1
**registration** [6] -
330:13, 338:13,
339:9, 340:1, 344:8,
346:7
**regs** [1] - 26:22
**regular** [6] - 58:19,
155:4, 155:20,
157:14, 160:11,
163:2
**regularly** [2] - 202:15,
359:3
**regulation** [10] -
110:3, 116:5, 124:6,
145:18, 167:6,
182:1, 182:6, 210:1,
210:2, 366:4
**Regulation** [8] -
123:21, 124:5,
144:18, 167:5,
174:5, 180:16,
181:21, 205:3
**Regulations** [8] -
21:12, 21:15, 21:25,
66:9, 90:1, 108:8,
114:14, 188:13
**regulations** [114] -
8:17, 21:11, 21:25,
23:22, 25:7, 26:19,
27:24, 30:19, 32:1,
36:6, 40:3, 40:5,
40:15, 40:16, 42:24,
49:16, 50:25, 55:7,
56:2, 68:2, 68:13,
87:12, 89:17, 89:18,
89:19, 108:19,
108:22, 109:7,
109:10, 109:11,
109:21, 110:7,
110:22, 111:2,
111:3, 112:8,
112:10, 112:25,
113:2, 113:6,
113:15, 113:19,
113:20, 113:22,
114:8, 123:17,
123:20, 124:10,
125:14, 125:18,
125:21, 126:1,
126:16, 126:21,
126:24, 127:1,
128:6, 128:14,
130:6, 131:2,
131:20, 132:12,
132:16, 133:4,
133:12, 135:13,
137:6, 137:7, 137:9,

137:20, 138:12,
138:16, 138:19,
139:1, 139:4, 139:8,
139:20, 144:17,
155:3, 166:21,
168:22, 172:1,
173:12, 173:21,
175:6, 176:4, 176:5,
177:18, 181:9,
183:19, 184:9,
186:17, 188:21,
202:22, 203:25,
204:2, 209:23,
210:9, 210:12,
219:6, 223:3, 269:6,
269:16, 269:17,
269:18, 271:11,
271:15, 271:22,
311:6, 312:1, 312:2,
312:22, 366:3, 368:9
**regulatory** [4] - 90:2,
135:10, 189:15,
314:22
**relate** [2] - 342:24,
343:2
**related** [11] - 16:6,
16:8, 75:9, 178:8,
188:11, 189:19,
226:19, 280:12,
280:20, 282:1, 294:9
**relates** [3] - 122:17,
177:5, 179:19
**relationship** [2] -
28:23, 138:23
**relatively** [3] - 332:9,
334:8, 334:23
**relevance** [1] - 318:24
**reliability** [1] - 300:17
**reliable** [1] - 351:20
**relied** [9] - 89:23,
89:25, 90:11,
108:10, 108:19,
108:22, 164:22,
171:6, 187:5
**rely** [13] - 49:21, 98:7,
161:8, 162:4, 219:5,
268:25, 271:16,
272:1, 334:7,
355:13, 355:15,
361:25, 362:6
**relying** [2] - 284:17,
285:8
**remarks** [1] - 246:13
**remember** [20] - 14:8,
14:11, 23:23, 39:1,
46:22, 74:17, 81:16,
159:12, 211:18,
230:15, 236:12,
285:15, 286:6,
286:9, 287:10,

DENNIS RITCHIE - 03/09/2016

31

289:17, 297:16,
300:10, 302:12,
313:20
**remembered** [1] -
100:11
**remove** [1] - 183:12
**removed** [1] - 192:17
**render** [1] - 87:5
**rendered** [1] - 86:15
**rendering** [4] - 90:12,
100:5, 108:11,
144:13
**repair** [6] - 145:4,
145:24, 154:12,
155:13, 157:15,
157:21
**repaired** [25] - 44:3,
44:4, 46:4, 47:4,
48:19, 49:6, 78:18,
120:10, 145:5,
145:12, 145:14,
145:16, 146:5,
147:9, 155:8, 157:7,
158:21, 159:1,
159:2, 159:25,
163:17, 163:18,
201:20, 229:5
**repairs** [14] - 30:14,
31:16, 31:22, 32:14,
32:15, 32:21,
145:22, 146:12,
147:11, 147:13,
148:7, 148:9,
149:15, 160:1
**repeat** [1] - 102:4
**repeated** [1] - 279:19
**repeating** [2] - 292:10,
296:17
**rephrase** [1] - 162:10
**replace** [1] - 67:2
**report** [103] - 10:6,
10:10, 10:15, 10:16,
10:18, 11:11, 32:23,
33:15, 33:17, 33:20,
33:22, 44:9, 44:15,
45:15, 46:17, 48:1,
48:2, 53:1, 53:12,
57:21, 58:5, 58:12,
70:24, 86:9, 86:11,
86:15, 86:23, 87:2,
87:5, 87:9, 87:13,
87:22, 87:25, 88:8,
88:10, 88:20, 88:21,
90:12, 91:17, 97:19,
98:8, 98:9, 104:1,
105:2, 115:5, 117:9,
117:13, 128:13,
136:15, 139:4,
139:18, 154:3,
179:3, 179:18,

190:24, 191:2,
198:2, 198:19,
228:16, 240:4,
266:15, 266:18,
266:19, 266:21,
266:22, 272:14,
272:16, 275:11,
276:19, 276:20,
277:25, 280:8,
281:22, 281:24,
283:12, 284:13,
286:23, 287:1,
287:11, 287:12,
288:7, 289:18,
294:21, 296:9,
296:14, 297:16,
299:12, 308:17,
312:16, 313:23,
320:3, 320:19,
320:24, 331:6,
331:9, 333:5,
343:14, 347:21,
351:7, 353:1, 362:15
**report's** [2] - 29:6,
333:6
**reportable** [3] -
114:24, 116:22,
118:25
**reported** [1] - 150:25
**reporter** [4] - 10:1,
156:16, 327:24,
352:13
**reporter's** [1] - 351:10
**reporting** [4] - 34:4,
148:15, 150:24,
153:6
**reports** [53] - 29:9,
30:12, 30:13, 32:4,
32:7, 32:8, 33:7,
54:13, 55:3, 56:1,
56:3, 56:5, 56:17,
56:20, 56:22, 57:3,
57:6, 57:10, 57:12,
57:13, 57:20, 57:23,
57:24, 58:2, 72:23,
86:20, 97:14, 97:15,
99:11, 99:13, 100:9,
117:23, 119:8,
119:24, 119:25,
123:9, 141:2,
143:24, 144:2,
146:2, 155:17,
160:15, 161:16,
249:4, 277:16,
281:13, 281:15,
281:17, 284:16,
286:4, 287:5
**represent** [2] - 329:24,
341:12
**represents** [1] -

188:14
**request** [1] - 190:10
**requested** [1] - 308:24
**require** [14] - 38:23,
39:25, 50:25, 57:3,
58:23, 65:22, 125:3,
127:18, 128:1,
129:2, 137:6,
137:15, 166:21,
271:11
**required** [28] - 23:21,
31:25, 35:8, 38:21,
40:2, 55:4, 55:6,
55:25, 66:4, 109:7,
109:10, 112:7,
140:11, 146:10,
146:15, 151:7,
169:5, 171:25,
177:18, 177:21,
194:5, 200:24,
244:24, 314:7,
315:4, 320:9,
320:10, 360:17
**requirement** [3] -
109:14, 322:1,
323:21
**requirements** [12] -
8:8, 110:8, 111:14,
133:13, 139:5,
139:15, 144:16,
148:15, 166:8,
189:16, 320:16,
321:14
**requires** [8] - 179:20,
181:24, 182:1,
182:6, 275:17,
323:6, 358:17,
358:18
**requiring** [1] - 155:16
**research** [1] - 89:3
**reserve** [2] - 86:18,
368:18
**reserving** [1] - 87:6
**reside** [1] - 165:6
**respect** [37] - 14:15,
15:24, 26:18, 31:12,
48:10, 50:22, 53:19,
57:9, 80:5, 80:10,
92:15, 97:1, 104:4,
117:5, 123:3,
130:24, 131:12,
158:11, 158:13,
179:5, 188:18,
193:17, 239:15,
243:16, 259:9,
267:4, 276:13,
277:13, 279:3,
279:6, 280:4,
280:25, 286:16,
297:3, 300:13,

300:24, 342:21
**respond** [1] - 170:4
**responded** [2] - 298:8,
298:15
**response** [5] - 45:10,
129:23, 288:1,
298:1, 327:22
**responsibilities** [9] -
25:3, 25:4, 27:2,
112:9, 123:16,
135:18, 135:19,
139:20, 183:19
**responsibility** [15] -
30:20, 125:20,
125:23, 127:3,
127:7, 145:11,
154:8, 168:23,
182:12, 183:2,
184:3, 193:16,
317:3, 317:5, 362:25
**responsibility's** [1] -
30:7
**responsible** [16] -
32:2, 38:16, 40:7,
40:23, 77:18, 126:8,
126:12, 126:14,
126:20, 126:25,
138:10, 153:15,
154:18, 189:16,
330:23, 331:2
**rest** [1] - 304:21
**result** [1] - 249:21
**resulting** [1] - 94:18
**results** [1] - 216:10
**resumé** [3] - 8:14,
18:25, 61:12
**retained** [13] - 80:20,
81:1, 81:3, 81:20,
83:3, 83:7, 84:21,
84:22, 84:24, 84:25,
88:4, 88:11, 348:14
**retired** [2] - 66:20,
67:5
**returned** [1] - 76:15
**revealed** [1] - 319:7
**Review** [1] - 259:18
**review** [28] - 8:19,
55:4, 86:18, 87:13,
87:17, 88:8, 89:16,
89:17, 97:13, 99:14,
104:6, 104:13,
114:22, 117:8,
128:18, 143:24,
152:23, 156:9,
156:19, 280:14,
281:17, 284:19,
284:24, 285:5,
301:18, 303:24,
355:10
**reviewed** [17] - 34:3,

