IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF WYOMING

| | |
|---|---|
| BRIAN KEHLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number 15-CV-127-J |
| ) | |
| BRIDGESTONE AMERICAS TIRE ) | |
| OPERATIONS, LLC; COMMERCIAL ) | |
| TIRE, INC.; and, JOHN DOE ) | |
| CORPORATIONS/ENTITIES 1-3 ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S MOTION TO EXCLUDECERTAIN OPINIONS OF PLAINTIFF'S EXPERT DENNIS RITCHIE**

This matter comes before the Court on Bridgestone Americas Tire Operations, LLC's motion to exclude certain opinions of Plaintiff's expert Dennis Ritchie. The Court being fully advised hereby ORDERS:

The motion is GRANTED.

Mr. Ritchie's opinions regarding accident reconstruction, vehicle dynamics, human factors, tire science, warnings and the duties of tire manufacturers and vendors are excluded under F.R.E. 702, 703 and *Daubert* grounds. Mr. Ritchie lacks the qualifications necessary to render those opinions. Those opinions are unsupported by any valid methodology or evidence and are thus unreliable.

Dated: _____              _____
                                       District Court Judge

{00183823.1 }