IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF WYOMING

| | |
|---|---|
| BRIAN KEHLER ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number 15-CV-127-J |
| ) | |
| BRIDGESTONE AMERICAS TIRE ) | |
| OPERATIONS, LLC; COMMERCIAL ) | |
| TIRE, INC.; and, JOHN DOE ) | |
| CORPORATIONS/ENTITIES 1-3 ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC'S MOTION TO EXCLUDECERTAIN OPINIONS OF PLAINTIFF'S EXPERT DR. JERRY OGDEN**

This matter comes before the Court on Bridgestone Americas Tire Operations, LLC's motion to exclude certain opinions of Plaintiff's expert Dr. Jerry Ogden. The Court being fully advised hereby ORDERS:

The motion is GRANTED.

Dr. Ogden's opinions regarding imbalanced caster and the fracture of the steering knuckle spline are excluded under F.R.E. 702, 703 and *Daubert* grounds. Dr. Ogden lacks the qualifications necessary to render those opinions. Those opinions are unsupported by any valid methodology or evidence and are thus unreliable.

Dated: _____        _____
                                District Court Judge

{00183821.1 }