# EXHIBIT 1

1

```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF WYOMING
              - - -
ALODIE GOODEN, as         )
Wrongful Death            )
Representative of         )
TANYA GOODEN and          )  CASE NO. 15-CV-45-S
CAMERON GOODEN,           )
       Plaintiff,         )  VIDEOTAPED DEPOSITION
   vs.                    )  OF BRIAN J. QUEISER
BRIDGESTONE AMERICAS      )  TAKEN 2/9/2016
TIRE OPERATIONS, LLC;     )
FEDEX GROUND PACKAGE      )  CONFIDENTIAL PORTIONS
SYSTEM, INC.; and JOHN    )  CONTAINED WITHIN
DOE CORPORATION/          )
ENTITIES 1-3,             )
       Defendants.        )
                          )
              - - -
GINA CUBILLOS, as         )
Wrongful Death            )
Representative of the     )
ESTATE OF JAMES EDNIE,    )  CASE NO. 15-CV-50-S
       Plaintiff,         )
   vs.                    )
```

2

```
 1    BRIDGESTONE AMERICAS      )
 2    TIRE OPERATIONS, LLC     )
 3    f/k/a BRIDGESTONE/        )
 4    FIRESTONE NORTH           )
 5    AMERICAN TIRE, LLC;       )
 6    BRIDGESTONE AMERICAS,     )
 7    INC.; BRIDGESTONE         )
 8    RETAIL OPERATIONS,        )
 9    LLC; FEDEX GROUND         )
10    PACKAGE SYSTEM, INC.;     )
11    and JOHN DOE              )
12    CORPORATIONS/ENTITIES     )
13    1-3,                      )
14         Defendants.          )
15              - - -
16         Videotaped deposition of BRIAN J. QUEISER,
17    a witness herein, called by the Defendants for
18    Examination pursuant to the Federal Rules of
19    Civil Procedure, taken before me, the
20    undersigned, Binnie Purser Martino, a Registered
21    Diplomate Reporter, Certified Realtime Reporter
22    and Notary Public in and for the State of Ohio,
23    pursuant to Notice and agreement of counsel at
24    the offices of Court Reporters, Inc., 221
25    Springside Drive, Akron, Ohio, on Tuesday, the
```

3

```
 1    9th day of February, 2016, commencing at 9:16
 2    o'clock a.m.
 3              - - -
 4    APPEARANCES:
 5
 6    On Behalf of the Plaintiff Alodie Gooden:
 7         THE FITZGERALD LAW FIRM
 8         BY:  James E. Fitzgerald, Attorney at Law
 9              Michael J. Fitzgerald
10              Attorney at Law
11              2108 Warren Avenue
12              Cheyenne, Wyoming 82001
13              307/634-4000
14              jim@fitzgeraldlaw.com
15              michael@fitzgeraldlaw.com
16    On Behalf of the Plaintiff Gina Cubillos:
17         KLINE, McCORKLE & PILGER
18         BY:  Stephen H. Kline, Attorney at Law
19              P.O. Box 1938
20              Cheyenne, Wyoming 82003
21              307/778-7056
22              steve@kmplaw.net
23
24
25
```

4

```
 1    APPEARANCES (Continued):
 2
 3    On Behalf of the Defendants Bridgestone
 4    Americas Tire Operations, LLC f/k/a
 5    Bridgestone/Firestone North American Tire,
 6    LLC; Bridgestone Americas, Inc., and
 7    Bridgestone Retail Operations, LLC:
 8         HOLLAND & KNIGHT
 9         BY:  Colin P. Smith, Attorney at Law
10              131 S. Dearborn Street
11              30th Floor
12              Chicago, Illinois 60603
13              312/263-3600
14              colin.smith@hklaw.com
15    On Behalf of the Defendant FedEx Ground
16    Package System, Inc.:
17         SUNDAHL, POWERS, KAPP & MARTIN, LLC
18         BY:  Paul Kapp, Attorney at Law
19              1725 Carey Avenue
20              Cheyenne, Wyoming 82003-0328
21              307/732-6421
22              pkapp@spkm.org
23    ALSO PRESENT:
24         Tom Baker, Videographer
25
```

