# EXHIBIT 4

# BRIDGESTONE

## MARCH 2014 | TRUCK TIRE DATA BOOK



Precisely The Right Tire.



EPA SmartWay verified and CARB compliant.

**BRIDGESTONE**
*Your Journey, Our Passion*

# R283 Ecopia®
*Fuel-Efficient All-Position Radial*



- Optimizes fuel efficiency by combining a low rolling resistance tread and casing design with energy saving proprietary sidewall compounds.
- Fights irregular wear with triple Equalizer Rib™ design and Defense Side Groove™ feature.
- Maximizes removal mileage and irregular wear resistance with a wider, deeper tread and proprietary shoulder design.

### Recommended Application

An all-position radial recommended for steer applications in:
**Long Haul Service / Regional Haul Service**

*Replaces:* Goodyear: G399A
Michelin: XZA3+

## TECHNICAL DATA

| Tire Size | Load Range | Material Number | Weight (lbs.) | Meas. Rim | Overall Diam. | Overall Width | Static Loaded Radius | Overall Width (Loaded) | Revs Per Mile | Tread Depth (32") | Max. Tire Load (Single) Kg/kPa | Max. Tire Load (Single) Lbs/PSI | Max. Tire Load (Dual) Kg/kPa | Max. Tire Load (Dual) Lbs/PSI | Max. Speed (MPH) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **R283 Ecopia®** | | | | | | | | | | | | | | | |
| 11R22.5 | G | 233-415 | 119 | 8.25 | 41.2 | 11.2 | 19.2 | 12.3 | 504 | 18 | 2800@720 | 6175@105 | 2650@720 | 5840@105 | 75 |
| 11R22.5 | H | 244-261 | 120 | 8.25 | 41.2 | 11.2 | 19.2 | 12.3 | 504 | 18 | 3000@830 | 6610@120 | 2725@830 | 6005@120 | 75 |
| 11R24.5 | G | 233-432 | 127 | 8.25 | 43.2 | 11.2 | 20.2 | 12.3 | 480 | 18 | 3000@720 | 6610@105 | 2725@720 | 6005@105 | 75 |
| 11R24.5 | H | 250-398 | 128 | 8.25 | 43.2 | 11.2 | 20.2 | 12.3 | 480 | 18 | 3250@830 | 7160@120 | 3000@830 | 6610@120 | 75 |
| 295/75R22.5 | G | 233-381 | 114 | 8.25 | 40.3 | 11.4 | 18.8 | 12.5 | 516 | 18 | 2800@760 | 6175@110 | 2575@760 | 5675@110 | 75 |
| 295/75R22.5 | H | 000-590 | 115 | 8.25 | 40.3 | 11.4 | 18.8 | 12.5 | 516 | 18 | 3250@830 | 7160@120 | 3000@830 | 6610@120 | 75 |
| 285/75R24.5 | G | 233-398 | 119 | 8.25 | 41.4 | 11.1 | 19.4 | 12.2 | 502 | 18 | 2800@760 | 6175@110 | 2575@760 | 5675@110 | 75 |
| 285/75R24.5 | H | 001-307 | 119 | 8.25 | 41.5 | 10.8 | 19.5 | 11.9 | 501 | 18 | 3075@830 | 6780@120 | 2800@830 | 6175@120 | 75 |

- All dimensions taken with tire on measuring rim.
- Loaded dimensions and RPM measured at maximum dual load.
- For load and inflation tables see pages 107 through 116.
- For minimum dual spacing and approved rim widths see page 90.
- For ply ratings see table on page 88.

- Based on rolling resistance and field mileage tests, Bridgestone Ecopia and Bandag FuelTech are our most fuel-efficient and lowest total cost of ownership tire and retread solution. Combining proprietary low rolling resistance technology with the industry's most retreadable casing, Ecopia and FuelTech can help reduce fuel use and extend tire life for lower costs and greener returns, when compared to other Bridgestone tires.
- BASys® data from over two million Bridgestone, Goodyear and Michelin brand casings recorded between June 2009 and November 2010 prove that Bridgestone had the lowest percentage of tires that could not be retreaded due to conditions relating to casing construction.

Bridgestone tires and tubes are subject to an ongoing development program. Bridgestone Americas Tire Operations, LLC retains the right to amend specifications at any time without notice or obligations. Please refer to rim manufacturer's load and inflation limits. Never exceed rim manufacturer's limits without the consent of the component manufacturer.

1570000465