# Testimony List

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 3095 | McCaskill Farms v. GY | | 20050623 | No. CI2002-197, Washington County, Circuit Court, MS |
| 1773 | Jesus Vidal Rodriguez/Tenn MDL Cases | | 20130206 | |
| 1883 | Franco/Flores v. Cooper | 20050104 | 20050915 | No. CV2002-017367, Superior Court, State of AZ, County of Maricopa |
| 2028 | Long/Johnson v. Enterprise | 20050124 | | Case No. 02-19116 (08); Circuit Court of the 17th District, Broward County, FL |
| 1879 | Alvarez/Velasquez v. Cooper | 20050215 | 20080611 | Case No.: CA-02-12880-AH, etc., Circuit Court, 15th Judicial Circuit, Palm Beach County, FL |
| 1859 | Walsh v. CTNA, GM | 20050310 | 20060213 | No. 2003-CA 005587AG, Circuit Court of 15th Judicial Circuit, Palm Beach County, FL |
| 1798 | Bradley v. Cooper | 20050325 | 20070830 | 4:03CV94LN, USDC, Southern District of MS |
| 2044 | Means, Powell, Womack and Thagard v. BS/FS | 20050411 | | Case No.: CV-03-138; Circuit Court, Lowndes County, AL |



| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 1853 | Lucero v. CTNA | 20050422 | | No. BCVBS 07670, Superior Court, State of CA, County of San Bernadino |
| 1957 | Casarrubias v. Firestone and Ford, et al. | 20050426 | | 2004-CA-002594-MB AI, etc., Circuit Court, 15th Judicial Circuit, Palm Beach County, FL |
| 3066 | Baber v. American Safety Casualty Insurance Co. | 20050513 | | C-2003-2883, Superior Court, AZ, Pima County |
| 3020 | Fuentes v. Goodyear Tire & Rubber Company | 20050514 | | No. C-1864-04-A, District Court, Hidalgo County, TX, 92nd Judicial District |
| 1782 | Harth vs. Dunlop | 20050517 | | 02D01-0208-CT-321, Allen County, IN |
| 2067 | Munoz v. Ford, BS/FS, et al. | 20050520 | 20060111 | No.: 03-3353-B; 117th Judicial District Court of Nueces County, TX |
| 2033 | Bella v. Yokohama | 20050607 | | Cause No. 032-1461, Circuit Court, St. Louis, MO |
| 1752 | Dubose v. BS/FS | 20050609 | | CIO-01-9460 CA (30), Circuit Court, 9th Judicial Circuit, Orange County, FL |
| 2087 | Cirronella vs. Dollar Rent-A-Car | 20050620 | 20060228 | Case No. 04-008180 11, Circuit Court of the 17th Judicial Circuit, Broward County, FL |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3032 | Felicia Shepard v. Kumho | 20050706 | | 02-04497, Circuit Court, 13th Judicial District, Hillsborough County, FL |
| 1958 | Chaj-chaj v. BS/FS | 20050823 | | No. 50204 CA 006088MB, Circuit Court of 15th Judicial Circuit, Palm Beach County, FL |
| 3051 | Elachkar v. Ohtsu, Falken, et al. | 20050923 | | Case No. BC257501, Superior Court, CA, Los Angeles County |
| 2018 | Howeedy v. BS/FS | 20050929 | | Case No. CACE 04008629, Circuit Court, 17th Judicial Circuit, Broward County, FL |
| 2022 | Oats v. Cooper | 20051007 | | Civil Action No.: 03-CV-4098, USDC Western District of AR, Texarkana Division |
| 1701 | Warren v. BS/FS | 20051007 | | CV-S-03-0159-PMP-PAL, USDC, NV |
| 2038 | Shanti Williams v. General | 20051013 | | Case No.: 04-3 805; Circuit Court, 13th Judicial Circuit, Hillsborough County, FL |
| 1919 | Norman Samuel v. Goodyear | 20051026 | | Case No. CV-03-TMP-3099-W, USDC, Northern District of AL, Western Division |
