# CARLSON ENGINEERING, INC.
1548-A South Euclid Avenue
TUCSON, ARIZONA 85713
520/623-1620
520/623-1631 FAX
EMAIL: DCARLSON@TIREENGINEER.COM

## Dennis Carlson, P.E.

### Current Position

Dennis Carlson, President Carlson Engineering, Inc.

### Education

1970    Bachelor of Mechanical Engineering (B.M.E.)
        Georgia Institute of Technology

1978    Master of Science in
        Mechanical Engineering (M.S.M.E.)
        Georgia Institute of Technology

### Experience

1999-Present    Tire Consultant
                Failure Analysis and Accident Reconstruction
                Carlson Engineering, Inc.

1994-1999       Tire Consultant
                Failure Analysis and Accident Reconstruction
                Edwards & Carlson, Inc.

1987-1994       Senior Project Engineer
                S.E.A., Inc.
                Lawrenceville, Georgia

                Consultant in the areas of the analysis of tire failures, tire and pavement adherence characteristics, vehicle handling, vehicular accident reconstruction and mechanical failure analysis. Background in tire design, tire testing, vehicular brakes, statistical analysis, polymer plants, oil field equipment, liquid and natural gas equipment and machine design.

1977-1987       Research Engineer
                Michelin Americas Research & Development (MARC)
                Greenville, South Carolina



Page 1 of 4

|  |  |
|---|---|
|  | Five years experience in truck tire adherence and endurance testing at MARC's test track in Laurens, South Carolina. Responsible for testing quality, track evaluations, application of S.P.C. (Statistical Process Control) to track operations, operator training, vehicle modifications, vehicle calibrations and test reports. Provided technical justification and design for new test track. Installed and verified light truck tire test hub in vehicle. Taught S.P.C. course to engineers and operators. |
|  | Four years in truck and light truck tire design including concept, testing and evaluation at MARC. Developed and put into production the XDA and XDL tires, the XM+S4 in pilot sizes and several light truck tires. Experience in cold and hot recapping procedures. |
|  | One and one-half years in machine tire testing at MARC. Responsibility for start-up and verification of testing machines, test method development, operator training and development of statistical analysis. Started operation of rolling resistance, cornering force and ozone testing machines. |
| 1974-1977 | Project Engineer<br>Celanese Plastics<br>Greer, South Carolina<br><br>Responsible for the design, purchasing, installation and start-up of projects in polyester film plant. Developed new die design and new filter handling system. |
| 1973-1974 | Exxon Company, U.S.A.<br>Lafayette, Louisiana<br><br>Started as an associate engineer in charge of workovers for several inshore fields. This included responsibility for initial preparation, development of detailed procedures, and daily surveillance of work with regular communication with field personnel and development of alternative procedures, if necessary. Promotion to project engineer after eleven months. |
| 1971-1973 | Attended Georgia Institute of Technology graduate school. |
| 1970 | Project Engineer<br>Buckeye Cellulose Corporation<br>Perry, Florida |

                            Responsible for the design, cost estimate and requisition of parts for plant-wide projects. Experience in material handling, polymer die manufacturing and metallurgy.

**Professional Registration**

                            State of Georgia – Registration No. 18709

**Professional Affiliations**

                            Society of Automotive Engineers

                            American Chemical Society

**Seminars and Courses**

| | |
|---|---|
| May 2013 | *Applied Vehicle Dynamics Seminar*, Society of Automotive Engineers. |
| March 2013 | Guest speaker, Maryland Crash Reconstruction Committee, Maritime Institute, Linthicum Heights, Maryland. |
| August 2010 | Guest speaker, Regional Conference, Hazard Information Foundation, Inc., Houston, Texas. |
| March 2010 | Guest speaker, Regional Conference, Southwestern Association of Technical Accident Investigators, Laughlin, Nevada. |
| May 2009 | *The Tire as a Vehicle Component*, Society of Automotive Engineers. |
| | *Tire & Wheel Safety Issues*, Society of Automotive Engineers. |
| November 1996 | Guest speaker, Regional Conference, Southwest Association of Technical Accident Investigators, San Diego, California. |
| January 1994 | *Automobile Vehicle Dynamics*, Society of Automotive Engineers. |
| July 1991 | *Tire Forensics for the Accident Investigator*, Institute of Police Technology and Management. |
| February/March 1990 | *General Engineering Refresher*, Georgia Institute of Technology/Southern Institute of Technology |
| February 1987 | *Kepner-Tregoe Problem Solving and Decision Making*, Michelin Americas Research and Development Corporation. |

| | |
|---|---|
| April 1986 | *Programming in SAS* (Statistical Analysis System), Michelin Americas Research and Development Corporation. |
| October/November 1985 | *Advanced Applied Statistical Methods*, Michelin Americas Research and Development Corporation. |
| September 1985 | *Statistical Process Control*, Michelin Americas Research and Development Corporation. |
| April 1985 | *SAS* (Statistical Analysis System), Michelin Americas Research and Development Corporation. |
| January 1983 | *Rubber Technology*, Michelin Americas Research and Development Corporation. |
| February/March 1980 | *Conversational French*, Michelin Americas Research and Development Corporation. |
| October 1978-January 1979 | *Intermediate French*, Michelin Americas Research and Development Corporation. |

## **Publications**

| | |
|---|---|
| April 2012 | W. Woehrle and D. Carlson, *An Analysis and Evaluation of the Damage and Durability Performance of Steel Belted Radial Ply Passenger Tires that have Experienced Severe Impacts*, Society of Automotive Engineers, SAE Paper 2012-01-0795. |
| August 2010 | D. Carlson and J. Taylor, *An Analysis of Bead Compression Grooves*, Hazard Information Foundation, Inc. |

Mr. Carlson has been consulted by:

    The New York Times
    The Wall Street Journal
    The Los Angeles Times
    CBS News
    NBC News
    Inside Edition
    Sixty Minutes II
    The Canadian Broadcast Company
    The Atlanta Journal
    ABC News
    CNN News
    The Associated Press