# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **BRIAN KEHLER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case Number 15-CV-127-J |
| | ) |
| **BRIDGESTONE AMERICAS TIRE** | ) |
| **OPERATIONS, LLC, COMMERCIAL** | ) |
| **TIRE, INC., and JOHN DOE** | ) |
| **CORPORATIONS/ENTITIES 1-3** | ) |
| | ) |
| **Defendants.** | ) |

___

### ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* REGARDING PLAINTIFF'S EXPERT, DENNIS CARLSON
___

THIS MATTER comes before the Court upon Plaintiff's Motion *In Limine* Regarding Plaintiff's Expert, Dennis Carlson.

After considering the Motion and being fully advised on the premises, the Court finds good cause exists for the Court to enter an Order Granting Plaintiff's Motion *In Limine* Regarding Plaintiff's Expert, Dennis Carlson. .

IT IS THEREFORE ORDERED that the Motion is GRANTED.

Dated this _____ day of _____, 2016.

_____
DISTRICT COURT JUDGE