Diana Rhodes, #5-2734
Traci Rivinus, #6-3920
Rhodes Law Firm, LLC
2015 Warren Avenue
Cheyenne, WY 82001
Telephone: 307.634.4444
diana@drhodeslaw.com
traci@drhodeslaw.com

Sean J. Gamble, #41733
Richard H. Friedman, #30626
Ken Friedman, #17148
Friedman|Rubin
51 University Street, Suite 201
Seattle, WA 98101
Telephone:  206.501.4446
sgamble@friedmanrubin.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **BRIAN KEHLER** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **Case Number 15-CV-127-J** |
| | ) |
| **BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, COMMERCIAL TIRE, INC., and JOHN DOE CORPORATIONS/ENTITIES 1-3** | ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE REFERENCE TO, ARGUMENT RELATED TO, OR SUGGESTION THAT THE FAILURE OF THE SUBJECT TIRE WAS CAUSED BY ROAD HAZARD

Plaintiff, Brian Kehler, by and through his undersigned attorneys of record, hereby submits the following Motion In Limine to Exclude any reference to, argument related to, or

suggestion that the failure of the subject tire was caused by a road hazard. In support thereof, Plaintiff states as follows:

### CERTIFICATION OF U.S.D.C.L.R. 7.1(b)(1)(A) CONFERRAL

Plaintiff's counsel hereby certifies that pursuant with U.S.D.C.L.R Rule 15.1, the Plaintiff has conferred with Defendants on the following matter. The Defendants object to this motion.

## NO EVIDENCE EXISTS OF ANY ROAD HAZARD CAUSING DAMAGE TO THE SUBJECT BRIDGESTONE R283 PRIOR TO ITS FAILURE

1. No evidence exists in this case of any phantom road hazard. Such testimony is based on pure speculation, and there is no foundation to support testimony.

2. Defendants intend to offer testimony through its experts that there was some unknown type of pre-accident road hazard at an unknown time causing unknown damage to the tire. But despite these unknowns, the experts intend to testify that this phantom road hazard is a cause of the failure of the subject tire. Such testimony is based on pure speculation, and should be precluded from trial.

3. The Defendants offer no justification to support this contention. The subject tire, when examined, showed no road hazard. Defendants attempt to create such a phantom road hazard, without any evidence to substantiate such occurrence, is misleading for the jury, causes confusion, and is prejudicial to the Plaintiff. F.R.E. 403

4. Defendants, defense counsel and defendants' experts should not be permitted to make arguments or allegations that have no factual foundation. Rule 401; Rule of Professional

Conduct 3.1(a) ("A lawyer shall not bring or defend a proceeding, or assert or controvert an issue therein, unless there is a basis in law and fact for doing so that is not frivolous"); Rule of Professional Conduct 3.4 ("A lawyer shall not... (e) in trial, allude to any matter that... will not be supported by admissible evidence").

5. The Defendants can offer no evidence to prove that this phantom road hazard occurred at any time, and there is no evidence of a road hazard in the tire itself.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court preclude the Defendants and Defendants' experts from arguing or alleging that a road hazard existed that was a cause of the failure of the Bridgestone tire.

Dated this 18th day of November, 2016.

/s/ Diana Rhodes

Diana Rhodes, Esq.
Traci Rivinus, Esq.
THE RHODES LAW FIRM
2015 Warren Avenue
Cheyenne, Wyoming 82001
Phone (307) 634-4444

Sean J. Gamble, #41733
Richard H. Friedman, #30626
Ken Friedman,
Friedman/Rubin
51 University Street, Suite 201
Seattle, WA 98101
Telephone: 206.501.4446

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the foregoing document was filed via CM/ECF and I served a true and correct copy of same upon the entity or entities named below via CM/ECF on this 18th day of November, 2016.

Monty L. Barnett
Grant R. Curry
White and Steele, PC
600 Seventeenth Street, Ste. 600N
Denver, CO 80202
mbarnett@wsteele.com

J. Kent Rutledge
Peter Howard
Lathrop & Rutledge, PC
1920 Thomes Ave., Ste. 500
PO Box 4068
Cheyenne, WY 82003-4068
krutledge@lr-law.org
phoward@lr-law.org

Marc R. Brosseau
Chad M. Lieberman
Brosseau Bartlett Seserman, LLC
6455 S. Yosemite St., Ste. 750
Greenwood Village, CO 80111
mbrosseau@bbs-legal.com
clieberman@bbsj-legal.com

Colin P. Smith
Robert E. Tonn
Holland & Knight, LLP
131 S. Dearborn St., Ste. 3000
Chicago, IL 60603
robert.tonn@hklaw.com
colin.smith@hklaw.com

/s/ Diana Rhodes