# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BRIAN KEHLER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case Number 15-CV-127-J |
| | ) |
| BRIDGESTONE AMERICAS TIRE | ) |
| OPERATIONS, LLC, COMMERCIAL | ) |
| TIRE, INC., and JOHN DOE | ) |
| CORPORATIONS/ENTITIES 1-3 | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO, ARGUMENT RELATED TO, OR SUGGESTION THAT THE FAILURE OF THE SUBJECT TIRE WAS CAUSED BY ROAD HAZARD

THIS MATTER comes before the Court upon Plaintiff's Motion *In Limine* To Exclude Reference To, Argument Related To, Or Suggestion That The Failure Of The Subject Tire Was Caused By Road Hazard. After considering the Motion and being fully advised on the premises, the Court finds good cause exists for the Court to enter an Order Granting Plaintiff's Motion *In Limine* To Exclude Reference To, Argument Related To, Or Suggestion That The Failure Of The Subject Tire Was Caused By Road Hazard.

IT IS THEREFORE ORDERED that the Motion is GRANTED.

Dated this _____ day of _____, 2016.

_____
DISTRICT COURT JUDGE