# EXHIBIT D



In the Matter Of:

ALODIE GOODEN

vs.

BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC.

# CHRIS RODWICK

August 14, 2015

Reported By: January Johnstone CSR No. 13748

ALODIE GOODEN vs. BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC.
Chris Rodwick on 08/14/2015

---

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Alodie Gooden, as Wrongful Death       )
Representative of the Estate of Tanya  )
Gooden and Cameron Gooden,             )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )  Civil Action
                                       )  No. 15-cv-45
Bridgestone Americas Tire Operations, LLC;  )
FedEx Ground Package System, Inc.,     )
and John Doe Corporations/Entities 1-3.)
                                       )
                    Defendants.        )
                                       )
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Gina Cubillos, as Wrongful Death       )
Representative of the Estate of James Ednie )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )  Civil Action
                                       )  No. 15-cv-50
Bridgestone Americas Tire Operations, LLC;  )
FedEx Ground Package System, Inc.,     )
and John Doe Corporations/Entities 1-3.)
                                       )
                    Defendants.        )
                                       )
_____

DEPOSITION OF CHRIS RODWICK
Friday, August 14, 2015

Reported by:
January D. Johnstone
CSR No. 13748

---

**Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Alodie Gooden, as Wrongful Death       )
Representative of the Estate of Tanya  )
Gooden and Cameron Gooden,             )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )  Civil Action
                                       )  No. 15-cv-45
Bridgestone Americas Tire Operations, LLC;  )
FedEx Ground Package System, Inc.,     )
and John Doe Corporations/Entities 1-3.)
                                       )
                    Defendants.        )
                                       )
_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

Gina Cubillos, as Wrongful Death       )
Representative of the Estate of James Ednie )
                                       )
                    Plaintiff,         )
                                       )
        vs.                            )  Civil Action
                                       )  No. 15-cv-50
Bridgestone Americas Tire Operations, LLC;  )
FedEx Ground Package System, Inc.,     )
and John Doe Corporations/Entities 1-3.)
                                       )
                    Defendants.        )
                                       )
_____

The deposition of CHRIS RODWICK, taken on
behalf of the Plaintiffs, before January D. Johnstone,
Certified Shorthand Reporter No. 13748, for the State
of California, commencing at 9:09 a.m., Friday, August 14,
2015, at 2102 Business Center Drive, Irvine, California.

---

**Page 3**

APPEARANCES OF COUNSEL:

For the Plaintiff, Gina Cubillos:
    KLINE, MC CORKLE & PILGER
    BY:   STEPHEN H. KLINE
          Attorney at Law
    401 West 19th Street, Suite 306
    Cheyenne, Wyoming 82003
    (307) 778-7056
    steve@kmplaw.net

For the Plaintiff, Alodie Gooden:
    THE FITZGERALD LAW FIRM
    BY:   JAMES E. FITZGERALD
          Attorney at Law
    2108 Warren Avenue
    Cheyenne, Wyoming 82001
    (307) 634-4000
    lawyers@fitzgeraldlaw.com

For the Defendant,
Bridgestone Americas Tire Operations, LLC:

    BROSSEAU BARTLETT SESERMAN, LLC
    BY:   CHAD M. LIEBERMAN
          Attorney at Law
    6455 S. Yosemite Street, Suite 750
    Greenwood Village, Colorado  80111
    (303) 812-1200
    clieberman@bbs-legal.com

For the Defendant,
FedEx Ground Package Systems, Inc.
and deponent, Chris Rodwick:

    MURANE & BOSTWICK, LLC
    BY:   LOYD E. SMITH
          Attorney at Law
    508 West 27th Street
    Cheyenne, Wyoming  82001
    (307) 634-7500
    les@murane.com

---

**Page 4**

I N D E X

EXAMINATIONS

Examination By MR. KLINE ........................... 7
Examination By MR. FITZGERALD ..................... 126
Examination By MR. LIEBERMAN ...................... 176
Examination By MR. SMITH .......................... 195
Examination By MR. FITZGERALD ..................... 196
Examination By MR. KLINE .......................... 197

