FILED

*4:54 pm, 3/10/17*

**Stephan Harris**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| BRIAN KEHLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 15-CV-127-J |
| | ) | |
| BRIDGESTONE AMERICAS TIRE | ) | |
| OPERATIONS, LLC, COMMERCIAL | ) | |
| TIRE, INC., and JOHN DOE | ) | |
| CORPORATIONS/ENTITIES 1-3, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER RE: STIPULATED MOTION TO DISMISS BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC WITH PREJUDICE

THIS MATTER coming before the Court upon the Stipulation for Dismissal with Prejudice of the lawsuit filed against Bridgestone Americas Tire Operations, LLC, the Court having reviewed said Stipulation and being otherwise advised in the premises,

IT IS HEREBY ORDERED that the lawsuit against Bridgestone Americas Tire Operations, LLC filed by Brian Kehler is dismissed with prejudice, each party to pay their own attorney's fees, costs, expenses and expert witness fees.

DATED this 10th day of March, 2017.

BY THE COURT:

*Alan B. Johnson*
United States District Court Judge