88:17, 88:19, 91:20,
117:10, 120:1,
136:13, 155:19,
177:24, 179:8,
179:16, 243:13,
274:13, 275:23,
281:23, 355:5, 355:7
**reviewing** [5] - 33:6,
131:9, 157:2,
259:22, 274:10
**Rhodes** [1] - 82:14
**Rich** [1] - 95:7
**rig** [1] - 318:13
**rigs** [1] - 322:7
**rim** [1] - 295:4
**Rims** [1] - 233:25
**ring** [2] - 82:7, 291:8
**rising** [1] - 72:23
**ritchie** [1] - 365:4
**RITCHIE** [1] - 7:1
**Ritchie** [10] - 7:11,
7:12, 8:2, 10:14,
18:10, 173:20,
184:20, 219:24,
341:11, 348:12
**road** [22] - 14:17,
27:16, 33:23, 47:25,
50:4, 75:5, 93:22,
100:18, 161:4,
172:17, 174:23,
186:4, 215:11,
221:19, 236:20,
242:5, 292:20,
317:2, 319:13,
319:24, 325:15,
367:14
**roadside** [22] - 29:4,
29:5, 29:19, 79:19,
115:11, 115:18,
116:19, 118:8,
118:12, 118:14,
118:20, 119:5,
119:16, 120:1,
120:3, 120:18,
121:7, 140:13,
194:3, 332:17,
335:14, 335:19
**roadway** [6] - 94:9,
94:18, 102:23,
274:4, 295:3, 295:5
**Rodrick** [1] - 150:1
**Rodwick** [18] - 45:22,
46:9, 51:22, 51:23,
53:15, 105:9,
161:24, 164:1,
164:2, 164:3,
164:25, 165:10,
165:13, 165:15,
165:18, 165:21,
170:15, 346:13

DENNIS RITCHIE - 03/09/2016

32

**rodwick** [1] - 51:23
**Rodwick's** [1] - 164:6
**role** [1] - 97:4
**roll** [1] - 274:23
**rolling** [3] - 202:19, 274:3, 295:7
**roman** [1] - 167:24
**Roman** [1] - 168:19
**room** [2] - 72:8, 73:6
**rooms** [1] - 35:23
**roughly** [4] - 202:21, 204:17, 209:13, 244:23
**route** [5] - 76:14, 223:9, 223:19, 224:11, 225:16
**routes** [1] - 63:20
**routine** [3] - 38:12, 38:14, 171:11
**rule** [3] - 110:2, 146:21, 336:8
**rules** [13] - 30:3, 90:3, 107:15, 109:20, 110:22, 112:8, 126:2, 132:16, 172:11, 188:20, 285:25, 324:8
**ruling** [1] - 223:20
**run** [49] - 24:6, 43:16, 54:13, 58:13, 64:21, 65:8, 72:23, 75:25, 100:13, 117:15, 122:21, 123:8, 141:2, 163:15, 164:12, 204:3, 206:20, 206:21, 208:12, 210:15, 210:16, 210:18, 210:23, 210:24, 215:10, 216:1, 216:22, 217:6, 217:7, 217:18, 222:13, 222:14, 240:12, 243:11, 272:9, 346:18, 358:25, 361:17, 365:6, 365:7, 366:21, 367:11, 367:13, 367:18, 367:20, 368:5, 368:12, 368:15
**rundown** [1] - 11:21
**running** [26] - 56:25, 58:10, 65:15, 97:9, 203:3, 203:4, 203:9, 203:10, 203:20, 204:14, 205:1, 208:6, 208:21, 212:6, 212:8, 218:18, 222:23,

265:5, 266:24, 270:22, 270:23, 271:19, 358:21, 359:20, 363:7
**runs** [6] - 66:10, 164:3, 209:12, 212:4, 216:11, 364:14
**Rutledge** [2] - 82:11, 82:12

---

**S**

---

**safe** [19] - 30:20, 115:9, 116:12, 123:12, 153:17, 154:19, 155:1, 155:5, 155:23, 167:14, 167:19, 172:22, 188:18, 334:23, 355:20, 363:25, 364:3, 364:5, 364:7
**safely** [2] - 31:4, 178:15
**SAFER** [1] - 332:8
**safer** [1] - 311:6
**Safer** [1] - 332:9
**safety** [129] - 24:23, 25:3, 26:20, 28:14, 33:25, 34:7, 34:13, 34:14, 34:18, 34:19, 34:23, 35:3, 35:19, 36:5, 36:9, 36:16, 36:22, 36:23, 37:24, 49:25, 53:20, 55:12, 55:15, 59:21, 60:18, 60:19, 60:23, 61:14, 61:18, 64:25, 65:1, 66:15, 66:16, 66:23, 67:2, 67:3, 68:12, 68:17, 68:20, 71:10, 71:17, 71:18, 71:22, 72:15, 73:11, 73:12, 73:22, 74:10, 74:12, 74:14, 75:9, 89:8, 111:20, 114:17, 114:19, 115:13, 115:14, 115:16, 115:19, 115:20, 116:14, 117:5, 117:20, 117:22, 118:6, 120:23, 122:11, 122:17, 125:19, 130:20, 130:23, 130:25, 132:4, 132:7, 132:10, 132:17, 132:22, 133:2, 133:20, 134:9, 135:6, 135:7,

135:18, 135:21, 135:23, 136:6, 136:9, 140:18, 145:20, 156:11, 156:21, 171:12, 179:20, 185:11, 188:11, 188:15, 189:2, 189:7, 189:18, 190:5, 190:12, 190:19, 216:8, 216:12, 216:14, 216:15, 241:11, 298:4, 312:4, 314:23, 315:6, 330:23, 331:2, 332:10, 334:8, 342:19, 347:25, 348:1, 355:4, 355:6, 355:16, 355:18, 358:16, 358:18, 359:14, 359:18, 360:19, 360:21, 364:8
**Safety** [11] - 28:20, 90:1, 108:7, 114:13, 128:11, 154:1, 177:22, 188:9, 188:13, 331:7, 340:8
**Saint** [1] - 316:4
**Salt** [15] - 142:8, 153:11, 157:14, 165:2, 165:4, 193:2, 207:21, 222:2, 247:8, 248:3, 251:5, 318:5, 341:21, 342:15, 359:2
**sample** [3] - 333:15, 333:18, 337:20
**Sapp** [4] - 157:13, 163:18, 202:5, 219:14
**sat** [1] - 69:19
**satellite** [1] - 59:14
**satisfactory** [4] - 115:25, 117:3, 122:23, 130:20
**satisfied** [2] - 24:1, 24:5
**satisfies** [1] - 182:19
**satisfy** [1] - 145:17
**saved** [2] - 308:19, 309:23
**savings** [1] - 65:3
**saw** [10] - 50:1, 120:7, 141:15, 178:9, 211:13, 217:23, 217:24, 249:8, 294:20, 362:15
**scenario** [4] - 43:6,

45:6, 45:16, 175:19
**scenarios** [1] - 28:17
**scene** [5] - 98:20, 99:4, 99:8, 99:9
**scenes** [2] - 98:16, 98:23
**Schedule** [3] - 177:1, 177:6
**schedule** [3] - 78:17, 162:4, 177:4
**scheduled** [2] - 155:4, 178:22
**scheduling** [1] - 189:22
**scheme** [2] - 122:7, 314:22
**Schmo's** [1] - 332:21
**school** [13] - 12:3, 12:9, 12:13, 12:20, 69:9, 69:21, 69:22, 69:24, 70:19, 71:8, 72:4, 200:9, 326:7
**schools** [4] - 70:6, 70:8, 70:11
**science** [3] - 11:25, 12:2
**scientific** [9] - 333:15, 333:18, 334:17, 334:21, 335:1, 337:20, 337:23, 368:4, 368:8
**screen** [2] - 140:9
**screened** [2] - 21:4, 321:11
**screening** [2] - 27:3, 27:10
**seamless** [2] - 314:16, 314:18
**Sean** [1] - 82:16
**search** [1] - 338:9
**seat** [8] - 46:4, 48:21, 49:5, 192:22, 325:21, 325:22, 325:24
**seating** [1] - 57:1
**second** [27] - 8:5, 9:3, 14:5, 90:14, 128:17, 233:3, 260:2, 272:11, 273:2, 275:14, 278:11, 282:10, 282:15, 282:25, 283:5, 283:8, 288:11, 292:7, 292:8, 313:4, 313:5, 319:2, 325:11, 325:22, 325:24, 359:21, 364:23
**second-seat** [2] - 325:22, 325:24

**secondarily** [2] - 103:15, 103:17
**secondly** [2] - 170:8, 270:11
**seconds** [6] - 288:15, 289:2, 289:11, 290:1, 292:6, 293:5
**section** [26] - 39:1, 105:1, 107:7, 111:24, 112:24, 114:16, 123:14, 139:17, 175:7, 179:4, 181:4, 182:16, 189:15, 191:2, 206:23, 206:24, 207:3, 212:18, 213:2, 213:3, 233:13, 235:5, 289:17, 290:4, 294:22, 296:2
**Section** [11] - 39:6, 114:18, 182:19, 184:11, 185:1, 185:21, 233:4, 233:8, 233:21, 273:3, 290:4
**sections** [2] - 149:14, 233:2
**secured** [2] - 223:23, 224:4
**security** [3] - 68:14, 315:6
**see** [52] - 8:11, 10:4, 11:1, 41:12, 52:1, 67:18, 67:25, 80:14, 91:10, 114:22, 116:15, 120:5, 120:9, 120:14, 135:22, 140:14, 149:8, 149:12, 150:12, 185:2, 205:14, 212:23, 213:5, 220:2, 220:9, 229:9, 229:11, 229:14, 231:2, 233:25, 234:1, 234:4, 243:20, 243:24, 247:7, 247:11, 253:12, 263:13, 264:2, 264:9, 287:12, 289:20, 294:7, 305:3, 321:6, 333:23, 335:9, 338:16, 352:9, 353:24, 360:4
**seeing** [2] - 211:18, 219:5
**seem** [1] - 129:14
**segregate** [1] - 25:24

segueing [1] - 56:11
sell [1] - 73:5
semantics [1] - 137:11
semitrailer [1] - 325:4
semitrailers [6] -
  323:1, 324:5, 325:1,
  326:18, 328:13,
  329:10
semitruck [1] - 353:18
send [7] - 23:14,
  23:18, 30:14, 58:16,
  59:15, 79:20, 352:13
sending [1] - 63:20
sends [1] - 121:12
sense [6] - 99:17,
  122:1, 139:12,
  162:2, 231:17, 240:9
sent [10] - 11:18,
  29:25, 119:20,
  164:18, 185:19,
  259:23, 260:17,
  261:16, 315:11,
  355:11
sentence [12] - 90:15,
  91:10, 92:11,
  111:12, 190:10,
  233:9, 273:2,
  294:25, 297:11,
  312:18, 313:5,
  321:10
sentences [1] - 287:22
sep [1] - 297:22
separate [3] - 113:25,
  114:1, 347:6
separated [1] - 27:7
separately [1] - 346:2
separation [2] -
  297:18, 297:20
September [4] -
  149:11, 150:3,
  150:10, 151:1
sequence [5] -
  279:15, 280:6,
  297:8, 306:17,
  306:23
series [2] - 307:17,
  307:18
service [63] - 32:18,
  40:22, 41:2, 41:9,
  41:23, 42:14, 43:16,
  44:5, 44:12, 45:17,
  48:4, 48:8, 48:14,
  48:15, 48:17, 48:20,
  50:22, 51:8, 52:2,
  53:21, 53:24, 55:8,
  55:11, 55:14, 56:14,
  56:21, 57:17, 68:4,
  68:6, 76:24, 77:13,
  77:14, 79:2, 79:5,
  79:11, 79:24,