Page 89

1   explosion. He wanted to use the word
2   "explosion" very specifically.
3       And then he claims essentially that he
4   couldn't turn the wheel. So I remember that.
5   Q. Okay.
6   A. And I took that into consideration.
7   Q. Beyond that, though, anything else?
8   A. As far as the movement of the vehicle goes,
9   I know other than normally tread/belt -- I mean,
10  tread/belt detachments or tire failures should
11  not result in that kind of loss of control. You
12  asked me about loss of control. I would say,
13  yeah. I mean, that's --
14      What happened after that feeling that he
15  had, when he felt something, I can't remember
16  his words, but when I read it, I thought, okay,
17  he felt the rumbling, something beginning. And
18  he describes it as very quickly then, you know,
19  he grabbed the wheel, he was distinctive in
20  that, and then he heard the explosion. But it
21  happened in fairly short order, and then he lost
22  control.
23  Q. Okay.
24  A. Other than that, I don't have much of a
25  recollection or --

Page 90

1   Q. Okay.
2   A. -- I didn't take anything else into account
3   that I can think of.
4   Q. Is it fair to say you don't have any
5   opinions about vehicle dynamics in this case?
6       J. FITZGERALD:   Object to the form.
7       THE WITNESS:   Well, except to the
8   extent that a rapid air loss event or in a tire
9   explosion like Mr. Kehler describes, it should
10  be a controllable event.
11  BY MR. KAPP:
12  Q. Barring anything else going wrong with the
13  vehicle?
14      MR. SMITH:   Objection to the
15  form of the question.
16      THE WITNESS:   I can't say.
17  Barring, I don't know what else would go wrong
18  with the vehicle, something else.
19  BY MR. KAPP:
20  Q. All right. Do you have any opinions on
21  warnings, like, for example, the warnings
22  placarding on the side of the tire?
23  A. I do. I rendered an opinion in my report
24  that the warnings and other information provided
25  by Bridgestone is consistent with that provided

Page 91

1   in the industry. It is effective. It is
2   long -- a lot of it is long-standing. It is
3   shared by our competitors, and promoted by
4   various associations.
5       I don't remember specifically citing the
6   sidewall warning, but it would include -- my
7   evaluation of that would include it.
8   Q. The sidewall warnings, to and including the
9   inflation information, that is uniform amongst
10  tire manufacturers?
11  A. It tends -- it tends to be consistent,
12  yeah.
13  Q. Is it standardized just by industry, or is
14  it standardized by regulation or rule?
15  A. Neither. There is no regulation or rule
16  governing on-product safety warnings for tires.
17  Q. Okay. So --
18  A. But the industry has gravitated, years ago,
19  to, I would say, very similar information. It
20  depends on the tire. You won't find the exact
21  same safety warning on the sidewall of this tire
22  as you do on something else that is in a
23  different service.
24  Q. Right. But, I mean, among tires of the
25  same rating, or loading, I mean, for example, a

Page 92

1   medium truck tire, G load. Is the warning and
2   the inflation message going to be the same if it
3   is a BF Goodrich, a Firestone or a Michelin?
4       MR. SMITH:   Just let me object
5   to the form. I am just concerned it is
6   compound. Are you asking about the inflation
7   specification, load and inflation --
8       MR. KAPP:   Or I could just --
9       MR. SMITH:   -- or just the
10  warning? Yeah, I just want to make sure --
11      MR. KAPP:   I will break it
12  down.
13      MR. SMITH:   It might be easier.
14  Thanks.
15  BY MR. KAPP:
16  Q. To you, are there two different -- are
17  there -- strike that.
18      I mean, what do you call the raised
19  lettering information on the side of a tire
20  addressing inflation?
21  A. There is a safety warning on the sidewall
22  of the tire.
23  Q. Does the safety warning, in your -- in your
24  parlance, include the inflation pressure?
25  A. It says that tire failure may occur from