| 3118 | Kirkland/Brown v. Sam's Club | 20051101 | | 9:03-2891-23, USDC, Middle District of FL, Beaufort Division |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|----------------------------|--------------|
| 2050 | Lowery/Ward v. BS/FS | 20051103 | | 2004-CV-325-SC-C, Circuit Court of Scott County, MS |
| 2026 | Kabir Kadre v. Ford, Firestone | 20051107 | | BC 303151 (Lead Case); Superior Court, State of CA, Los Angeles Central District |
| 1978 | Shirley v. Goodyear, et al. | 20051121 | | 03 2679BP CIV, USDC, Western District of TN, Western Division |
| 3019 | Contreras vs. Firestone, et al. | 20051212 | | No. 01-197801REC SMS, USDC, Eastern District, CA |
| 1990 | Viel v. Kumho | 20060125 | | CIO-01-7065, Circuit Court, 9th Judicial Circuit, Orange County, FL |
| 1987 | Loza v. Cooper | 20060222 | | No. CV 2003-017503, Superior Court, Maricopa County, AZ |
| 2023 | Estate of Josan Hicks v. Dunlop Tire, et al. | 20060307 | | 2004 CA 006540 NC, Circuit Court, 12th Judicial Circuit, Sarasota County, FL - Civil Division |
| 3093 | Jimmy Ray Townsel v. Firestone, et al. | 20060315 | | CV-05-2920, Circuit Court, Jefferson County, AL |
| 3100 | Murarka v. BFS | 20060328 | | 5:03CV364, USDC, Northern District of OH at Akron |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 1997 | Sherila Perez v. BS/FS | 20060330 | | No. 2:04-23272-23, USDC, District of SC, Charleston Division |
| 3157 | Chapa v. Toyo, et al. | 20060403 | | 04-430, District Court, 229th Judicial District, Duval County, TX |
| 2053 | Vicki Janssen v. BS/FS | 20060411 | | 04-2164, USDC, Western District of AR, Fort Smith Division |
| 1875 | Rocco v. Cooper | 20060414 | | No. CV 2001-013977, Superior Court, AZ, Maricopa County |
| 1791 | Ramirez v. Goodyear | 20060421 | | No. CV2003-012723, Superior Court, State of AZ, Maricopa County |
| 2086 | Catalina Cruz v. BS/FS, et al. | 20060425 | | 04-18741 CA 11, Circuit Court, 11th Judicial Circuit, Miami-Dade County, FL |
| 2077 | Littleton v. BFS | 20060427 | | 03-CA-6201, Circuit Court, 9th Judicial Circuit, Orange County, FL |
| 3168 | Bostic-Isaac v. BS/FS | 20060519 | | 2001-32158-CI-CI, Circuit Court, 7th Judicial Circuit, Volusia County, FL |
| 1918 | Komkrit Prapha-Phatana v. Cooper | 20060526 | | CIV-03-1089-PHX-ROS, USDC, AZ |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 1720 | Jacqueline Marotte v. Germain Motors | 20060612 | | No. 2002-CA-5217-SC, Div. "A", Circuit Court, 12th Judicial Circuit, Sarasota County, FL, Civil Div |
| 3150 | Maxwell/Keathley v. BS/FS | 20060614 | | No. 04CV232273, Div. 02, Circuit Court, Jackson County, MO at Independence |
| 3069 | Christine Farrell v. Goodyear, et al. | 20060621 | | No. 04-12-905, District Court, Wise County, TX, 271st Judicial District |
| 3174 | Fullerton v. BS/FS | 20060711 | | 05-CP-15-259, Court of Common Pleas, 14th Judicial Circuit, Colleton County, SC |
| 1886 | Agustina Carachure Vaquero v. Cooper Tire & Rubber | 20060721 | | 01-196470, Superior Court, CA, Tulare County, Unlimited Jurisdiction |
| 2069 | Mendez/Cavello v. Cooper | 20060803 | | 7:05cv00234, USDC, Southern District of TX, McAllen Division |