EXHIBITS

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| No. 6 | Fed-Ex Linehaul Contractor Operating Agreement, 35 pages (Bates Nos. C&G-FXG-001450 - C&G-FXG-1484) | 30 |
| No. 7 | Addendum 1, Linehaul Contractor Operating Agreement, Identification of Lease Equipment, 5 pages (Bates Nos. C&G-FXG-000114 - C&G-FXG-000118) | 70 |
| No. 8 | FedEx On the Road Reference Guide for Independent Contractors, 30 pages (Bates Nos. C&G-FXG-001550 - C&G-FXG-001579) | 72 |
| No. 9 | Safety Information Guide, 65 pages (Bates Nos. C&G-FXG-001485 - C&G-FXG-001549) | 72 |
| No. 10 | Driver File for Mr. Kehler, 3 pages | 74 |
| No. 11 | Indiana Registration Cab Card, 1 page (Bates No. C&G-FXG-000150) | 104 |

ALODIE GOODEN vs. BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC.
Chris Rodwick on 08/14/2015

```
 1              I N D E X  (Cont'd)
 2              EXHIBITS  (Cont'd)
 3     NUMBER    DESCRIPTION                              PAGE
 4     No. 12    Commerical Tire Invoices, 2 pages         105
                 (Bates Nos. C&G-FXG-000165 - C&G-FXG-000166)
 5
       No. 13    FedEx Driver Qualification File for       109
 6               B. Kohler, 33 pages
                 (Bates Nos. C&G-FXG-001242 - C&G-FXG-001274)
 7
       No. 14    DriveCam, Inc. Driver's Logs, 11 pages    111
 8               (Bates Nos. C&G-FXG-000064 - C&G-FXG-000073
                 and C&G-FXG-000149)
 9
       No. 15    Verizon Subpoenaed Records                113
10
       No. 16    Sapp Bros. Invoice, 1 page                116
11               (Bates No. C&G-FXG-000006)
12     No. 17    FleetNet Invoice, 1 page                  117
                 (Bates No. C&G CLR 55)
13
       No. 18    Sapp Bros. Invoice, 2 pages               118
14               (Bates No. C&G-FXG-000007 - C&G-FXG-000008)
15     No. 19    Monthly Maintenance Record and Sapp Bros. 120
                 Invoice, 3 pages (Bates Nos. C&G-FXG-000173
16               - C&G-FXG-000175)
17     No. 20    Maintenance Records, 21 pages             121
                 (Bates Nos. C&G-FXG-000088 - C&G-FXG-000108)
18
       No. 21    DDEC Reports - Daily Engine Usage, 10 pages 123
19               (Bates Nos. C&G-FXG-000244
                 and FEDEX/Cheyenne HA000415 -
20               FEDEX/Cheyenne HA000424)
21     No. 22    DDEC Reports - Configuration, 1 page      123
                 (Bates No. C&G-FXG-000234 and FEDEX/Cheyenne
22               HA000414)
23     No. 23    Trailer Load Condition Report, 4 pages    124
                 (Bates Nos. C&G-FXG-000009 -
24               C&G-FXG-000012)
25
                                                            5
```

```
 1              I N D E X  (Cont'd)
 2              EXHIBITS  (Cont'd)
 3     NUMBER    DESCRIPTION                              PAGE
 4     No. 24    Linehaul Tractor File, 16 pages           124
                 (Bates Nos. C&G-FXG-000109 - C&G-FXG-000124)
 5
       No. 25    Tractor Files, 6 pages                    154
 6               (Bates Nos. C&G-FXG-000119 - C&G-FXG-000124)