118:10, 119:4,
  119:10, 119:11,
  119:13, 120:8,
  120:17, 121:3,
  122:25, 130:6,
  131:6, 131:7, 150:9,
  159:1, 160:23,
  163:13, 185:10,
  227:4, 254:9,
  283:11, 311:9,
  335:20, 336:2,
  361:18, 361:19
Service [1] - 212:14
Services [3] - 67:16,
  67:22, 107:11
services [5] - 40:20,
  41:6, 41:7, 79:8,
  188:17
servicing [1] - 42:2
serving [1] - 67:8
set [23] - 24:7, 109:25,
  140:12, 145:19,
  152:6, 152:9, 155:3,
  159:13, 161:13,
  171:11, 185:11,
  209:10, 213:8,
  218:3, 274:20,
  277:17, 278:11,
  286:9, 300:15,
  321:13, 323:19,
  325:21, 358:6
sets [4] - 246:1,
  300:19, 300:21,
  301:5
setting [12] - 69:9,
  69:21, 69:22, 155:7,
  170:9, 200:8,
  299:25, 300:2,
  300:3, 300:11,
  300:24, 301:10
setup [2] - 20:22,
  166:13
seven [6] - 16:18,
  120:16, 251:7,
  251:10, 253:21,
  254:4
seven-minute [1] -
  253:21
several [2] - 275:9,
  354:7
shaft [4] - 349:10,
  349:15, 349:23,
  350:14
shall [15] - 26:3,
  83:24, 125:2, 125:5,
  137:14, 174:6,
  182:6, 182:7,
  182:10, 182:11,
  183:1, 185:7,
  204:10, 206:4, 207:7

sheet [3] - 149:3,
  261:17, 262:11
shift [8] - 24:16,
  192:20, 192:21,
  193:14, 207:21,
  224:13, 257:19,
  268:11
shipping [1] - 355:23
shirt [2] - 313:19,
  314:1
shop [39] - 41:7, 48:4,
  50:15, 77:13, 77:19,
  78:17, 78:21, 78:25,
  79:2, 98:14, 148:8,
  157:17, 158:23,
  161:3, 163:17,
  199:7, 201:20,
  202:3, 213:19,
  213:23, 216:21,
  217:5, 219:13,
  221:14, 221:24,
  230:8, 241:16,
  355:2, 358:22,
  358:23, 359:23,
  361:16, 361:19,
  361:25, 362:1,
  362:6, 362:7
shops [13] - 76:7,
  76:8, 98:6, 157:9,
  157:12, 157:21,
  158:19, 159:3,
  159:16, 159:18,
  342:2, 354:20
short [7] - 73:22,
  154:16, 169:22,
  268:23, 308:14,
  309:25, 311:12
shortest [1] - 24:4
shortly [1] - 354:7
show [11] - 115:7,
  117:13, 122:22,
  134:11, 181:14,
  246:1, 250:24,
  260:18, 321:18,
  331:22, 351:6
showed [2] - 207:20,
  363:4
shower [2] - 224:22,
  224:23
shown [3] - 207:8,
  217:19, 286:25
shows [11] - 47:15,
  133:9, 204:24,
  218:1, 260:24,
  262:14, 285:11,
  305:5, 331:11,
  362:7, 363:19
shut [1] - 50:14
shutdown [1] - 283:18
sic [2] - 116:10,

250:23
side [8] - 27:15, 34:8,
  103:24, 104:17,
  172:17, 217:9,
  231:3, 333:24
sides [1] - 34:6
sidewall [2] - 211:16,
  212:2
sign [2] - 356:1,
  368:19
signal [1] - 121:13
signals [1] - 174:22
signed [4] - 57:14,
  150:1, 244:5, 345:24
similar [30] - 19:25,
  20:22, 30:10, 35:22,
  49:18, 60:5, 75:12,
  97:25, 100:1,
  100:18, 104:15,
  110:14, 144:5,
  161:20, 226:19,
  229:16, 320:17,
  321:15, 321:18,
  321:21, 322:6,
  322:17, 322:25,
  323:22, 324:4,
  324:15, 324:25,
  328:13, 339:3
similarities [1] -
  100:11
simple [1] - 261:22
simply [3] - 87:6,
  267:21, 299:14
single [2] - 57:21,
  357:17
site [4] - 78:22, 78:25,
  157:16, 289:21
sitting [5] - 72:9,
  207:22, 209:5,
  221:2, 251:11
situation [17] - 43:3,
  43:13, 43:14, 44:11,
  44:17, 47:14, 52:14,
  152:18, 161:21,
  164:23, 192:23,
  288:16, 289:3,
  290:2, 290:20,
  307:3, 336:2
situations [4] - 97:20,
  104:15, 269:19,
  361:20
six [6] - 12:7, 85:19,
  85:20, 120:12,
  147:18, 361:14
size [10] - 33:19, 76:3,
  76:6, 76:7, 76:9,
  237:19, 237:22,
  238:1, 238:3, 238:9
sizes [2] - 76:13,
  238:7

skewed [1] - 335:23
skid [2] - 14:13, 294:7
skills [4] - 110:13,
  166:24, 185:22,
  320:10
skipped [7] - 258:3,
  258:10, 258:21,
  259:1, 259:3, 259:4,
  304:17
slash [1] - 259:18
sleeper [7] - 245:6,
  257:5, 257:19,
  261:1, 267:1,
  267:24, 268:6
slightly [2] - 44:13,
  212:22
slip [2] - 57:1, 192:22
slow [2] - 64:11, 65:14
slowed [1] - 283:4
slower [1] - 65:4
slows [1] - 282:9
small [3] - 17:17,
  136:16, 243:10
Smith [4] - 82:8,
  88:12, 107:9, 107:22
SMS [1] - 331:7
snapshot [1] - 91:21
softy [1] - 180:8
sole [3] - 192:22,
  225:2, 263:5
solely [3] - 153:15,
  154:17, 346:5
solo [1] - 270:22
solves [1] - 141:5
someone [7] - 64:2,
  71:14, 109:9, 148:9,
  195:6, 292:10, 353:6
something's [1] -
  95:24
sometime [4] -
  215:11, 259:24,
  359:4, 360:8
sometimes [8] -
  24:12, 65:1, 244:10,
  245:16, 265:13,
  270:14, 333:10
somewhat [3] - 52:1,
  166:18, 193:23
somewhere [5] - 42:5,
  127:14, 174:17,
  320:19, 320:24
Son [1] - 83:17
sorry [16] - 10:24,
  18:14, 39:4, 56:9,
  85:17, 91:17, 102:2,
  112:15, 151:3,
  253:17, 261:9,
  261:14, 261:20,
  277:7, 300:3
sort [1] - 70:17

**sound** [4] - 196:5, 196:8, 196:11, 349:4
**sounds** [4] - 58:9, 153:19, 178:20, 332:7
**space** [1] - 293:17
**spare** [2] - 224:1, 238:16
**speaking** [5] - 71:16, 124:20, 131:16, 177:10, 217:22
**special** [1] - 62:16
**specific** [18] - 16:23, 18:21, 20:9, 35:20, 60:10, 112:20, 116:7, 120:12, 166:22, 172:8, 241:4, 267:14, 276:13, 330:9, 338:24, 339:1, 339:2
**specifically** [23] - 38:15, 41:7, 49:3, 131:17, 132:10, 132:14, 147:5, 167:8, 170:24, 171:15, 171:24, 176:7, 176:11, 177:10, 178:13, 181:12, 187:4, 214:10, 228:16, 292:21, 319:3, 342:24, 354:11
**specifics** [1] - 101:1
**specified** [1] - 206:5
**speculate** [2] - 238:14, 362:4
**speculating** [6] - 95:21, 95:22, 151:19, 237:12, 237:13, 251:19
**speculation** [4] - 51:13, 136:5, 213:10, 328:25
**sped** [2] - 298:16, 298:17
**speed** [46] - 14:4, 14:7, 63:10, 63:11, 63:18, 64:21, 65:8, 65:14, 65:15, 65:18, 66:1, 66:10, 168:1, 168:2, 168:8, 174:24, 236:20, 236:25, 237:3, 237:6, 237:9, 237:15, 273:10, 285:18, 285:21, 285:25, 286:3, 286:10, 286:16, 288:9, 289:7, 289:19, 289:24,

290:4, 290:18, 300:1, 300:4, 300:12, 300:20, 301:1, 301:6, 301:7, 301:11, 301:12, 301:15
**Speed** [1] - 167:25
**speeding** [5] - 14:4, 65:16, 174:25, 298:5, 299:16
**speedometer** [3] - 300:1, 300:2, 300:18
**speeds** [6] - 15:14, 96:13, 100:18, 173:5, 273:5, 298:2
**spend** [1] - 68:21
**spending** [2] - 68:20, 250:9
**spent** [8] - 18:5, 247:24, 306:4, 310:13, 310:16, 310:18, 310:20, 311:1
**spin** [2] - 237:9, 349:19
**spline** [2] - 349:11, 349:15
**spot** [2] - 79:3, 332:15
**square** [1] - 209:7
**stack** [2] - 106:16, 303:5
**stacks** [1] - 73:10
**stages** [1] - 47:11
**stamped** [2] - 11:12, 329:24
**stand** [1] - 243:18
**standard** [16] - 109:14, 110:25, 111:1, 161:8, 162:2, 162:18, 162:20, 202:23, 203:12, 203:13, 206:9, 210:25, 211:6, 218:12, 222:19, 313:10
**standards** [15] - 22:2, 22:5, 90:18, 107:16, 110:17, 110:18, 111:4, 111:19, 133:13, 185:11, 199:1, 202:12, 202:18, 321:12, 323:19
**start** [22] - 11:16, 39:14, 56:9, 72:22, 83:24, 134:14, 160:21, 191:6, 192:20, 192:21, 203:3, 203:4, 203:20, 207:21,