**93**

1  underinflation or overloading, and to consult
2  the owner's manuals and maybe some other words
3  that I don't have memorized right at the moment.
4      But, yes, it tends to be consistent among
5  tire manufacturers.
6      The tires also come with labels on them
7  that have additional warning information.
8      The sidewall has fundamental information
9  about tire safety for the reader to read. But
10 it can't possibly encompass everything you would
11 need to see or know. So you have to supplement
12 it with service or safety manuals that we also
13 provide, and/or other industry-provided
14 materials, frankly.
15 Q.  There are no Federal or state rules, regs
16 or laws, you say, on the safety --
17 A.  Warning, right.
18 Q.  -- warning on the side of a tire, correct?
19 A.  Right, right.
20 Q.  Has the industry undertaken -- I mean, are
21 there industry committees that address the
22 safety warning, the content of a safety warning,
23 what should be on it, what should not be on it?
24 A.  To a certain extent. Although -- and I am
25 involved in that process, but I can't tell you

**94**

1  that it has been done for the sidewall safety
2  warning under -- that I have personal knowledge
3  of. I believe the safety warnings for tires
4  were evolution. I would say they were created
5  and/or they evolved much more decades ago.
6      And Bridgestone -- let me just go there.
7  Bridgestone/Firestone's safety warning is
8  decades old. If it has changed, it has been
9  only because some product has changed it and it
10 warranted it, you know, a different type of tire
11 or something, in a different application.
12     And the rest of the industry, just to get
13 to the core of your question, largely is in the
14 same place. There may be different words here
15 and there. But sometimes --
16 Q.  Same message?
17 A.  -- sometimes they are identical, you know,
18 word for word verbatim; and, yes, the message is
19 the same.
20 Q.  What is -- this specific tire, the subject
21 tire, the 283 Ecopia, what does it say about air
22 pressure, inflation?
23 A.  Well, I mean, it says --
24 Q.  Yeah, it is right here. I frankly forgot
25 that it was right there in front of us.

**95**

1  A.  It says, "Safety warning, serious injury
2  may result from tire failure due to
3  underinflation/overloading. Follow owner's
4  manual or tire placard in vehicle."
5      And then -- then there are other things
6  about mounting, warnings about mounting.
7  Q.  What does it say about the air pressure?
8  A.  "Follow owner's manual or tire placard in
9  vehicle."
10 Q.  Okay. Does it say anything else?
11 A.  Pressure information is provided on the
12 tire for its service. But you have to refer to
13 the owner's manual or the tire placard in order
14 to obtain the correct inflation pressure.
15 Q.  Does it say anything about 110 psi on it?
16 A.  Yeah, yeah.
17 Q.  Yeah, that is the part I am kind of --
18 A.  Those are the ratings for the tire.
19 Q.  And what does it say?
20 A.  It says, "Max load single," and it says,
21 "3000 kilograms at 300 kPa," which is 110 psi
22 cold.
23     And it says the English units on the
24 sidewall.
25 Q.  All right.

**96**

1  A.  Now, that is Government mandated. I don't
2  know if maybe that is why you were asking me
3  about that.
4      The tire load and inflation information is
5  Government mandated.
6  Q.  Okay. So it says don't put more than 110
7  psi in it cold, correct?
8  A.  No, that is the rating. It says that it
9  can carry 3000 kilograms, which is 6175 pounds,
10 I think, if I am reading that right, at 110 psi
11 cold. So that is what the tire is rated at.
12 That is the max load at that pressure.
13 Q.  What is -- why is there no information on
14 the side of the tire to indicate minimum rating?
15 A.  Minimum? Well --
16 Q.  And by "minimum," I would be -- we would be
17 talking about load and -- load and inflation,
18 right?
19     MR. SMITH:    Objection to the
20 form.
21     THE WITNESS:    Now I am not
22 tracking you. I am not understanding what you
23 mean now. Minimum load and inflation?
24 BY MR. KAPP:
25 Q.  Well, I mean, that is saying -- the 110

### 193

1 about that. I mean, you could have a tire, you
2 could have a tire that is filled to 90
3 degrees -- strike that.
4     You could have a tire filled with 90 psi
5 air, and depending on the load it was carrying,
6 it would not be underinflated/overdeflected,
7 correct?
8 A. If it is inflated to 90, there is a load
9 that it could carry by design.
10 Q. And at that load, it would not be
11 underinflated or overdeflected?
12 A. Right. But the recommendation is to run
13 the placard load, regardless of the actual load
14 that is upon it. That is not just due to the
15 static loading conditions, what you are
16 referring to, but in addition to whatever
17 dynamic loading conditions may exist, whatever
18 the ride and handling parameters are that the
19 vehicle manufacturer considers, and that
20 includes the vehicle dynamics -- that includes
21 vehicle dynamics and speed capability, whatever
22 it is, that the vehicle manufacturer arrives at
23 at that pressure.
24 Q. Well, according to the yearly publication
25 of the Tire & Rim Association, it could be, this