| 3084 | Andrew Krance v. Cooper | 20060815 | | 04-3786-13, Circuit Court, 17th Judicial Circuit, Broward County, FL |
| 3155 | Brown v. Cooper | 20060817 | | BC 255898, Superior Court, Los Angeles County, CA |
| 3011 | Roman Sandoval v. BS/FS | 20060828 | | C20046108, Superior Court, Pima County, AZ |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 1811 | Pinnick v. Corboy & Demetrio | 20060830 | | No: 00 L 674, Circuit Court, 12th Judicial Circuit, Will County, IL |
| 3072 | Porras v. BS/FS | 20060911 | | IP 00-9374-C-B/S, USDC, Southern District of IN, Indianapolis Division |
| 3005 | Bahena/Torres v. Goodyear, Ford | 20060929 | 20070207 | Case No. A503395, 8th Judicial District Court, Clark County, NV |
| 1698 | Paul Thompson v. BS/FS | 20061005 | | CI0 01-7891, Circuit Court, 9th Judicial Circuit, Orange County, FL |
| 1825 | Carlos v. Cooper Tire & Rubber | 20061010 | | |
| 2083 | Harris v. BS/FS | 20061023 | | 04-09280, Div.J, Circuit Court, 13th Judicial Circuit, Hillsborough County, FL, Civil Division |
| 3053 | Graciela Ramirez v. GY | 20061109 | | No. 2004-CI-13124, District Court, Bexar County, TX, 225th Judicial District |
| 3200 | Breitkreitz v. Nelson and American Pony Express | 20061128 | | C 2005 6463, Superior Court, AZ, Pima County |
| 3009 | Kininessi v. Firestone and Ford | 20070109 | | CV-04-463, Circuit Court, Mobile County, AL |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 3123 | Galvan v. Cooper | 20070116 | | C-1772-05-I, District Court, 298th Judicial District, Hidalgo County, TX |
| 3153 | Javier Garcia v. BFS | 20070215 | | 06-03-44344, District Court, Jim Wells County, TX, 79th Judicial District |
| 2017 | Canuto v. CTNA | 20070220 | | CV-2004-0042, Circuit Court, Lowndes County, AL |
| 1948 | Chasteen v. Purcell Tire & Rubber Co. | 20070223 | | CV303-2080-CC-J4, Circuit Court, Jefferson County, MO |
| 3283 | Loza v. MNA, MARC | 20070313 | | C2004-1978, Superior Court, Pima County, AZ |
| 3052 | Ramos v. Goodyear | 20070413 | | No. 474, Court of Common Pleas, Philadelphia County, PA |
| 3040 | Willie Black v. BS/FS | 20070418 | | 05-1041 CA, Circuit Court, 19th Judicial Circuit, Martin County, FL |
| 3238 | Vargas, Hopkins, Uttley v. BFS | 20070424 | | CV 2004-445, San Miguel County, NM, 4th Judicial District Court |
| 3197 | Laura Sherrington v. BFS | 20070426 | | 06-2-03323-4, Superior Court, Spokane County, WA |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3117 | Ruiz v. Cooper | 20070508 | | No. CV 2005-016536, Superior Court, Maricopa County, AZ |
| 2007 | Mazmanian/Melkonyan v. Ford, et al. | 20070626 | | |
| 2093 | Nolberto Espinoza Dorame v. Transporte Directo, et al. | 20070720 | | No. C2004 4274 & C20054979, Superior Court, Pima County, AZ |
| 3041 | Seville/Calendar v. Cooper | 20070727 | | 05-CA-011667, etc., Circuit Court, 15th Judicial Circuit, Palm Beach County, FL |
| 2051 | Lisa Keene v. Cooper | 20070905 | 20071010 | No.: 8:05-CV-02102-T-26TGW, USDC, Middle District of FL, Tampa Division |
| 3068 | Romero v. BFS | 20070912 | | No.: CV-06-0997-PHX-ROS, USDC, District of AZ |