 7     No. 26    Subpoenaed Maintenance Invoices, 24 pages 155
 8     No. 27    FedEx Report of Vehicle Inspection,       174
                 2 pages
 9               (Bates Nos. C&G-FXG-001206 - C&G-FXG-001207)
10     No. 28    Maps View Color Printouts, 8 pages        175
11     No. 29    Maintenance Records, 77 pages             168
12     No. 30    Letter from Murane & Bostwick, LLC, dated 168
                 7/2/15, including Maintenance Records,
13               64 pages (Bates Nos. C&G CLR 1 - C&G CLR 60)
14     No. 31    DriveCam, Inc. Driver's Log, 1 page       183
                 (Bates No. C&G-FXG-000062)
15
16
17
18
19
20
21
22
23
24
25
                                                            6
```

```
 1               Friday, August 14, 2015
 2                 Irvine, California
 3                   9:09 a.m.
 4                   * * * *
 5               CHRIS RODWICK,
 6   was called as a witness, and having been first duly sworn by
 7   the Certified Shorthand Reporter, was examined and testified
 8   as follows:
 9
10               EXAMINATION
11   BY MR. KLINE:
12       Q   Can you please give us your name and address.
13       A   Chris Rodwick.  7691 East Camino Tampico, Anaheim,
14   California 92808.
15       Q   Have you ever had your deposition taken before?
16       A   No, I have not.
17       Q   I understand from a conversation off the record that
18   you are actually here being represented by Loyd Smith; is
19   that correct?
20       A   That is correct.
21       Q   And is CLR your business?
22       A   I am the CEO of CLR.
23       Q   And is CLR also being represented here today by
24   Mr. Smith?
25       A   Yes.
                                                            7
```

```
 1       Q   So even though you've never had a deposition taken
 2   before, you have had the opportunity to talk to Mr. Smith about
 3   what we're going through here today; is that correct?
 4       A   We met yesterday and discussed, yes, what's going to
 5   happen today, what's going on, yes.
 6       Q   Do you have any questions about the process here
 7   today?
 8       A   Not at this point.
 9       Q   With that, I'll just indicate to you that I have the
10   ability to ask a question that is very difficult for anyone
11   to answer.  And if that happens, obviously it's important
12   that we're communicating.
13           January is taking down everything you and I say, and
14   so it's important that you answer the question that I'm
15   asking.  So if you have a point where you don't understand
16   the question, want me to repeat, whatever, please feel free
17   to do that.
18       A   Okay.
19       Q   Can you please give me your educational background?
20       A   I graduated from Cal State Fullerton with a
21   bachelor's in business with an emphasis in marketing.
22       Q   And what year was that?
23       A   '96, I believe.
24       Q   How old are you?
25       A   I'm 45.
                                                            8
```