244:12, 249:14, 258:6, 270:17, 278:10, 278:12, 282:12, 368:6
**started** [15] - 19:11, 20:8, 46:22, 67:15, 98:22, 133:23, 187:13, 208:6, 227:13, 246:14, 247:8, 258:14, 258:23, 259:22, 323:13
**starting** [10] - 8:5, 72:15, 88:15, 142:20, 207:14, 251:6, 257:18, 261:19, 268:11, 271:2
**starts** [6] - 26:23, 65:13, 208:21, 255:15, 278:9, 303:18
**state** [13] - 7:9, 19:7, 66:9, 107:14, 111:3, 112:8, 188:20, 232:22, 240:4, 291:16, 330:15, 347:15, 348:4
**State** [10] - 11:23, 12:18, 71:19, 321:13, 322:13, 323:19, 325:5, 327:7, 347:23, 347:24
**statement** [2] - 250:14, 353:20
**States** [5] - 16:18, 19:2, 19:9, 326:12, 340:6
**states** [11] - 63:24, 92:11, 119:1, 124:24, 232:20, 232:23, 234:20, 234:21, 347:12, 347:19
**stating** [1] - 147:6
**station** [6] - 336:11, 336:16, 337:11, 341:22, 342:7, 342:15
**stations** [13] - 335:3, 335:6, 335:19, 336:5, 336:6, 336:10, 336:19, 336:25, 337:4, 337:25, 356:21, 357:2, 357:4
**statistics** [3] - 342:23, 345:4, 345:10
**stay** [2] - 10:1, 274:4

**steer** [55] - 91:6, 92:12, 94:13, 94:19, 95:2, 95:25, 96:16, 101:14, 103:3, 104:4, 104:7, 195:8, 195:10, 195:12, 196:23, 197:8, 198:24, 198:25, 199:3, 200:25, 201:5, 201:11, 201:14, 202:2, 207:23, 211:12, 213:4, 213:7, 213:15, 214:14, 214:22, 215:7, 216:17, 219:9, 220:15, 222:9, 223:4, 227:17, 235:23, 237:18, 238:2, 238:10, 239:18, 239:24, 240:5, 240:12, 240:13, 240:24, 241:14, 273:5, 273:10, 280:21, 349:2, 360:14, 364:9
**steering** [20] - 94:9, 101:7, 101:13, 101:20, 101:25, 102:6, 279:14, 279:23, 280:2, 349:7, 349:10, 349:14, 349:15, 349:18, 349:20, 349:23, 350:3, 350:4, 350:7
**step** [2] - 30:5, 292:8
**steps** [1] - 75:7
**steve** [1] - 82:1
**Steve** [8] - 18:8, 18:13, 82:6, 82:7, 340:16, 341:6, 341:11, 364:20
**Steven** [2] - 256:8, 256:21
**stick** [1] - 363:19
**still** [6] - 67:3, 82:2, 138:25, 183:21, 184:2, 287:12
**stipulation** [2] - 129:10, 129:16
**stop** [15] - 68:16, 98:25, 128:19, 224:21, 224:23, 227:23, 262:9, 264:15, 266:12, 288:22, 305:13, 359:25
**stopped** [5] - 29:5, 119:15, 154:16,

217:20, 293:25
**stopping** [2] - 168:2, 275:20
**storage** [1] - 283:24
**stored** [1] - 283:22
**story** [1] - 70:8
**straight** [1] - 101:3
**streamline** [2] - 256:18, 287:16
**strictly** [2] - 70:14, 141:23
**strike** [20] - 13:19, 21:1, 49:8, 77:21, 80:12, 104:1, 129:18, 129:19, 151:3, 162:24, 172:4, 181:25, 189:1, 190:1, 200:15, 228:23, 253:17, 265:9, 281:11, 284:20
**stroke** [1] - 84:4
**structure** [3] - 144:5, 144:9
**stuck** [1] - 309:25
**students** [1] - 69:24
**studied** [5] - 109:5, 278:20, 290:13, 290:15, 293:1
**studies** [6] - 276:8, 291:5, 368:4, 368:7, 368:8, 368:10
**study** [4] - 94:24, 94:25, 204:22, 210:14
**stuff** [1] - 67:6
**Subchapter** [1] - 124:25
**subchapter** [1] - 124:25
**subject** [21] - 91:25, 145:7, 154:13, 154:25, 155:24, 175:4, 189:15, 201:25, 211:11, 212:24, 219:10, 220:4, 227:19, 235:23, 238:3, 239:17, 239:19, 240:19, 242:14, 291:6, 349:21
**subjective** [1] - 223:5
**submit** [10] - 31:15, 40:6, 48:1, 144:3, 145:23, 146:12, 146:25, 147:11, 151:6, 155:16
**submits** [1] - 343:14
**submitted** [12] - 31:23, 32:9, 32:12,

33:8, 41:4, 57:23,
119:1, 148:6, 149:6,
150:1, 151:9, 151:13
**submitting** [8] - 32:20,
38:17, 41:15, 42:20,
47:7, 51:25, 57:11,
126:15
**substance** [1] - 135:3
**substantial** [1] - 344:4
**substantially** [2] -
94:16, 215:11
**subterminals** [1] -
73:8
**subtract** [1] - 208:17
**subtracted** [1] -
206:18
**subtracting** [2] -
204:11, 207:7
**successively** [1] -
303:3
**sudden** [7] - 275:20,
275:23, 276:1,
276:4, 276:11,
278:3, 278:6
**suddenly** [4] - 273:6,
273:11, 275:1
**suffice** [1] - 256:11
**suffices** [1] - 324:14
**sufficient** [2] - 245:2,
257:24
**suggested** [3] - 43:8,
308:18, 309:11
**suggestion** [1] - 138:8
**suitable** [1] - 154:13
**sum** [2] - 105:16,
111:12
**summarize** [2] -
86:11, 116:3
**summary** [2] - 52:16,
294:3
**summer** [1] - 72:13
**supervision** [1] -
189:22
**supervisor** [1] - 41:20
**supplement** [1] - 70:4
**supplemental** [2] -
86:19, 87:5
**supports** [1] - 250:14
**supposed** [9] - 26:9,
47:19, 195:6,
211:21, 212:1,
244:19, 311:24,
311:25, 365:6
**surely** [1] - 172:15
**surfaces** [1] - 242:5
**surprise** [2] - 366:10,
366:25
**surprised** [2] - 319:6,
319:12
**surviving** [1] - 363:3

**suspect** [1] - 164:11
**sweet** [1] - 340:24
**swerving** [1] - 275:21
**Swift** [149] - 17:1,
17:8, 17:17, 19:3,
19:6, 19:8, 19:11,
19:17, 20:14, 20:17,
20:19, 20:20, 21:1,
21:8, 21:10, 21:13,
21:19, 22:15, 22:16,
22:19, 22:20, 23:7,
23:8, 23:9, 24:23,
25:22, 26:12, 26:20,
26:25, 29:7, 29:21,
29:25, 30:16, 30:24,
31:7, 31:19, 32:3,
32:5, 32:24, 33:1,
33:3, 33:5, 33:16,
34:18, 36:14, 36:15,
37:10, 37:22, 38:2,
38:9, 38:18, 39:7,
39:13, 39:25, 41:1,
41:12, 41:13, 42:6,
42:8, 43:7, 44:6,
45:6, 45:11, 45:14,
46:16, 46:22, 49:25,
50:5, 50:21, 51:9,
53:24, 54:21, 55:9,
55:20, 57:8, 57:19,
58:20, 59:8, 59:20,
61:14, 62:8, 62:15,
62:23, 63:3, 63:20,
64:3, 64:4, 64:23,
65:5, 65:17, 65:22,
66:5, 66:16, 67:12,
68:15, 68:17, 69:23,
70:2, 70:6, 70:10,
71:8, 72:4, 72:6,
74:13, 75:7, 75:16,
76:15, 77:4, 77:6,
77:10, 77:25, 78:9,
78:17, 78:21, 79:16,
83:6, 96:20, 96:23,
97:5, 97:8, 98:12,
98:13, 99:14, 100:5,
104:20, 106:5,
121:19, 144:6,
152:1, 152:10,
156:3, 156:6,
158:18, 162:21,
163:1, 163:17,
200:9, 216:16,
216:18, 217:1,
217:6, 226:15,
241:9, 241:14,
274:11, 316:12,
317:23
**Swift's** [14] - 30:3,
30:20, 31:3, 31:12,
38:12, 42:16, 52:16,

56:13, 56:14, 56:16,
57:4, 77:15, 144:9,
216:24
**swing** [1] - 325:12
**switch** [1] - 51:19
**sworn** [1] - 7:2
**Synopsis** [1] - 91:3
**synopsis** [6] - 91:5,
91:16, 91:18, 92:18,
94:2
**system** [57] - 32:25,
54:13, 54:22, 54:23,
55:23, 58:22, 59:4,
59:11, 59:12, 59:17,
63:6, 115:20,
115:21, 130:19,
130:21, 130:25,
131:13, 131:19,
132:2, 132:5,
132:11, 132:23,
133:3, 133:8,
133:11, 133:21,
134:9, 141:1,
171:11, 225:21,
225:23, 226:1,
226:12, 226:14,
226:15, 226:17,
226:20, 226:22,
226:24, 227:1,
227:2, 227:6,
244:18, 250:16,
252:15, 254:19,
255:2, 265:2, 280:9,
282:5, 282:12,
282:18, 307:12,
309:5, 332:9, 342:11
**System** [6] - 330:1,
331:4, 331:8,
331:16, 331:23
**systematic** [7] - 155:3,
155:6, 155:9,
155:12, 155:13,
160:9, 160:11
**systematically** [8] -
145:4, 145:5,
145:12, 145:14,
145:15, 146:5,
146:22, 147:9
**Systems** [2] - 105:4,
343:5
**systems** [7] - 130:7,
130:14, 132:17,
226:10, 251:16,
258:5, 258:17

**T**

**Table** [4] - 204:12,
204:13, 207:8,
207:12

**table** [3] - 209:3,
233:3, 233:20
**tabulated** [1] - 118:22
**tabulation** [1] - 259:25
**tailboard** [1] - 224:1
**tailgate** [1] - 223:25
**talks** [3] - 89:22,
168:13, 168:16
**tally** [4] - 261:17,
262:10, 262:13,
262:14
**tandem** [2] - 245:11,
267:15
**Tandy** [1] - 95:5
**Tara** [1] - 82:22
**tarpaulins** [1] - 224:1
**task** [2] - 93:10, 93:13
**taxes** [1] - 30:8
**teach** [1] - 328:18
**teacher** [1] - 71:8
**team** [54] - 54:16,
56:24, 161:20,
192:24, 222:5,
245:15, 263:3,
263:15, 265:5,
267:9, 267:25,
268:2, 269:5,
269:19, 270:23,
271:19, 319:2,
357:17, 359:20
**teams** [1] - 272:9
**technically** [5] -
175:12, 264:24,
264:25, 269:15,
345:13
**technician** [6] - 45:22,
45:24, 49:12, 49:22,
51:10, 53:2
**technician's** [1] - 51:7
**technicians** [3] -
43:16, 45:18, 48:5
**telephones** [1] - 59:3
**templates** [2] - 14:5,
14:6
**ten** [2] - 36:4, 240:16
**tend** [1] - 333:20
**tenure** [4] - 34:12,
35:14, 152:8, 173:11
**Term** [1] - 188:7
**term** [7] - 36:11,
53:10, 138:18,
302:25, 304:4,
315:21, 334:13
**terminal** [10] - 33:18,
33:19, 33:20, 33:22,
60:19, 73:9, 76:18,
142:9, 153:11, 249:3
**terminals** [5] - 73:6,
76:22, 77:1, 78:25,
140:24