### 194

1 tire could be filled with 90 degree psi -- 90
2 pound psi, and depending on the load, still not
3 be overdeflected or underinflated, correct?
4 A. In those static conditions, that is the
5 case. And the Government requires that the
6 vehicle manufacturer take those static
7 conditions into account. However, the vehicle
8 manufacturer has other considerations when they
9 select their tire pressures.
10 Q. Do you have knowledge of how it is that the
11 tire -- strike that -- that the truck
12 manufacturer decides to placard on a truck?
13 A. In this case, I don't. I can tell you that
14 generally, they are taking into consideration a
15 whole plethora of performance characteristics.
16 Q. Okay.
17 A. Fuel economy, speed capability, ride and
18 handling, other vehicle dynamic characteristics.
19 Whatever the dynamic loading characteristics
20 are, for a steer tire, the fact that the tires
21 not only are carrying a load, but also doing a
22 steering, that can enter into the equation. So
23 there are a variety of things.
24 Q. Okay. How about this: Let's
25 hypothetically, speaking, this is on -- this

### 195

1 283-14 ply is on a truck that is placarded for
2 110. At what point, what pressure would that
3 tire, according to BATO, become -- be classified
4 as underinflated or overdeflected?
5 A. Well, it depends on the load on it. It
6 depends on -- well, the placard is 110?
7 Q. Yes.
8 A. It should be set to 110.
9 Q. Right.
10 A. Okay.
11 Q. All right. Let's pretend that somebody
12 starts letting air out, and BATO has got an
13 expert there --
14 A. Then they may be underinflating it.
15 Q. Okay.
16 A. Right there, you are letting air out.
17 Q. Anything below 110, according to BATO, is
18 overdeflected/underinflated?
19     J. FITZGERALD: Object to the form.
20     THE WITNESS: I am -- if you
21 are -- it depends on what you are looking at.
22 The placard is the vehicle manufacturer's
23 recommendation, taking into consideration a
24 whole host of tire performance criteria. Okay.
25     On the other hand, you could just

### 196

1 statically load the tire, or load it on a drum
2 in a laboratory, independent of what a vehicle
3 manufacturer says. And I think that is what you
4 want me to do here.
5 BY MR. KAPP:
6 Q. No, absolutely, I don't.
7 A. Okay.
8 Q. I mean, let's try to skin this cat another
9 way.
10 A. Okay.
11 Q. BATO has taken the position that the
12 pressures that CLR and its drivers ran these
13 tires, the inflation pressures, were low, such
14 that the tire was underinflated/overdeflected;
15 is that correct?
16     J. FITZGERALD: Same objection.
17     THE WITNESS: I haven't
18 reviewed -- I can't remember BATO's contentions.
19 My contention is the tire says it was
20 overdeflected. So it has physical
21 characteristics that tell me that.
22     The placard is information, the
23 driver's testimony is other information. There
24 is -- it has been established that there was a
25 measurement taken at some point earlier in the

**Page 197**

1  truck's maintenance history, where they found it
2  to be or set it to 90 psi, which is also
3  significantly lower than the 110 it should have
4  been set at.
5      MR. KAPP:    Move to strike,
6  nonresponsive. Question --
7      THE WITNESS:    There is more,
8  though. There is a pattern of this, actually.
9      The vehicle is purchased in March.
10 Something is done to the governor of that
11 vehicle. Those tires, whatever were on it at
12 the time, were operated, and then later, one of
13 the Continentals was removed due to an
14 out-of-round condition.
15 BY MR. KAPP:
16 Q. There is not a pending question, sir. I am
17 not trying to --
18 A. Well --
19     MR. SMITH:    You cut him off,
20 Paul. That is what happened.
21     MR. KAPP:    No.
22     MR. SMITH:    There was a pending
23 question.
24     THE WITNESS:    The question was
25 BATO's --