| 3344 | Castillo v. MNA | 20070918 | | No. D0101-CV-2004-01256, 1st Judicial Dist. Court, Santa Fe County, NM |
| 3078 | Babani v. BFS | 20070925 | | |
| 3227 | Acejeunne Moise v. BFS | 20070927 | | 2:06-cv-675-FtM-29DNF, USDC, Middle District of FL, Ft. Myers Division |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3152 | Alex Pierson v. Cooper | 20071016 | | CV2006-007392, Superior Court of AZ, Maricopa County |
| 3220 | Zamora v. Cooper | 20071023 | | 04-10-00098-CVL, 218th District Court, La Salle County, TX |
| 3304 | Hubbard v. BFS | 20071112 | | CV-IP 07-5835-C-B/S, Southern District of IN, Indianapolis Division |
| 3059 | Micah Boyd v. BS/FS | 20071114 | | |
| 3091 | Tuffly v. Cooper | 20071116 | | CV45535, District Court, Midland County, TX, 238th Judicial District |
| 3266 | Bonnie Crause v. BFS | 20071211 | | No. 60738, 18th Judicial District  Court, Iberville Parish, LA |
| 3332 | Walker v. Cooper | 20071213 | | 2005-135, Jefferson County Circuit Court, MS |
| 3191 | Celestine Taylor, Estate of Shari Burns | 20071219 | | |
| 3241 | Mark Lee Terry | 20080107 | | 05-C-592-S, Circuit Court of Mercer, WV |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3149 | Faglie vs. Nankang and Ford | 20080125 | | 2006-20083-CINS, Circuit Court, 7th Judicial Circuit, Volusia County, FL |
| 2095 | Houston-Goss v. Cooper | 20080128 | | |
| 3260 | Hamby/Loe v. BFS | 20080218 | | A474252, Dept. No: II, District Court, Clark County, NV |
| 1983 | Billy Woods v. Goodyear | 20080229 | | CV-04-45, Circuit Court, Hale County, AL |
| 1779 | Resende v. Cooper | 20080311 | | No. CV 2004-009382, Superior Court, Maricopa County, AZ |
| 3247 | Crowther v. Goodyear | 20080407 | | |
| 3346 | Lopez/Cervantes v. Cooper | 20080409 | | No. 2007 CVT 001 662 D2, District Court, Webb County, TX, 111th Judicial District |
| 3392 | Allen Nathan Price v. BFS | 20080414 | | 06C-02352-3, State Court of Gwinnett County, GA |
| 3327 | Schalmo v. Goodyear | 20080424 | 20100616 | 51-2006-CA-2064-WS, 6th Judicial Circuit Court, Pasco County, FL |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 3268 | Gonzalez v. Pirelli | 20080429 | | |
| 3046 | Bryan Mizenko/Celeste Brennan v. BFS | 20080521 | | ADV-06-1218(B), Montana 8th Judicial District Court, Cascade County |
| 3187 | James Irwin v. GY | 20080619 | | 8:07-CV-00149-T-26MSS, USDC, Middle District of FL, Tampa Division |
| 2034 | Frederick v. Goodyear | 20080710 | | CV 2005-051486, Superior Court, Maricopa County, AZ |
| 3411 | Baldwin v. BFS | 20080723 | | CV-07-900142, Circuit Court, Montgomery County, AL |
| 3384 | Major v. Ford | 20080813 | | 04-16496 CA 25, 11th Judicial Circuit Court, Dade County, FL |
| 3170 | Bush | 20080818 | | |
| 2081 | Richard Dillard v. Cooper | 20080821 | | No. 05-018, Circuit Court, Marion County, AL |
| 3404 | VonGartzen/Mascarenas v. Cooper | 20080904 | | CV208-09, USDC, Southern District of GA, Brunswick Division |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3225 | Silvia Hernandez v. BFS | 20080910 | | 06-26405 CA 06, 11th Judicial Circuit Court, Miami-Dade County, FL |