ALODIE GOODEN vs. BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC.
Chris Rodwick on 08/14/2015

| | |
|---|---|
| 1   A   Thereabouts, yes. | 1   A   That is correct. |
| 2   Q   You purchased it at that point in time why? | 2   Q   At the end of every round-trip? |
| 3   A   I was upgrading the trucks that I had -- a truck | 3   A   Not every round-trip.  That's not correct. |
| 4   that I had.  I got rid of an older truck and put on somewhat | 4   Q   Would the truck then be stored at Red Bone Diesel |
| 5   of a newer truck. | 5   until the next trip or? |
| 6   Q   Did you buy each of your trucks used? | 6   A   No. |
| 7   A   Yes. | 7   Q   Where would the trucks be stored? |
| 8   Q   Let me jump back.  Would you use Warner Truck Center | 8   A   Back at the yard, at FedEx. |
| 9   for any other particular purpose? | 9   Q   So these trucks physically are also located at the |
| 10   A   I would for maintenance if there is -- especially | 10   FedEx yard? |
| 11   since I had just bought that truck from them.  If there's | 11   A   Yes. |
| 12   anything that -- after I drove off, any kind of issues, I | 12   Q   So let me go back to Warner Truck Center.  They |
| 13   would absolutely go back to them and ask them to take a look | 13   would not be, typically, who you would do repair work through |
| 14   at it. | 14   or maintenance work through? |
| 15   Q   Does a used truck come with any warranties? | 15   A   Not typically for maintenance. |
| 16   A   They do have a little bit of a warranty, yes. | 16   Q   How about Sapp Bros.? |
| 17   Q   So you might do some warranty work there? | 17   A   Not typically; just as needed. |
| 18   A   Correct. | 18   Q   Does Red Bone Diesel balance tires? |
| 19   Q   How about Sapp Bros.? | 19   A   I don't know. |
| 20   A   Sapp Bros., tires and miscellaneous maintenance. | 20   MR. KLINE:  Take a break. |
| 21   Q   And how about Commercial Tire? | 21   (Break in deposition proceeding from 10:12 a.m. |
| 22   A   Strictly tires. | 22   until 10:21 a.m.) |
| 23   Q   So when would you purchase a tire at Sapp Bros. | 23   MR. KLINE:  Back on the record. |
| 24   rather than at Commercial Tire? | 24   BY MR. KLINE: |
| 25   A   It was convenience.  Most of the time we try and go | 25   Q   Who makes the decisions on maintenance for CLR? |
| 41 | 43 |

| | |
|---|---|
| 1   to Commercial Tire.  But Commercial Tire, if I'm not | 1   A   I do. |
| 2   mistaken, couldn't balance the tires.  So that's why we took | 2   Q   Okay.  And at the end of every trip -- realizing |
| 3   the tires to Sapp Bros. to get them balanced. | 3   there may be needs in the middle of a trip, but at the end of |
| 4   Q   Commercial Tire couldn't balance the tires?  Didn't | 4   every trip, how do you know what needs to go to |
| 5   have the ability or didn't offer that service? | 5   Red Bone Diesel, what needs to go somewhere else, what needs |
| 6   A   At that point in time, I don't recall, but I believe | 6   to be done? |
| 7   we took it to Sapp Bros. to get it balanced; that's why we | 7   A   There's two ways.  One is verbal communication with |
| 8   took it there. | 8   the drivers, if they've noticed anything while they were |
| 9   Q   How about Red Bone Diesel? | 9   driving, or on their pre-trip or post-trip inspections if |
| 10   A   Red Bone Diesel is directly across the street from | 10   they've noticed anything.  But then there's also scheduled |
| 11   FedEx.  A great company.  They do majority of my work.  They | 11   maintenance depending on how long the truck has been on the |
| 12   will come over and pick up the truck when the drivers are | 12   road. |
| 13   back, off-duty; take it to their shop; do all the | 13   Q   Are there certain things that are done on a routine |
| 14   maintenance; do all the inspections; make sure it's in | 14   basis? |
| 15   tip-top shape; and then bring it back to the yard.  So the | 15   A   Yes. |
| 16   drivers never even have to intervene. | 16   Q   What are those? |
| 17   Q   Do they do that at the end of each trip for the | 17   A   Lube, oil, and filter roughly every 20,000 miles. |
| 18   truck? | 18   And, then, in that routine maintenance, they will inspect the |
| 19   A   Depending on what the truck needs, yes. | 19   truck to look from head to toe if there's anything that needs |
| 20   Q   So Mr. Kehler or another driver would park at the | 20   to be addressed. |
| 21   FedEx -- I don't know if the right word is -- "shop"? | 21   Q   So those are the only things that are done on a |
| 22   A   Yeah, yard. | 22   cycle? |
| 23   Q   Yard -- and leave the truck and somebody from | 23   A   Well, the lube, oil, and filter, but then there's an |
| 24   Red Bone Diesel comes over and picks it up and does | 24   inspection of the truck.  They go through and check |
| 25   maintenance; is that correct? | 25   everything under the hood, through the chassis, through the |
| 42 | 44 |