**terminate** [1] - 43:4
**termination** [1] -
189:21
**terminology** [2] -
128:5, 179:22
**terms** [7] - 59:19,
98:2, 110:7, 118:22,
183:17, 283:16,
292:1
**terrific** [1] - 108:20
**test** [14] - 23:9, 23:12,
23:21, 23:24, 24:14,
27:16, 110:13,
217:23, 229:8,
229:18, 229:20,
229:25, 230:3,
319:13
**tested** [4] - 172:3,
172:12, 322:11,
324:19
**tester** [1] - 319:24
**testified** [17] - 7:4,
8:22, 85:10, 94:19,
101:12, 101:16,
139:3, 142:7,
202:15, 220:20,
236:5, 236:8,
250:18, 265:6,
272:17, 357:6, 368:6
**testify** [2] - 287:20,
357:1
**testifying** [6] - 7:20,
67:11, 153:13,
323:18, 323:20,
365:4
**testimonies** [2] -
85:23, 302:6
**testimony** [31] - 10:17,
11:1, 46:9, 67:6,
83:4, 83:8, 83:12,
83:20, 84:10, 84:13,
86:4, 93:6, 101:12,
142:5, 144:1,
206:12, 209:21,
236:1, 236:10,
249:2, 250:13,
250:15, 265:8,
277:23, 296:25,
302:10, 302:22,
306:1, 334:16,
356:15, 359:14
**testing** [7] - 39:3,
104:3, 104:5,
133:17, 199:24,
315:12, 319:24
**tests** [13] - 18:20,
22:10, 22:12, 22:21,
23:1, 23:5, 110:14,
169:15, 217:20,
217:22, 229:17,

276:8
**THE** [230] - 9:11, 11:7,
26:3, 26:14, 28:9,
30:23, 33:13, 34:22,
36:20, 43:12, 44:22,
45:14, 46:13, 47:22,
50:7, 51:17, 52:8,
53:17, 62:11, 64:6,
64:17, 66:7, 75:12,
78:13, 81:13, 83:15,
93:13, 94:1, 102:9,
113:10, 113:23,
114:12, 121:23,
125:11, 125:23,
126:11, 126:23,
127:11, 127:21,
128:4, 130:1,
130:16, 131:22,
132:14, 134:1,
134:14, 136:6,
137:4, 138:9,
138:18, 139:11,
139:22, 140:5,
141:15, 142:24,
143:13, 146:10,
146:20, 147:21,
148:1, 148:6,
150:18, 151:5,
151:16, 151:21,
152:4, 153:1,
153:10, 153:19,
158:3, 158:13,
159:11, 161:12,
163:7, 165:25,
166:16, 168:8,
169:2, 170:3, 171:9,
172:6, 172:21,
173:7, 174:16,
175:12, 175:21,
176:11, 176:22,
177:16, 182:21,
183:21, 184:7,
186:14, 187:8,
189:5, 189:12,
190:8, 190:21,
191:14, 191:23,
192:3, 193:7,
193:23, 194:17,
196:25, 197:11,
200:20, 201:17,
203:17, 205:18,
206:13, 208:2,
208:10, 208:20,
209:9, 209:19,
209:22, 210:22,
213:17, 214:17,
215:20, 216:10,
216:20, 218:7,
218:16, 220:24,
221:12, 222:14,
226:25, 227:19,

231:1, 232:2,
233:17, 234:17,
236:1, 236:12,
237:22, 238:5,
243:1, 248:14,
249:12, 253:1,
253:11, 254:3,
255:1, 257:23,
261:10, 261:14,
270:9, 271:18,
272:4, 275:19,
277:8, 285:15,
285:24, 286:8,
288:8, 293:11,
293:20, 298:25,
299:9, 301:4,
301:14, 303:11,
309:2, 309:21,
310:3, 311:1,
311:18, 312:8,
313:25, 314:14,
315:1, 315:22,
316:9, 316:22,
317:5, 318:7,
318:25, 319:11,
319:21, 322:3,
322:21, 323:12,
324:3, 324:18,
325:20, 326:6,
326:17, 327:1,
327:14, 328:10,
329:1, 329:9,
329:16, 331:25,
332:24, 333:10,
333:17, 334:1,
334:11, 334:25,
337:14, 337:22,
338:19, 339:13,
340:12, 345:13,
346:20, 347:10,
350:15, 350:18,
352:6, 352:15,
353:9, 353:24,
354:18, 355:1,
357:14, 357:24,
358:12, 359:8,
359:17, 361:9,
362:14, 364:2,
364:12, 366:13,
367:2, 367:5
**themselves** [4] -
56:22, 267:22,
286:15, 344:21
**theories** [1] - 252:3
**theory** [4] - 252:7,
252:13, 280:20,
350:6
**therefore** [1] - 48:14
**they've** [25] - 18:1,
18:4, 79:12, 116:21,

122:22, 130:19,
132:16, 135:12,
135:14, 139:15,
158:4, 160:12,
164:14, 171:11,
176:3, 226:4, 252:1,
267:3, 307:11,
317:9, 336:7, 340:8,
342:10, 346:10,
346:11
**thinking** [2] - 26:9,
270:21
**third** [3] - 8:6, 167:23,
234:1
**thorough** [2] - 191:9,
252:6
**thousand** [1] - 240:13
**thousands** [2] - 122:9,
238:24
**three** [29] - 22:8, 25:9,
37:7, 39:5, 45:17,
73:16, 74:17, 75:9,
76:25, 85:19,
157:12, 157:21,
163:24, 194:12,
194:23, 222:6,
222:7, 230:17,
235:16, 240:6,
245:16, 252:17,
262:15, 281:25,
304:19, 307:21,
308:21, 311:2, 361:6
**threshold** [1] - 43:2
**throughout** [4] - 70:7,
73:6, 73:7, 76:8
**thumb** [10] - 8:15,
8:21, 9:8, 9:15, 9:18,
11:5, 317:14, 356:6,
356:11, 356:16
**thumper** [3] - 196:1,
196:3, 349:1
**thumping** [2] - 195:22,
196:5
**ticket** [2] - 65:17,
174:25
**tickets** [1] - 65:14
**tie** [1] - 72:19
**tie-down** [1] - 72:19
**tied** [2] - 121:4, 224:10
**Tire** [4] - 77:12,
228:22, 234:2, 235:6
**tire** [222] - 14:16,
14:19, 75:19, 80:17,
83:4, 91:6, 91:13,
91:25, 92:4, 92:7,
92:9, 92:12, 92:20,
93:1, 93:7, 93:15,
94:4, 94:7, 94:13,
94:15, 95:23, 95:25,
96:4, 96:8, 96:16,

97:21, 99:23,
100:12, 100:19,
100:23, 101:4,
101:10, 102:17,
102:24, 103:2,
103:11, 103:18,
103:22, 103:23,
104:4, 104:7,
104:10, 104:16,
172:18, 173:4,
195:4, 195:7,
195:10, 195:11,
195:12, 195:13,
195:14, 195:17,
196:11, 196:18,
196:22, 197:7,
198:2, 198:3, 198:7,
198:10, 198:15,
198:19, 198:23,
198:24, 199:2,
199:15, 199:16,
200:4, 200:17,
201:1, 201:22,
202:1, 202:7,
203:21, 204:7,
204:8, 204:20,
204:25, 206:4,
206:16, 206:20,
207:4, 207:11,
207:18, 208:5,
208:12, 208:17,
209:1, 210:18,
211:2, 211:6,
211:17, 211:25,
212:2, 212:3, 212:8,
214:11, 215:14,
215:24, 215:25,
216:11, 216:17,
217:5, 217:6, 217:9,
217:13, 217:15,
217:16, 220:7,
220:18, 220:21,
221:15, 222:8,
222:20, 223:4,
224:1, 227:16,
227:17, 227:24,
228:3, 228:4, 228:5,
229:4, 229:7,
229:12, 229:22,
229:24, 230:5,
230:22, 230:23,
231:2, 231:7,
231:14, 231:15,
231:18, 231:22,
231:24, 232:6,
233:11, 234:3,
234:12, 234:13,
235:7, 235:11,
235:12, 235:19,
235:22, 236:6,
238:16, 239:4,

239:8, 239:12,
239:24, 240:13,
240:14, 240:17,
240:19, 240:21,
241:3, 241:18,
241:19, 241:21,
241:23, 242:9,
242:15, 242:20,
273:5, 273:10,
278:14, 278:20,
278:24, 279:3,
279:11, 288:2,
292:15, 295:4,
295:10, 296:23,
298:1, 298:4, 298:5,
298:8, 299:6, 335:8,
335:12, 335:15,
349:2, 350:6,
350:16, 353:3,
353:14, 353:21,
357:22, 358:3,
358:4, 358:6, 358:8,
358:13, 359:6,
360:13, 362:16,
363:3, 364:9,
364:13, 365:16,
366:2, 366:19,
366:12, 368:15
**tire's** [5] - 195:19,
195:21, 207:9,
335:16, 364:6
**tired** [1] - 55:15
**Tires** [1] - 234:1
**tires** [126] - 40:24,
75:25, 76:3, 76:6,
76:7, 76:9, 76:13,
96:21, 100:9,
100:10, 195:8,
195:18, 196:4,
196:5, 196:6,
196:23, 197:9,
199:3, 199:11,
199:25, 200:18,
200:25, 201:1,
201:2, 201:3, 201:4,
201:5, 201:6,
201:11, 201:14,
201:20, 202:2,
202:6, 202:8,
202:10, 202:15,
202:18, 203:4,
203:5, 203:9,
203:10, 204:3,
204:18, 204:24,
206:8, 207:15,
207:23, 208:16,
209:7, 210:16,
210:23, 210:24,
211:12, 211:22,
213:4, 213:7,
213:15, 213:24,