**Page 198**

1      MR. SMITH:    Stop, Mr. Queiser.
2  Stop, Mr. Queiser. You don't get to interrupt
3  him and cut him off, which is what you tried to
4  do. And he has not concluded his answer to the
5  last question.
6      MR. KAPP:    I made an ob- --
7      MR. SMITH:    Why don't you let
8  him finish his answer, which you did not let him
9  do a minute ago, then you can make whatever
10 motion you see fit.
11     MR. KAPP:    We are not going to
12 argue about this.
13 BY MR. KAPP:
14 Q. Go ahead. Pick up where you left off, sir.
15 A. I believe I was answering the question
16 about BATO's contention. And I was simply
17 trying to explain that it -- that it is more
18 than just what the tire tells us. There is also
19 a pattern of -- there is a history of not just
20 this tire, but other tires that were on this
21 vehicle, and maintenance records that would
22 indicate that it was overdeflected, that it was
23 underinflated.
24     MR. KAPP:    Okay. Move to
25 strike, nonresponsive.

**Page 199**

1  BY MR. KAPP:
2  Q. And that is not any insult to you. You are
3  doing your job and I am not blaming you for it.
4  But still, there have to be rules and I get to
5  ask the questions.
6  A. Sure.
7  Q. All right. Now, let's hypothetically, this
8  truck, these tires, they are sitting in the lot
9  at 110 psi. Are those tires underinflated/
10 overdeflected at 110 psi?
11 A. It would depend on the load on them.
12     Let me help you. In the case of a car
13 hauler, for instance, which is where we saw some
14 of the harsh -- hardest --
15 Q. Right.
16 A. -- it imposed some of the hardest loads
17 onto the -- onto the tires. That happens
18 because of the way cars are loaded on top of the
19 cab and forcing load down. Now, you could have
20 a car there, you could not have a car there.
21     Okay. So you have a difference in loading
22 conditions in this hypothetical parking lot
23 scenario you just gave me.
24 Q. All right. What is the max load at 110
25 psi, 61 --

**Page 200**

1  A. 6175.
2  Q. Okay. Truck is sitting in the lot.
3  A. With a GAWR of 12,000 pounds. So the tire,
4  at 110 psi, can carry that 12,000 pound load.
5  Q. Is the tire --
6  A. With a GAWR, that is a rating.
7  Q. Pardon me?
8  A. The GAWR, the gross axle weight rating.
9  That is a rating.
10     So the tire manu- -- or the vehicle
11 manufacturer selected the right size tire and
12 the right pressure to carry the axle maximum.
13 Q. Okay. So 61 -- what is it again?
14 A. 75.
15 Q. -- 75, at 110. Not underinflated, not
16 overdeflected, correct?
17 A. Well, I don't know the loading here.
18 Q. Pardon me?
19 A. I don't know the load. You haven't told me
20 the load. Is it 6175 pounds?
21 Q. Right.
22 A. Well, then it is loaded to capacity.
23 Q. Right.
24 A. Okay. Fine.
25 Q. 6175 at 110. Is that overdeflected/

Page 209

1  tire to the other side of the tire to find the
2  place where the activity occurred, where the
3  detachment occurred at 11:00 or 11:30.
4      So not only is the belt splice
5  inconsequential to the failure, it is not even
6  proximate to the actual damage.
7  **Q.** Do you dispute that there is an offset edge
8  and area of cord overlap?
9  **A.** No, I don't. It is there.
10 **Q.** Paragraph 2, what is the message that you
11 wish to convey in paragraph 2?
12 **A.** Mr. Woehrle seems to take a position that
13 any imperfection is a cause of failure. That is
14 simply not the case. That is not the way tires
15 are built or the way they work.
16     He also misinterprets, to the extent he is
17 reading the right things, our tolerances, our
18 specifications for these sorts of things.
19     I believe, as near as I can tell, to try to
20 understand what he is even saying, he is
21 interpreting either tire assembly or stock prep
22 or material prep specifications, when he makes
23 any conclusions about the adequacy of this
24 particular anomaly that he points out.
25 **Q.** Okay. Is that it?