| 3193 | Frank Morales v. Cooper | 20081006 | | No. CV2007-004696, Superior Court of AZ, Maricopa County |
| 3308 | Vargas v. BFS | 20081008 | | |
| 3443 | Correa v. Toyota | 20081018 | 20081121 | |
| 3134 | Greg Fulcher | 20081020 | | CV-2007-55, Circuit Court, Phillips County, AR |
| 3265 | David Williams v. Firestone | 20081022 | | No.: 01-275-CA-H, Pasco County, FL |
| 3415 | Elio Viramontes v. Four Wheel Center | 20081025 | 20090123 | 2005-1364, 346th Judicial District Court of El Paso, TX |
| 3270 | Crawford v. Jambrek, et al. | 20081027 | | |
| 3267 | Vonda Wands v. BFS | 20081029 | | CV-2007-325, 5th Judicial District Court, Chaves County, NM |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3226 | Murphy v. Cooper | 20081208 | | 5:08CV40/RS/EMT, USDC Northern District of FL, Panama City Div. |
| 3109 | Thompson/Jackson v. Hankook | 20081222 | | |
| 3323 | Papandopoles v. BFS | 20090209 | | |
| 3338 | Holden (Diane Thompson) v. Goodyear | 20090308 | | 20618, 6th Judicial District Court, East Carroll Parish, LA |
| 3339 | Earnestine Bennett v. Goodyear | 20090308 | | 06-274, 6th Judicial District Court, Madison Parish, LA |
| 3243 | Tiep Nhu Do/Dat Dang v. GDTNA | 20090309 | | CV-2008-900494, Circuit Court, Mobile County, AL |
| 3114 | Jose Gonzalez v. CTNA | 20090316 | | 06-16027 CA 11, 11th Judicial Circuit Court, Miami-Dade County, FL |
| 3478 | Valcin v. Tire Centers | 20090326 | | |
| 3474 | Silva v. BFS | 20090410 | 20090608 | BC 380 294, Superior Court, Los Angeles County, CA |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3368 | Nicholas Gregory/Nancy Perry v. BFS, et al. | 20090415 | 20090629 | 08CV2736, District Court, Denver County, CO |
| 3250 | Guterz v. Firestone | 20090422 | | 148884 Div. "E", 32nd Judicial District Court, Terrebonne Parish, LA |
| 3413 | Espinoza v. CTNA | 20090508 | | |
| 3358 | Sweeney | 20090515 | | |
| 3301 | Nguyen v. Cooper | 20090518 | | |
| 3355 | Corral v. CTNA | 20090520 | | |
| 3325 | Santiso v. BFS | 20090618 | | CACE 05-013879(19), 17th Judicial Circuit, Broward County, FL |
| 3035 | Oliver Miller v. GY | 20090721 | | |
| 3326 | Sanchez v. BFS | 20090730 | | |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3154 | Oniel Sobero v. BFS | 20091001 | | |
| 3513 | Sony Leo v. Hertz | 20091013 | 20100817 | 07-41929-CA01 21, 11th Judicial Circuit Court, Dade County, FL |
| 3427 | Carlin v. BFS | 20091020 | | |
| 3108 | Juan Lopez v. CTNA | 20091112 | | CV2006-011926, Superior Court, Maricopa County, AZ |
| 3342 | Bohmfalk v. Cooper | 20091202 | | 07-08-18575, 38th Judicial District Court, Medina County, TX |
| 3493 | Freeman v. Robbins Motorsports, Inc. | 20091221 | 20100508 | CJ-07-464, McCurtain County District Court, OK |
| 3272 | Ramon Moreno v. BFS | 20100106 | 20100308 | JCCP No. 4160, Superior Court, Los Angeles County, CA, Central Civil West |
| 3288 | Heslip v. Cooper | 20100108 | | No.RG 05227370, Superior Court, Los Angeles County, CA |
| 3491 | James Ray Clark v. BFS | 20100118 | | 3.07-CV-00339-JGH, USDC, Western District of KY, Louisville Division |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 3131 | Nicholas Saucier | 20100210 | | 1:09-CV-137-HSO-JMR, USDC Southern District of MS, Southern Division |