ALODIE GOODEN vs. BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC.
Chris Rodwick on 08/14/2015

| | |
|---|---|
| 1   assigned to it?<br>2      A   Yes.<br>3      Q   And was Mr. Marks hired on at that point?<br>4      A   No.  They were both hired around the same, at the<br>5   same time.<br>6      Q   Was Mr. Marks -- did he ever work for any entity<br>7   other than CLR?<br>8      A   CBR Transportation.<br>9      Q   So they have been a tandem for year and a half?<br>10     A   Yes, thereabouts, without looking.<br>11     Q   And Mr. Marks, if I understand it, had a different<br>12   designation than Mr. Kehler.  Am I wrong about that?<br>13     A   I'm not sure I understand.<br>14     Q   I've seen the word, maybe, "trainee" or?<br>15     A   No, not that I'm aware of.<br>16     Q   They were both equally qualified drivers; is that<br>17   correct?<br>18     A   Correct.<br>19     Q   And they were compensated on the same basis; is that<br>20   correct?<br>21     A   Correct.<br>22     Q   And so when 125417 came into existence, they were<br>23   both assigned this truck?<br>24     A   Correct.<br>25     Q   Are they the only two who have ever driven that<br><div align="right">77</div> | 1   you do the round-trip from Salt Lake to Hartford and back<br>2   without stopping?<br>3      A   Without a companion?<br>4      Q   Right.<br>5      A   No.<br>6      Q   And with a companion, they can do it without<br>7   stopping?<br>8      A   They will have to stop, but they won't have to take<br>9   a -- they won't have to lay and stop driving for a period of<br>10   time.<br>11     Q   In other words, the truck will be continually going<br>12   back and forth?<br>13     A   Yeah.  They will have to stop for gas and<br>14   miscellaneous stuff.<br>15     Q   And when you stop for gas, is that called "downtime"?<br>16     A   No, it's not downtime, no.  They're still on duty.<br>17     Q   So there's no downtime when you have a tandem.  Am I<br>18   right about that?<br>19     A   Depends on the run, depends on the situation.  There<br>20   could be delays when they're going to pick up or whatnot, but<br>21   90 to 95 percent of the time, if not higher, no, there's no<br>22   downtime.<br>23     Q   And that benefits you.  Is that true?<br>24     A   I'm not sure I understand.  How?<br>25     Q   How does CLR make its money?  How are you paid by<br><div align="right">79</div> |
| 1   truck prior to the accident?<br>2      A   I believe so.<br>3      Q   And did either of them ever operate solo, or was<br>4   every run run by both of them together?<br>5      A   I'm not a hundred percent positive, but I believe<br>6   they were always together.  I'm not sure if Brian one time<br>7   might have made a day run when Steve was on vacation, but I'm<br>8   not hundred percent positive.  I don't know.  I would say<br>9   they were always together, but there might have been one trip<br>10   or two trips sometime throughout the year and a half or two<br>11   years that he did a day run without Steve there.<br>12     Q   Did you say to me that they were hired at the very<br>13   same time?<br>14     A   Not together, but they didn't drive for me<br>15   separately.<br>16     Q   Neither of them has ever driven for you separately?<br>17     A   I take that back.  No, Brian did get hired before<br>18   Steve because he did have another driver for about two weeks<br>19   or a month prior to Steve.  Two weeks, I think.<br>20     Q   And this is the only tandem group that you have?<br>21     A   That is correct.<br>22     Q   And the benefit to that is that they can make the<br>23   run more quickly?  Or am I wrong about that?<br>24     A   Yeah, not more quickly.  Speed limits are the same.<br>25     Q   If there was not a companion driver with you, could<br><div align="right">78</div> | 1   FedEx?<br>2      A   So I get paid based on how many miles the truck<br>3   drives.<br>4      Q   So if a truck is in continual motion, so to speak,<br>5   that's better for you, better for CLR?<br>6      A   It's a double-edged sword.<br>7      Q   What's the other side of the sword?<br>8      A   You've also got additional employee pay, additional<br>9   gas, and additional maintenance.<br>10     Q   Combined, do you pay two people more who are sharing<br>11   driving duties to go from Salt Lake to the East Coast and<br>12   back than you would one person?<br>13     A   I don't understand.  Do I pay them more?<br>14     Q   You pay them per mile; right?<br>15     A   Yes.<br>16     Q   And per mile driven?<br>17     A   Correct.<br>18     Q   They don't get paid for being in the sleeper.<br>19     A   Yes, they do.<br>20     Q   Okay.  How does that work?<br>21     A   They get paid the total miles for the truck.  So<br>22   even though their per mile rate is less than a solo driver,<br>23   they get the pay for the entire miles put on the truck.<br>24     Q   So what's the distance between Salt Lake and<br>25   Hartford and back?<br><div align="right">80</div> |