DENNIS RITCHIE - 03/09/2016

37

214:9, 214:15, 214:23, 215:7, 216:17, 218:1, 218:3, 218:12, 218:18, 218:19, 219:7, 219:9, 220:15, 221:10, 221:25, 222:9, 223:1, 227:21, 227:23, 227:25, 228:1, 228:7, 228:14, 229:2, 230:15, 231:21, 234:2, 235:23, 236:15, 236:19, 237:1, 237:4, 237:7, 237:9, 237:15, 237:18, 238:2, 238:10, 238:20, 239:18, 239:20, 240:4, 240:12, 240:24, 241:15, 242:14, 245:20, 269:25, 271:8, 307:7, 354:14, 354:15, 358:7, 359:5, 359:24, 360:14, 361:19, 361:23, 362:2, 363:15, 366:1, 367:12, 367:13, 368:10

**titled** [2] - 317:20, 318:8
**titles** [2] - 66:19, 216:15
**today** [6] - 20:23, 89:8, 89:20, 143:7, 237:20, 287:24
**today's** [2] - 84:17, 348:17
**together** [12] - 24:13, 82:2, 105:19, 107:23, 139:13, 223:13, 260:13, 262:3, 263:9, 264:8, 264:24, 306:14
**took** [9] - 12:6, 46:14, 63:12, 75:7, 178:22, 247:16, 305:25, 307:21, 310:9
**top** [7] - 11:4, 11:12, 30:8, 168:4, 188:8, 212:16, 286:3
**topic** [2] - 17:24, 148:19
**topics** [9] - 17:11, 22:1, 72:10, 72:11, 73:1, 74:12, 132:20, 166:23, 288:4

**tore** [1] - 297:13
**torn** [1] - 297:12
**total** [4] - 105:16, 262:17, 262:19, 281:7
**totality** [1] - 88:18
**totally** [5] - 148:16, 309:7, 332:24, 349:16, 364:15
**toward** [1] - 308:8
**towards** [3] - 8:6, 90:14, 168:3
**towed** [1] - 98:15
**track** [2] - 167:24, 306:25
**tracking** [2] - 59:14, 62:22
**Tractor** [1] - 90:6
**tractor** [93] - 17:23, 19:21, 19:22, 30:6, 30:7, 31:12, 36:13, 39:17, 43:9, 69:6, 69:14, 76:16, 78:1, 91:7, 92:12, 96:12, 96:17, 98:4, 98:6, 103:11, 104:8, 105:6, 105:8, 145:11, 145:23, 155:1, 155:24, 156:25, 164:7, 165:16, 165:18, 174:13, 175:5, 177:20, 191:7, 191:11, 193:17, 194:14, 195:7, 200:4, 211:11, 212:24, 214:14, 219:10, 221:9, 222:3, 235:24, 237:19, 238:3, 239:19, 240:5, 253:21, 268:4, 273:6, 273:11, 273:16, 275:21, 276:5, 276:11, 277:21, 286:5, 294:5, 295:9, 295:12, 295:19, 296:1, 296:4, 304:1, 304:6, 304:7, 304:13, 304:18, 306:13, 306:15, 306:16, 308:20, 310:6, 311:3, 315:24, 322:7, 322:17, 330:17, 338:22, 339:20, 341:22, 346:23, 349:2, 349:21, 365:25

**tractor's** [3] - 30:7, 199:7, 304:14
**tractor-tractor** [1] - 69:6
**Tractor-Trailer** [1] - 90:6
**tractor-trailer** [11] - 69:14, 76:16, 96:12, 96:17, 191:11, 194:14, 195:7, 276:5, 276:11, 322:7, 349:21
**tractor-trailers** [7] - 17:23, 19:21, 19:22, 78:1, 104:8, 164:7, 193:17
**tractors** [10] - 20:3, 31:9, 41:3, 56:15, 62:25, 63:2, 77:5, 122:13, 176:1, 276:15
**trading** [1] - 225:4
**traffic** [1] - 90:3
**Traffic** [1] - 340:8
**trailer** [41] - 69:14, 76:16, 96:12, 96:17, 105:18, 105:21, 105:22, 106:3, 106:18, 106:20, 107:4, 191:11, 194:14, 195:7, 252:22, 274:1, 274:22, 276:5, 276:11, 277:19, 278:11, 294:11, 304:6, 304:9, 304:10, 305:8, 305:15, 306:15, 308:3, 308:4, 322:7, 325:12, 325:16, 325:17, 333:21, 344:12, 344:16, 346:8, 346:23, 349:21
**Trailer** [1] - 90:6
**trailer's** [2] - 105:10, 325:3
**trailers** [70] - 17:23, 19:21, 19:22, 20:19, 20:20, 30:9, 30:24, 50:5, 63:1, 72:21, 78:1, 91:7, 92:13, 104:8, 105:8, 106:14, 106:17, 107:6, 109:25, 164:7, 172:16, 173:3, 191:7, 191:10, 192:13, 193:17, 245:19, 252:1, 252:18,

253:22, 270:2, 273:25, 275:21, 278:10, 294:5, 295:5, 295:13, 303:25, 304:19, 304:22, 306:13, 306:14, 307:4, 311:2, 318:15, 318:17, 318:21, 319:8, 320:4, 320:8, 320:18, 321:20, 321:25, 322:9, 322:10, 322:18, 322:25, 323:4, 323:10, 323:24, 324:10, 324:14, 325:11, 326:22, 329:7, 345:21, 346:4, 353:18, 365:24
**train** [3] - 69:25, 70:9, 110:10
**trained** [9] - 49:15, 49:20, 185:9, 185:16, 185:24, 187:23, 188:18, 281:16, 281:20
**trainee** [1] - 326:3
**trainer** [1] - 35:11
**Training** [1] - 89:10
**training** [45] - 13:4, 13:5, 14:15, 15:19, 15:23, 15:25, 16:2, 35:3, 35:8, 59:18, 59:21, 60:2, 60:12, 61:2, 68:13, 71:6, 71:13, 72:2, 72:7, 74:8, 96:3, 125:19, 135:18, 176:17, 187:3, 200:8, 217:4, 281:18, 283:13, 288:19, 298:22, 319:17, 319:22, 320:18, 322:9, 323:3, 323:7, 323:10, 323:23, 324:8, 324:9, 328:14, 328:16
**Trans** [5] - 67:15, 67:22, 68:24, 107:11, 289:19
**transaction** [2] - 46:14, 157:11
**transcripts** [1] - 104:13
**transfer** [5] - 127:7, 127:13, 341:21, 342:7, 342:15
**transferred** [1] - 127:4
**transitioned** [2] -

24:22, 66:14
**transmission** [3] - 58:5, 80:1, 283:8
**transport** [1] - 125:13
**transportation** [9] - 19:19, 34:7, 68:11, 90:8, 90:17, 105:17, 107:15, 110:16, 315:24
**Transportation** [23] - 17:2, 19:4, 19:11, 20:17, 23:15, 24:23, 29:8, 30:16, 31:19, 34:19, 37:22, 50:1, 50:21, 61:14, 69:23, 77:7, 83:17, 99:14, 107:13, 149:7, 216:16, 316:12, 340:7
**Transportation's** [1] - 19:17
**travel** [3] - 30:20, 288:10, 330:14
**traveled** [2] - 291:17, 293:13
**traveling** [1] - 91:5
**travels** [1] - 166:10
**tread** [4] - 297:17, 297:20, 297:22, 350:6
**trial** [12] - 81:8, 85:23, 86:4, 296:21, 302:7, 302:10, 302:15, 302:17, 302:19, 323:18, 360:5, 360:6
**trigger** [4] - 282:11, 282:16, 282:20, 283:11
**triggered** [1] - 284:14
**trip** [31] - 192:16, 192:18, 192:25, 193:24, 194:8, 194:9, 199:4, 222:1, 222:24, 223:1, 224:8, 224:16, 224:18, 225:8, 227:25, 254:12, 254:18, 266:23, 268:13, 268:19, 268:22, 269:10, 270:19, 270:23, 270:24, 271:1, 305:19, 307:14, 346:4
**trips** [2] - 54:17, 263:3
**trouble** [2] - 18:9, 109:25
**Truck** [8] - 70:21, 89:10, 90:5, 90:19, 212:14, 214:3,

DENNIS RITCHIE - 03/09/2016

214:8, 351:18
**truck** [207] - 19:19, 19:25, 26:25, 30:12, 30:15, 30:25, 31:18, 31:21, 32:3, 32:11, 32:16, 32:18, 32:21, 32:23, 32:25, 38:15, 38:17, 39:11, 39:12, 39:13, 39:21, 40:9, 40:17, 40:21, 40:23, 41:17, 41:21, 42:2, 42:3, 42:25, 43:5, 45:20, 45:25, 47:4, 47:9, 48:19, 49:13, 50:4, 52:12, 52:25, 53:8, 57:1, 57:2, 58:4, 58:7, 58:24, 59:13, 65:20, 68:11, 69:11, 69:12, 74:18, 76:14, 76:20, 78:17, 79:21, 79:23, 81:9, 81:17, 90:8, 90:17, 91:7, 92:13, 93:15, 93:22, 94:6, 94:9, 94:10, 95:23, 95:25, 96:6, 96:22, 97:9, 97:12, 97:14, 97:22, 98:15, 99:23, 100:1, 100:9, 100:10, 100:12, 100:18, 100:19, 101:22, 102:12, 102:15, 102:25, 109:24, 120:8, 141:7, 142:10, 142:13, 144:1, 145:25, 147:10, 153:12, 155:18, 155:19, 157:4, 157:17, 158:6, 159:20, 159:21, 159:23, 160:20, 160:25, 161:6, 161:17, 161:18, 161:24, 162:14, 162:23, 163:10, 163:11, 163:14, 163:16, 164:12, 164:24, 165:2, 166:12, 166:17, 174:17, 183:10, 199:6, 200:17, 201:6, 201:19, 207:22, 213:23, 214:12, 218:1, 218:21, 219:12, 221:24, 222:22, 222:23, 223:18, 224:9, 224:11, 228:12, 230:6, 230:8, 250:1, 251:11, 255:24,