Page 210

1  **A.** Well, the last sentence, I forgot, he also
2  doesn't understand that whenever we find
3  something that we want to look further at, we do
4  review it.
5      I think he thinks that if you find the
6  least little bit thing wrong, the tire is
7  scrapped, and that is just simply not the case.
8  **Q.** What is the case?
9  **A.** It depends on what it is. What we do is we
10 empower our -- the people who inspect our tires
11 to make certain decisions. But other
12 decisions where they -- because they may
13 not have --
14     **THE REPORTER:** But other decisions
15 what?
16     **THE WITNESS:** But other
17 decisions, where they may not have the expertise
18 or the knowledge, those particular tires or
19 occurrences are sent to a review committee for
20 them to be evaluated further.
21 BY MR. KAPP:
22 **Q.** Was this tire, the subject tire, sent to a
23 review committee for evaluation further?
24 **A.** I don't know that it was. I don't -- we
25 don't have any record that it was.

Page 211

1  **Q.** There would be records if it was?
2  **A.** If we could possibly know, there could be
3  records that there was. But in this case, we
4  can't know because of a missing bar code.
5      But there is no reason for it to have gone
6  to a review committee in the first place, based
7  on what we can see in the evidence before us.
8  **Q.** What is the missing bar code?
9  **A.** There is a paper sticker that goes on every
10 tire when it is made, and it is a unique
11 identifier that we just simply don't have.
12     It is meant to be used in the factory and
13 perhaps in distribution. But after that, it is
14 actually not purposeful and it quite often comes
15 off in use.
16 **Q.** Three, what is the message you wish to
17 convey there?
18 **A.** Okay. We did perform high speed testing of
19 these tires when they were in production in the
20 ordinary course of business. They far exceeded
21 the high speed standards set forth by those
22 protocols, even though they are not as yet
23 adopted by the Federal Government.
24     Mr. Woehrle also seems to criticize testing
25 that is conducted at lower speeds. He doesn't

Page 212

1  seem to understand that testing conducted at
2  lower speeds has been found to be equivalent to
3  real world speeds that are much higher.
4      Roughly, the way ASTM has determined, that
5  essentially testing at 50 miles an hour on a
6  drum is equivalent belt edge temperature to 75
7  mile per hour on a flat surface.
8  **Q.** What is your ASTM standard that you are
9  relying on?
10 **A.** I included the body of work in my file. I
11 believe we marked it. It includes number 18 and
12 19 and 15 at a minimum.
13 **Q.** Okay.
14 **A.** In addition to the prediction profiles that
15 I printed off for example purposes in 16.
16 **Q.** Anything else to add to 3?
17 **A.** No, it speaks for itself.
18 **Q.** Four, what is the message you seek to
19 convey in four?
20 **A.** In number 4, my interpretation of
21 Mr. Woehrle's opinion about the inner liner was
22 that it needed to be thicker. He does not know
23 or understand that the inner liner performance
24 is not just based on the gauge of that rubber.
25     I believe he concedes that the butyl

301

1  BY J. FITZGERALD:
2  Q. Okay. And insofar as your expertise goes,
3  was his work consistent with the methodology you
4  applied?
5          MR. KAPP:       Objection to the
6  form, leading.
7          J. FITZGERALD:   That is not a
8  leading question. It is a "was."
9          THE WITNESS:    I believe so. I
10 don't know of any inconsistencies. I don't know
11 how else to answer, other than what I have
12 already said.
13 BY J. FITZGERALD:
14 Q. Okay. In your experience in all of the
15 testing that you have done, have you ever seen a
16 tread detachment break a steering component?
17 A. No.
18         J. FITZGERALD:   That is all the
19 questions I have. Thank you.
20         MR. KLINE:      I thought I was
21 going to have more time. What do you need?
22         J. FITZGERALD:  She wants you to
23 have a microphone. You can have this one.
24         MR. KAPP:       Wow, so much for
25 the hour. All this -- all of this grief you