| 3121 | Curiel v. Cooper | 20100302 | | No. CV2007-010213, Superior Court of AZ, Maricopa County |
| 1616 | Mann v. Cooper | 20100323 | | 21426/02 & 21427/02, Supreme Court of NY, Bronx County |
| 3455 | Altan J Kaynatma v. Sumitomo | 20100408 | | 08-38042 CACE 14, 17th Judicial Circuit Court, Broward County, FL |
| 3044 | \v. BFS, et al. | 20100508 | | D-0101-CV-2006-2463, 1st Judicial District Court, Santa Fe County, NM |
| 3498 | McNelis v. Tejas Underground | 20100609 | 20110401 | Case No. A554870, Dept. No. III, District Court, Clark County, NV |
| 3466 | Strother v. BFS | 20100721 | | CV-09-900375, Cicuit Court, Mobile County, AL |
| 3532 | Hobbs v. Goodyear | 20100805 | | H-09-1765, USDC Southern District of TX, Houston Division |
| 3577 | Bazzel v. Yokohama | 20100826 | | CV 08-901375, Circuit Court of Mobile County, AL |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3465 | Engelbert v. Ford/Firestone | 20100902 | | CJ-2009-133, OK County District Court, OK |
| 3489 | Tucker/Coleman v. Cooper | 20100908 | | No. CV-2009-109, Phillips County Circuit Court, AR |
| 3143 | Robert Petersen v. Cooper | 20101102 | | No. 1:06-CV-00108 TC, USDC, UT, Northern Division |
| 3587 | Ridder v. Bemis | 20101108 | | |
| 3580 | Martin v. Goodyear | 20101201 | | 4:09-CV-810, USDC, Middle District of PA |
| 3641 | Eastman v. Robin | 20110112 | 20120411 | No. 2009-901-065, Circuit Court, Mobile County, AL |
| 3523 | Hasman v. GDTNA | 20110209 | | C20094243, Superior Court, Pima County, AZ |
| 3621 | Belin v. Goodyear | 20110217 | | |
| 3286 | Aguirre Enterprises v. Tireco | 20110225 | | |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3593 | Ortega v. Yokohama | 20110303 | | 07C-06-105 JRJ, DE Superior Court, New Castle County |
| 3552 | Fancher v. BATO | 20110418 | | 50 2009 CA 02025 5XXXX MB, 15th Judicial Circuit Court, Palm Beach County, FL |
| 3582 | Klawson v. Camel Motors | 20110504 | | |
| 3515 | Moore v. Goodyear | 20110507 | | 4:10-CV-372-A, USDC Northern District of TX, Fort Worth Division |
| 3120 | Jose Beltran v. Cooper Tire | 20110519 | | BC 350487, JCCP 4292, Los Angeles County Superior Court, CA |
| 3681 | Wyatt v. Gore | 20110613 | | 4:10-CV-00451, USDC Northern District of FL, Tallahasse Div. |
| 3461 | Delgado v. Walmart | 20110630 | | 1:09-cv-02199 AWI (SMS), USDC, Eastern District of CA - Fresno Div. |
| 3449 | Rubi Segovia v. GDTNA | 20110719 | | C.A.NO. 5:10-CV-44, USDC, Southern District of TX, Laredo Division |
| 3345 | Giannini v. Kumho | 20110825 | | No. 06 L 147, 16th Judicial Circuit Court, Kane County, IL |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3296 | Mauro/Brownell v. Goodyear | 20110909 | 20111003 | 06AS01246, Superior Court, Sacramento County, CA |
| 3405 | Rosemary Wood v. BFS, Walmart | 20111005 | | 562010CA000435, 19th Circuit Court, St. Lucie County, FL |
| 3712 | David Nguyen v. Hennessy Industries | 20111103 | | |
| 3550 | Baez v. BATO, Wal-Mart | 20111110 | 20120529 | 0:10-CV-62344-MGC, USDC Southern District of FL, Ft. Lauderdale Div. |