ALODIE GOODEN vs. BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC.
Chris Rodwick on 08/14/2015

| | |
|---|---|
| 1         FURTHER EXAMINATION | 1         PENALTY OF PERJURY |

1         FURTHER EXAMINATION
2 BY MR. KLINE:
3   Q  Do you get a 1099 from FedEx?
4   A  Yes.
5   Q  And you file tax returns?
6   A  That's correct.
7   Q  And you file them, I think you said, as a C corp?
8   A  Yes, correct.
9   Q  Can I access the FedEx portal that you utilize to
10 purchase the uniforms, or do I have to be someone with a
11 relationship?
12   A  You have to be someone with a relationship to FedEx,
13 yes.
14   Q  Finally, when you do the pre-trip and post-trip
15 inspection, is there anywhere where the inflation level of a
16 tire is noted?
17   A  Not the actual inflation level.
18   Q  So there's no way, from the records, to verify
19 whether somebody has even done it pre-trip or post-trip?
20   A  The inflation levels -- I'm not a hundred percent
21 positive.
22   MR. KLINE:  Okay.  Thank you.
23   MR. SMITH:  We're done.
24   THE REPORTER:  Does everyone need a copy of this?
25   MR. KLINE:  Yes.  I'd like an electronic and copies
               197

1 of the exhibits.
2   MR. LIEBERMAN:  Yes.
3   MR. SMITH:  Yes.
4   THE REPORTER:  And, Mr. Fitzgerald, you as well?
5   MR. FITZGERALD:  Yes.
6   (Whereupon, the deposition of Chris Rodwick
7   concluded at 4:44 p.m.)
8        -o0o-
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
               198

1         PENALTY OF PERJURY
2       * * * *
3
4
5
6
7     I, CHRIS RODWICK, do hereby declare under
8 penalty of perjury that I have read the foregoing
9 transcript; that I have made any corrections as appear
10 noted, in ink, initialed by me, or attached hereto; that
11 my testimony as contained herein, as corrected, is true
12 and correct.
13
14     EXECUTED this _____ day of _____,
15 20__, at _____, _____.
16      (City)         (State)
17
18
19
20
21      _____
22          CHRIS RODWICK
23
24
25
               199

1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
2
3         * * * *
4     I, the undersigned, a Certified Shorthand
5 Reporter of the State of California, do hereby certify:
6     That the foregoing deposition was taken
7 before me at the time and place herein set forth; that
8 any witnesses in the foregoing deposition, prior to
9 testifying, were duly sworn by me.
10     That a record of the testimony and all objections
11 at the time of the deposition were made by me using machine
12 shorthand which was thereafter transcribed under my
13 direction; that the foregoing transcript is a true and
14 correct record of the proceedings thereof.
15     I further certify I am neither financially
16 interested in the action, nor a relative or employee of
17 any attorney or party to this action.
18     I declare under penalty of perjury that the
19 foregoing is true and correct.
20     Signed and dated this August 26, 2015.
21
22
23
24    JANUARY D. JOHNSTONE, CSR No. 13748
25
               200