264:24, 265:1, 265:4, 265:5, 266:25, 267:9, 269:23, 278:1, 278:9, 282:19, 297:12, 297:13, 300:9, 300:16, 301:5, 301:11, 306:20, 307:9, 308:1, 308:2, 309:5, 314:4, 314:10, 314:18, 317:6, 318:22, 319:3, 326:23, 332:21, 333:24, 335:2, 335:10, 339:2, 339:19, 339:23, 340:4, 342:2, 342:3, 342:4, 342:10, 346:21, 350:17, 354:8, 358:20, 358:21, 359:23, 361:15, 361:16, 364:10
**truck's** [5] - 41:23, 57:23, 209:5, 270:25, 359:22
**trucker** [2] - 336:20, 336:21
**truckers** [1] - 365:7
**trucking** [11] - 16:6, 16:7, 35:23, 80:5, 83:7, 84:2, 110:5, 158:9, 159:7, 315:23, 347:4
**Trucking** [3] - 83:18, 127:14
**trucks** [89] - 19:20, 20:12, 20:17, 20:18, 29:12, 38:2, 38:15, 39:23, 46:23, 46:24, 55:24, 59:12, 61:21, 61:23, 64:19, 64:20, 65:19, 65:20, 65:23, 65:24, 65:25, 76:10, 76:11, 76:12, 76:17, 77:2, 78:4, 78:7, 79:6, 79:13, 79:17, 96:21, 98:22, 103:21, 116:16, 122:3, 122:7, 122:8, 122:9, 122:20, 147:11, 157:22, 158:4, 158:8, 158:20, 158:21, 159:9, 159:12, 159:13, 159:19, 159:24, 160:10, 160:22, 161:19, 163:3, 163:4, 163:8,

175:22, 185:18, 186:20, 186:24, 187:15, 217:24, 267:11, 270:2, 300:18, 312:24, 314:6, 321:20, 333:14, 333:20, 335:18, 336:4, 336:13, 337:24, 337:25, 338:2, 338:3, 339:3, 339:18, 339:25, 343:15, 343:17, 344:16, 355:21, 366:20
**true** [46] - 10:20, 19:4, 19:5, 22:22, 22:23, 33:9, 34:5, 34:6, 38:13, 88:1, 88:2, 88:5, 88:6, 95:21, 109:2, 113:8, 145:13, 165:14, 165:17, 165:19, 166:6, 166:23, 167:15, 183:6, 196:13, 196:14, 198:12, 198:21, 201:12, 233:1, 310:1, 310:21, 311:7, 314:5, 314:6, 316:7, 318:5, 319:19, 326:14, 326:17, 329:12, 337:11, 338:25, 340:10, 345:5, 360:15
**trust** [1] - 292:11
**truth** [2] - 7:3
**try** [8] - 18:12, 116:3, 262:25, 287:15, 311:6, 314:15, 314:18, 314:23
**trying** [18] - 27:22, 84:4, 91:21, 93:18, 99:17, 227:12, 238:23, 240:9, 260:14, 271:4, 288:4, 294:1, 296:16, 306:18, 307:15, 326:8, 363:15
**turn** [26] - 11:15, 86:9, 108:24, 128:17, 167:23, 168:13, 179:4, 184:11, 184:24, 191:1, 213:1, 233:7, 233:20, 233:24, 246:11, 247:17, 251:1, 253:15,

255:9, 256:17, 287:13, 294:7, 302:24, 320:5, 331:9, 331:19
**turned** [2] - 101:20, 102:7
**turning** [1] - 275:20
**twice** [2] - 223:11, 225:2
**two** [109] - 27:5, 28:16, 28:24, 31:23, 32:11, 32:16, 34:6, 34:10, 42:15, 45:17, 46:2, 58:11, 66:19, 72:13, 73:25, 85:4, 85:19, 106:13, 113:11, 116:14, 116:24, 118:3, 118:5, 118:16, 122:9, 122:23, 126:3, 127:12, 157:20, 162:5, 163:24, 172:9, 178:2, 183:23, 185:18, 185:19, 186:7, 186:16, 187:12, 187:14, 187:15, 187:17, 191:7, 191:10, 192:1, 199:7, 200:12, 201:4, 222:6, 222:7, 224:25, 230:8, 233:2, 239:21, 240:16, 245:14, 245:16, 247:21, 249:9, 249:21, 249:25, 250:1, 252:3, 252:13, 252:17, 253:22, 256:24, 257:14, 259:7, 260:1, 260:15, 260:17, 261:4, 261:5, 261:7, 263:5, 264:10, 264:23, 264:25, 265:11, 265:14, 265:19, 266:4, 268:9, 268:12, 269:22, 271:6, 271:7, 300:19, 304:11, 304:12, 306:10, 306:12, 306:14, 308:14, 308:21, 322:5, 322:17, 325:8, 339:3, 339:18, 339:21, 339:22, 340:18, 357:18, 358:23, 361:12
**two-hour** [1] - 325:8

**two-minute** [1] - 249:21
**two-page** [1] - 260:15
**two-year** [1] - 118:5
**tying** [1] - 74:20
**type** [9] - 15:23, 17:11, 31:11, 57:22, 77:9, 109:14, 252:1, 252:22, 281:18
**types** [2] - 14:16, 16:10
**typical** [2] - 105:23, 313:17
**typically** [23] - 20:21, 30:5, 100:17, 103:21, 107:23, 109:3, 156:1, 203:18, 204:24, 210:15, 210:18, 211:23, 254:15, 254:21, 261:2, 263:4, 266:8, 269:9, 307:25, 309:9, 316:11, 361:19, 366:21
**typing** [1] - 251:12

## U

**U-joint** [4] - 349:19, 349:25, 350:1, 350:2
**ultimate** [1] - 203:21
**ultimately** [2] - 30:19, 175:17
**unauthorized** [1] - 135:14
**unclear** [1] - 114:4
**under** [87] - 7:16, 21:11, 21:14, 23:22, 26:18, 28:16, 30:19, 31:25, 39:5, 42:24, 45:19, 49:16, 56:1, 88:3, 103:25, 105:1, 105:9, 107:7, 113:19, 113:20, 113:21, 114:12, 114:13, 117:20, 121:9, 126:9, 126:21, 126:24, 127:11, 131:4, 138:15, 138:19, 139:20, 142:4, 144:16, 145:10, 149:14, 153:16, 154:18, 154:25, 167:13, 167:18, 167:24, 168:19, 168:22, 169:25, 171:17, 172:1, 175:7, 177:18,

DENNIS RITCHIE - 03/09/2016

39

183:19, 185:21,
188:17, 188:21,
206:8, 228:22,
233:25, 234:1,
235:5, 269:6,
269:16, 269:17,
289:19, 289:24,
290:3, 290:4,
312:21, 331:15,
331:22, 343:4,
343:5, 343:11,
343:17, 343:21,
343:25, 344:1,
344:22, 345:3,
345:6, 345:14,
345:21, 347:22,
348:2, 348:4,
353:17, 356:17
**Under** [1] - 114:8
**underfilling** [1] -
204:3
**underinflated** [3] -
196:7, 214:14,
368:11
**underinflation** [2] -
215:14, 362:8
**underneath** [6] -
34:20, 109:9,
202:16, 203:2,
210:19, 218:12
**understood** [4] -
19:10, 21:17, 38:20,
46:13
**unexpected** [3] -
291:20, 291:22,
291:23
**unfixed** [1] - 50:3
**Unit** [3] - 150:10,
212:23, 220:1
**unit** [1] - 220:4
**United** [2] - 326:12,
340:6
**units** [6] - 62:22,
246:16, 247:10,
247:21, 251:7,
251:10
**University** [1] - 11:24
**unless** [13] - 26:4,
67:14, 214:1,
223:21, 245:4,
246:21, 247:1,
257:25, 316:22,
321:19, 346:21,
348:2, 348:3
**unlike** [1] - 35:6
**unlikely** [1] - 148:11
**unpack** [1] - 100:3
**unreasonable** [1] -
190:14
**unrepaired** [1] - 47:15

**unsafe** [2] - 135:4,
135:9
**unstable** [1] - 274:2
**up** [116] - 11:4, 18:11,
24:7, 28:18, 36:9,
39:6, 45:25, 47:16,
58:3, 59:16, 59:24,
61:12, 63:9, 65:14,
69:9, 69:21, 69:22,
73:3, 73:10, 73:14,
83:21, 86:13, 88:19,
88:21, 101:16,
101:18, 102:11,
102:12, 111:12,
118:9, 121:6,
121:12, 140:12,
145:19, 148:10,
152:6, 152:9, 155:3,
155:7, 157:17,
157:22, 159:13,
161:13, 169:21,
170:9, 171:12,
173:22, 174:22,
179:4, 192:13,
200:8, 201:21,
202:19, 203:4,
203:10, 204:16,
204:24, 205:1,
206:21, 207:18,
207:20, 208:6,
208:21, 210:23,
211:6, 211:7, 212:3,
212:9, 215:4,
218:19, 218:22,
225:7, 236:20,
237:10, 263:12,
264:11, 270:21,
297:11, 298:5,
298:16, 298:17,
299:16, 307:5,
307:6, 307:7,
307:11, 308:19,
309:24, 310:5,
318:3, 325:21,
327:8, 328:1,
328:18, 334:18,
336:14, 341:22,
342:4, 347:25,
354:19, 354:21,
357:15, 358:24,
359:8, 361:1, 361:2,
362:20, 362:22,
362:24, 364:13,
364:22, 367:13,
367:20, 368:14
**upcoming** [1] - 269:2
**update** [1] - 37:15
**updated** [5] - 8:24,
11:18, 36:5, 84:13,
89:16

**uplink** [3] - 248:20,
248:21, 248:23
**upper** [1] - 233:9
**ups** [1] - 350:25
**upside** [1] - 263:23
**upwards** [2] - 251:6,
251:9
**US** [1] - 326:11
**USA** [2] - 83:17,
302:14
**USDOT** [2] - 312:23,
338:7
**uses** [5] - 115:24,
225:23, 226:16,
226:18, 226:22
**Utah** [19] - 13:2, 13:10,
15:4, 90:5, 108:24,
108:25, 109:1,
109:13, 109:20,
165:3, 165:6,
198:13, 289:9,
289:10, 289:11,
289:20, 289:24,
353:17, 353:25
**Utah's** [3] - 234:22,
235:2, 235:11
**utilizing** [1] - 45:16

## V

**valid** [2] - 330:2, 330:4
**valve** [5] - 43:25, 44:2,
45:9, 50:3, 52:1
**van** [1] - 332:22
**varies** [1] - 300:16
**various** [10] - 14:14,
15:14, 16:24, 47:11,
73:20, 94:8, 117:19,
121:2, 136:17,
166:22
**vast** [1] - 218:2
**Vegas** [1] - 302:18
**vehicle** [97] - 15:5,
15:9, 15:12, 15:13,
15:16, 29:23, 42:23,
55:16, 56:1, 56:4,
56:17, 57:5, 57:9,
64:3, 80:18, 92:16,
94:13, 94:20, 95:2,
96:17, 116:14,
116:25, 117:12,
117:15, 118:9,
119:7, 119:18,
119:23, 120:12,
120:21, 121:1,
122:25, 149:17,
153:16, 161:10,
167:9, 167:14,
167:20, 174:7,
174:8, 176:15,