302

1  guys have been giving me about having time, and
2  you take three minutes.
3          MR. KLINE:      I have a couple of
4  questions.
5          MR. KAPP:       Well, another three
6  minutes, that is good. Because I get rebuttal
7  anyway, so that is fine.
8                EXAMINATION
9  BY MR. KLINE:
10 Q. Okay. Mr. Queiser, back -- oop. Back
11 toward the beginning of the deposition, I think,
12 at some point you talked about the problem with
13 the 16 ply tire and it going to NHTSA for their
14 analysis. I am not sure I understood at all
15 what the problem with that tire might be or was.
16    Can you explain that in laymen's terms?
17 A. Sure. In a nutshell, through our analysis
18 of data that comes back to us through
19 adjustments or claims, I am not aware of any
20 lawsuits. They track that data, and they either
21 electronically evaluate it and/or visually look
22 at the data -- look at the data themselves, you
23 know, human beings assess it. And they were
24 concerned with the trend, frankly.
25 Q. With what?

303

1  A. The trend. And the rates of return for 16
2  ply, which are load range H, R283 tires.
3     In making that observation, looking at that
4  data as it came in, they also looked at 14 ply
5  data, the subject tire.
6     There is some -- okay. What they then
7  studied was, where are the different tires
8  applied, what could be influencing these
9  returns. And it became clear right away that
10 the 16 ply tires applied in, as you would
11 naturally expect, a very -- much more difficult
12 market. It is applied at higher loads and
13 equipment that tends to operate at those load
14 limits and/or beyond, and applies at high rates
15 of speed, particularly auto haulers.
16    And what they concluded was that trend of
17 that particular product concerned them, but the
18 14 ply tire, no.
19    If it wasn't for the 16 ply tire and the
20 performance observations we were making about
21 it, we wouldn't have noticed the 14 ply at all.
22 It was tracking just fine. So without the 16
23 ply tire, there is no discussion, I guess is
24 really what I am trying to say.
25 Q. So were there changes made to the 16 ply

304

1  tire, the 16 ply tire, to make --
2  A. The 16 --
3  Q. Let me back up. Is it still sold in
4  essentially the same form that it was being sold
5  in, the 16 ply?
6  A. It is -- it is still sold, and there were
7  changes made to it. That is the case, yes.
8  Q. And can you explain, with respect to the 16
9  ply tire, in laymen's terms, what the changes
10 were that made it work better?
11 A. One of the primary objectives was to help
12 it run cooler, which they did by expanding the
13 amount of base rubber that is in the tread
14 extrusion itself.
15    There are two rubbers in the tread. You
16 may only see one, but there are actually two
17 there. And one of them runs a little cooler
18 than the other.
19    So they expanded the use of that
20 cooler-running compound in the 16 ply tire. It
21 comes with a trade-off of treadwear or irregular
22 wear resistance. So they did that.
23    They changed it three different ways, but
24 it is effectively the same element. They
25 changed base rubber going towards the center,

### Page 333

1  anything?
2      MR. SMITH:    Yes, I have one
3  question.  What is our running time now?
4      THE VIDEOGRAPHER: Six hours and 57
5  minutes.
6      MR. SMITH:    Okay.
7           EXAMINATION
8  BY MR. SMITH:
9  Q.  Mr. Queiser, I have one question for you.
10 You earlier made a reference to -- in response
11 to one of Mr. Kapp's questions to the fact that
12 there was a history here, and you referred to
13 the governor being changed and then there were
14 tire failures.
15     Can you explain what you were referring to
16 then?
17     MR. KAPP:    Object to the form.
18     THE WITNESS:    Right.
19     MR. KAPP:    Misstates the
20 witness's testimony.  Go ahead.
21 BY MR. SMITH:
22 Q.  Let's start here, Mr. Queiser, did I
23 misstate your testimony in any respect?
24 A.  No.
25 Q.  All right.  Well, you said something about

### Page 334

1  there being a history here, and you started with
2  the governor being removed.  Explain what you
3  were talking about.
4  A.  The tractor was purchased in March of 2014,
5  and Mr. Kehler testified that he asked for and
6  had the engine management system changed so that
7  the maximum speed of the vehicle, the governor,
8  so to speak, would be higher.  He was very vague
9  about what he thought it was.  He was very vague
10 about what it went to.  But nonetheless, there
11 was a deliberate decision to allow the vehicle
12 to go faster.
13     He also testified, as did Mr. Marks, that
14 they regularly drove faster than the speed
15 limit, which, in different parts of the country
16 where they drove, was 75 or 80 miles an hour,
17 depending upon the state.
18     In addition to that, there is GPS and DDEC
19 data that backs up --
20     THE REPORTER:    And what data?
21     THE WITNESS:    DDEC, or DDEC,
22 D-D-E-C.
23     -- that, frankly, validates their own
24 testimony that they drove faster than the limit.
25     In any case, after the vehicle was