| 3744 | Johnson v. Hankook | 20120104 | | 2:09cv113 & 2:10cv184, USDC Northern District of MS, Delta Division |
| 3454 | Vang/Yee X. Yang v. Cooper | 20120306 | 20121008 | 27-CV-10-13554, 4th Judicial District Court, Hennepin County, MN |
| 3353 | Gonzalez v. Chrysler, et al. | 20120308 | | No. 382751, CA Superior Court, Stanislaus County |
| 3518 | Corella/Solis v. BFS and Wal-Mart | 20120327 | | 4:10-CV-484-TUC-DCB, USDC District of AZ |
| 3476 | Moore/Kelly v. Goodyear | 20120417 | 20120626 | 50 2009 CA 020483XXMB, 15th Judicial Circuit Court, Palm Beach County, FL |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 3557 | Love v. CTNA | 20120423 | | 10 CV 2972-1, Superior Court, Dougherty County, GA |
| 3747 | Garcia v. BATO | 20120515 | | 2006-CV-124449, Superior Court, Fulton County, GA |
| 3437 | Butler v. BFS | 20120629 | | No. 08423, Circuit Court, Williamson County, TN at Franklin |
| 3687 | Eichelberger v. Malavite Excavating | 20120706 | | 2011 02 0665, Court of Common Pleas, Summit County, OH |
| 3727 | Orellana/ Villanueva v. Wal-Mart | 20120814 | 20130109 | CAL 11-29444, Prince George's County Circuit Court, MD |
| 3782 | Jamela v. Uhaul | 20120906 | | 2009-028036, Superior Court, Maricopa County, AZ |
| 3752 | Arambula v. CTA | 20121102 | | 37-2011-00086679-CU-PL-CTL, Superior Court, Los Angeles County, CA |
| 3779 | Dennis Clutchey | 20121212 | | 09-2-01831-5, Superior Court, Yakima County, WA |
| 3538 | Henson (Murchison) | 20130124 | | 5:10-CV-01479, USDC, Western District of LA, Shreveport Div. |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|---|---|---|---|---|
| 3417 | Jorge Luis Linares v. GY | 20130214 | | 2008-CI-12026, 57th Judicial District Court, Bexar County, TX |
| 3647 | Shiver v. BATO | 20130228 | | 3:11-CV-01256-HLA-JBT, USDC Middle District of FL, Jacksonville Div. |
| 3701 | Asam v. Ortiz | 20130318 | 20130927 | No. PC051705, Los Angeles County Superior Court, CA |
| 3666 | Silver v. Dill Air Controls | 20130405 | | 11 CVS 000681, General Court of Justics, Superior Court Division, Johnston County, NC |
| 3748 | Craig J. Aasen v. Union Pacific Railroad | 20130416 | | 04781 LACV 106067, District Court of Pottawattamie County, IA |
| 3637 | Hudson v. GDTNA | 20130502 | | No. 11CV2589-2, GA Superior Court, Dougherty County |
| 3770 | W. Hernandez v. Goodyear | 20130510 | | 5:12-cv-00543-HLH, USDC Western District of TX, San Antonio Div. |
| 3726 | Estate of Zarate, et al. v. Garda | 20130618 | | No. 12-2-01975-3, Yakima County Superior Court, WA |
| 3529 | Bringhurst v. Pirelli Tire, et al. | 20130702 | | 245369-C, 169th Judicial District Court, Bell County, TX |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|------------|------------|--------------|
| 3482 | Hardaway | 20130708 | | No. 72415, Bibb County State Court, GA |
| 3831 | Baxter v. BATO | 20130801 | | No. 65203, Tehama County Superior Court, CA |
| 3609 | Morales v. Goodyear | 20131004 | | No. CV2010-081022, Maricopa County Superior Court, AZ |
| 3858 | Sergio Acoba v. CALTRANS | 20131106 | 20131231 | CIVSS 817887, San Bernardino County Superior Court, CA - Central District |