177:14, 178:16,
178:24, 192:12,
193:2, 204:9, 206:4,
207:6, 208:15,
209:2, 211:10,
213:3, 221:1, 221:8,
223:21, 223:25,
233:22, 233:23,
242:11, 245:15,
258:18, 266:15,
267:15, 268:24,
269:12, 269:13,
272:24, 274:4,
274:19, 274:20,
276:10, 277:13,
278:14, 279:6,
279:10, 282:9,
283:4, 283:7,
285:12, 287:25,
288:10, 291:16,
293:18, 296:11,
296:22, 297:3,
299:2, 316:13,
320:12, 328:12,
332:15, 332:25,
337:6, 337:15,
337:16
**Vehicle** [4] - 105:1,
105:9, 150:4, 191:2
**vehicle's** [4] - 192:25,
223:22, 224:4, 224:5
**vehicles** [28] - 30:21,
51:1, 62:22, 116:16,
116:17, 117:16,
145:6, 154:9,
154:13, 154:18,
154:25, 155:4,
155:8, 156:2,
194:23, 194:24,
199:10, 223:11,
223:13, 271:7,
295:2, 313:18,
326:12, 331:15,
335:20, 337:2,
337:8, 337:10
**Vehicles** [1] - 103:25
**vendor** [1] - 79:20
**vendors** [2] - 73:4,
158:24
**verifiable** [1] - 122:16
**verify** [1] - 170:9
**versa** [1] - 271:3
**version** [3] - 89:14,
89:15, 353:13
**versus** [4] - 20:18,
335:20, 344:1,
367:22
**vet** [3] - 171:7, 317:7,
318:9
**vetted** [1] - 187:18

**vetting** [5] - 21:18,
164:16, 186:10,
187:22, 317:1
**vice** [4] - 61:13, 66:15,
71:9, 271:3
**view** [1] - 224:7
**violation** [11] - 114:24,
119:22, 121:3,
121:4, 121:5, 121:7,
130:3, 175:5, 175:8,
175:18, 345:15
**violations** [15] - 34:25,
54:8, 54:14, 55:3,
118:14, 119:4,
121:2, 127:19,
128:1, 129:3, 130:5,
130:8, 141:3, 266:21
**virtually** [1] - 97:18
**virtue** [1] - 160:14
**visual** [3] - 195:12,
221:21, 358:5
**volatile** [1] - 283:16
**voluntarily** [1] - 60:23
**voluntary** [1] - 60:21
**VP** [2] - 67:2, 68:19

## W

**Wait** [1] - 32:12
**wait** [2] - 336:25,
363:17
**walk** [8] - 224:19,
225:9, 249:25,
254:4, 254:9,
254:17, 255:24
**walk-around** [4] -
224:19, 249:25,
254:4, 254:17
**walk-arounds** [3] -
224:19, 225:9, 254:9
**walking** [2] - 265:1,
267:9
**wall** [1] - 73:16
**walls** [1] - 73:6
**wants** [2] - 339:19,
344:20
**Warner** [6] - 48:6,
77:12, 157:13,
212:14, 214:3, 214:8
**warrants** [1] - 188:13
**watching** [1] - 325:25
**ways** [1] - 13:25
**wear** [16] - 203:22,
215:24, 215:25,
217:5, 218:18,
238:15, 238:18,
238:20, 239:4,
239:11, 240:17,
240:21, 241:21,
313:11, 367:12

wearing [2] - 313:7, 313:12
web [1] - 332:8
Weber [2] - 11:23, 12:18
website [9] - 36:5, 36:8, 114:21, 115:7, 124:9, 128:12, 131:23, 132:1
websites [2] - 37:16, 74:10
week [6] - 197:16, 207:22, 259:21, 357:20, 357:22, 358:7
weekly [1] - 160:25
weeks [4] - 58:11, 199:7, 361:14
weigh [14] - 335:2, 335:5, 336:5, 336:6, 336:10, 336:11, 336:16, 336:19, 336:25, 337:4, 337:11, 356:21, 357:1, 357:3
weight [11] - 105:19, 106:2, 106:13, 106:15, 107:6, 202:21, 203:8, 204:15, 218:20, 365:24, 366:6
weights [1] - 366:16
well-known [1] - 75:24
werner [1] - 83:16
West [1] - 271:2
west [1] - 98:24
westbound [2] - 91:5, 94:21
Western [3] - 16:18, 19:2, 19:9
wheel [7] - 101:7, 101:13, 101:20, 101:25, 102:6, 349:14, 350:4
Wheels [1] - 233:25
whereas [1] - 27:4
whip [1] - 294:11
whipped [1] - 274:1
whipping [8] - 274:21, 275:22, 275:24, 278:10, 278:12, 294:4, 295:6, 295:13
whole [11] - 28:23, 63:6, 91:18, 128:18, 148:13, 205:10, 205:15, 305:19, 311:5, 311:8, 352:14
willing [1] - 129:14
winds [1] - 318:3
winter [2] - 72:13,

72:14
winter's [1] - 72:14
wintertime [1] - 72:16
wish [1] - 152:13
withdrawing [1] - 275:13
WITNESS [230] - 9:11, 11:7, 26:3, 26:14, 28:9, 30:23, 33:13, 34:22, 36:20, 43:12, 44:22, 45:14, 46:13, 47:22, 50:7, 51:17, 52:8, 53:17, 62:11, 64:6, 64:17, 66:7, 75:12, 78:13, 81:13, 83:15, 93:13, 94:1, 102:9, 113:10, 113:23, 114:12, 121:23, 125:11, 125:23, 126:11, 126:23, 127:11, 127:21, 128:4, 130:1, 130:16, 131:22, 132:14, 134:1, 134:14, 136:6, 137:4, 138:9, 138:18, 139:11, 139:22, 140:5, 141:15, 142:24, 143:13, 146:10, 146:20, 147:21, 148:1, 148:6, 150:18, 151:5, 151:16, 151:21, 152:4, 153:1, 153:10, 153:19, 158:3, 158:13, 159:11, 161:12, 163:7, 165:25, 166:16, 168:8, 169:2, 170:3, 171:9, 172:6, 172:21, 173:7, 174:16, 175:12, 175:21, 176:11, 176:22, 177:16, 182:21, 183:21, 184:7, 186:14, 187:8, 189:5, 189:12, 190:8, 190:21, 191:14, 191:23, 192:3, 193:7, 193:23, 194:17, 196:25, 197:11, 200:20, 201:17, 203:17, 205:18, 206:13, 208:2, 208:10, 208:20, 209:9, 209:19, 209:22, 210:22,

213:17, 214:17, 215:20, 216:10, 216:20, 218:7, 218:16, 220:24, 221:12, 222:14, 226:25, 227:19, 231:1, 232:2, 233:17, 234:17, 236:1, 236:12, 237:22, 238:5, 243:1, 248:14, 249:12, 253:1, 253:11, 254:3, 255:1, 257:23, 261:10, 261:14, 270:9, 271:18, 272:4, 275:19, 277:8, 285:15, 285:24, 286:8, 288:8, 293:11, 293:20, 298:25, 299:9, 301:4, 301:14, 303:11, 309:2, 309:21, 310:3, 311:1, 311:18, 312:8, 313:25, 314:14, 315:1, 315:22, 316:9, 316:22, 317:5, 318:7, 318:25, 319:11, 319:21, 322:3, 322:21, 323:12, 324:3, 324:18, 325:20, 326:6, 326:17, 327:1, 327:14, 328:10, 329:1, 329:9, 329:16, 331:25, 332:24, 333:10, 333:17, 334:1, 334:11, 334:25, 337:14, 337:22, 338:19, 339:13, 340:12, 345:13, 346:20, 347:10, 350:15, 350:18, 352:6, 352:15, 353:9, 353:24, 354:18, 355:1, 357:14, 357:24, 358:12, 359:8, 359:17, 361:9, 364:12, 364:2, 364:12, 366:13, 367:2, 367:5
witness [11] - 7:2, 129:8, 133:23, 138:1, 138:5, 142:21, 172:5, 301:17, 327:22,

362:4, 362:5
Woehrle [1] - 348:20
wonder [1] - 18:11
word [4] - 49:10, 65:12, 73:20, 275:1
worded [1] - 33:11
wording [2] - 52:3, 275:17
words [21] - 32:10, 44:13, 65:13, 107:24, 107:25, 108:1, 108:21, 118:13, 204:17, 223:7, 224:8, 226:2, 231:20, 245:14, 264:24, 265:18, 325:24, 326:6, 343:13, 344:11, 368:12
Workbook [1] - 90:7
works [11] - 15:13, 36:25, 81:22, 160:7, 161:17, 226:5, 250:16, 255:5, 269:5, 272:5, 316:16
worry [1] - 76:12
worth [4] - 261:21, 266:12, 327:9, 328:3
wrapped [1] - 270:21
wreck [4] - 313:12, 338:8, 345:8, 363:2
write [5] - 84:23, 114:22, 213:12, 278:4, 351:15
writing [2] - 71:2, 71:4
written [9] - 40:11, 40:12, 121:6, 157:23, 158:10, 158:18, 159:7, 159:16, 163:1
wrote [1] - 111:13
Wyoming [11] - 90:3, 109:19, 289:10, 321:13, 323:20, 353:7, 353:12, 353:19, 357:2, 360:4, 360:11

### Y

yard [9] - 24:6, 52:12, 69:11, 69:15, 157:22, 207:20, 221:2, 342:4, 342:5
yaw [4] - 14:13, 275:2, 275:4, 325:13
year [23] - 20:6, 22:7, 117:24, 118:5, 136:14, 136:16, 149:11, 177:25,

320:16, 320:25, 321:15, 321:18, 322:6, 322:16, 323:22, 324:3, 324:4, 324:15, 324:22, 324:25, 326:2, 328:17, 356:2
year's [6] - 325:17, 326:13, 326:21, 327:9, 328:2, 328:11
years [41] - 8:23, 16:18, 18:4, 22:8, 24:20, 24:24, 36:4, 36:22, 39:22, 46:21, 55:1, 59:3, 60:14, 60:16, 70:3, 81:9, 81:11, 86:5, 95:17, 100:17, 118:3, 124:17, 124:22, 152:12, 158:6, 160:22, 164:12, 170:5, 172:22, 178:2, 186:3, 195:2, 197:24, 200:10, 216:16, 227:21, 229:1, 241:7, 274:10, 324:4, 329:10
years' [2] - 161:23, 326:18
yellow [2] - 261:24, 262:3
York [1] - 303:21
yourself [8] - 14:22, 15:15, 16:14, 68:5, 68:9, 73:18, 74:19, 312:4

### Z

zero [3] - 248:4, 248:5, 303:18
zero-minute [1] - 248:5