### Page 335

1  purchased and the governor was changed, there
2  are service records that indicate a couple of
3  situations where they changed tires, or where
4  they had tires serviced.  In June, they had
5  tires serviced that indicated that the steer
6  tires were set at 90 psi for a pressure, which
7  is 20 psi below the placard.
8      A couple of months later, they
9  replaced their Continental tires with the R283s
10 in this case, and saved one of the Continental
11 tires for a spare, apparently.  But the reason
12 for the tire replacement in that situation was
13 for out of round, which has all the hallmarks of
14 some type of incipient tire failure that they
15 detected before it actually detached.
16     Further down the road, they had
17 another failure of one of the R283 tires of the
18 two that they applied, a tread/belt detachment,
19 which Mr. Kehler controlled the vehicle and they
20 took care of with a service call that put that
21 Continental tire back on to the right front
22 position, which is where it was when the crash
23 in this case happened.
24     So this vehicle, in the span of from
25 March to November, has three tire failures, and

### Page 336

1  a history of speeding and a history of
2  overdeflection, likely due to underinflation, as
3  the subject tire tells us from rim grooving,
4  exacerbated by the heat, generated by the speed
5  and/or the overdeflection, which manifests
6  itself as blueing or heat discoloration.
7      MR. SMITH:    That is all I have.
8  Thanks.
9      MR. KAPP:    Go ahead.  I still
10 have got some questions, but I am -- they are
11 not a lot, but I have got some.
12     MR. KLINE:    No, I am done.
13     J. FITZGERALD:  It is your turn,
14 Paul.  It is your turn.
15     MR. SMITH:    I was just talking
16 to Mike, Paul.  I assume you will be quick?  I
17 mean --
18     MR. KAPP:    I will endeavor to
19 be quick.  All right?
20     MR. KLINE:    We will agree that
21 Colin's three minutes did not count towards you.
22     J. FITZGERALD:  It is your turn and
23 you have three minutes extra.
24     MR. KAPP:    That is not the way
25 it adds up.

---

Page 353

1  Signature is reserved.
2          THE VIDEOGRAPHER: We are off the
3  record.
4          (Thereupon, the B.J. Queiser
5          deposition was concluded at 6:16
6          o'clock p.m.)
7                - - -

---

Page 354

3   I, BRIAN J. QUEISER, do verify that I have
4   read the foregoing transcript consisting of 353
5   pages and have had the opportunity to make
6   corrections/changes; and that the foregoing is a
7   true and correct transcript of my testimony
8   given February 9, 2016.

10  Corrections/Changes Made _____

12  No Corrections/Changes Made _____

15          _____
                BRIAN J. QUEISER

17  Sworn to before me, _____,
                    Notary Public
18  this _____ day of _____, _____.

21          _____
                    Notary Public
22  My commission expires _____.

24              - - -
    bpm

---

Page 355

CERTIFICATE

STATE OF OHIO,   )
                 ) SS:
SUMMIT COUNTY,   )

I, Binnie Purser Martino, a Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public within and for the State of Ohio, duly commissioned and qualified, do hereby certify that the within-named witness, BRIAN J. QUEISER, was by me first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by him was by me reduced to Stenotypy in the presence of said witness, afterwards prepared and produced by means of Computer-Aided Transcription and that the foregoing is a true and correct transcript of the testimony so given by him as aforesaid.

I do further certify that this deposition was taken at the time and place in the foregoing caption specified, and was completed without adjournment.

I do further certify that I am not a relative, employee of or attorney for any party or counsel, or otherwise financially interested in this action.

I do further certify that I am not, nor is the court reporting firm with which I am affiliated, under a contract as defined in Civil Rule 28(D).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my seal of office at Akron, Ohio on this 16th day of February, 2016.


          _____
          Binnie Purser Martino, RDR, CRR
          My commission expires June 25, 2019.
                    - - -

---