| 3711 | Burleson v. Cooper Tire | 20131111 | | 1:13-CV-00138-JCH-ACT, USDC, District of NM |
| 3776 | Burr | 20131115 | | 110CV181483, CA Superior Court, Santa Clara County - Unlimited Jurisdiction |
| 3890 | Aguilar v. Tricor | 20140424 | 20140821 | No. 37-2012-00086554-CU-PA-CTL, CA Superior Court, San Diego County - Central |
| 3630 | Liljeberg v. CTNA | 20140718 | | CV-2011-900647, Montgomery County Circuit Court, AL |
| 3667 | Malik/Janjua v. Cooper | 20140805 | 20151014 | WMN-12-2652, USDC MD, Northern Div.; 2:10-cv-06371-WHW, USDC NJ |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3696 | Padilla v. Simon Costa Pamplona & Cooper Tire | 20140813 | | CIVBS1000181, Los Angeles County Superior Court, CA |
| 3734 | Marjorie Gariepy v. Hankook | 20141029 | | 2012-CP-08-462, Court of Common Pleas, Berkeley County, SC |
| 3895 | James Daniel Walker v. Bagshaw Trucking | 2015.08.20 | | 3:14-CV-14, USDC, Eastern District of KY, Central Div, Frankfort |
| 3719 | Hall v. Goodyear | 20150217 | | 11-8-1416, 24th Judicial District Court, Calhoun County, TX |
| 3915 | Jenkins v. Hernandez Truck and Auto | 20150224 | | CV-2012-010876, AZ Superior Court, Maricopa County |
| 3784 | Lee Holt v. Goodyear | 20150306 | | CV2013-004191, AZ Superior Court, Maricopa County |
| 3925 | Beckwith v. Jae Chul Myung and Union America Intl. | 20150407 | | CV2013-094286, Maricopa County Superior Court, AZ |
| 3808 | Davenport v. GDTNA | 20150430 | | 2014-CP-02-00681, Court of Common Pleas, Aiken County, SC |
| 3921 | Hubner v. Les Schwab, Cooper | 20150505 | | 13-2-07728-9, Snohomish County Superior Court, WA |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3824 | Paz/Zavala v. Goodyear | 20150515 | | BC512911, Los Angeles County Superior Court, CA |
| 3702 | Melendez v. BATO | 20150521 | | JCCP 4160, CA Superior Court, Los Angeles County, Central District |
| 3949 | Cervantes v. State of California | 20150624 | | BC 493657, Los Angeles County Superior Court, CA |
| 3821 | Rios-Ortega v. Cooper | 20150626 | | B194385, 60th Judicial Distrct Court, Jefferson County, TX |
| 3848 | Robert Mathers/Soule v. BATO | 20150630 | | 652013CA000392CAAXMX, 2nd Judicial Circuit Court, Wakulla County, FL |
| 3862 | Hill v. CTA | 20150820 | | 16797, 8th Judicial District Court, Converse County, WY |
| 3639 | Hartsock v. Goodyear | 20150902 | | 2:13-cv-00419-PMD, USDC, SC, Charleston Div. |
| 3616 | Bourgeois v. Goodyear/Uhaul | 20150921 | | 4:11-CV-00783-CKJ, USDC, District of AZ |
| 3581 | Drake v. BATO | 20150922 | | BC 45776, CA Superior Court, Los Angeles County, Central Civil West District |

| File # | Case Name | Depo Date (YearMonthDay) | Trial Date (YearMonthDay) | Case #/Court |
|--------|-----------|--------------------------|---------------------------|--------------|
| 3950 | Charcalla v Goodyear | 20160128 | | No. 1:13-cv-00204-JFC, USDC, Western District of PA |
| 3773 | Villa v. Honda | 20160302 | | 12-CA-017948, 13th Judicial Circuit Court, Hillsborough County, FL |
| 3970 | Severino v. Goodyear | 20160310 | | 12 017948, Div. F, 13th Judicial Circuit Court, Hillsborough County, FL |